# EXHIBIT B

Case 1:07-cv-04802-DAB-RLE     Document 1-3     Filed 06/06/2007     Page 1 of 3

Int. Cls.: 9, 16, 28 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101 and 107

Reg. No. 3,031,006

<u>United States Patent and Trademark Office</u>    Registered Dec. 20, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## CASINO DE MONACO

SOCIETE ANONYME DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO (MONACO COMPANY)
PLACE DU CASINO
MC 9800 MONTE CARLO, MONACO

FOR: ELECTRIC APPARATUS AND INSTRUMENTS, NAMELY COMPUTERIZED VIDEO GAMES FOR GAMING PURPOSES, INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE AND SOFTWARE, MACHINES FOR PLAYING GAMES OF CHANCE, COMPUTER SOFTWARE GAMES, SOFTWARE FOR USE IN GAMING MACHINES AND GAMING EQUIPMENT, GAMING EQUIPMENT NAMELY GAMING MACHINES, SLOT MACHINES, KENO AND POKER MACHINES, COIN CHANGERS, COIN ACCEPTERS FOR SEPARATING GOOD COINS FROM COUNTERFEITS; PHOTOGRAPHIC APPARATUS; CONTROLLING AND SIGNALING APPARATUS USED IN CASINOS; APPARATUS FOR RECORDING, TRANSMISSION, REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIO APPARATUS, VIDEO SCREEN, VIDEO CAMERAS; CALCULATORS, DATA PROCESSING EQUIPMENT, NAMELY COMMUNICATION SERVERS, COMMUNICATION SOFTWARE FOR CONNECTING GLOBAL COMPUTER NETWORKS, COMPUTER CAMERAS, COMPUTER GAME SOFTWARE, COMPUTER ECOMMERCE SOFTWARE TO ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA A GLOBAL COMPUTER NETWORK AND COMPUTERS; FIRE EXTINGUISHERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY BLANK OR PARTIALLY PRINTED POSTCARDS, PRINTED INVITATIONS, PRINTED MENUS, PRINTED PAPER SIGNS, MENU BOARDS, PRINTED TIMETABLES, BOOKS, MAGAZINES, CATALOGUES FEATURING CASINO, HOTEL AND INTERNATIONAL NEWS, TOURISM; BOOKBINDINGS; PHOTOGRAPHS, STATIONERY; ADHESIVES TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY PENCILS, PENS, BRUSHES, PAINT BRUSHES; TYPEWRITERS AND OFFICE REQUISITES, NAMELY TYPEWRITER TYPING ELEMENTS, RUBBER BANDS, STAPLERS; PRINTED INSTRUCTIONAL, EDUCATIONAL, AND TEACHING MATERIALS USED IN HOTELS AND CASINOS FOR TEACHING DIFFERENT GAMES; PLASTIC MATERIALS FOR PACKAGING, NAMELY BAGS FOR PACKAGING, TUBS FOR CONSUMER PRODUCTS, PLASTIC FILMS USED AS PACKAGING FOR FOOD, ENVELOPES, POUCHES FOR MERCHANDISE PACKAGING; PRINTERS' TYPE; PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY PLAYING CARDS, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, DISPOSABLE TICKET SETS FOR PLAYING GAMES OF CHANCE, HAND HELD UNITS FOR PLAYING ELECTRONIC AND VIDEO GAMES, LOTTERY GAMES, DOMINOS, PARLOR GAMES, EUROPEAN ROULETTE, AMERICAN ROULETTE, VIDEO POKER, POKER GAME AND BOULE GAME; GYMNASTIC AND SPORTING ARTICLES, NAMELY GOLF BAGS AND BALLS, SPORT BALLS, PLAY SWIMMING POOLS, SWIMMING EQUIPMENT, GYMNASTIC APPARATUS, GYMNASTIC TRAINING STOOLS, PORTABLE SUPPORT STRETCHING FOR DANCE AND OTHER EXERCISES AND TENNIS EQUIPMENT; DECORATION FOR CHRISTMAS TREES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ORGANIZING COMMUNITY SPORTING AND CULTURAL ACTIVITIES; PROVIDING CASINO SERVICES WITHIN A HOTEL RESORT ENVIRONMENT; TRAINING FOR THE PERSONNEL EMPLOYED IN CASINOS IN THE USE AND OPERATION OF SLOT MACHINES AND CINEMA EQUIPMENT; CONDUCTING EDUCATIONAL EN-

TERTAINMENT EXHIBITS IN THE NATURE OF COOKING DEMONSTRATIONS; ENTERTAINMENT SERVICES IN THE NATURE OF OPERA, NAMELY, ORGANIZING, PRODUCING AND PRESENTING LIVE MUSICAL, ORCHESTRAL AND OPERATIVE SHOWS; ORGAINIZING SPORTING EVENTS IN THE NATURE OF CAR RACING, TENNIS TOURNAMENTS, GOLF TOURNAMENTS, AND SWIMMING COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON MONACO APPLICATION NO. 23610, FILED 7-1-2002, REG. NO. 02.23234, DATED 9-30-2002, EXPIRES 7-1-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE CASINO, APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF CASINO DE MONACO IS CASINO OF MONACO.

SEC. 2(F).

SER. NO. 76-478,796, FILED 12-24-2002.

ALICE BENMAMAN, EXAMINING ATTORNEY