# EXHIBIT C

PRINCIPAUTE DE MONACO

MINISTERE D'ETAT

DIRECTION DE L'EXPANSION ECONOMIQUE

MARQUES

DE FABRIQUE, DE COMMERCE OU DE SERVICE

CERTIFICAT D'IDENTITE DE MARQUE

Le soussigné certifie que la marque ci-annexée a été déposée le 01/07/2002 suivant procès-verbal de dépôt n° 23610 par la société anonyme monégasque :.

**SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO**
*Enseigne "SBM", Place du Casino*
*98000 MONACO*
*Principauté de Monaco*

qu'elle a été enregistrée le 30/09/2002 sous le numéro 02.23234

Fait à Monaco, le 14 avril 2003

P/Le Directeur
L'Adjoint au Directeur




*Translated from the French*

**PRINCIPALITY OF MONACO**

**MINISTRY OF STATE**

**DEPARTMENT OF ECONOMIC EXPANSION**

**TRADEMARKS**

**OF BRAND, TRADE OR SERVICE
CERTIFICATE OF TRADEMARK IDENTITY**

The undersigned certifies that the appended trademark was filed on July 1, 2002 pursuant to record of filing N° 23610 by:

Joint-stock company ["Société Anonyme"] *DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO*
*Place du Casino*
*98000 Monaco*

*Principality of Monaco*

And that the trademark was registered on September 30, 2002, with number 02.23234

                                          Signed in Monaco, on January 13, 2003

[Seal]                                [Seal] Principality of Monaco, Department of Economic Expansion

                                          pp. The Director
                                          Assistant to the Director
                                          [a signature]
                                          Marie Pierre GRAMAGLIA