# EXHIBIT D - 2

WhoIs Search Results                                                        Page 1 of 2



www.CeilingFanOutlet.com

1000 Places To See
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

Monte Carlo in Las Vegas
Stay at the Monte Carlo Hotel in Las Vegas.
Save up to 60% online
www.getitcheaper.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480)505-8855     Free Email Updates! Enter address ____ GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!® SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOBINGO.COM

Search Again
Enter a Domain Name to Check .com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOBINGO.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGO.BIZ $6.99/yr SAVE!
- GRANDMONACOBINGO.US $7.99/yr
- GRANDMONACOBINGO.NAME $8.99/yr

## You might also consider:

- GRANDMONACOBINGOONLINE.COM $8.95/yr
- ONLINEGRANDMONACOBINGO.COM $8.95/yr
- GRANDMONACOBINGOHOME.NET $8.99/yr
- HOMEGRANDMONACOBINGO.NET $8.99/yr
- GRANDMONACOBINGOSITE.ORG $8.99/yr
- SITEGRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGOWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGOLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOBINGO.BIZ $6.99/yr SAVE!
- GRANDMONACOBINGOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM E/P on the Travel Channel.
www.TravelChannel.com

Monte Carlo In Las Vegas

Stay at the Monte Carlo Hotel in Las Vegas.
Save up to 60% online
www.getmecheaper.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

Monaco 2007
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

✻ 24/7 Sales and Support: (480) 505-8877   ✻   Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address |  |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 – 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE!

Go Daddy .com Make a .com name with us!

SPECIAL OFFER for Registerfly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS
Search Results for: GRANDMONACOBINGO.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOBINGO.NET
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
- GRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGO.BIZ $8.99/yr SAVE!
- GRANDMONACOBINGO.US $7.99/yr
- GRANDMONACOBINGO.NAME $9.99/yr

You might also consider:
- GRANDMONACOBINGOONLINE.COM $8.95/yr
- ONLINEGRANDMONACOBINGO.COM $8.95/yr
- GRANDMONACOBINGOHOME.NET $8.99/yr
- HOMEGRANDMONACOBINGO.NET $8.99/yr
- GRANDMONACOBINGOSITE.ORG $8.99/yr
- SITEGRANDMONACOBINGO.ORG $8.99/yr
- GRANDMONACOBINGOWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOBINGO.INFO $0.99/yr SAVE!
- GRANDMONACOBINGOLIVE.BIZ $8.99/yr SAVE!
- LIVEGRANDMONACOBINGO.BIZ $8.99/yr SAVE!
- GRANDMONACOBINGOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Resorts
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Las Vegas Jobs & Careers
Thousands of Las Vegas Jobs Post your resume & search for free!
Jobing.com

1000 Places To See
1000 Places To See Before You Die. Premieres March 28 9PM E/P.
www.TravelChannel.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Susana Monaco
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbetter.com

Monte Carlo Las Vegas

WhoIs Search Results




Find hotel rooms at Monte Carlo in Vegas & 24 hour VIP services.
www.LuxeVegas.com

Save On Monaco Hotel
Huge Savings On Hotels In Monaco Use Kayak.com For Great Hotel Deals
www.Kayak.com

Renault Eurodrive
Way Pay VAT? 17+ Days - No Tax Tourist Buy-Back Car Rental Experts
www.autopebycar.com

» 24/7 Sales and Support: (480) 505-8877  » Billing Questions? Call (480)505-8855   Free Email Updates! Enter address

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us










GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006.

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search! .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRAND-MONACO-CASINO.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRAND-MONACO-CASINO.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRAND-MONACO-CASINO.ORG $8.99/yr
GRAND-MONACO-CASINO.INFO $0.99/yr SAVE!
GRAND-MONACO-CASINO.BIZ $6.99/yr SAVE!
GRAND-MONACO-CASINO.US $7.99/yr
GRAND-MONACO-CASINO.NAME $8.99/yr

You might also consider:
GRAND-MONACO-CASINOONLINE.COM $8.95/yr
ONLINEGRAND-MONACO-CASINO.COM $8.95/yr
GRAND-MONACO-CASINOHOME.NET $8.99/yr
HOMEGRAND-MONACO-CASINO.NET $8.99/yr
GRAND-MONACO-CASINOSITE.ORG $8.99/yr
SITEGRAND-MONACO-CASINO.ORG $8.99/yr
GRAND-MONACO-CASINOWEB.INFO $0.99/yr SAVE!
WEBGRAND-MONACO-CASINO.INFO $0.99/yr SAVE!
GRAND-MONACO-CASINOLIVE.BIZ $6.99/yr SAVE!
LIVEGRAND-MONACO-CASINO.BIZ $6.99/yr SAVE!
GRAND-MONACO-CASINOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo® Las Vegas
Official Site. Save $10/night With Our Internet Specials. Book Now!
www.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Susana Monaco
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbettes.com

**Casino Parties & Events**
Serving the Las Vegas Area Pro Trained
Staff, Quality Equip.
www.casinopartycreations.com

**Chevy Monte Carlo**
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LSI
www.CarandDriver.com

**1000 Places To See**
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

» 24/7 Sales and Support: (480) 505-8877   »   Billing Questions? Call (480) 505-8855     Free Email Updates! Enter address      GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy .com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCASINO.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCASINO.NET
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOCASINO.BIZ $6.99/yr SAVE!
GRANDMONACOCASINO.US $7.99/yr
GRANDMONACOCASINO.NAME $9.99/yr

You might also consider:
GRANDMONACOCASINOONLINE.COM $8.95/yr
ONLINEGRANDMONACOCASINO.COM $8.95/yr
GRANDMONACOCASINOHOME.NET $8.99/yr
HOMEGRANDMONACOCASINO.NET $8.99/yr
GRANDMONACOCASINOSITE.ORG $8.99/yr
SITEGRANDMONACOCASINO.ORG $8.99/yr
GRANDMONACOCASINOWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOCASINO.INFO $0.99/yr SAVE!
GRANDMONACOCASINOLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOCASINO.BIZ $6.99/yr SAVE!
GRANDMONACOCASINOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Susana Monaco
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbettes.com

Casino Niagara
Casino Concert Packages Available Book Now And Save!
NiagaraFallsHotelDeals.com



**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**1000 Places To See**
1000 Places To See Before You Die.
Premieres March 29 8PM E/P.
www.TravelChannel.com

➤ 24/7 Sales and Support: (480) 505-8877   ➤   Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address |   GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



 *noms de domaine*

Fermer cette fenêtre

**WHOIS grandmonacocasino.org**

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D109657500-LROR
Domain Name:GRANDMONACOCASINO.ORG
Created On:19-Dec-2005 06:51:50 UTC
Last Updated On:19-Dec-2006 10:02:45 UTC
Expiration Date:19-Dec-2007 06:51:50 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025057934
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225057934
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125057934
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK21.SECURESERVER.NET
Name Server:PARK22.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

INDOM - Noms de domaine

Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

© INDOM 1997 - 2006 | CNIL n°752558 | Conditions générales | Qui sommes-nous | Pour nous joindre
INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 60 - Fax : + 33 (0)1 48 01 67 73 - E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us! SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events, & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCASINOCLUB.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCASINOCLUB.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

**Available TLDs**

- GRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
- GRANDMONACOCASINOCLUB.US $7.99/yr
- GRANDMONACOCASINOCLUB.NAME $8.99/yr

**You might also consider:**

- GRANDMONACOCASINOCLUBONLINE.COM $8.95/yr
- ONLINEGRANDMONACOCASINOCLUB.COM $8.95/yr
- GRANDMONACOCASINOCLUBHOME.NET $8.99/yr
- HOMEGRANDMONACOCASINOCLUB.NET $8.99/yr
- GRANDMONACOCASINOCLUBSITE.ORG $8.99/yr
- SITEGRANDMONACOCASINOCLUB.ORG $8.99/yr
- GRANDMONACOCASINOCLUBWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOCASINOCLUBLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
- GRANDMONACOCASINOCLUBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vegas
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

2007 Monaco Formula 1
Tickets for the Monaco Grand Prix. Book online or by telephone
www.bookf1.com

Susana Monaco
Find the latest styles including new dresses

WhoIs Search Results

from Susana Monaco at
www.oliveandbetes.com

**Casino Parties**
The Perfect Party So. Cal's Premier Event
Planning Co
www.theperfectparty.com

**Casino Parties & Events**
Serving the Las Vegas Area Pro Trained
Staff, Quality Equip.
www.casinopartycreations.com

---

▶ 24/7 Sales and Support: (480) 505-8877   ◄   Billing Questions? Call (480) 505-8855   │ Free Email Updates! Enter address      │ Go │

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy .com Make a .com name with us! SPECIAL OFFER for Registerfly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS
Search Results for: GRANDMONACOCASINOCLUB.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCASINOCLUB.NET
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
GRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOCASINOCLUB.US $7.99/yr
GRANDMONACOCASINOCLUB.NAME $9.99/yr

You might also consider:
GRANDMONACOCASINOCLUBSONLINE.COM $8.95/yr
ONLINEGRANDMONACOCASINOCLUB.COM $8.95/yr
GRANDMONACOCASINOCLUBSHOME.NET $8.99/yr
HOMEGRANDMONACOCASINOCLUB.NET $8.99/yr
GRANDMONACOCASINOCLUBSSITE.ORG $8.99/yr
SITEGRANDMONACOCASINOCLUB.ORG $8.99/yr
GRANDMONACOCASINOCLUBWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOCASINOCLUB.INFO $0.99/yr SAVE!
GRANDMONACOCASINOCLUBLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOCASINOCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOCASINOCLUBSBLOG.US $7.99/yr
REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Vega
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Monte Carlo Fan
Save on Monte Carlo Ceiling Fans. Order Easily and Securely Online!
www.CeilingFanOutlet.com

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

Mons Grand Casino
Compare Prices, Photos & Options. Best Rate Guaranteed! Book Here.
www.VEGAS.com

Monte Carlo Floor Mats
Custom embroidered floor mats with your

choice of Chevrolet logo.
www.USSpeed.com

**Great Golf - 24/7 Gaming**
Terrific Golf Package Deals 26 Miles of
Coast & Great Golf
www.GolfCoast.com

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels
with special offers.
www.bookings.fr

✱  24/7 Sales and Support: (480) 505-8877  ✤  Billing Questions? Call (480)505-8855  | Free Email Updates! Enter address |  |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



 **noms de domaine**

*Fermer cette fenêtre*

**WHOIS grandmonacocasinoclub.org**

*Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.*

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

```
Domain ID:D109814899-LROR
Domain Name:GRANDMONACOCASINOCLUB.ORG
Created On:21-Dec-2005 15:16:16 UTC
Last Updated On:21-Dec-2006 09:50:56 UTC
Expiration Date:21-Dec-2007 15:16:16 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025058002
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225058002
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125058002
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK11.SECURESERVER.NET
Name Server:PARK12.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

INDOM - Noms de domaine                                           Page 2 of 2

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

© INDOM 1997 - 2006 | CNIL n°752559 | Conditions générales | Qui sommes-nous | Pour nous joindre
INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 707 808 000 25
Tél. : + 33 (0)1 48 01 83 60 - Fax : + 33 (0)1 48 01 67 73 - E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for Registerfly.com Customers!

See our latest ads, photos, reveals & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOAYDA.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOAYDA.COM
Created on: 27-Jul-06
Expires on: 27-Jul-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK3.SECURESERVER.NET
PARK4.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Available TLDs**

- GRANDMONACOAYDA.NET $8.99/yr
- GRANDMONACOAYDA.ORG $8.99/yr
- GRANDMONACOAYDA.INFO $0.99/yr SAVE!
- GRANDMONACOAYDA.BIZ $6.99/yr SAVE!
- GRANDMONACOAYDA.US $7.99/yr
- GRANDMONACOAYDA.NAME $9.99/yr

**You might also consider:**

- GRANDMONACOAYDAONLINE.COM $8.95/yr
- ONLINEGRANDMONACOAYDA.COM $8.95/yr
- GRANDMONACOAYDAHOME.NET $8.99/yr
- HOMEGRANDMONACOAYDA.NET $8.99/yr
- GRANDMONACOAYDASITE.ORG $8.99/yr
- SITEGRANDMONACOAYDA.ORG $8.99/yr
- GRANDMONACOAYDAWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOAYDA.INFO $0.99/yr SAVE!
- GRANDMONACOAYDALIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOAYDA.BIZ $6.99/yr SAVE!
- GRANDMONACOAYDABLOG.US $7.99/yr

REGISTER NOW!

Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS
Search Results for: GRANDMONACOCLUB.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCLUB.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calen.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calen.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Available TLDs**

- GRANDMONACOCLUB.NET $8.99/yr
- GRANDMONACOCLUB.ORG $8.99/yr
- GRANDMONACOCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOCLUB.BIZ $5.99/yr SAVE!
- GRANDMONACOCLUB.US $7.99/yr
- GRANDMONACOCLUB.NAME $8.99/yr

**You might also consider:**

- GRANDMONACOCLUBONLINE.COM $8.95/yr
- ONLINEGRANDMONACOCLUB.COM $8.95/yr
- GRANDMONACOCLUBHOME.NET $8.99/yr
- HOMEGRANDMONACOCLUB.NET $8.99/yr
- GRANDMONACOCLUBSITE.ORG $8.99/yr
- SITEGRANDMONACOCLUB.ORG $8.99/yr
- GRANDMONACOCLUBWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOCLUBLIVE.BIZ $5.99/yr SAVE!
- LIVEGRANDMONACOCLUB.BIZ $5.99/yr SAVE!
- GRANDMONACOCLUBBLOG.US $7.99/yr

REGISTER NOW!

Club Monaco Gift Card
Free $500 Gift Card to Club Monaco. Act Now!
Clothing-rewardpath.com

1000 Places To See
New series on the Travel Channel. Premieres March 28 9PM E/P.
www.TravelChannel.com

Monte Carlo Vegas
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Monaco
Products and Information about Monaco.
eBay.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monaco 2007
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

Helicopter schedules



WhoIs Search Results                                                      Page 2 of 2

**Monaco Nice Cannes Saint tropez Heli**
securite Helicopter airline
www.helicopter-saint-tropez.com

**Ashworth Grand Prix**
Free Shipping Both Ways at Zappos 365
Day Return Policy on All Shoes
www.Zappos.com

**Deals On Monaco Hotel**
Looking For A Hotel In Monaco? Search
100+ Hotel Sites In Seconds
www.Kayak.com

▸  24/7 Sales and Support: (480) 505-8877   ▸   Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address |   

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! » 24/7 Sales & Support: (480)505-8877 » Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOCRAPS.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOCRAPS.COM
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOCRAPS.NET $8.99/yr
GRANDMONACOCRAPS.ORG $8.99/yr
GRANDMONACOCRAPS.INFO $0.99/yr SAVE!
GRANDMONACOCRAPS.BIZ $6.99/yr SAVE!
GRANDMONACOCRAPS.US $7.99/yr
GRANDMONACOCRAPS.NAME $9.99/yr

You might also consider:
GRANDMONACOCRAPSONLINE.COM $8.95/yr
ONLINEGRANDMONACOCRAPS.COM $8.95/yr
GRANDMONACOCRAPSHOME.NET $8.99/yr
HOMEGRANDMONACOCRAPS.NET $8.99/yr
GRANDMONACOCRAPSSITE.ORG $8.99/yr
SITEGRANDMONACOCRAPS.ORG $8.99/yr
GRANDMONACOCRAPSWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOCRAPS.INFO $0.99/yr SAVE!
GRANDMONACOCRAPSLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOCRAPS.BIZ $6.99/yr SAVE!
GRANDMONACOCRAPSBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vega
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Online Special - Book Monte Carlo Direct and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM E/P on the Travel Channel.



WhoIs Search Results

www.TravelChannel.com

Deals On Monaco Hotel
Looking For A Hotel In Monaco? Search
100+ Hotel Sites In Seconds
www.Kayak.com

Chevy Monte Carlo
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LSI
www.CarandDriver.com

Quantum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices – Order
Online Now!
www.FanWorldOutlet.com

⊩  24/7 Sales and Support: (480) 505-8877     ⊩  Billing Questions? Call (480)505-8855     | Free Email Updates! Enter address | send |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOGAMES.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMES.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOGAMES.ORG $8.99/yr
GRANDMONACOGAMES.INFO $0.99/yr SAVE!
GRANDMONACOGAMES.BIZ $8.99/yr SAVE!
GRANDMONACOGAMES.US $7.99/yr
GRANDMONACOGAMES.NAME $8.99/yr

You might also consider:
GRANDMONACOGAMESONLINE.COM $8.95/yr
ONLINEGRANDMONACOGAMES.COM $8.95/yr
GRANDMONACOGAMESHOME.NET $8.99/yr
HOMEGRANDMONACOGAMES.NET $8.99/yr
GRANDMONACOGAMESSITE.ORG $8.99/yr
SITEGRANDMONACOGAMES.ORG $8.99/yr
GRANDMONACOGAMESWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOGAMES.INFO $0.99/yr SAVE!
GRANDMONACOGAMESLIVE.BIZ $5.99/yr SAVE!
LIVEGRANDMONACOGAMES.BIZ $5.99/yr SAVE!
GRANDMONACOGAMESBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vega
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
The ultimate traveler "to-do" list. Premieres March 29 9PM E/P.
www.TravelChannel.com

Save On Monaco Hotels

Find Low Hotel Rates in Monaco Quick &
Easy To Use. Search Today!
www.Kayak.com

Monte Carlo Ls
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

Quorum Monaco Patio Fans
All Quorum Celling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address    | go! |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us



GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us! SPECIAL OFFER for RegisterFly.com Customers! See your latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Bye-bye RegisterFly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOGAMES.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMES.NET
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOGAMES.ORG $8.99/yr
GRANDMONACOGAMES.INFO $0.59/yr SAVE!
GRANDMONACOGAMES.BIZ $8.99/yr SAVE!
GRANDMONACOGAMES.US $7.99/yr
GRANDMONACOGAMES.NAME $8.99/yr

You might also consider:
GRANDMONACOGAMESONLINE.COM $8.95/yr
ONLINEGRANDMONACOGAMES.COM $8.95/yr
GRANDMONACOGAMESHOME.NET $8.99/yr
HOMEGRANDMONACOGAMES.NET $8.99/yr
GRANDMONACOGAMESSITE.ORG $8.99/yr
SITEGRANDMONACOGAMES.ORG $8.99/yr
GRANDMONACOGAMESWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOGAMES.INFO $0.99/yr SAVE!
GRANDMONACOGAMESLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOGAMES.BIZ $6.99/yr SAVE!
GRANDMONACOGAMESBLOG.US $7.99/yr

REGISTER NOW!

Chevrolet Monte Carlo
Buying Guides on New & Used Cars. Compare Reviews - Get a Free Quote!
autoMedia.com/MonteCarlo/Quote

HOMMAGE
Luxury grooming products for men indulgence by design.
hommage.com

Casino Parties MA & Sales
Buy Blackjack Roulette Poker Tables Roulette Wheels Poker Chips & More!
www.lasvegasboston.com

UnRiskIT® Software
Monte Carlo Simulation Software for the Petroleum Professional
www.unriskit.com

Grace Kelly Monaco
The biggest source of free info on Grace Kelly Monaco
Grace-Kelly.And-More.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM E/P on the Travel Channel.
www.TravelChannel.com

Kelly Monaco Pictures

WhoIs Search Results

**10 top Kelly Monaco Pictures sites** Find Kelly Monaco Pictures sites
FindMeTen.net

**Silva's Ultramind System**
Unleash the telepathic powers you were born with. On 8 audio CDs
www.nightingale.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

» 24/7 Sales and Support: (480) 505-8877  » Billing Questions? Call (480)505-8855   Free Email Updates! Enter address  [GO]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007, GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us! SPECIAL OFFER for Registerfly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS
Search Results for: GRANDMONACOGAMING.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMING.COM
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOGAMING.ORG $8.99/yr
GRANDMONACOGAMING.INFO $0.89/yr SAVE!
GRANDMONACOGAMING.BIZ $6.99/yr SAVE!
GRANDMONACOGAMING.US $7.99/yr
GRANDMONACOGAMING.NAME $8.99/yr

You might also consider:
GRANDMONACOGAMINGONLINE.COM $8.95/yr
ONLINEGRANDMONACOGAMING.COM $8.95/yr
GRANDMONACOGAMINGHOME.NET $8.99/yr
HOMEGRANDMONACOGAMING.NET $8.99/yr
GRANDMONACOGAMINGSITE.ORG $8.99/yr
SITEGRANDMONACOGAMING.ORG $8.99/yr
GRANDMONACOGAMINGWEB.INFO $0.89/yr SAVE!
WEBGRANDMONACOGAMING.INFO $0.89/yr SAVE!
GRANDMONACOGAMINGLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOGAMING.BIZ $6.99/yr SAVE!
GRANDMONACOGAMINGBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Triprss.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Hotels in Monte - Carlo
Dix Hotels, Helicopter & limo transfers in Monte-Carlo Monaco
www.Monte-CarloHotels.com

Monaco Motor Coach Sale
Executive, Dynasty, Cayman Diplomat, Camelot, Knight, La Palma
www.northtrailrv.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

WhoIs Search Results

**Monaco Grand Prix Package**
Book now for 2007 packages From £419 pp,
depart from UK
www.sportseventstravel.co.uk

**1000 Places To See**
Before You Die, Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

**2007 Monaco Formula 1**
Tickets for the Monaco Grand Prix. Book
online or by telephone
www.bookf1.com

» 24/7 Sales and Support: (480) 505-8877  »  Billing Questions? Call (480) 505-8855    Free Email Updates! Enter address    goo

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for Registerfly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOGAMING.NET

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOGAMING.NET
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOGAMING.ORG $8.99/yr
- GRANDMONACOGAMING.INFO $0.99/yr SAVE!
- GRANDMONACOGAMING.BIZ $6.99/yr SAVE!
- GRANDMONACOGAMING.US $7.89/yr
- GRANDMONACOGAMING.NAME $9.99/yr

## You might also consider:

- GRANDMONACOGAMINGONLINE.COM $8.95/yr
- ONLINEGRANDMONACOGAMING.COM $8.95/yr
- GRANDMONACOGAMINGHOME.NET $8.99/yr
- HOMEGRANDMONACOGAMING.NET $8.99/yr
- GRANDMONACOGAMINGSITE.ORG $8.99/yr
- SITEGRANDMONACOGAMING.ORG $8.99/yr
- GRANDMONACOGAMINGWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOGAMING.INFO $0.99/yr SAVE!
- GRANDMONACOGAMINGLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOGAMING.BIZ $6.99/yr SAVE!
- GRANDMONACOGAMINGBLOG.US $7.89/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com



**Susana Monaco**
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbette.com

**Chevrolet Monte Carlo LS**
Read Reviews, Road Tests & Buyer's Guides on Chevrolet Monte Carlo LS!
www.CarandDriver.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

▶ 24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address | GO |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALES

Go Daddy.com Make a .com name with us! SPECIAL OFFER for RegistryFly.com Customers! See our latest ads, parties, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

WHOIS
Search Results for: GRANDMONACOHOST.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOHOST.COM
Created on: 13-Apr-06
Expires on: 13-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK25.SECURESERVER.NET
PARK26.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
- GRANDMONACOHOST.NET $8.99/yr
- GRANDMONACOHOST.ORG $8.99/yr
- GRANDMONACOHOST.INFO $0.99/yr SAVE!
- GRANDMONACOHOST.BIZ $6.99/yr SAVE!
- GRANDMONACOHOST.US $7.99/yr
- GRANDMONACOHOST.NAME $8.99/yr

You might also consider:
- GRANDMONACOHOSTONLINE.COM $8.95/yr
- ONLINEGRANDMONACOHOST.COM $8.95/yr
- GRANDMONACOHOSTHOME.NET $8.99/yr
- HOMEGRANDMONACOHOST.NET $8.99/yr
- GRANDMONACOHOSTSITE.ORG $8.99/yr
- SITEGRANDMONACOHOST.ORG $8.99/yr
- GRANDMONACOHOSTWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOHOST.INFO $0.99/yr SAVE!
- GRANDMONACOHOSTLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOHOST.BIZ $6.99/yr SAVE!
- GRANDMONACOHOSTBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monaco Motor Homes
Dynasty, Diplomat, Knight & More Inventory Liquidation Sale Now
www.northtrailrv.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Grand Prix Hospitality
Silverstone F1 Hospitality tickets Monaco, Monza, Spa, Paddock Club
www.exec-club.org

Monaco Grand Prix Packages
Book now for 2007 packages From £419 pp,
depart from UK
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 8PM
E/P on the Travel Channel.
www.TravelChannel.com

Save On Monaco Hotels
Find Low Hotel Rates in Monaco Quick &
Easy To Use. Search Today!
www.Kayak.com

» 24/7 Sales and Support: (480) 505-8877     »     Billing Questions? Call (480)505-8855     Free Email Updates Enter address     go!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us



GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisteredFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOHOSTS.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOHOSTS.COM
Created on: 13-Apr-06
Expires on: 13-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK25.SECURESERVER.NET
PARK26.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

**Available TLDs**

- GRANDMONACOHOSTS.NET $8.99/yr
- GRANDMONACOHOSTS.ORG $8.99/yr
- GRANDMONACOHOSTS.INFO $0.99/yr SAVE!
- GRANDMONACOHOSTS.BIZ $6.99/yr SAVE!
- GRANDMONACOHOSTS.US $7.99/yr
- GRANDMONACOHOSTS.NAME $8.99/yr

**You might also consider:**

- GRANDMONACOHOSTSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOHOSTS.COM $8.95/yr
- GRANDMONACOHOSTSHOME.NET $8.99/yr
- HOMEGRANDMONACOHOSTS.NET $8.99/yr
- GRANDMONACOHOSTSSITE.ORG $8.99/yr
- SITEGRANDMONACOHOSTS.ORG $8.99/yr
- GRANDMONACOHOSTSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOHOSTS.INFO $0.99/yr SAVE!
- GRANDMONACOHOSTSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOHOSTS.BIZ $6.99/yr SAVE!
- GRANDMONACOHOSTSBLOG.US $7.99/yr

REGISTER NOW!

**Chevrolet Monte Carlo**
Buying Guides on New & Used Cars. Compare Reviews - Get a Free Quote!
autoMedia.com/MonteCarlo/Quote

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels with special offers.
www.bookings.fr

**Prestige Monaco Property**
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

**1000 Places To See**
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

**Kelly Monaco Pictures**
10 top Kelly Monaco Pictures sites Find Kelly Monaco Pictures sites
FindMeTen.net

**Monaco F1 2007 Tickets**
Buy your Monaco Grand Prix tickets online at great prices
www.bookf1.com

**Monaco EZ color**
Quick and easy calibration for printer, scanner and monitor

www.bestproofing.com

Monaco 2007
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

Free Club Monaco
Free $500 Club Monaco Gift Card. Offer
Expires Today!
www.GrandOpeningGifts.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee
Rooms Starting at Only $35.95
www.LasVegas.com

▶ 24/7 Sales and Support: (480) 505-8877   ▶   Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address   |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us®

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, legends & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS
Search Results for: GRANDMONACOSLOTS.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSLOTS.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOSLOTS.NET $8.99/yr
- GRANDMONACOSLOTS.ORG $8.99/yr
- GRANDMONACOSLOTS.INFO $0.99/yr SAVE!
- GRANDMONACOSLOTS.BIZ $6.99/yr SAVE!
- GRANDMONACOSLOTS.US $7.99/yr
- GRANDMONACOSLOTS.NAME $8.99/yr

## You might also consider:

- GRANDMONACOSLOTSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOSLOTS.COM $8.95/yr
- GRANDMONACOSLOTSHOME.NET $8.99/yr
- HOMEGRANDMONACOSLOTS.NET $8.99/yr
- GRANDMONACOSLOTSSITE.ORG $8.99/yr
- SITEGRANDMONACOSLOTS.ORG $8.99/yr
- GRANDMONACOSLOTSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOSLOTS.INFO $0.99/yr SAVE!
- GRANDMONACOSLOTSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOSLOTS.BIZ $6.99/yr SAVE!
- GRANDMONACOSLOTSBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Vega
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Online Special - Book Monte Carlo Direct and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Top Monte Carlo Prices
Find out our lowest possible price on a new Monte Carlo
www.CarPriceSecrets.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp. depart from UK

WhoIs Search Results

www.sportseventstravel.xx.uk

**Monaco RV Listings**
New & Used Monaco RVs Includes Photos,
Floorplans, Specs. & Prices
RVweb.com

**Used Monaco Motor Homes**
Don't Sell or Buy Until You Visit Huge
Trexx Consignment Dealer Site.
www.tpfmotorhomes.com

**Chevy Monte Carlo**
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

▶  24/7 Sales and Support: (480) 505-8877     ▶   Billing Questions? Call (480)505-8855     Free Email Updates! Enter address 

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy .com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOLOTTERY.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOLOTTERY.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOLOTTERY.ORG $8.99/yr
- GRANDMONACOLOTTERY.INFO $0.99/yr SAVE!
- GRANDMONACOLOTTERY.BIZ $8.99/yr SAVE!
- GRANDMONACOLOTTERY.US $7.99/yr
- GRANDMONACOLOTTERY.NAME $8.99/yr

## You might also consider:

- GRANDMONACOLOTTERYONLINE.COM $8.95/yr
- ONLINEGRANDMONACOLOTTERY.COM $8.95/yr
- GRANDMONACOLOTTERYHOME.NET $8.99/yr
- HOMEGRANDMONACOLOTTERY.NET $8.99/yr
- GRANDMONACOLOTTERYSITE.ORG $8.99/yr
- SITEGRANDMONACOLOTTERY.ORG $8.99/yr
- GRANDMONACOLOTTERYWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOLOTTERY.INFO $0.99/yr SAVE!
- GRANDMONACOLOTTERYLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOLOTTERY.BIZ $6.99/yr SAVE!
- GRANDMONACOLOTTERYBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

1000 Places To See
Before You Die. Premieres March 29 8PM E/P on the Travel Channel.
www.TravelChannel.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

**Quorum Monaco Patio Fans**
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

**Monte Carlo Fan**
Monte Carlo Fan Savings! For Monte Carlo
Fans Start Here.
Industrials.AlltheIndustrials.com

24/7 Sales and Support: (480) 505-8877  ✱  Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address | Go! |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



WhoIs Search Results                                                    Page 1 of 2



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other than for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOLOTTERY.NET
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Quorum Monaco Patio Fans**
All Quorum Ceiling Fans Low Prices - Order Online Now!
www.FanWorldOutlet.com

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels with special offers.
www.bookings.fr

➤ 24/7 Sales and Support: (480) 505-8877   ➤   Billing Questions? Call (480)505-8855

Free Email Updates! Enter address [GO]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



WhoIs Search Results



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, wtj 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOLOTTO.COM
Created on: 03-Jan-08
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, wtj 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, wtj 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

www.TravelChannel.com

**Save On Monaco Hotels**
Find Low Hotel Rates in Monaco Quick &
Easy To Use. Search Today!
www.Kayak.com

**Chev Monte Carlo**
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo US!
www.CarandDriver.com

**Quorum Monaco Patio Fans**
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

24/7 Sales and Support: (488) 505-8877    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address [GO]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.

