# EXHIBIT D - 3



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, wrij 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOLOUNGE.COM
Created on: 07-Apr-05
Expires on: 07-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calen.horsman@playshare.com
46 berkeley square
London, wrij 5at
United Kingdom
2075964084

Technical Contact:
Wright, Max calen.horsman@playshare.com
46 berkeley square
London, wrij 5at
United Kingdom
2075964084

Domain servers in listed order:
PARK25.SECURESERVER.NET
PARK26.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois



www.RVcamerica.com

**Monte Carlo Floor Mats**
Custom embroidered floor mats with your
choice of Chevrolet logo.
www.USSpeed.com

**Why Stay In A Hotel?**
Fully furnished condos, 1-4 bdrms. Spring
Break 10% off 4+ nights
flagvacationcondos.com

**Monaco Tourism**
Find and book Cannes and Monaco tours
and activities on Viator.
www.viator.com

---

H-  24/7 Sales and Support: (480) 505-8877  H  Billing Questions? Call (480)505-8855   Free Email Updates! Enter address  GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! » 24/7 Sales & Support: (480)505-8877 » Today's Offers SALE

Go Daddy .com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
» BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOMAHJONG.COM

Search Again
Enter a Domain Name to Check .com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOMAHJONG.COM
Created on: 23-Aug-06
Expires on: 23-Aug-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK9.SECURESERVER.NET
PARK10.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs

- GRANDMONACOMAHJONG.NET $9.99/yr
- GRANDMONACOMAHJONG.ORG $8.99/yr
- GRANDMONACOMAHJONG.INFO $0.99/yr SAVE!
- GRANDMONACOMAHJONG.BIZ $6.99/yr SAVE!
- GRANDMONACOMAHJONG.US $7.99/yr
- GRANDMONACOMAHJONG.NAME $9.99/yr

You might also consider:

- GRANDMONACOMAHJONGONLINE.COM $8.95/yr
- ONLINEGRANDMONACOMAHJONG.COM $8.95/yr
- GRANDMONACOMAHJONGHOME.NET $8.99/yr
- HOMEGRANDMONACOMAHJONG.NET $8.99/yr
- GRANDMONACOMAHJONGSITE.ORG $8.99/yr
- SITEGRANDMONACOMAHJONG.ORG $8.99/yr
- GRANDMONACOMAHJONGWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOMAHJONG.INFO $0.99/yr SAVE!
- GRANDMONACOMAHJONGLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOMAHJONG.BIZ $6.99/yr SAVE!
- GRANDMONACOMAHJONGBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
1000 Places To See Before You Die.

Premiers March 28 9PM E/P.
www.TravelChannel.com

Deals On Monaco Hotel
Looking For A Hotel In Monaco? Search
100+ Hotel Sites In Seconds
www.Kayak.com

Chevy Monte Carlo
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

» 24/7 Sales and Support: (480) 505-8877    »    Billing Questions? Call (480)505-8855    [ Free Email Updates! Enter address ]    GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2008

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOMILLIONS.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOMILLIONS.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOMILLIONS.INFO $0.99/yr SAVE!
GRANDMONACOMILLIONS.BIZ $6.99/yr SAVE!
GRANDMONACOMILLIONS.US $7.99/yr
GRANDMONACOMILLIONS.NAME $9.99/yr
You might also consider:
GRANDMONACOMILLIONSO NLINE.COM $8.95/yr
ONLINEGRANDMONACOMILLIONS.COM $8.95/yr
GRANDMONACOMILLIONSH OME.NET $8.99/yr
HOMEGRANDMONACOMILLIONS.NET $8.99/yr
GRANDMONACOMILLIONSS ITE.ORG $8.99/yr
SITEGRANDMONACOMILLIONS.ORG $8.99/yr
GRANDMONACOMILLIONSW EB.INFO $0.99/yr SAVE!
WEBGRANDMONACOMILLIONS.INFO $0.99/yr SAVE!
GRANDMONACOMILLIONSL IVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOMILLIONS.BIZ $6.99/yr SAVE!
GRANDMONACOMILLIONSB LOG.US $7.99/yr
REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM

E&P on the Travel Channel,
www.TravelChannel.com

Monte Carlo Ls
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LSI
www.CarandDriver.com

Used Monaco Motor Homes
Pickews. Sell or Buy your Monaco. Huge
Texas RV Consignment Dealer.
www.ppimotorhomes.com

➤  24/7 Sales and Support: (480) 505-8877   ➤   Billing Questions? Call (480) 505-8855   | Free Email Updates! Enter address   | go |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy .com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOMILLIONS.NET

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOMILLIONS.NET
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs

- GRANDMONACOMILLIONS.INFO $0.99/yr SAVE!
- GRANDMONACOMILLIONS.BIZ $6.99/yr SAVE!
- GRANDMONACOMILLIONS.US $7.99/yr
- GRANDMONACOMILLIONS.NAME $8.99/yr

You might also consider:

- GRANDMONACOMILLIONSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOMILLIONS.COM $8.95/yr
- GRANDMONACOMILLIONSHOME.NET $8.99/yr
- HOMEGRANDMONACOMILLIONS.NET $8.99/yr
- GRANDMONACOMILLIONSSITE.ORG $8.99/yr
- SITEGRANDMONACOMILLIONS.ORG $8.99/yr
- GRANDMONACOMILLIONSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOMILLIONS.INFO $0.99/yr SAVE!
- GRANDMONACOMILLIONSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOMILLIONS.BIZ $6.99/yr SAVE!
- GRANDMONACOMILLIONSBLOG.US $7.99/yr

REGISTER NOW!

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco
France & Monaco custom vacations at 5 star luxury hotels and resorts
www.ClassicVacations.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Monte Carlo Resorts
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Bahrain Grand Prix 2007
Bahrain Grand Prix Information Official

WhoIs Search Results

Teen Merchandise and Gifts
theintellectualpropertysite.com

Top Monte Carlo Prices
Find out our lowest possible price on a new
Monte Carlo
www.CarPriceSecrets.com

Monaco F1 Grand Prix
Weekend with Hotel and Ticket £395 Hotel
(Fri+Sat) & Ticket (Sat+Sun)
www.GrandPrixSport.com

» 24/7 Sales and Support: (480) 505-8877    » Billing Questions? Call (480)505-8855    Free Email Updates: Enter address    GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



INDOM - Noms de domaine

 *noms de domaine*



Fermer cette fenêtre

**WHOIS grandmonacomillions.org**

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D109814898-LROR
Domain Name:GRANDMONACOMILLIONS.ORG
Created On:21-Dec-2005 15:16:16 UTC
Last Updated On:21-Dec-2006 09:50:57 UTC
Expiration Date:21-Dec-2007 15:16:16 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025050014
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225058014
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125058014
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK11.SECURESERVER.NET
Name Server:PARK12.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

© INDOM 1997 - 2006 | CNIL n°752559 | Conditions générales | Qui sommes-nous | Pour nous joindre
INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 60  - Fax : + 33 (0)1 48 01 67 73  - E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com
Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACONEWS.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACONEWS.COM
Created on: 18-Apr-06
Expires on: 18-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK5.SECURESERVER.NET
PARK6.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACONEWS.NET $8.99/yr
GRANDMONACONEWS.ORG $8.99/yr
GRANDMONACONEWS.INFO $0.99/yr SAVE!
GRANDMONACONEWS.BIZ $6.99/yr SAVE!
GRANDMONACONEWS.US $7.89/yr
GRANDMONACONEWS.NAME $8.99/yr

You might also consider:
GRANDMONACONEWSONLINE.COM $8.95/yr
ONLINEGRANDMONACONEWS.COM $8.95/yr
GRANDMONACONEWSHOME.NET $8.99/yr
HOMEGRANDMONACONEWS.NET $8.99/yr
GRANDMONACONEWSSITE.ORG $8.99/yr
SITEGRANDMONACONEWS.ORG $8.99/yr
GRANDMONACONEWSWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACONEWS.INFO $0.99/yr SAVE!
GRANDMONACONEWSLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACONEWS.BIZ $6.99/yr SAVE!
GRANDMONACONEWSBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

Save On Monaco Hotels
Find Low Hotel Rates in Monaco Quick & Easy To Use. Search Today!
www.Kayak.com

Monte Carlo Ls
Check Out CarandDriver.com for Pricing & Reviews on a New Chevy!
www.CarandDriver.com

Quorum Monaco Patio Fans
All Quorum Ceiling Fans Low Prices - Order Online Now!
www.FanWorldOutlet.com

WhoIs Search Results                                              Page 2 of 2



**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Tourism**
Find and book Cannes and Monaco tours and activities on Viator.
www.viator.com

**Monte Carlo Quote**
Fast and Free Monte Carlo Quotes. Get the Inside Price from Dealers!
www.WhyPaySticker.com

—

Ⅰ►  24/7 Sales and Support: (480) 505-8877  Ⅰ►  Billing Questions? Call (480)505-8855  | Free Email Updates! Enter address |  [GO]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! » 24/7 Sales & Support: (480)505-8877 » Today's Offers SALE

Go Daddy.com® Make a .com name with us!®

SPECIAL OFFER for Registerfly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com
Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS

Search Results for: GRANDMONACOONLINECASINO.COM

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOONLINECASINO.COM
Created on: 15-Mar-06
Expires on: 15-Mar-08
Last Updated on: 15-Mar-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK23.SECURESERVER.NET
PARK24.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

Available TLDs

GRANDMONACOONLINECASINO.NET $?.99/yr
GRANDMONACOONLINECASINO.ORG $8.99/yr
GRANDMONACOONLINECASINO.INFO $0.99/yr SAVE!
GRANDMONACOONLINECASINO.BIZ $6.99/yr SAVE!
GRANDMONACOONLINECASINO.US $7.99/yr
GRANDMONACOONLINECASINO.NAME $9.99/yr

You might also consider:

GRANDMONACOONLINECASINOONLINE.COM $8.95/yr
ONLINEGRANDMONACOONLINECASINO.COM $8.95/yr
GRANDMONACOONLINECASINOHOME.NET $8.99/yr
HOMEGRANDMONACOONLINECASINO.NET $8.99/yr
GRANDMONACOONLINECASINOSITE.ORG $8.99/yr
SITEGRANDMONACOONLINECASINO.ORG $8.99/yr
GRANDMONACOONLINECASINOWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOONLINECASINO.INFO $0.99/yr SAVE!
GRANDMONACOONLINECASINOLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOONLINECASINO.BIZ $6.99/yr SAVE!
GRANDMONACOONLINECASINOBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Resorts
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Monte Carlo Official Site
No Booking Fee at Monte Carlo Reserve your room online and save!
www.MonteCarlo.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Stop The Bonus Chase
The No Deposit Casino Bonus Guide: Trick The Casinos & Get Free Cash!
www.Betting-Analytics.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Prestige Monaco Property
Finest luxury properties in Monaco and the



**French Riviera**
www.prestigeproperty.co.uk

**Monaco RV Superstore**
On average 1,400 RVs in stock Largest
Selection of Monaco Units
www.giantrv.com

**Monaco RV Listings**
New & Used Monaco RVs includes Photos,
Floorplans, Specs & Prices
RVweb.com

**Monaco Grand Prix Package**
Book now for 2007 packages From £419 pp,
depart from UK
www.sportseventstravel.co.uk

▶ 24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480) 505-8855    | Free Email Updates! Enter address    | GO |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 – 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search! .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOONLINEGAMING.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOONLINEGAMING.COM
Created on: 15-Mar-06
Expires on: 15-Mar-08
Last Updated on: 15-Mar-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK23.SECURESERVER.NET
PARK24.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOONLINEGAMING.NET $8.99/yr
GRANDMONACOONLINEGAMING.ORG $8.99/yr
GRANDMONACOONLINEGAMING.INFO $0.99/yr SAVE!
GRANDMONACOONLINEGAMING.BIZ $6.99/yr SAVE!
GRANDMONACOONLINEGAMING.US $7.99/yr
GRANDMONACOONLINEGAMING.NAME $8.99/yr

You might also consider:
GRANDMONACOONLINEGAMINGONLINE.COM $8.95/yr
ONLINEGRANDMONACOONLINEGAMING.COM $8.95/yr
GRANDMONACOONLINEGAMINGHOME.NET $8.99/yr
HOMEGRANDMONACOONLINEGAMING.NET $8.99/yr
GRANDMONACOONLINEGAMINGSITE.ORG $8.99/yr
SITEGRANDMONACOONLINEGAMING.ORG $8.99/yr
GRANDMONACOONLINEGAMINGWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOONLINEGAMING.INFO $0.99/yr SAVE!
GRANDMONACOONLINEGAMINGLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOONLINEGAMING.BIZ $6.99/yr SAVE!
GRANDMONACOONLINEGAMINGBLOG.US $7.99/yr

REGISTER NOW!

Casino direct marketing
Full service direct marketing support for the gaming industries
http://www.gawright.com/gaming/

Monaco Motor Homes
Dynasty, Diplomat, Knight & More Inventory Liquidation Sale Now
www.northtrailrv.com

Gaming Kiosk Solutions
Casino Field Proven Solutions for Promotions, Redemptions, Cash Out
www.spunix.com

Stop The Bonus Chase
The No Deposit Casino Bonus Guide: Trick The Casinos & Get Free Cash!
www.Betting-Analytics.com

Player Tracking Cards
We can produce, personalize, match, affix and mail your gaming card!
www.playertrackingcards.com/

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp,

depart from UK
www.sportseventstravel.co.uk

**Monaco RV Listings**
New & Used Monaco RVs Includes Photos,
Floorplans, Specs, & Prices
RVweb.com

**Prairie Knights Casino**
Casino, Lodge, and Resort Feel Lucky
ToKnight!
www.prairieknights.com

**1000 Places To See**
Before You Die. Premieres March 29 9PM
E/P on the Travel Channel.
www.TravelChannel.com

24/7 Sales and Support: (480) 505-8877    ▶    Billing Questions? Call (480)505-8355    | Free Email Updates! Enter address |    GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

     

GoDaddy.com is the world's No.-1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



WhoIs Search Results                                                    Page 1 of 1



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOONLINEPOKER.COM
Created on: 15-Mar-06
Expires on: 15-Mar-08
Last Updated on: 15-Mar-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK23.SECURESERVER.NET
PARK24.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 barkeley square
London, w'1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPARTNERS.COM
Created on: 23-Aug-06
Expires on: 23-Aug-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max colan.horsman@playshare.com
46 berkeley square
London, w'1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max colan.horsman@playshare.com
46 berkeley square
London, w'1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK9.SECURESERVER.NET
PARK10.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

WhoIs Search Results

Premiere March 28 8PM E/P.
www.TravelChannel.com

Deals On Monaco Hotel
Looking For A Hotel In Monaco? Search
100+ Hotel Sites In Seconds
www.Kayak.com

Chevy Monte Carlo
Check Out CarandDriver.com for Pricing &
Reviews on a New Chevy!
www.CarandDriver.com

Monte Carlo Floor Mats
Custom embroidered floor mats with your
choice of Chevrolet logo.
www.USSpeed.com

24/7 Sales and Support: (480) 505-8877   Billing Questions? Call (480)505-8855   Free Email Updates! Enter address   GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPLAYERSCLUB.COM
Created on: 07-Apr-06
Expires on: 07-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK25.SECURESERVER.NET
PARK26.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

WhoIs Search Results                                                      Page 2 of 2

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels with special offers.
www.bookings.fr

**Susana Monaco**
Find the latest styles including new dresses from Susana Monaco at
www.oliveandbettes.com

**Monte Carlo Fans**
Low Prices and Fast Shipping on Monte Carlo Fans. Order Online!
www.CeilingFansOutlet.com

▶  24/7 Sales and Support: (480) 505-8877    ▶   Billing Questions? Call (480)505-8855    Free Email Updates! Enter address   GO

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us



GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALES

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOPLAYERSCLUB.NET

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPLAYERSCLUB.NET
Created on: 07-Apr-06
Expires on: 07-Apr-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK25.SECURESERVER.NET
PARK26.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOPLAYERSCLUB.ORG $8.99/yr
GRANDMONACOPLAYERSCLUB.INFO $0.89/yr SAVE!
GRANDMONACOPLAYERSCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOPLAYERSCLUB.US $7.99/yr
GRANDMONACOPLAYERSCLUB.NAME $8.99/yr

You might also consider:
GRANDMONACOPLAYERSCLUBONLINE.COM $8.95/yr
ONLINEGRANDMONACOPLAYERSCLUB.COM $8.95/yr
GRANDMONACOPLAYERSCLUBHOME.NET $8.95/yr
HOMEGRANDMONACOPLAYERSCLUB.NET $8.99/yr
GRANDMONACOPLAYERSCLUBSITE.ORG $8.99/yr
SITEGRANDMONACOPLAYERSCLUB.ORG $8.99/yr
GRANDMONACOPLAYERSCLUBWEB.INFO $0.89/yr SAVE!
WEBGRANDMONACOPLAYERSCLUB.INFO $0.89/yr SAVE!
GRANDMONACOPLAYERSCLUBLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOPLAYERSCLUB.BIZ $6.99/yr SAVE!
GRANDMONACOPLAYERSCLUBBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOPOKER.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPOKER.COM
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOPOKER.INFO $0.99/yr SAVE!
- GRANDMONACOPOKER.BIZ $6.99/yr SAVE!
- GRANDMONACOPOKER.US $7.99/yr
- GRANDMONACOPOKER.NAME $9.99/yr

## You might also consider:

- GRANDMONACOPOKERONLINE.COM $8.95/yr
- ONLINEGRANDMONACOPOKER.COM $8.95/yr
- GRANDMONACOPOKERHOME.NET $8.99/yr
- HOMEGRANDMONACOPOKER.NET $8.99/yr
- GRANDMONACOPOKERSITE.ORG $8.99/yr
- SITEGRANDMONACOPOKER.ORG $8.99/yr
- GRANDMONACOPOKERWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOPOKER.INFO $0.99/yr SAVE!
- GRANDMONACOPOKERLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOPOKER.BIZ $6.99/yr SAVE!
- GRANDMONACOPOKERBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Hotels in Monte - Carlo
Dis Hotels, Helicopter & limo transfers in Monte-Carlo Monaco
www.Monte-CarloHotels.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco RV Superstore
On average 1,400 RV's in stock Largest Selection of Monaco Units
www.giantrv.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK

www.sportseventstravel.co.uk

**Monaco RV Listings**
New & Used Monaco RVs Includes Photos,
Floorplans, Specs, & Prices
RVweb.com

**1000 Places To See**
The ultimate traveler "to-do" list. Premieres
March 29 9PM E/P.
www.TravelChannel.com

» 24/7 Sales and Support: (480) 505-8877   »   Billing Questions? Call (480)505-8855   |   Free Email Updates! Enter address   |   [GO]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whols | Affiliates | Resellers | Link to Us



GoDaddy.com is the world's No. 1 ICANN-accredited domain name register for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRAND-MONACO-POKER.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRAND-MONACO-POKER.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRAND-MONACO-POKER.NET $8.99/yr
- GRAND-MONACO-POKER.ORG $8.99/yr
- GRAND-MONACO-POKER.INFO $0.99/yr SAVE!
- GRAND-MONACO-POKER.BIZ $6.99/yr SAVE!
- GRAND-MONACO-POKER.US $7.99/yr
- GRAND-MONACO-POKER.NAME $9.99/yr

## You might also consider:

- GRAND-MONACO-POKERONLINE.COM $8.95/yr
- ONLINEGRAND-MONACO-POKER.COM $8.95/yr
- GRAND-MONACO-POKERHOME.NET $8.99/yr
- HOMEGRAND-MONACO-POKER.NET $8.99/yr
- GRAND-MONACO-POKERSITE.ORG $8.99/yr
- SITEGRAND-MONACO-POKER.ORG $8.99/yr
- GRAND-MONACO-POKERWEB.INFO $0.99/yr SAVE!
- WEBGRAND-MONACO-POKER.INFO $0.99/yr SAVE!
- GRAND-MONACO-POKERLIVE.BIZ $6.99/yr SAVE!
- LIVEGRAND-MONACO-POKER.BIZ $6.99/yr SAVE!
- GRAND-MONACO-POKERBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Monaco RV Listings
New & Used Monaco RVs Includes Photos.



Floorplans, Specs, & Prices
RVweb.com

**1000 Places To See**
New series on the Travel Channel.
Premieres March 29 9PM E/P.
www.TravelChannel.com

**Susana Monaco**
Find the latest styles including new dresses
from Susana Monaco at
www.olivaandbettes.com

**Used Monaco Motor Homes**
Don't Sell or Buy Until You Visit Huge
Texas Consignment Dealer Site.
www.ppimotorhomes.com

▶  24/7 Sales and Support: (480) 505-8877   ▶   Billing Questions? Call (480)505-8855     | Free Email Updates! Enter address    |  GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!® SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain products! BobParsons.com Bye-bye RegisterFly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOPOKER.NET

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPOKER.NET
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOPOKER.INFO $0.99/yr SAVE!
- GRANDMONACOPOKER.BIZ $6.99/yr SAVE!
- GRANDMONACOPOKER.US $7.99/yr
- GRANDMONACOPOKER.NAME $9.99/yr

## You might also consider:

- GRANDMONACOPOKERONLINE.COM $8.95/yr
- ONLINEGRANDMONACOPOKER.COM $8.95/yr
- GRANDMONACOPOKERHOME.NET $8.99/yr
- HOMEGRANDMONACOPOKER.NET $8.99/yr
- GRANDMONACOPOKERSITE.ORG $8.99/yr
- SITEGRANDMONACOPOKER.ORG $8.99/yr
- GRANDMONACOPOKERWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOPOKER.INFO $0.99/yr SAVE!
- GRANDMONACOPOKERLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOPOKER.BIZ $6.99/yr SAVE!
- GRANDMONACOPOKERBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Las Vegas
Online Special - Book Monte Carlo Direct and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Monaco RV Listings
New & Used Monaco RV's Includes Photos, Floorplans, Specs. & Prices
RVweb.com

1000 Places To See
New series on the Travel Channel. Premieres March 29 9PM E/P.

www.TravelChannel.com

**Used Monaco Motor Homes**
Pictures. Sell or Buy your Monaco. Huge
Texas RV Consignment Dealer.
www.pptranstorhomes.com

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels
with special offers.
www.bookings.fr

→ 24/7 Sales and Support: (480) 505-8877  → Billing Questions? Call (480)505-8855  | Free Email Updates! Enter address | 

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name register for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 –2007 GoDaddy.com, Inc. All rights reserved.



 **noms de domaine**

Fermer cette fenêtre

**WHOIS grandmonacopoker.org**

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy.  This service is intended only for query-based access.  You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.  All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D109657497-LROR
Domain Name:GRANDMONACOPOKER.ORG
Created On:19-Dec-2005 06:51:50 UTC
Last Updated On:19-Dec-2006 10:02:37 UTC
Expiration Date:19-Dec-2007 06:51:50 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025058003
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:colan.horsman@playshare.com
Admin ID:GODA-225058003
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:colan.horsman@playshare.com
Tech ID:GODA-125058003
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:colan.horsman@playshare.com
Name Server:PARK21.SECURESERVER.NET
Name Server:PARK22.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

INDOM - Noms de domaine

Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

© INDOM 1997 - 2006 | CNIL n°752359 | Condition générales | Qui sommes-nous | Pour nous joindre
INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 787 608 000 25
Tél. : + 33 (0)1 48 01 83 60 - Fax : + 33 (0)1 48 01 57 73 - E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOPOKERCLUB.COM

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPOKERCLUB.COM
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs

- GRANDMONACOPOKERCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOPOKERCLUB.BIZ $6.99/yr SAVE!
- GRANDMONACOPOKERCLUB.US $7.99/yr
- GRANDMONACOPOKERCLUB.NAME $8.99/yr

You might also consider:

- GRANDMONACOPOKERCLUBONLINE.COM $8.95/yr
- ONLINEGRANDMONACOPOKERCLUB.COM $8.95/yr
- GRANDMONACOPOKERCLUBHOME.NET $8.99/yr
- HOMEGRANDMONACOPOKERCLUB.NET $8.99/yr
- GRANDMONACOPOKERCLUBSITE.ORG $8.99/yr
- SITEGRANDMONACOPOKERCLUB.ORG $8.99/yr
- GRANDMONACOPOKERCLUBWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOPOKERCLUB.INFO $0.99/yr SAVE!
- GRANDMONACOPOKERCLUBLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOPOKERCLUB.BIZ $6.99/yr SAVE!
- GRANDMONACOPOKERCLUBBLOG.US $7.99/yr

REGISTER NOW!

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Poker Chip Customizer
Easily create your own poker chips The "Do It Yourself" Home Kit
www.chipcustomizer.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK.
www.sportseventstravel.co.uk

1000 Places To See
Before You Die. Premieres March 29 9PM E/P on the Travel Channel.
www.TravelChannel.com

2007 Monaco Formula 1
Tickets for the Monaco Grand Prix. Book online or by telephone
www.bookf1.com

Monte Carlo Hotel Vegas
Compare prices, photos & options.

VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

**Monaco Real Estate**
Monaco Property for Sale & Rent Monaco
Property Investment
www.fastproperties.net

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels
with special offers.
www.bookings.fr

» 24/7 Sales and Support: (480) 505-8877   » Billing Questions? Call (480)505-8855   Free Email Updates! Enter address   [Go]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



 

*noms de domaine*

Fermer cette fenêtre

**WHOIS grandmonacopokerclub.org**

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record is provided by Public Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator or any ICANN-Accredited Registrar, except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

```
Domain ID:D109814900-LROR
Domain Name:GRANDMONACOPOKERCLUB.ORG
Created On:21-Dec-2005 15:16:17 UTC
Last Updated On:21-Dec-2006 09:50:56 UTC
Expiration Date:21-Dec-2007 15:16:17 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025057903
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225057903
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125057903
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK11.SECURESERVER.NET
Name Server:PARK12.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

© INDOM 1997 – 2005  |  CNIL n°752559  |  Conditions générales  |  Qui sommes-nous  |  Pour nous joindre

INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 60 - Fax : + 33 (0)1 48 01 87 73 - E-mail : indom@indom.com



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOPROMOTIONS.COM

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPROMOTIONS.COM
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

Available TLDs
GRANDMONACOPROMOTIONS.NET $8.99/yr
GRANDMONACOPROMOTIONS.ORG $8.99/yr
GRANDMONACOPROMOTIONS.INFO $0.99/yr SAVE!
GRANDMONACOPROMOTIONS.BIZ $8.99/yr SAVE!
GRANDMONACOPROMOTIONS.US $7.99/yr
GRANDMONACOPROMOTIONS.NAME $8.99/yr

You might also consider:
GRANDMONACOPROMOTIONSONLINE.COM $8.95/yr
ONLINEGRANDMONACOPROMOTIONS.COM $8.95/yr
GRANDMONACOPROMOTIONSHOME.NET $8.99/yr
HOMEGRANDMONACOPROMOTIONS.NET $8.99/yr
GRANDMONACOPROMOTIONSSITE.ORG $8.99/yr
SITEGRANDMONACOPROMOTIONS.ORG $8.99/yr
GRANDMONACOPROMOTIONSWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOPROMOTIONS.INFO $0.99/yr SAVE!
GRANDMONACOPROMOTIONSLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOPROMOTIONS.BIZ $6.99/yr SAVE!
GRANDMONACOPROMOTIONSBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Amazing Las Vegas hotel discounts. Easily book your room today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Save On Monaco Hotels
Find Low Hotel Rates In Monaco Quick & Easy To Use. Search Today!
www.Kayak.com

Susana Monaco
Find the latest styles including new dresses

from Susana Monaco at
www.oliveandbettes.com

**Chevy Monte Carlo**
Check Out CarandDriver.com for Pricing &
Reviews on a New Chevy!
www.CarandDriver.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

**Quorum Monaco Patio Fans**
All Quorum Ceiling Fans Low Prices - Order
Online Now!
www.FanWorldOutlet.com

» 24/7 Sales and Support: (480) 505-8877   »   Billing Questions? Call (480)505-8855      Free Email Updates! Enter address          GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2008

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search    com  GO!    » 24/7 Sales & Support: (480) 505-8877    » Today's Offers   SALE

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOPOKERCLUB.NET
Created on: 21-Dec-05
Expires on: 21-Dec-07
Last Updated on: 21-Dec-06

Administrative Contact:
Wright, Max caian.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max caian.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy .com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
Discount Domain Club Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

WHOIS Search Results for: GRANDMONACORACEBOOK.COM

Search Again
Enter a Domain Name to Check
.com GO

Available TLDs
GRANDMONACORACEBOOK $9.99/yr SAVE! INFO
GRANDMONACORACEBOOK $8.99/yr SAVE! BIZ
GRANDMONACORACEBOOK $7.99/yr US

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACORACEBOOK.COM
Created on: 03-Feb-06
Expires on: 03-Feb-08
Last Updated on: 03-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK19.SECURESERVER.NET
PARK20.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

