**EXHIBIT D - 6**

www.grandmonacopoker.com Coming Soon!    Page 1 sur 2

# www.grandmonacopoker.com

This page is parked free, courtesy of GoDaddy.com

[ Search ]



### Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Nice Riviera Hotel 3***
Nice Center From 130 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location, 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com

**F1tickets Monaco**
Visit the most famous GP of the world. Buy your tickets online!
www.F1ticket.info





### Popular Searches

| Travel | Financial Planning | E Commerce |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| | | |
| Lifestyle | Real Estate | Insurance |
| Fitness | Mortgages | Car Insurance |
| Dating | Refinancing | Travel Insurance |
| Singles | Home Equity Loans | Health Insurance |
| Education | For Sale by Owner | Home Insurance |
| Degrees | Credit Score | Life Insurance |
| | | |
| Business | Legal Help | Personal Finances |
| Bankruptcy | DUI Lawyers | Investments |
| Business Cards | Accident Lawyers | Student Loans |
| Affiliate Programs | Bankruptcy Lawyers | Work from Home |
| Conference Calls | Probate Lawyers | Personal Loans |
| CRM | Patent Lawyers | Jobs |
| | | |
| Computers | Health Care | Shopping |
| Laptops | Vitamins | Gifts |
| Software Training | Contact Lenses | Flowers |
| High Speed Internet | Laser Eye Surgery | DVD Rental |
| DSL | Cosmetic Surgery | Apparel |
| Data Recovery | Diet | Books |

www.grandmonacopoker.com Coming Soon!

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

## www.grandmonacovideopoker.com
This page is parked free, courtesy of GoDaddy.com



**Not what you're looking for?** [Search]

**Related Searches:**
- Karement Monaco
- Monaco History
- Fontvieille Monaco
- Corporate in Monaco
- Monaco Vacation
- Relocation Monaco

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

### Sponsored Links

**Sylvia Beautiful Escort**
classe, raffinement, reçoit à Nice Monaco, Cannes, Geneve sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Massena Hotel 4\***
Nice Center From 140 € Available in March!
www.horse21.net

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location, 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**2007 Monaco Formula 1**
Tickets for the Monaco Grand Prix. Book online or by telephone
www.bookf1.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**F1 Grandprix tickets**
The most up to date website for tickets to every Grand Prix
www.F1ticket.info

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

### LIMITED TIME OFFER
**$1.99** (up to qty limit) **Domains**
Now, with any non-domain purchase!

FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:
[.com] [GO]
Advanced Search   ICANN Accredited

*Plus ICANN fee of 25 cents per domain name year.

### The world's largest hostname provider!*
From $3.19/mo!
FREE Setup!
No Annual Commitment!
99.9% uptime!





The smart choice for buying & selling domains
Memberships just $4.99/year!
Lowest commissions!

THE DOMAIN NAME AFTERMARKET.com

### Popular Searches

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

Case 1:07-cv-04802-DAB-RLE   Document 1-10   Filed 06/06/2007   Page 5 of 8

www.grandmonacopokerclub.org coming soon!                           Page 1 sur 2

# www.grandmonacopokerclub.org
This page is parked free, courtesy of GoDaddy.com


Make a .com name with us!

**Not what you're looking for?** [Search]

**Related Searches:**
- Karement Monaco
- Monaco History
- Monaco Vacation
- Corporate in Monaco
- Relocation Monaco
- Monaco Grand Prix

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

**Sponsored Links**

**Casa in Monaco e Riviera**
Clientela Italiana, Mauro Piras vostro contatto Italiano in Monaco
www.sipmonaco.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Poker gratuit en ligne**
Défiez des experts du monde entier un tournoi gratuit - pas de mise!
www.europoker.net

**Exclusive Riviera Estates**
Specialist Agency For Luxury Estates Along The French Riviera
www.eliteresidentialestates.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Grand Prix Yachts**
Book now for 2007 Grand Prix! Entertainment Yachts, all Sizes.
boatbookings.com/monacograndprix

**Monaco Real Estate**
Appartamenti e ville Monaco Montecarlo
www.fassinoimmobiliare.com

**Formula 1 Tickets**
Buy your tickets to the glamorous Formula 1 GP of monaco here!
www.F1ticket.info



LIMITED TIME OFFER
$1.99 no qty limit Domains
Now, with any non-domain purchase!
FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now: [.com] [GO]
Advanced Search  ICANN
*Plus ICANN fee of 25 cents per domain name year.

**The world's largest hostname provider!***
From $3.19/mo!
FREE Setup!
No Annual Commitment!
99.9% uptime!



**Build a Web site in minutes with WebSite Tonight®**
Point & Click – it's that easy!
- From $3.99/month!
- Includes FREE Hosting & Email



**Popular Searches**

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| | | | |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| | | | |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

www.grandmonacopokerclub.org coming soon!

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

www.grandmonacopokerclub.net coming soon!

Page 1 sur 1

# www.grandmonacopokerclub.net
This page is parked free, courtesy of GoDaddy.com





**$1.99** 30 day trial **Domains**
Now, with any new domain purchased:
FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:
.com  [GO]
Advanced Search  ICANN

*Plus ICANN fee of 25 cents per domain name year.

**The world's largest hostname provider!***
From $3.19/mo!
FREE Setup!
No Annual Commitment!
99.9% uptime!



**FREE extras with each domain!**
- Complete Email
- Hosting with Web site
- Quick Blog
- And more!

Search for your domain now
.com  [GO]

**Sponsored Links**

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Immobilier**
Magazine spécialisé en Immobilier de Prestige sur la Côte D'Azur
www.lux-residence.com

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location, 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Monaco Real Estate**
Appartamenti e ville Monaco Montecarlo
www.fassinoimmobiliare.com

**$560.00 Free Money**
We have found more than 29 sites where you can get free money.
560plusfree.com

**Not what you're looking for?**
[Search]

**Related Searches:**
- Monaco History
- Monte Carlo History
- Fontvieille Monaco
- Monaco Historique
- Relocation Monaco
- F1 Monaco Grand Prix

**Visit GoDaddy.com for the best values on:**
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

---

**Popular Searches**

| | | | |
|---|---|---|---|
| Travel | Financial Planning | E Commerce | Lifestyle |
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |



GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacoonlinepoker.com
This page is parked free, courtesy of GoDaddy.com


Go Daddy
Make a .com name with us!®

**Not what you're looking for?** [ Search ]

**Related Searches:**
- Online Casino
- Online Roulette
- Online Spielbank
- Online Lotterien
- Online Lotto
- Gambling Markt

**Visit GoDaddy.com for the best values on:**
- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products
- AND MORE!
- See product catalog

**Sponsored Links**

**Le poker facile**
Site européen de poker Téléchargement non requis
www.europoker.net

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.chipvault.com

**Conrad Jupiter Hotel**
Gold Coast hotels at discount rates Select, Reserve and Save +75%
AsiaRooms.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**KA by Cirque du Soleil**
Thrilling new show at MGM Grand. Get your tickets online.
www.mgmgrand.com/ka

**$560.00 Free Money**
We have found more than 29 sites where you can get free money.
560plusfree.com

**Free Casino Games**
Download free casino & poker software, no purchase necessary.
Free.888.com

**Nice Riviera Hotel 3***
Nice Center From 139 € Available in March!
www.horse21.net

**Classic: Hotel de Monaco**
Boutique Hotel, luxury, perfect location, 3 min MC - €150/€170 b&b
www.hoteldemonaco.com

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com



LIMITED-TIME OFFER
$1.99* No Qty limit Domains
Now, with any non-domain purchase!
FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:
[ .com ] [ GO ]
Advanced Search    ICANN
*Plus ICANN fee of 25 cents per domain name year.

**Fast, Reliable, Secure Web Hosting**
- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

Flexible plans as low as $3.19/mo!
Learn more...

**Popular Searches**

| Travel | Financial Planning | E Commerce | Lifestyle |
|---|---|---|---|
| Airline | Loans | VoIP | Fitness |
| Car Rental | Credit Cards | Broadband | Dating |
| Hotels | Debt Consolidation | Domain Names | Singles |
| Cruises | Stocks | Web Hosting | Education |
| Vacations | Payday Loans | Web Design | Degrees |
| Real Estate | Insurance | Business | Legal Help |
| Mortgages | Car Insurance | Bankruptcy | DUI Lawyers |
| Refinancing | Travel Insurance | Business Cards | Accident Lawyers |
| Home Equity Loans | Health Insurance | Affiliate Programs | Bankruptcy Lawyers |
| For Sale by Owner | Home Insurance | Conference Calls | Probate Lawyers |
| Credit Score | Life Insurance | CRM | Patent Lawyers |
| Personal Finances | Computers | Health Care | Shopping |
| Investments | Laptops | Vitamins | Gifts |
| Student Loans | Software Training | Contact Lenses | Flowers |
| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.