UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SOCIETE DES BAINS DE MER ET DU    :
CERCLE DES ETRANGERS A
MONACO,                            :
                                        Case No.
                  Plaintiff,       :
                                       **DEMAND FOR JURY TRIAL**
        vs.                        :

PLAYSHARE PLC, GRAND               :
MONACO LTD., GAMSHARE LTD.,
LUCAN TOH, MAXWELL WRIGHT,         :
HILSTEAD LTD.,
                                   :
                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PLAINTIFF SOCIETE DES BAINS
## DE MER ET DU CERCLE DES ETRANGERS
## A MONACO'S DISCLOSURES PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Plaintiff Société des Bains de Mer et du Cercle des Etrangers à Monaco ("SBM")

certifies the following:

SBM is a société anonyme organized and existing under the laws of the Principauté of

Monaco with no corporate parents.

No publicly held corporation owns 10% or more of the stock of SBM.

DATED:    New York, New York
          June 5, 2007

                                   QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP


                                   By _____
                                      Robert L. Raskopf (RR-5022)
                                      Alan Blum (AB-6937)
                                      Lori E. Weiss (LW-7866)

                                   51 Madison Avenue, 22nd Floor
                                   New York, New York  10010
                                   Tel:  (212) 849-7000
                                   Fax:  (212) 849-7100

                                   ATTORNEYS FOR SOCIETE DES BAINS
                                   DE MER ET DU CERCLE DES
                                   ETRANGERS A MONACO

                                   *Of Counsel*:

                                   QUINN EMANUEL URQUHART OLIVER
                                   & HEDGES, LLP
                                   George R. Hedges
                                   865 S. Figueroa Street, 10th Floor
                                   Los Angeles, California 90017
                                   Tel:  (213) 443-3000
                                   Fax:  (213) 443-3100