# EXHIBIT A

Case 1:07-cv-04802-DAB-RLE    Document 3-2    Filed 06/07/2007    Page 1 of 6

# Cahier des Charges,

relatif à l'exploitation du privilège concédé par Ordonnance du 2 avril 1863.

---

### Article 1er.

La Société s'engage à entretenir dans la Principauté, au lieu dit : Les Spélugues, qui à l'avenir prendra le nom de Monte-Carlo, l'établissement y existant sous le nom de Cercle des Étrangers.

### Article 2.

La Société devra maintenir sur le territoire de Monaco l'établissement de Bains de Mer y existant, sans néanmoins qu'elle puisse mettre obstacle aux bains de toute nature, ceux de mer exceptés, qui pourraient être établis sant à l'intérieur qu'à l'extérieur de la ville.

### Article 3.

La Société devra entretenir l'Usine à Gaz établie sur le terrain qui lui a été gratuitement concédé par le gouvernement de Son Altesse Sérénissime au lieu dit Fort Antoine.

Article 4.

À l'expiration du Privilège de concession, Son Altesse Sérénissime le Prince de Monaco deviendra propriétaire des Etablissements désignés aux articles 1, 2 et 3 ci-dessus, ainsi que de tout le matériel et mobilier meublant les garnissant, et dont l'inventaire sera renouvelé le 1er Janvier de chaque année.

Article 5.

La Société devra établir dans la Ville de Monaco, avant le 1er Septembre 1868, une fontaine d'eau jaillissante qui alimentera 3 bornes fontaines d'une manière suffisante aux besoins de la population.

Cette fontaine, ainsi que les bornes fontaines dont le plan et l'emplacement devront être approuvés par l'autorité, deviendront immédiatement propres de l'État, avec leurs réservoirs, tuyaux et autres accessoires. La société sera également tenue d'exécuter les travaux nécessaires pour fournir, moyennant rétribution, de l'eau aux particuliers.

Article 6.

La Société devra alimenter à ses frais les becs de gaz posés dans le Palais et la ville de Monaco, ainsi que les autres becs placés hors la ville.

La Société pourra fournir du gaz aux particuliers aux conditions du cahier des charges actuellement en

662                    JOURNAL DE MONACO                    Vendredi 28 mars 2003

*Arrêté Municipal n° 2003-26 du 19 mars 2003 prononçant l'admission à la retraite anticipée d'un fonctionnaire (p. 668).*

AVIS ET COMMUNIQUÉS

MINISTÈRE D'ÉTAT

Secrétariat Général.

*Modification de l'heure légale - Année 2003 (p. 668).*

Direction de la Fonction Publique et des Ressources Humaines.

*Avis de recrutement n° 2003-32 d'une Gouvernante chargée de la Résidence Archiépiscopale (p. 668).*

*Avis de recrutement n° 2003-37 d'un Cuisinier au Mess de la Force Publique (p. 669).*

*Avis de recrutement n° 2003-38 d'un Ouvrier éléctromécanicien au Service de l'Aménagement Urbain (p. 669).*

*Avis de recrutement n° 2003-39 d'un Jardinier aide-ouvrier professionnel au Service de l'Aménagement Urbain (p. 669).*

*Avis de recrutement n° 2003-40 d'un Conseiller Technique au Service d'Information et de Contrôle sur les Circuits Financiers (p. 669).*

DÉPARTEMENT DES FINANCES ET DE L'ÉCONOMIE

Office des Emissions de Timbres-Poste.

*Mises en vente de timbres commémoratifs (p. 670).*

MAIRIE

*Convocation du Conseil Communal - Session extraordinaire - Séance publique du mardi 1er avril 2003 (p. 670).*

*Avis de vacance n° 2003-034 d'un poste de Chef de service au Service de Gestion des Personnels (p. 670).*

*Avis de vacance n° 2003-038 de trois postes de Surveillants de Jardins saisonniers à la Police Municipale (p. 671).*

*Avis de vacance n° 2003-039 de trois postes de Surveillants de Jardins saisonniers à la Police Municipale (p. 671).*

*Avis de vacance n° 2003-040 d'un poste de Surveillant de Jardins saisonnier à la Police Municipale (p. 671).*

INFORMATIONS (p. 671).

INSERTIONS LÉGALES ET ANNONCES (p. 672 à p. 686).

DECISION SOUVERAINE

*Erratum à la Décision Souveraine du 27 mai 2002 publiée au "Journal de Monaco" du 14 juin 2002 relative à la nomination des membres de la Commission Consultative de la Collection Philatélique de S.A.S. le Prince Souverain.*

Lire page 971 :

........................................................................

Le second paragraphe est modifié comme suit :

Sont nommés Membres de ladite Commission les personnes suivantes :

........................................................................

Le reste sans changement.

ORDONNANCES SOUVERAINES

*Ordonnance Souveraine n° 15.732 du 13 mars 2003 renouvelant le privilège des jeux concédé à la Société des Bains de Mer et du Cercle des Etrangers à Monaco et approuvant le cahier des charges et les conventions annexes afférents.*

RAINIER III
PAR LA GRACE DE DIEU
PRINCE SOUVERAIN DE MONACO

Vu la délibération du Conseil de Gouvernement en date du 21 novembre 2002 qui Nous a été communiquée par Notre Ministre d'Etat ;

Avons Ordonné et Ordonnons :

ARTICLE PREMIER.

Le privilège des jeux, octroyé à la Société des Bains de Mer et du Cercle des Etrangers pour la première fois le 2 avril 1863, est renouvelé pour vingt années, à compter du 1er avril 2007.

ART. 2.

Sont approuvés le cahier des charges et les conventions annexes intervenus le 21 mars 2003 entre Notre Administration des Domaines, M. Jean-Luc BIAMONTI, Président de la Société des Bains de Mer et du Cercle des Etrangers, et M. Bernard LAMBERT,

Case 1:07-cv-04802-DAB-RLE   Document 3-2   Filed 06/07/2007   Page 5 of 6
03/05 2007 THU 10:37 FAX Juridique-Contentieux                      ☒003/003

Vendredi 28 mars 2003                    JOURNAL DE MONACO                                    663

Directeur Général de la Société des Bains de Mer et du Cercle des Etrangers.

### ART. 3.

Notre Secrétaire d'Etat, Notre Directeur des Services Judiciaires et Notre Ministre d'Etat sont chargés, chacun en ce qui le concerne, de l'exécution de la présente ordonnance.

Donné en Notre Palais à Monaco, le treize mars deux mille trois.

RAINIER.

*Par le Prince,*
*Le Secrétaire d'État :*
R. NOVELLA.

---

*Ordonnance Souveraine n° 15.737 du 18 mars 2003 portant naturalisation monégasque.*

### RAINIER III
### PAR LA GRACE DE DIEU
### PRINCE SOUVERAIN DE MONACO

Vu la requête qui Nous a été présentée par le Sieur Alain, Louis, Germain BAUBRIT, tendant à son admission parmi Nos sujets ;

Vu la Constitution ;

Vu la loi n° 1.155 du 18 décembre 1992, modifiée par la loi n° 1.199 du 26 décembre 1997, et notamment les articles 5 et 13 ;

Vu l'article 25 § 2 de l'ordonnance organique du 9 mars 1918 ;

Vu Notre ordonnance n° 403 du 15 mai 1951, modifiée ;

Sur le rapport de Notre Directeur des Services Judiciaires ;

Notre Conseil de la Couronne entendu lors de sa séance du 11 juin 2002 ;

Avons Ordonné et Ordonnons :

Le Sieur Alain, Louis, Germain BAUBRIT, né le 31 octobre 1955 à Nantes (Loire-Atlantique), est naturalisé monégasque.

Il sera tenu et réputé comme tel et jouira de tous les droits et prérogatives attachés à cette qualité, dans les conditions prévues par l'article 13 de la loi n° 1.155 du 18 décembre 1992, modifiée.

Notre Secrétaire d'Etat, Notre Directeur des Services Judiciaires et Notre Ministre d'Etat sont chargés, chacun en ce qui le concerne, de l'exécution de la présente ordonnance.

Donné en Notre Palais à Monaco, le dix-huit mars deux mille trois.

RAINIER.

*Par le Prince,*
*Le Secrétaire d'État :*
R. NOVELLA.

---

*Ordonnance Souveraine n° 15.738 du 18 mars 2003 portant naturalisations monégasques.*

### RAINIER III
### PAR LA GRACE DE DIEU
### PRINCE SOUVERAIN DE MONACO

Vu les requêtes qui Nous ont été présentées par le Sieur Guy, Pierre, François BOSCAGLI et la Dame Lucile, Angèle, Joséphine GRAC, son épouse, tendant à leur admission parmi Nos sujets ;

Vu la Constitution ;

Vu la loi n° 1.155 du 18 décembre 1992, modifiée par la loi n° 1.199 du 26 décembre 1997, et notamment les articles 5, 6 et 13 ;

Vu l'article 25 § 2 de l'ordonnance organique du 9 mars 1918 ;

Vu Notre ordonnance n° 403 du 15 mai 1951, modifiée ;

Sur le rapport de Notre Directeur des Services Judiciaires ;

Notre Conseil de la Couronne entendu lors de sa séance du 16 avril 2002 ;

Avons Ordonné et Ordonnons :

Le Sieur Guy, Pierre, François BOSCAGLI, né le 24 octobre 1955 à Monaco et la Dame Lucile, Angèle,

## Schedule C

## SOVEREIGN ORDER

*Sovereign Order no. 15.732 of March 13, 2003, renewing the gaming monopoly granted to the Société des Bains de Mer et du Cercle des Etrangers à Monaco and approving the terms and conditions and related agreements appended thereto.*

### RAINIER III
### By the Grace of God
### Sovereign Prince of Monaco

In view of the deliberation of the Government Council of November 21, 2002 which was communicated to us by Our Minister of State;

**Have Ordered and Order:**

ARTICLE 1

The gaming monopoly, granted to the Société des Bains de Mer et du Cercle des Etrangers for the first time on April 2, 1863, is hereby renewed for twenty years, as of April 1, 2007.

ART. 2

Are hereby approved the terms and conditions and the related agreements concluded on March 21, 2003 between Our Public Lands Administration, Mr. Jean-Luc BIAMONTI, President of the Société des Bains de Mer et du Cercle des Etrangers, and Mr. Bernard LAMBERT, CEO of the Société des Bains de Mer et du Cercle des Étrangers.

ART. 3

Our Secretary of State, Our Director of Legal Services and Our Minister of State are, each of them insofar as he is concerned, in charge of the enforcement of the present order.

Given in Our Palace in Monaco, on March 13, 2003.

RAINIER.

*By the Prince,*
*The Secretary of State:*
R. NOVELLA

DE GAULLE FLEURANCE & ASSOCIES
SOCIETE D'AVOCATS
11, RUE PORTALIS
75008 PARIS
TEL : 01 56 64 00 00
FAX : 01 56 64 00 01