# EXHIBIT C

Case 1:07-cv-04802-DAB-RLE   Document 3-4   Filed 06/07/2007   Page 1 of 3

PRINCIPAUTE DE MONACO

MINISTERE D'ETAT

DIRECTION DE L'EXPANSION ECONOMIQUE

MARQUES

DE FABRIQUE, DE COMMERCE OU DE SERVICE

CERTIFICAT D'IDENTITE DE MARQUE

Le soussigné certifie que la marque ci-annexée a été déposée le 01/07/2002 suivant procès-verbal de dépôt n° 23610 par la société anonyme monégasque :

**SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO**
Enseigne "SBM", Place du Casino
98000 MONACO
Principauté de Monaco

qu'elle a été enregistrée le 30/09/2002 sous le numéro 02.23234

Fait à Monaco, le 14 avril 2003

P/Le Directeur
L'Adjoint au Directeur




*Translated from the French*

## PRINCIPALITY OF MONACO

## MINISTRY OF STATE

## DEPARTMENT OF ECONOMIC EXPANSION

### TRADEMARKS

### OF BRAND, TRADE OR SERVICE
### CERTIFICATE OF TRADEMARK IDENTITY

The undersigned certifies that the appended trademark was filed on July 1, 2002 pursuant to record of filing N° 23610 by:

Joint-stock company ["*Société Anonyme*"] *DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO*
Place du Casino
98000 Monaco

Principality of Monaco

And that the trademark was registered on September 30, 2002, with number 02.23234

Signed in Monaco, on January 13, 2003

[Seal]

[Seal] Principality of Monaco, Department of Economic Expansion

pp. The Director
Assistant to the Director
[a signature]
Marie Pierre GRAMAGLIA