# EXHIBIT D - 4



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with one® SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACORACEBOOK.NET

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACORACEBOOK.NET
Created on: 03-Feb-06
Expires on: 03-Feb-08
Last Updated on: 03-Feb-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK19.SECURESERVER.NET
PARK20.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

Available TLDs

- GRANDMONACORACEBOOK.INFO $0.99/yr SAVE!
- GRANDMONACORACEBOOK.BIZ $6.99/yr SAVE!
- GRANDMONACORACEBOOK.US $7.89/yr
- GRANDMONACORACEBOOK.NAME $9.99/yr

You might also consider:

- GRANDMONACORACEBOOKONLINE.COM $8.95/yr
- ONLINEGRANDMONACORACEBOOK.COM $8.95/yr
- GRANDMONACORACEBOOKHOME.NET $8.99/yr
- HOMEGRANDMONACORACEBOOK.NET $8.99/yr
- GRANDMONACORACEBOOKSITE.ORG $8.99/yr
- SITEGRANDMONACORACEBOOK.ORG $8.99/yr
- GRANDMONACORACEBOOKWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACORACEBOOK.INFO $0.99/yr SAVE!
- GRANDMONACORACEBOOKLIVE.BIZ $5.99/yr SAVE!
- LIVEGRANDMONACORACEBOOK.BIZ $5.99/yr SAVE!
- GRANDMONACORACEBOOKBLOG.US $7.99/yr

REGISTER NOW!

Ameristar Casinos
More Casino. More Fun. The Official Site of Ameristar.
www.ameristar.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Grand Bahama Island
Plan Your Last Minute Trip Online at GrandBahamaVacations.com!
www.GrandBahamaVacations.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from!
www.lazydays.com

Monaco Motor Coach Sale
Executive, Dynasty, Cayman Diplomat,

Camelot, Knight, La Palma
www.northtrailrv.com

Monte Carlo Official Site
No Booking Fee at Monte Carlo Reserve
your room online and save!
www.MonteCarlo.com

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp,
depart from UK
www.sportseventstravel.co.uk

» 24/7 Sales and Support: (480) 505-8877   » Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address   | GO! |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index |

 

*noms de domaine*

Fermer cette fenêtre

**WHOIS grandmonacoracebook.org**

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

```
Domain ID:D114531183-LROR
Domain Name:GRANDMONACORACEBOOK.ORG
Created On:03-Feb-2006 10:52:16 UTC
Last Updated On:03-Feb-2007 09:34:52 UTC
Expiration Date:03-Feb-2008 10:52:16 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025058015
Registrant Name:Max Wright
Registrant Street1:46 berkeley square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:
Registrant Postal Code:w1j 5at
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:calan.horsman@playshare.com
Admin ID:GODA-225058015
Admin Name:Max Wright
Admin Street1:46 berkeley square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:
Admin Postal Code:w1j 5at
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:calan.horsman@playshare.com
Tech ID:GODA-125058015
Tech Name:Max Wright
Tech Street1:46 berkeley square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:
Tech Postal Code:w1j 5at
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:calan.horsman@playshare.com
Name Server:PARK19.SECURESERVER.NET
Name Server:PARK20.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

© INDOM 1997 - 2006  |  CNIL n°752559  |  Conditions générales  |  Qui sommes-nous ?  |  Pour nous joindre

INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 €  -  Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 80  -  Fax : + 33 (0)1 48 01 87 73  -  E-mail : indom@indom.com



Start a domain search: .com GO! » 24/7 Sales & Support: (480)505-8877 » Today's Offers

Go Daddy.com Make a .com name with us!®

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

▶ BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOREWARDS.COM

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOREWARDS.COM
Created on: 31-May-06
Expires on: 31-May-07
Last Updated on: 09-Nov-06

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK27.SECURESERVER.NET
PARK28.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

## Available TLDs

- GRANDMONACOREWARDS.NET $8.99/yr
- GRANDMONACOREWARDS.ORG $8.99/yr
- GRANDMONACOREWARDS.INFO $0.99/yr SAVE!
- GRANDMONACOREWARDS.BIZ $6.99/yr SAVE!
- GRANDMONACOREWARDS.US $7.99/yr
- GRANDMONACOREWARDS.NAME $9.99/yr

## You might also consider:

- GRANDMONACOREWARDSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOREWARDS.COM $8.95/yr
- GRANDMONACOREWARDSHOME.NET $8.99/yr
- HOMEGRANDMONACOREWARDS.NET $8.99/yr
- GRANDMONACOREWARDSSITE.ORG $8.99/yr
- SITEGRANDMONACOREWARDS.ORG $8.99/yr
- GRANDMONACOREWARDSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOREWARDS.INFO $0.99/yr SAVE!
- GRANDMONACOREWARDSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOREWARDS.BIZ $6.99/yr SAVE!
- GRANDMONACOREWARDSBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo® Las Vegas
Official Site. Book Direct To Get Our Lowest Rates. Rooms from $79.95
www.MonteCarlo.com

Monte Carlo Resorts
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

The Grand America Hotel
Stop here first for low rates and reviews of The Grand America Hotel
www.hotels.com

The Grand America Hotel
The official website of the hotel. low rates direct from hotel.
www.grandamerica.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Las Vegas Jobs & Careers
Thousands of Las Vegas Jobs Post your

resume & search for free!
Jobing.com

**Monaco Grand Prix Packages**
Book now for 2007 packages From £419 pp,
depart from UK
www.sporteeventstravel.co.uk

**Monte Carlo Restoration**
Monte Carlo Restoration Part Sale Wide
Selection – Order & Save Today
www.harmonx.com

**Monte Carlo Fans**
Low Prices and Fast Shipping on Monte
Carlo Fans. Order Online!
www.CeilingFanOutlet.com

≯  24/7 Sales and Support: (480) 505-8877   ≯   Billing Questions? Call (480)595-8355   | Free Email Updates! Enter address |  GO↓

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whols | Affiliates | Resellers | Link to Us

     

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOSKILLGAMES.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
46 berkeley square
London, w1j 5at
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSKILLGAMES.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Technical Contact:
Wright, Max calan.horsman@playshare.com
46 berkeley square
London, w1j 5at
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOSKILLGAMES.ORG $8.99/yr
GRANDMONACOSKILLGAMES.INFO $0.89/yr SAVE!
GRANDMONACOSKILLGAMES.BIZ $6.99/yr SAVE!
GRANDMONACOSKILLGAMES.US $7.99/yr
GRANDMONACOSKILLGAMES.NAME $8.99/yr

You might also consider:
GRANDMONACOSKILLGAMESONLINE.COM $8.95/yr
ONLINEGRANDMONACOSKILLGAMES.COM $8.95/yr
GRANDMONACOSKILLGAMESHOME.NET $8.99/yr
HOMEGRANDMONACOSKILLGAMES.NET $8.99/yr
GRANDMONACOSKILLGAMESSITE.ORG $8.99/yr
SITEGRANDMONACOSKILLGAMES.ORG $8.99/yr
GRANDMONACOSKILLGAMESWEB.INFO $0.89/yr SAVE!
WEBGRANDMONACOSKILLGAMES.INFO $0.89/yr SAVE!
GRANDMONACOSKILLGAMESLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOSKILLGAMES.BIZ $6.99/yr SAVE!
GRANDMONACOSKILLGAMESBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo® Las Vegas
Official Site. Book Direct To Get Our Lowest Rates. Rooms from $79.95
www.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

Monte Carlo Fans
Low Prices and Fast Shipping On Monte Carlo Fans. Order Online!
www.CeilingFanOutlet.com

Chevy Monte Carlo Must Go
When Car Dealers Cut Prices to Meet Quotas — You Get Our Lowest Price!
ChevyQuote.DealersClearingLots.com

**Susana Monaco**
Find the latest styles including new dresses
from Susana Monaco at
www.olivaandbettes.com

**Save On Monaco Hotels**
Find Low Hotel Rates In Monaco Quick &
Easy To Use. Search Today!
www.kayak.com

**Monte Carlo Ls**
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LSI
www.CarandDriver.com

24/7 Sales and Support: (480) 505-8877   ⋯   Billing Questions? Call (480)505-8855   ⎪ Free Email Updates! Enter address ⎪ GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright © 1999 – 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy .com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!

BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOSKILLGAMES.NET

Search Again
Enter a Domain Name to Check
.com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSKILLGAMES.NET
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid WhoIs

Available TLDs

- GRANDMONACOSKILLGAMES.ORG $8.99/yr
- GRANDMONACOSKILLGAMES.INFO $0.99/yr SAVE!
- GRANDMONACOSKILLGAMES.BIZ $6.99/yr SAVE!
- GRANDMONACOSKILLGAMES.US $7.99/yr
- GRANDMONACOSKILLGAMES.NAME $9.99/yr

You might also consider:

- GRANDMONACOSKILLGAMESONLINE.COM $8.95/yr
- ONLINEGRANDMONACOSKILLGAMES.COM $8.95/yr
- GRANDMONACOSKILLGAMESHOME.NET $8.99/yr
- HOMEGRANDMONACOSKILLGAMES.NET $8.99/yr
- GRANDMONACOSKILLGAMESSITE.ORG $8.99/yr
- SITEGRANDMONACOSKILLGAMES.ORG $8.99/yr
- GRANDMONACOSKILLGAMESWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOSKILLGAMES.INFO $0.99/yr SAVE!
- GRANDMONACOSKILLGAMESLIVE.BIZ $5.99/yr SAVE!
- LIVEGRANDMONACOSKILLGAMES.BIZ $5.99/yr SAVE!
- GRANDMONACOSKILLGAMESBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Las Vegas
Online Special - Book Monte Carlo Direct and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Signature
We have over 20 Monaco Signatures with detailed Specs, Photos, 360s!
www.lazydays.com

Monte Carlo Fans
Low Prices and Fast Shipping on Monte Carlo Fans. Order Online!
www.CeilingFanOutlet.com

1000 Places To See
New series on the Travel Channel. Premieres March 29 9PM E/P.
www.TravelChannel.com

**Monte Carlo Dealer Sale**
When Car Dealers Cut Prices to Meet
Quotas --- You Get Our Lowest Price!
ChevyQuote.DealersClearingLots.com

**Save On Monaco Hotels**
Find Low Hotel Rates in Monaco Quick &
Easy To Use. Search Today!
www.Kayak.com

**Monte Carlo Ls**
Check Out CarandDriver.com for Pricing &
Reviews on a New Chevy!
www.CarandDriver.com

➤ 24/7 Sales and Support: (480) 505-8877    ➤    Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address | GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSPORTS.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Monaco 2007**
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

**Quorum Monaco Patio Fans**
All Quorum Ceiling Fans Low Prices – Order
Online Now!
www.FanWorldOutlet.com

**Salt Lake City Hotel Room**
Cheap Hotel Rates in Salt Lake City Hotel
Rooms at Discount Prices
TravelPost.com

※ 24/7 Sales and Support: (480) 505-8877    ※   Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address      | GO! |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

      

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO!
24/7 Sales & Support: (480)505-8877 Today's Offers SALE

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for RegisterFly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive discounts on domain purchases!
BobParsons.com Bye-bye RegisterFly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOSPORTS.NET

Search Again
Enter a Domain Name to Check .com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSPORTS.NET
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

**Available TLDs**

- GRANDMONACOSPORTS.ORG $8.99/yr
- GRANDMONACOSPORTS.INFO $0.99/yr SAVE!
- GRANDMONACOSPORTS.BIZ $6.99/yr SAVE!
- GRANDMONACOSPORTS.US $7.99/yr
- GRANDMONACOSPORTS.NAME $8.99/yr

**You might also consider:**

- GRANDMONACOSPORTSONLINE.COM $8.95/yr
- ONLINEGRANDMONACOSPORTS.COM $8.95/yr
- GRANDMONACOSPORTSHOME.NET $8.99/yr
- HOMEGRANDMONACOSPORTS.NET $8.99/yr
- GRANDMONACOSPORTSSITE.ORG $8.99/yr
- SITEGRANDMONACOSPORTS.ORG $8.99/yr
- GRANDMONACOSPORTSWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOSPORTS.INFO $0.99/yr SAVE!
- GRANDMONACOSPORTSLIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOSPORTS.BIZ $6.99/yr SAVE!
- GRANDMONACOSPORTSBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vega
Discount Las Vegas hotel rooms. Make your reservation today.
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1000 Places To See
1000 Places To See Before You Die. Premieres March 29 9PM E/P.
www.TravelChannel.com

**2007 Monaco Formula 1**
Tickets for the Monaco Grand Prix. Book online or by telephone
www.book1.com

**Deals On Monaco Hotel**
Looking For A Hotel In Monaco? Search 100+ Hotel Sites in Seconds
www.Kayak.com

**Monte Carlo La**
Free Research, Pricing, Comparisons & Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

⊩  24/7 Sales and Support: (480) 505-8877   #   Billing Questions? Call (480)505-8855   Free Email Updates! Enter address    GO!

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us



GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!

SPECIAL OFFER for RegisterFly.com Customers!

See our latest ads, photos, events & more!

Discount Domain Club Exclusive Discounts on domain purchases!

BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOSPORTSBOOK.NET

Search Again
Enter a Domain Name to Check .com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSPORTSBOOK.NET
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs

- GRANDMONACOSPORTSBOOK.ORG $8.99/yr
- GRANDMONACOSPORTSBOOK.INFO $0.89/yr SAVE!
- GRANDMONACOSPORTSBOOK.BIZ $6.89/yr SAVE!
- GRANDMONACOSPORTSBOOK.US $7.89/yr
- GRANDMONACOSPORTSBOOK.NAME $8.89/yr

You might also consider:

- GRANDMONACOSPORTSBOOKONLINE.COM $8.95/yr
- ONLINEGRANDMONACOSPORTSBOOK.COM $8.95/yr
- GRANDMONACOSPORTSBOOKHOME.NET $8.99/yr
- HOMEGRANDMONACOSPORTSBOOK.NET $8.99/yr
- GRANDMONACOSPORTSBOOKSITE.ORG $8.99/yr
- SITEGRANDMONACOSPORTSBOOK.ORG $8.99/yr
- GRANDMONACOSPORTSBOOKWEB.INFO $0.89/yr SAVE!
- WEBGRANDMONACOSPORTSBOOK.INFO $0.89/yr SAVE!
- GRANDMONACOSPORTSBOOKLIVE.BIZ $6.89/yr SAVE!
- LIVEGRANDMONACOSPORTSBOOK.BIZ $6.89/yr SAVE!
- GRANDMONACOSPORTSBOOKBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Top Monte Carlo Prices
Find out our lowest possible price on a new Monte Carlo
www.CarPriceSecrets.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp, depart from UK
www.sportseventstravel.co.uk

1800 Places To See
1000 Places To See Before You Die.
Premieres March 29 9PM E/P.
www.TravelChannel.com

Susana Monaco



Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers SALE!
Go Daddy.com Make a .com name with us!
SPECIAL OFFER for BobParsons.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAINS CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!
Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOSTORE.COM

Search Again
Enter a Domain Name to Check
.com GO

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSTORE.COM
Created on: 03-Jan-06
Expires on: 03-Jan-08
Last Updated on: 03-Jan-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK11.SECURESERVER.NET
PARK12.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
- GRANDMONACOSTORE.NET $8.99/yr
- GRANDMONACOSTORE.ORG $8.99/yr
- GRANDMONACOSTORE.INFO $0.99/yr SAVE!
- GRANDMONACOSTORE.BIZ $6.99/yr SAVE!
- GRANDMONACOSTORE.US $7.99/yr
- GRANDMONACOSTORE.NAME $8.99/yr

You might also consider:
- GRANDMONACOSTOREONLINE.COM $8.95/yr
- ONLINEGRANDMONACOSTORE.COM $8.95/yr
- GRANDMONACOSTOREHOME.NET $8.99/yr
- HOMEGRANDMONACOSTORE.NET $8.99/yr
- GRANDMONACOSTORESITE.ORG $8.99/yr
- SITEGRANDMONACOSTORE.ORG $8.99/yr
- GRANDMONACOSTOREWEB.INFO $0.99/yr SAVE!
- WEBGRANDMONACOSTORE.INFO $0.99/yr SAVE!
- GRANDMONACOSTORELIVE.BIZ $6.99/yr SAVE!
- LIVEGRANDMONACOSTORE.BIZ $6.99/yr SAVE!
- GRANDMONACOSTOREBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Resorts
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

Monaco Grand Prix Package
Book now for 2007 packages From £419 pp. depart from UK
www.sportseventstravel.co.uk

Monte Carlo Fans
Low Prices and Fast Shipping On Monte Carlo Fans. Order Online!
www.CeilingFanOutlet.com

Deals On Monaco Hotel
Looking For A Hotel In Monaco? Search 100+ Hotel Sites In Seconds

www.Kayak.com

**Monte Carlo La**
Check Out CarandDriver.com for Pricing &
Reviews on a New Chevy!
www.CarandDriver.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable
company
www.GrandPrixAdventures.com

**Quorum Monaco Patio Fans**
All Quorum Ceiling Fans Low Prices – Order
Online Now!
www.FanWorldOutlet.com

24/7 Sales and Support: (480) 505-8877    ⧫    Billing Questions? Call (480)505-8855    Free Email Updates! Enter address [GO]

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! » 24/7 Sales & Support: (480)505-8877 » Today's Offers

Go Daddy.com Make a .com name with us!
SPECIAL OFFER for Registerfly.com Customers!
See our latest ads, photos, events & more!
DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases!
BobParsons.com Registerfly given to alleged bad guy. Missing funds, escort services, cosmetic surgery, oh my!

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: GRANDMONACOVIDEOPOKER.COM

Search Again
Enter a Domain Name to Check .com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOVIDEOPOKER.COM
Created on: 20-Feb-06
Expires on: 20-Feb-08
Last Updated on: 20-Feb-07

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK15.SECURESERVER.NET
PARK16.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
GRANDMONACOVIDEOPOKER.NET $8.99/yr
GRANDMONACOVIDEOPOKER.ORG $8.99/yr
GRANDMONACOVIDEOPOKER.INFO $0.99/yr SAVE!
GRANDMONACOVIDEOPOKER.BIZ $6.99/yr SAVE!
GRANDMONACOVIDEOPOKER.US $7.99/yr
GRANDMONACOVIDEOPOKER.NAME $8.99/yr

You might also consider:
GRANDMONACOVIDEOPOKERONLINE.COM $8.95/yr
ONLINEGRANDMONACOVIDEOPOKER.COM $8.95/yr
GRANDMONACOVIDEOPOKERHOME.NET $8.99/yr
HOMEGRANDMONACOVIDEOPOKER.NET $8.99/yr
GRANDMONACOVIDEOPOKERSITE.ORG $8.99/yr
SITEGRANDMONACOVIDEOPOKER.ORG $8.99/yr
GRANDMONACOVIDEOPOKERWEB.INFO $0.99/yr SAVE!
WEBGRANDMONACOVIDEOPOKER.INFO $0.99/yr SAVE!
GRANDMONACOVIDEOPOKERLIVE.BIZ $6.99/yr SAVE!
LIVEGRANDMONACOVIDEOPOKER.BIZ $6.99/yr SAVE!
GRANDMONACOVIDEOPOKERBLOG.US $7.99/yr

REGISTER NOW!

Monte Carlo Hotel Vegas
LasVegas.com's Best Rate Guarantee Rooms Starting at Only $35.95
www.LasVegas.com

Monte Carlo Hotel Vegas
Compare prices, photos & options. VEGAS.com Best Vegas Rate Guarantee
www.VEGAS.com

Monte Carlo Vegas
Get Our Best Room Rate Guaranteed Save More with Air & Hotel Packages
www.Tripres.com

Monte Carlo Las Vegas
Book Your Room With Monte Carlo and Save $10 A Night.
MGM-Mirage.MonteCarlo.com

Monaco Motor Homes
Dynasty, Diplomat, Knight & More Inventory Liquidation Sale Now
www.northtrailrv.com

Prestige Monaco Property
Finest luxury properties in Monaco and the French Riviera
www.prestigeproperty.co.uk

1000 Places To See
The ultimate traveler "to-do" list. Premieres

March 29 9PM E/P.
www.TravelChannel.com

**Save On Monaco Hotels**
Find Low Hotel Rates In Monaco Quick &
Easy To Use. Search Today!
www.Kayak.com

**Chev Monte Carlo**
Free Research, Pricing, Comparisons &
Reviews for Chevy Monte Carlo LS!
www.CarandDriver.com

**Monte Carlo Floor Mats**
Custom embroidered floor mats with your
choice of Chevrolet logo.
www.USSpeed.com

» 24/7 Sales and Support: (480) 505-8877   » Billing Questions? Call (480)505-8855   | Free Email Updates! Enter address ____ GO |

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | WhoIs | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.





Start a domain search: .com GO! 24/7 Sales & Support: (480)505-8877 Today's Offers

Go Daddy.com Make a .com name with us!® SPECIAL OFFER for RegisterFly.com Customers! See our latest ads, photos, events & more! DISCOUNT DOMAIN CLUB Exclusive Discounts on domain purchases! BobParsons.com Bye-bye Registerfly! ICANN decides to shut it down.

Domains | Hosting & Servers | Email | Site Builders | Business | SSL Certificates | Domain Auctions | Reseller Plans

# WHOIS Search Results for: POKERGRANDMONACO.NET

Search Again
Enter a Domain Name to Check .com GO!

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: POKERGRANDMONACO.NET
Created on: 19-Dec-05
Expires on: 19-Dec-07
Last Updated on: 19-Dec-06

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK21.SECURESERVER.NET
PARK22.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

Available TLDs
- POKERGRANDMONACO.INFO $0.99/yr SAVE!
- POKERGRANDMONACO.BIZ $5.99/yr SAVE!
- POKERGRANDMONACO.US $7.99/yr
- POKERGRANDMONACO.NAME $9.99/yr

You might also consider:
- POKERGRANDMONACOONLINE.COM $8.95/yr
- ONLINEPOKERGRANDMONACO.COM $8.95/yr
- POKERGRANDMONACOHOME.NET $8.99/yr
- HOMEPOKERGRANDMONACO.NET $8.99/yr
- POKERGRANDMONACOSITE.ORG $8.99/yr
- SITEPOKERGRANDMONACO.ORG $8.99/yr
- POKERGRANDMONACOWEB.INFO $0.99/yr SAVE!
- WEBPOKERGRANDMONACO.INFO $0.99/yr SAVE!
- POKERGRANDMONACOLIVE.BIZ $5.99/yr SAVE!
- LIVEPOKERGRANDMONACO.BIZ $5.99/yr SAVE!
- POKERGRANDMONACOBLOG.US $7.99/yr

REGISTER NOW!

Poker Table Sale $89-$959
Folding or Pedestal Holdem & Chairs Covers, Cards, Tops, Chips, Combos! PokerOutlet.com/NextDayFreeShipping

Buy/Sell Used RVs in TX
Pictures. Sell or Buy your RV Thru Huge Texas RV Consignment Dealer. www.pplmotorhomes.com

Poker book
Browse a huge selection now. Find exactly what you want today. www.eBay.com

Monaco's #1 Dealer
We are the #1 Monaco Dealer with over 100 to choose from! www.lazydays.com

Monaco Las Vegas
Official Website for Monaco Coaches News, Photos, Specs, Online Quotes www.monacolasvegas.com

Monaco Air Tickets
Up to 50% off Retail Prices Discounted International Airfares www.asaptickets.com

Chevy Monte Carlo Quotes
Why Pay Sticker on a New Chevy? Keep Dealer Profits in Your Pocket! www.WhyPaySticker.com

Monaco Real Estate
Appartamenti e ville Monaco Montecarlo

WhoIs Search Results

www.feschoimmobiliare.com

**Prestige Monaco Homes**
Search prestigious luxury houses,
townhouses and villas for sale
www.prestigeproperty.co.uk

**French Riviera Shore Tour**
Private Riviera Excursions – Nice
Villefranche Monaco Cannes Eze
www.TravelsWithFriends.com

» 24/7 Sales and Support: (480) 505-8877   » Billing Questions? Call (480)505-8855   Free Email Updates! Enter address 

Home | Contact Us | Catalog | Cart | How to Pay | Legal | Report Spam | Jobs | Site Index | Whois | Affiliates | Resellers | Link to Us

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2007 GoDaddy.com, Inc. All rights reserved.



 

## noms de domaine

Fermer cette fenêtre

**WHOIS pokergrandmonaco.org**

Voici la réponse intégrale, sans modification, du serveur de l'organisme de gestion de ce nom de domaine. Il n'est pas mis à jour dès l'enregistrement, mais parfois jusqu'à 24h après.

```
NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations. All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D109657495-LROR
Domain Name:POKERGRANDMONACO.ORG
Created On:19-Dec-2005 06:51:50 UTC
Last Updated On:19-Dec-2006 10:02:38 UTC
Expiration Date:19-Dec-2007 06:51:50 UTC
Sponsoring Registrar:Go Daddy Software, Inc. (R91-LROR)
Status:OK
Registrant ID:GODA-025057939
Registrant Name:Lucan Toh
Registrant Street1:46 Berkeley Square
Registrant Street2:
Registrant Street3:
Registrant City:London
Registrant State/Province:London
Registrant Postal Code:W1J 5AT
Registrant Country:GB
Registrant Phone:+44.2075984064
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:Calan.Horsman@playshare.com
Admin ID:GODA-225057939
Admin Name:Lucan Toh
Admin Street1:46 Berkeley Square
Admin Street2:
Admin Street3:
Admin City:London
Admin State/Province:London
Admin Postal Code:W1J 5AT
Admin Country:GB
Admin Phone:+44.2075984064
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:Calan.Horsman@playshare.com
Tech ID:GODA-125057939
Tech Name:Lucan Toh
Tech Street1:46 Berkeley Square
Tech Street2:
Tech Street3:
Tech City:London
Tech State/Province:London
Tech Postal Code:W1J 5AT
Tech Country:GB
Tech Phone:+44.2075984064
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:Calan.Horsman@playshare.com
Name Server:PARK21.SECURESERVER.NET
Name Server:PARK22.SECURESERVER.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

© INDOM 1997 - 2006 | CNIL n°752559 | Conditions générales | Qui sommes-nous | Pour nous joindre
INDOM - Siège social : 44, Rue Notre-Dame des Victoires - 75002 Paris - France (Métro Bourse - Parking Bourse)
Société anonyme au capital de 400 000 € - Siret 428 707 608 000 25
Tél. : + 33 (0)1 48 01 83 60 - Fax : + 33 (0)1 48 01 67 73 - E-mail : indom@indom.com



The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Lucan Toh
46 Berkeley Square
London, London W1J 5AT
United Kingdom

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: GRANDMONACOSUPPORT.COM
Created on: 31-May-06
Expires on: 31-May-07
Last Updated on: 09-Nov-06

Administrative Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Technical Contact:
Toh, Lucan Calan.Horsman@playshare.com
46 Berkeley Square
London, London W1J 5AT
United Kingdom
2075984064

Domain servers in listed order:
PARK27.SECURESERVER.NET
PARK28.SECURESERVER.NET

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

 

# Uniform Domain Name Dispute Resolution Policy

Policy Adopted: August 26, 1999
Implementation Documents Approved:
October 24, 1999

**Notes:**

1. This policy is now in effect. See www.icann.org/udrp/udrp-schedule.htm for the implementation schedule.

2. This policy has been adopted by all accredited domain-name registrars for domain names ending in .com, .net, and .org. It has also been adopted by certain managers of country-code top-level domains (e.g., .nu, .tv, .ws).

3. The policy is between the registrar (or other registration authority in the case of a country-code top-level domain) and its customer (the domain-name holder or registrant). Thus, the policy uses "we" and "our" to refer to the registrar and it uses "you" and "your" to refer to the domain-name holder.

## Uniform Domain Name Dispute Resolution Policy

(As Approved by ICANN on October 24, 1999)

1. **Purpose**. This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available at www.icann.org/udrp/udrp-rules-24oct99.htm, and the selected administrative-dispute-resolution service provider's supplemental rules.

2. **Your Representations**. By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or otherwise violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your domain name registration infringes or violates someone else's rights.

**3. Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

**4. Mandatory Administrative Proceeding.**

This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed at www.icann.org/udrp/approved-providers.htm (each, a "Provider").

**a. Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that

(i) your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

(ii) you have no rights or legitimate interests in respect of the domain name; and

(iii) your domain name has been registered and is being used in bad faith.

In the administrative proceeding, the complainant must prove that each of these three elements are present.

**b. Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be present, shall be evidence of the registration and use of a domain name in bad faith:

(i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise

transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

(ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

(iii) you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

(iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

**c. How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to <u>Paragraph 5</u> of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of <u>Paragraph 4(a)(ii)</u>:

(i) before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services; or

(ii) you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

(iii) you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

**d. Selection of Provider.** The complainant shall select the Provider from among those approved by ICANN by submitting the complaint to that Provider. The selected Provider will administer the proceeding, except in cases of consolidation as described in <u>Paragraph 4(f)</u>.

**e. Initiation of Proceeding and Process and Appointment of Administrative Panel.** The Rules of Procedure state the process for initiating and conducting a proceeding and for appointing the panel that will decide the dispute (the "Administrative Panel").

**f. Consolidation.** In the event of multiple disputes between you and a complainant, either you or the complainant may petition to consolidate the disputes before a single Administrative Panel. This petition shall be made to the first Administrative Panel appointed to hear a pending dispute between the parties. This Administrative Panel may consolidate before it any or all such disputes in its sole discretion, provided that the disputes being consolidated are governed by this Policy or a later version of this Policy adopted by ICANN.

**g. Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panelists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

**h. Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

**i. Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

**j. Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

**k. Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a

jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

**5. All Other Disputes and Litigation.** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

**6. Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

**7. Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

**8. Transfers During a Dispute.**

   **a. Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

   **b. Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings

commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

9. **Policy Modifications**. We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration.

---

Comments concerning the layout, construction and functionality of this site should be sent to webmaster@icann.org.

Page Updated 05-Feb-2002

©2000, 2002 The Internet Corporation for Assigned Names and Numbers. All rights reserved.



Vendredi 27 Mars 1987    JOURNAL DE MONACO

chacun en ce qui le concerne, de la promulgation et de l'exécution de la présente ordonnance.

Donné en Notre Palais à Monaco, le treize mars mil neuf cent quatre-vingt-sept.

RAINIER.

Par le Prince
*Le Ministre Plénipotentiaire*
*Secrétaire d'État :*
J. REYMOND.

---

*Ordonnance Souveraine n° 8.833 du 13 mars 1987 admettant une fonctionnaire à faire valoir, sur sa demande, ses droits à la retraite anticipée.*

RAINIER III
PAR LA GRACE DE DIEU
PRINCE SOUVERAIN DE MONACO

Vu la loi n° 975 du 12 juillet 1975 portant statut des fonctionnaires de l'État ;

Vu la loi n° 1.049 du 28 juillet 1982 sur les pensions de retraite des fonctionnaires, des magistrats et de certains agents publics ;

Vu Notre ordonnance n° 1.358 du 10 juillet 1956 portant nomination d'une Secrétaire sténodactylographe à la Direction du Lycée Albert 1er ;

Vu la délibération du Conseil de Gouvernement en date du 18 février 1987 qui Nous a été communiquée par Notre Ministre d'État ;

Avons Ordonné et Ordonnons :

Mme Joséphine RUZIC, née GASTAUD, Secrétaire sténodactylographe à la Direction du Lycée Albert 1er, est admise, sur sa demande, à faire valoir ses droits à la retraite anticipée, à compter du 1er mars 1987.

Notre Secrétaire d'État, Notre Directeur des Services Judiciaires et Notre Ministre d'État sont chargés, chacun en ce qui le concerne, de la promulgation et de l'exécution de la présente ordonnance.

Donné en Notre Palais à Monaco, le treize mars mil neuf cent quatre-vingt-sept.

RAINIER.

Par le Prince
*Le Ministre Plénipotentiaire*
*Secrétaire d'État :*
J. REYMOND.

---

*Ordonnance Souveraine n° 8.834 du 24 mars 1987 renouvelant le privilège des jeux concédé à la Société des Bains de Mer et du Cercle des Étrangers à Monaco et approuvant le cahier des charges et les conventions annexes afférents.*

RAINIER III
PAR LA GRACE DE DIEU
PRINCE SOUVERAIN DE MONACO

Vu la délibération du Conseil de Gouvernement du 11 mars 1987 qui nous a été communiquée par Notre Ministre d'État ;

Avons Ordonné et Ordonnons :

ARTICLE PREMIER

Le privilège des jeux, octroyé à la Société des Bains de Mer et du Cercle des Étrangers à Monaco pour la première fois le 2 avril 1863, est renouvelé pour vingt années, à compter du 1er avril 1987.

ART. 2.

Sont approuvés le cahier des charges et conventions annexes intervenus le 17 mars 1987 entre Notre Administration des Domaines et M. Aimé Saint-Mleux, Président-délégué de la Société des Bains de Mer et du Cercle des Étrangers à Monaco.

Notre Secrétaire d'État, Notre Directeur des Services Judiciaires et Notre Ministre d'État sont chargés, chacun en ce qui le concerne, de la promulgation et de l'exécution de la présente ordonnance.

Donné en Notre Palais à Monaco, le vingt-quatre mars mil neuf cent quatre-vingt-sept.

RAINIER.

Par le Prince
*Le Ministre Plénipotentiaire*
*Secrétaire d'État :*
J. REYMOND.

---

ARRÊTÉS MINISTÉRIELS

*Arrêté Ministériel n° 87-108 du 25 février 1987 portant nomination d'une assistante de direction stagiaire au Centre Hospitalier Princesse Grace.*

Nous, Ministre d'État de la Principauté,

Vu la loi n° 975 du 12 juillet 1975 portant statut des fonc-

Database: WIPO International Trademarks  Search: (793812)/RGN/APN
Result: 1 answer(s) Display: 1-10

☐ Add documents to selection
Export selection



Export all page

View selected documents

☐ 1 / 1  WOMARK - ©Compu-Mark                                        **Full document**

| | |
|---|---|
| **Trademark** | CASINO DE MONACO |
| **Trademark type** | WO (WORD ONLY/MARQUE VERBALE) |
| **Legal status** | RG (REGISTRATION/ENREGISTREMENT) |
| **Trademark validity** | YES |
| **Trademark origin** | INTERNATIONAL |
| **Registration Number** | WO 793812 |
| **Registration date** | 2002-12-19 |
| **Publication reference** | 2003-02-20GIM 1p.34 |
| | |
| **Owner** | SOCIETE ANONYME DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO |
| **Owner address** | Place du Casino, MONACO (Principaute de Monaco) , MC-98000 |
| **Owner country** | MC (MONACO/MONACO) |
| **Agent** | Andre LESZCZYNSKI - NONY & ASSOCIES, 3, rue de Penthievre, PARIS , F-75008, FR (FRANCE) |
| | |
| **International Classes** | CL09; CL16; CL28; CL41 |

**Goods and services**

CL09: APPAREILS ET INSTRUMENTS SCIENTIFIQUES, NAUTIQUES, GEODESIQUES, ELECTRIQUES, PHOTOGRAPHIQUES, CINEMATOGRAPHIQUES, OPTIQUES, DE PESAGE, DE MESURAGE, DE SIGNALISATION, DE CONTROLE (INSPECTION), DE SECOURS (SAUVETAGE) ET D'ENSEIGNEMENT; APPAREILS POUR L'ENREGISTREMENT, LA TRANSMISSION, LA REPRODUCTION DU SON OU DES IMAGES; SUPPORTS D'ENREGISTREMENT MAGNETIQUES, DISQUES ACOUSTIQUES; DISTRIBUTEURS AUTOMATIQUES ET MECANISMES POUR APPAREILS A PREPAIEMENT; CAISSES ENREGISTREUSES, MACHINES A CALCULER, EQUIPEMENT POUR LE TRAITEMENT DE L'INFORMATION ET LES ORDINATEURS; EXTINCTEURS.

CL16: PAPIER, CARTON ET PRODUITS EN CES MATIERES, NON COMPRIS DANS D'AUTRES CLASSES; PRODUITS DE L'IMPRIMERIE; ARTICLES POUR RELIURES; PHOTOGRAPHIES; PAPETERIE; ADHESIFS (MATIERES COLLANTES) POUR LA PAPETERIE OU LE MENAGE; MATERIEL POUR LES ARTISTES; PINCEAUX; MACHINES A ECRIRE ET ARTICLES DE BUREAU (A L'EXCEPTION DES MEUBLES); MATERIEL D'INSTRUCTION OU D'ENSEIGNEMENT (A L'EXCEPTION DES APPAREILS); MATIERES PLASTIQUES POUR L'EMBALLAGE (NON COMPRISES DANS D'AUTRES CLASSES); CARACTERES D'IMPRIMERIE; CLICHES.

CL28: JEUX, JOUETS; ARTICLES DE GYMNASTIQUE ET DE SPORT NON COMPRIS DANS D'AUTRES CLASSES; CARTES A JOUER; DECORATIONS POUR ARBRES DE NOEL.

| | |
|---|---|
| **Goods and services (English)** | CL41: EDUCATION; FORMATION; DIVERTISSEMENT; ACTIVITES SPORTIVES ET CULTURELLES.<br>CL09: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALING, MONITORING (SUPERVISION), EMERGENCY (LIFE-SAVING) AND TEACHING APPARATUS AND INSTRUMENTS; APPARATUS FOR RECORDING, TRANSMITTING AND REPRODUCING SOUND OR IMAGES; MAGNETIC RECORDING MEDIA, SOUND RECORDING DISKS; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN-OPERATED APPARATUS; CASH REGISTERS, CALCULATING MACHINES, DATA PROCESSING AND COMPUTER EQUIPMENT; FIRE EXTINGUISHERS.<br><br>CL16: PAPER, CARDBOARD AND GOODS MADE THEREOF, NOT INCLUDED IN OTHER CLASSES; PRINTING PRODUCTS; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' SUPPLIES; PAINTBRUSHES; TYPEWRITERS AND OFFICE REQUISITES (EXCEPT FURNITURE); INSTRUCTIONAL OR TEACHING MATERIAL (EXCLUDING APPARATUS); PLASTIC MATERIALS FOR PACKAGING (NOT INCLUDED IN OTHER CLASSES); PRINTING TYPE; PRINTING BLOCKS.<br><br>CL28: GAMES, TOYS; GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES; PLAYING CARDS; CHRISTMAS TREE DECORATIONS.<br><br>CL41: EDUCATION; TRAINING; ENTERTAINMENT; SPORTING AND CULTURAL ACTIVITIES. |
| **Designed country** | AG (ANTIGUA ET BARBUDA / ANTIGUA AND BARBUDA) (Madrid Protocol);<br>AT (AUTRICHE / AUSTRIA) (Madrid Agreement);<br>CH (SUISSE / SWITZERLAND) (Madrid Agreement);<br>DE (ALLEMAGNE (RFA) / GERMANY (FRG)) (Madrid Agreement);<br>DK (DANEMARK / DENMARK) (Madrid Protocol);<br>ES (ESPAGNE / SPAIN) (Madrid Agreement);<br>FI (FINLANDE / FINLAND) (Madrid Protocol);<br>FR (FRANCE / FRANCE) (Madrid Agreement);<br>GB (ROYAUME-UNI / UNITED KINGDOM) (Madrid Protocol);<br>GR (GRECE / GREECE) (Madrid Protocol);<br>IT (ITALIE / ITALY) (Madrid Agreement);<br>JP (JAPON / JAPAN) (Madrid Protocol);<br>LI (LIECHTENSTEIN / LIECHTENSTEIN) (Madrid Agreement);<br>NO (NORVEGE / NORWAY) (Madrid Protocol);<br>PT (PORTUGAL / PORTUGAL) (Madrid Agreement);<br>SE (SUEDE / SWEDEN) (Madrid Protocol);<br>BX (BENELUX / BENELUX) (Madrid Agreement) |
| **Refusal and invalidation** | REFUS PARTIEL (PROVISOIRE) POUR : ROYAUME-UNI (PARTIAL REFUSAL (PROVISIONAL) FOR : UNITED KINGDOM) <EN>ACCEPTED FOR ALL THE GOODS AND SERVICES IN CLASSES 28 AND 41.<FR>ADMIS POUR LES PRODUITS ET SERVICES DES CLASSES 28 ET 41.<br>REFUS PARTIEL (PROVISOIRE) POUR : DANEMARK (PARTIAL REFUSAL (PROVISIONAL) FOR : DENMARK)<br><EN>DELETE FROM LIST:<FR>A SUPPRIMER DE LA LISTE: <EN>28 GAMES, TOYS, PLAYING CARDS.<FR>28 JEUX, JOUETS, JEUX DE CARTES. <EN>41 ENTERTAINMENT, CULTURAL ACTIVITIES.<FR>41 DIVERTISSEMENT, ACTIVITES CULTURELLES.<br>REFUS TOTAL (PROVISOIRE) POUR : JAPON (TOTAL REFUSAL (PROVISIONAL) FOR : JAPAN)<br>PROTECTION TOTALE (DEFINITIVE) POUR : DANEMARK |

(TOTAL PROTECTION (FINAL) FOR : DENMARK)
REFUS TOTAL (PROVISOIRE) POUR : FINLANDE (TOTAL
REFUSAL (PROVISIONAL) FOR : FINLAND)
REFUS PARTIEL (DEFINITIF) FOR : ROYAUME-UNI (PARTIAL
REFUSAL (FINAL) FOR : UNITED KINGDOM)
<EN>ACCEPTED FOR ALL THE GOODS AND SERVICES IN
CLASSES 28 AND 41.<FR>ADMIS POUR LES PRODUITS ET
LES SERVICES DES CLASSES 28 ET 41. <EN>LIST LIMITED
TO:<FR>LISTE LIMITEE A: <EN>09 ELECTRIC APPARATUS
AND INSTRUMENTS, NAMELY, ALARMS, AERIALS,
INTEGRATED CIRCUITS, CONTROL PANELS (ELECTRICITY),
ELECTRIC REGULATING APPARATUS, ELECTRICITY MAINS,
ELECTRIC LOSS INDICATORS, ELECTRIC SWITCHES,
CONNECTIONS FOR ELECTRIC LINES, ELECTRIC
LOCKS.<FR>09 APPAREILS ET INSTRUMENTS
ELECTRIQUES, A SAVOIR ALARMES, ANTENNES, CIRCUITS
INTEGRES, TABLEAUX DE COMMANDE (ELECTRICITE),
APPAREILS DE REGULATION ELECTRIQUES, RESEAUX
D'ALIMENTATION ELECTRIQUE, INDICATEURS DE PERTES
ELECTRIQUES, INTERRUPTEURS, RACCORDS DE LIGNES
ELECTRIQUES, SERRURES ELECTRIQUES.
REFUS PARTIEL (PROVISOIRE) POUR : SUISSE (PARTIAL
REFUSAL (PROVISIONAL) FOR : SWITZERLAND)
<EN>LIST LIMITED TO:<FR>LISTE LIMITEE A: <EN>41
EDUCATION; TRAINING; SPORTING ACTIVITIES.<FR>41
EDUCATION; FORMATION; ACTIVITES SPORTIVES.
REFUS TOTAL (PROVISOIRE) POUR : AUTRICHE (TOTAL
REFUSAL (PROVISIONAL) FOR : AUSTRIA)
REFUS TOTAL (PROVISOIRE) POUR : NORVEGE (TOTAL
REFUSAL (PROVISIONAL) FOR : NORWAY)
REFUS TOTAL (PROVISOIRE) POUR : SUEDE (TOTAL
REFUSAL (PROVISIONAL) FOR : SWEDEN)
REFUS PARTIEL (DEFINITIF) FOR : JAPON (PARTIAL
REFUSAL (FINAL) FOR : JAPAN)
<EN>LIST LIMITED TO:<FR>LISTE LIMITEE A: <EN>16 BOXES
OF CARDBOARD OR PAPER MADE IN MONACO, TABLE
CLOTHS OF PAPER MADE IN MONACO, TABLE NAPKINS OF
PAPER MADE IN MONACO, PHOTOGRAPHS MADE IN
MONACO, STATIONERY MADE IN MONACO, ADHESIVES FOR
STATIONERY OR HOUSEHOLD PURPOSES MADE IN
MONACO, ARTISTS' SUPPLIES MADE IN MONACO,
PAINTBRUSHES MADE IN MONACO, PLASTIC MATERIALS
FOR PACKAGING MADE IN MONACO (NOT INCLUDED IN
OTHER CLASSES).<FR>16 BOITES EN CARTON OU EN
PAPIER FABRIQUEES A MONACO, NAPPES EN PAPIER
FABRIQUEES A MONACO, SERVIETTES DE TABLES EN
PAPIER FABRIQUEES A MONACO, PHOTOGRAPHIES
DEVELOPPEES A MONACO, ARTICLES DE PAPETERIE
FABRIQUES A MONACO, ADHESIFS POUR LA PAPETERIE OU
LE MENAGE FABRIQUES A MONACO, MATERIEL POUR LES
ARTISTES FABRIQUE A MONACO, PINCEAUX FABRIQUES A
MONACO, MATIERES PLASTIQUES POUR L'EMBALLAGE
FABRIQUEES A MONACO (NON COMPRISES DANS D'AUTRES
CLASSES). <EN>28 BOARD GAMES MADE IN MONACO,
DOMINOES MADE IN MONACO, PARLOR GAMES MADE IN
MONACO, BILLIARD EQUIPMENT MADE IN MONACO,
EUROPEAN ROULETTE MADE IN MONACO, AMERICAN
ROULETTE MADE IN MONACO, BOULE GAMES MADE IN
MONACO.<FR>28 JEUX DE TABLE FABRIQUES A MONACO,
DOMINOS FABRIQUES A MONACO, JEUX DE SOCIETE
FABRIQUES A MONACO, MATERIEL DE BILLARD FABRIQUE A
MONACO, ROULETTE EUROPEENNE FABRIQUEE A MONACO,
ROULETTE AMERICAINE FABRIQUEE A MONACO, JEUX DE
BOULES FABRIQUES A MONACO. <EN>41 SPORTING
ACTIVITIES (EXCEPT GOLF).<FR>41 ACTIVITES SPORTIVES

(A L'EXCEPTION DU GOLF).
PROTECTION TOTALE (DEFINITIVE) POUR : FINLANDE
(TOTAL PROTECTION (FINAL) FOR : FINLAND)

| | |
|---|---|
| Complementary information | CARACTERES STANDARD (STANDARD CHARACTERS) |
| Country of origin | Country: MC (MONACO/MONACO)<br>Application Date: Indisponible / Not Available<br>Application Number: Indisponible / Not Available<br>Registration Date: 2002-07-01<br>Registration Number: 0223234 |
| Priority | Country: MC (MONACO/MONACO)<br>Date: 2002-07-01<br>Number: 02.23234<br>Priority text: Indisponible(Not Available) |
| Duration | 10 |
| Expiry Date | 2012-12-19 |
| History | FULL PUBLICATION OF REGISTRATION / PUBLICATION INTEGRALE DE L'ENREGISTREMENT<br>2003-02-20 GIM 1 p.34<br>registered 2002-12-19<br><br>PARTIAL PROTECTION (PROVISIONAL) IN UNITED KINGDOM / PROTECTION PARTIELLE (PROVISOIRE) POUR ROYAUME-UNI<br>2003-04-03 GIM 4 p.573<br>registered 2003-02-17<br><br>PARTIAL PROTECTION (PROVISIONAL) IN DENMARK / PROTECTION PARTIELLE (PROVISOIRE) POUR DANEMARK<br>2003-05-01 GIM 6 p.503<br>registered 2003-03-12<br><br>NO PROTECTION (PROVISIONAL) IN JAPAN / PAS DE PROTECTION (PROVISOIRE) POUR JAPON<br>2003-09-04 GIM 15 p.433<br>registered 2003-07-14<br><br>TOTAL PROTECTION IN DENMARK / PROTECTION TOTALE POUR DANEMARK<br>2003-10-30 GIM 19 p.479<br>registered 2003-08-29<br><br>NO PROTECTION (PROVISIONAL) IN FINLAND / PAS DE PROTECTION (PROVISOIRE) POUR FINLANDE<br>2003-10-30 GIM 19 p.459<br>registered 2003-09-19<br><br>PARTIAL PROTECTION IN UNITED KINGDOM / PROTECTION PARTIELLE POUR ROYAUME-UNI<br>2004-02-05 GIM 25 p.753<br>registered 2003-12-09<br><br>PARTIAL PROTECTION (PROVISIONAL) IN SWITZERLAND / PROTECTION PARTIELLE (PROVISOIRE) POUR SUISSE<br>2004-03-04 GIM 2 p.596<br>registered 2004-01-15<br><br>NO PROTECTION (PROVISIONAL) IN AUSTRIA / PAS DE PROTECTION (PROVISOIRE) POUR AUTRICHE<br>2004-03-04 GIM 2 p.592<br>registered 2004-01-21 |

NO PROTECTION (PROVISIONAL) IN NORWAY / PAS DE
PROTECTION (PROVISOIRE) POUR NORVEGE
2004-03-18 GIM 3 p.456
registered 2004-01-21

OPPOSITION BEYOND 18 MONTHS POSSIBLE FOR NORWAY /
OPPOSITION POSSIBLE APRES 18 MOIS POUR NORVEGE
2004-04-29 GIM 6 p.469
registered 2004-03-11

NO PROTECTION (PROVISIONAL) IN SWEDEN / PAS DE
PROTECTION (PROVISOIRE) POUR SUEDE
2004-05-27 GIM 9 p.256
registered 2004-03-30

OPPOSITION BEYOND 18 MONTHS POSSIBLE FOR SWEDEN /
OPPOSITION POSSIBLE APRES 18 MOIS POUR SUEDE
2004-06-10 GIM 11 p.206
registered 2004-04-23

PARTIAL PROTECTION IN JAPAN / PROTECTION PARTIELLE
POUR JAPON
2004-09-30 GIM 27 p.226
registered 2004-08-02

TOTAL PROTECTION IN FINLAND / PROTECTION TOTALE
POUR FINLANDE
2004-10-21 GIM 30 p.232
registered 2004-08-20

Visualisation cost : 2.40 EUR.
Total session cost: 2.40 EUR.

TOP

**Questel • Orbit**
*Intellectual Property Group*

17/03/05

1

Casino de monaco

9/14-USMARK-©Questel.Orbit



CASINO DE MONACO

(C) Questel.Orbit

**Trademark name :**
  CASINO DE MONACO
**Drawing type :**
  WO - Word(s)/Letter(s)/Number(s)
**Mark type :**
  Trademark / Service Mark
**Register :**
  Principal Register
**Active :**
  Yes
**Legal Status :**
  686 : Published for Opposition (2005-03-01)
**Extra status data :**
  Special Entry for Section 2(f) / Foreign Application Info and Priority Claimed under Section 44(d) /
  Originaly Filed as an Intent to Use Application / Some Use Amendment or Statement Not yet Ac-
  cepted / contained claim based on foreign filing priority under Section 44(d) / claim based on a live
  foreign registration under Section 44(e) and/or sec 44(d) priority claim perfected by filing a foreign
  registration certificate
**Filing Date :**
  2002-12-24
**Serial Number :**
  US 76478796
**Published for opposition date :**
  2005-03-01
**Expiry date :**
  2012-12-24
**Internal class :**
  CL09; CL16; CL28; CL41
**National classes :**
  US02; US05; US21; US22; US23; US26; US29; US36; US37; US38; US50; US100; US101;
  US107
**Goods and services :**
  CL 9: electric apparatus and instruments, namely computerized video games for gaming purposes,
  interactive video games of virtual reality comprised of computer hardware and software, machines
  for playing games of chance, computer software games, software for use in gaming machines and
  gaming equipment, gaming equipment namely gaming machines, slot machines, keno and poker
  machines, coin changers, coin accepters for separating good coins from counterfeits; photographic
  apparatus; controlling and signaling apparatus used in casinos; apparatus for recording, transmis-
  sion, reproduction of sound or images, namely radio apparatus, video screen, video cameras; cal-
  culators, data processing equipment, namely communication servers, communication software for
  connecting global computer networks, computer cameras, computer game software, computer
  ecommerce software to allow users to perform electronic business transactions via a global com-
  puter network and computers; fire extinguishers
  CL 16: printed matter, namely blank or partially printed postcards, printed invitations, printed
  menus, printed paper signs, menu boards, printed timetables, books, magazines, catalogues fea-
  turing casino, hotel and international news, tourism; bookbindings; photographs, stationery; adhes-
  ives tapes for stationery or household purposes; artists' materials, namely pencils, pens, brushes,
  paint brushes; typewriters and office requisites, namely typewriter typing elements, rubber bands,
  staplers; printed instructional, educational, and teaching materials used in hotels and casinos for
  teaching different games; plastic materials for packaging, namely bags for packaging, tubs for con-
  sumer products, plastic films used as packaging for food, envelopes, pouches for merchandise
  packaging; printers' type; printing blocks
  CL 28: games and playthings, namely playing cards, board games, card games, coin-operated

video games, disposable ticket sets for playing games of chance, hand held units for playing electronic and video games, lottery games, dominos, parlor games, European roulette, American roulette, video poker, poker game and boule game; gymnastic and sporting articles, namely golf bags and balls, sport balls, play swimming pools, swimming equipment, gymnastic apparatus, gymnastic training stools, portable support stretching for dance and other exercises and tennis equipment; decoration for Christmas trees

CL 41: organizing community sporting and cultural activities; providing casino services within a hotel resort environment; training for the personnel employed in casinos in the use and operation of slot machines and cinema equipment; conducting educational entertainment exhibits in the nature of cooking demonstrations; entertainment services in the nature of opera, namely, organizing, producing and presenting live musical, orchestral and operative shows; organizing sporting events in the nature of car racing, tennis tournaments, golf tournaments, and swimming competitions

**Owner Name (current) :**
SOCIETE ANONYME DES BAINS DE MER ET DU C - ERCLE DES ETRANGERS A MONACO
**Owner :**
Place du Casino MC 9800 Monte Carlo
**Owner country :**
NATION: MC
**Agent :**
ATOR: Martin P. Hoffman.
DOMAT: Martin P. Hoffman
Corres/Mail Addr: MARTIN P. HOFFMAN - HOFFMAN, WASSON & GITLER, PC - 2361 JEFFERSON DAVIS HIGHWAY, SUITE 522 ARLINGTON, VA 22202
**Owner (history) :**
Orig. Applicant: SOCIETE ANONYME DES BAINS DE MER ET DU C - ERCLE DES ETRANGERS A MONACOPlace du Casino MC 9800 Monte CarloNATION: MC
**Foreign priority :**
(Claimed) MC APN 23610 APD 2002-07-01 RGN 2.23234 RGD 2002-09-30 XPD 2012-07-01
**Foreign extension :**
(Claimed); CTRY : MONACO
APN : 23610 APD : 2002-07-01
RGN : 2.23234 RGD : 2002-07-01
**Disclaimer :**
No claim is made to the exclusive right to use CASINO, apart from the mark as shown.
**Translation :**
The English translation of CASINO DE MONACO is Casino of Monaco.
**History of the trademark :**
2005-03-01 681 : Publication/Issue Review completed (2004-12-27)