# EXHIBIT D - 5



  

Home | Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map



Grand Monaco is a Hillstead Limited, Gibraltar site – now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.













☛ **Recherche :** (MAX ET WRIGHT)/OWW

**Voir les documents :**

Tout sélectionner  Tout désélectionner

| Bases de données | Réponses |
|---|---|
| ☐ Marques allemandes | 0 |
| ☐ Marques autrichiennes | 0 |
| ☐ Marques du Bénélux | 0 |
| ☐ Marques canadiennes | 0 |
| ☐ Marques communautaires | 0 |
| ☐ Marques danoises | 0 |
| ☐ Marques espagnoles | 0 |
| ☑ Marques d'état US (Service AvantIQ) | 1 |
| ☐ Marques fédérales US | 0 |
| ☐ Marques finlandaises (Service AvantIQ) | 0 |
| ☐ Marques françaises | 0 |
| ☐ Marques hongroises | 0 |
| ☐ Marques internationales | 0 |
| ☐ Marques italiennes | 0 |
| ☐ Marques du Liechtenstein | 0 |
| ☐ Marques lituaniennes | 0 |
| ☐ Marques mexicaines (Service AvantIQ) | 0 |
| ☐ Marques monégasques | 0 |
| ☐ Marques norvégiennes (Service AvantIQ) | 0 |
| ☐ Marques polonaises | 0 |
| ☐ Marques du Royaume Uni | 0 |
| ☐ Marques suédoises | 0 |
| ☐ Marques suisses | 0 |
| ☐ Marques tchèques | 0 |
| **Nombre total de réponses:** | **1** |

**Historique :**

**Pré-visualiser le coût**

Format d'affichage :  Marque & Classe (name)

☑ avec image(s)

Nombre de documents :  1-10

Série de documents :  _____  ex. 4-9 ou 3,7,9,11

Coût de votre recherche : 1.00 EUR.

Coût total de la session : 1.00 EUR.

Recherche : (MAX ET WRIGHT)/OWW     Résultat : 1 réponses(s)     Documents complets

Affichage :  <<< 1-10 >>>     Exporter

Tout sélectionner  Tout désélectionner

Marques d'état US (Service AvantIQ)

☑ 1 / 1   Marques d'état US (Service AvantIQ) - ©Corsearch-AvantIQ

| | |
|---|---|
| Copyright | (C) CCH Corsearch and IQS AvantIQ |
| Marque | ROOF PRO COMPANY |
| | ROOF PROTECTION BY |
| | ROOF PROFESSIONALS |
| | |
| Classes Internationales | CL37 |

Coût de votre visualisation : 0.25 EUR.
Coût total de la session : 1.25 EUR.

TOP



**PRWeb**
PRESS RELEASE
NEWSWIRE

2007-03-19

[ Home | About | Submit Press Release | PR Firms | Editors/Journalists | Search Archives ]

⊛Industry Categories ⊛News by Country ⊛News by MSA ⊛Todays News ⊛Browse by Day ⊛PR Trackbacks™ ⊛ViewNewz™ ⊛eBook Digests ⊛RSS

All Press Releases for October 12, 2006 [ADD YAHOO]                    Subscribe to this News Feed [RSS]

**US PR Firm - 5SPR**
Award Winning PR Campaigs 25
Years Of Experience
www.sspr.com

**Press Release 365**
Free press release distribution
through the Next Gen Newswire!
www.PressRelease365.com

**Writing Press Release**
Free Unlimited Access! Find Media
& Entertainment Solutions &
Resources
www.business.com

**Submit Press Release**
13 U.S. State PR sites - $29
Search Engines Included
express-press-release.com

**OPTIONS**

✉ Email this story to a
  colleague

🖨 Printer Friendly Version

Ads by Goooooogle                                    Advertise on this site

**PlayShare PLC Launches**

*New parent company of PokerShare & CasinoShare integrates its operating platform.*

London, UK (PRWEB) October 12, 2006 – PlayShare.com
(www.playshare.com) is the new integrated operating platform behind the
world class poker and casino gaming sites PokerShare.com and
CasinoShare.com. A UK public company, PlayShare is committed to
providing the very best online experience, integrating two of their best-
known sites so that the more you play the more you earn. PlayShare was
created to develop these flourishing and unique gaming sites to the
maximum, establishing a clear focal point for partners, customers, and
investors alike.

This exciting new gaming platform gives back to its players like no other
gaming site and with offices in five countries across three continents you
know you are in good hands. Additionally, in light of recent US legislation
passed by Congress on 30th September 2006, (Internet Gambling bill – Port
Security bill), PlayShare wants customers to know that they are continuing to provide award winning poker and casino entertainment
online – it's business as usual with no interruption of service to PlayShare's online casino or poker sites.

Players will benefit from a number of new and exciting products exclusive to the new platform such as a truly innovative rewards program
with the most creative loyalty scheme in the industry. Enhancements are comprised of "beginners' tables" which include "micro-limit
tables," low buy-in tables, $50/$100 and $100/$200 tables. A common account and a shared purse offer players a unified experience –
the intelligent choice for intelligent poker players.

Lucan Toh, CEO, PlayShare.com, explains that PlayShare.com offers an improved playing experience for Casino and Poker customers.
It also means we now have a clear, centralized location from which to develop further unique and successful gaming sites. We're even
more excited about what's planned for the next six months – stay tuned!"

For further information please contact:
Melissa Ross
Lyceum Media
+44 (0)207 953 4025

About PlayShare.com

Using unparalleled, cutting-edge technology, PlayShare.com PLC is a public UK Company that owns and operates CasinoShare.com,
PokerShare.com and MonkeyShare.net. Licensed by the Kahnawake Gaming Commission through its parent company, GameShare
Limited, this is the brand new online gaming experience contributing more to its players than any other online gaming site.

# # #

**Sponsored Business Links**

Hoover's: Freeserve plc Company Research

Hoover's: IOMA Technologies PLC Company
Research

Hoover's: Eidos plc Company Research

Hoover's: Datalex plc Company Research

**CONTACT INFORMATION**

Inka Rosen
LYCEUM MEDIA
Visit Our Site
0207 953 4025
Email us Here

**ATTACHED FILES**

There are no multimedia files
attached to this release. If this
is your release, you may add
images or other multimedia
files through your login.

**ABOUT PRESS RELEASES**

If you have any questions
regarding information in these
press releases please contact
the company listed in the press
release. Please do not contact
PRWeb. We will be unable to
assist you with your inquiry.
PRWeb disclaims any content
contained in these releases.
Our complete disclaimer
appears here.

Disclaimer: If you have any questions regarding information in these press releases please contact the company listed in the press release.
Please do not contact PRWeb. We will be unable to assist you with your inquiry.
PRWeb disclaims any content contained in these releases. Our complete disclaimer appears here.

© Copyright 1997-2007, Vocus PRW Holdings, LLC.
Vocus, PRWeb and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

Terms of Service | Privacy Policy



# Microgaming Casino News

**Microgaming News**

 

### PlayShare acquires Grand Gaming Group

ii

28 Nov 2006

## PlayShare acquires Grand Gaming Group

ii

*SOURCE: PlayShare and G3Partner*

On the 1st of November, 2006, PlayShare PLC acquired the Grand Gaming Group, which comprises Grand Monaco Casino and the G3 Partner affiliate program. Hailed in gaming circles as the two most watched groups, the merger is in line with the ambitions of PlayShare to be one of the top 5 gaming companies within the next two years.

**About PlayShare**

PlayShare PLC is a UK Public Company that owns and operates CasinoShare.com and PokerShare.com.

PlayShare has offices in 5 countries across 3 continents, ensuring unrivalled service to players and partners alike. PlayShare is licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. All gaming products are powered by Microgaming ˜C the best in the business. They are committed to providing a trustworthy and secure gaming environment for all our customers.

CasinoShare offers new player 100% up to $250 bonus and $100 monthly bonus.More details about this casino please click here and review this casino.

ii

**About Grand Gaming Group**

G3 Partner is a Grand Gaming Group company. This group business people have years of marketing and casino operations experience both online and offline. This makes the Grand Gaming Group one of the most seasoned and talented companies in our industry.

Their management has worked for such land-based casino organizations as Harrah¯s Entertainment Company and Mirage Resorts. They want you to have the peace of mind that you are working with top industry professionals. They know how to treat casino customers because we have been doing it for years. Have confidence that your players are guaranteed a fun-filled gaming experience.

Grand Gaming Group comprises Grand Monaco Casino which offers new player 100% up to $150 bonus. More details about this casino please click here and review this casino.

**Microgaming Casinos**
- Home
- Casino Promotions
- Casino Review
- Casino Bonus
- Casino Games
- Casino News
- Casino Jackpot
- Free Play Casinos
- Free Cash Casinos

**Casino Groups**
- Grand Monaco Casino
- Roxy Palace Casino
- Villento Casino
- 32 Red Casino
- Casino Share
- Purple Lounge
- Casino Rewards
- Belle Rock Gaming
- Vegas Partner Lounge
- Bella Vegas Casino
- The Palace Group
- Fortune Lounge
- Vegas Casino
- Jackpot Factory
- Casino Action Group
- Golden Star Network
- Trident Entertainment

Sponsor

II Copyright © 2006 - 2007 Microgaming Casinos, All rights reserved.
Microgaming Casino  Microgaming Casino  Microgaming Casino  Microgaming Casino  Microgaming Casinos  Microgaming Casinos  Microgaming Casinos Links



USER:     PASSWORD:     LOGIN ///REGISTER     SITEMAP | FAQS | CONTACT



# GAMING BUSINESS

**HOME | ADVERTISE | EVENTS | FREE MAGAZINES | INVESTMENTS | RECRUITMENT | FEATURES**

### NEWSLETTER

[_____] [Submit]

## iGAMING NEWS

**21-02-07**
Doyle's Room Folds
US Hand Post-UIGEA
Online poker room will
close its doors to US
players from March 1

**20-02-07**
VIP Lounge Casino
Receives eCOGRA
Approval
Jackpot Factory's VIP
Lounge Casino
achieves eCOGRA Play
it Safe seal

**20-02-07**
Betfair is heated
battle over
Australia's anti-
gambling laws
Online gaming group
files claim against
Australian High Court

**19-02-07**
Neteller Announces
Job Losses
US withdrawal sparks
mass job cuts at
money transfer group

**19-02-07**
Mobenga Awarded
with NordicBet
Contract
Mobile gaming provider
wins contract with
NordicBet

## PlayShare Players to Experience Oneness
· 14-09-06

September 14, 2006 (London, UK) – PlayShare Ltd is looking to offer
everyone who plays on its sites the true experience of oneness. Before the
end of the year, the company plans to introduce the one wallet solution
which will offer players a totally seamless gaming experience between its
CasinoShare and PokerShare sites.

Players who want to enjoy the excitement of both sites, but don't want to
have to log out of one site and into the other to play different games or to
check on their balance, will be able to switch easily between games and
between sites.

This seamless integration of the poker and casino platforms will not only
make gaming so much easier but will also allow players to benefit from a
variety of bonus systems that operate on both sites. Players will also gain
significantly from the CasinoShare loyalty system by being able to hop easily
between the sites.

Max Wright, Director, PokerShare.com/CasinoShare.com says: "With 24hr
support, top-level security, and convenient payment and withdrawal options,
CasinoShare has always offered players a world-class casino that delivers a
truly exceptional mixture of excitement and fun. CasinoShare provides the
most exciting online casino experience available and is a perfect partner to
the already, hugely successful PokerShare."

He adds: "And now it's about to get a whole lot better. The one wallet system
will make both our sites incredibly easy to use and move around and, will
offer our players a genuine zen-like experience, because oneness is zen.
When this system is in place, players will be able to concentrate fully on
enjoying themselves and not waste valuable time logging into and out of
sites to switch games or check balances. It's going to take playing on our
sites to a whole new level."

There are over 300 games to choose from at CasinoShare.com with some of
the biggest progressive jackpots to be found on the net. Visitors to the
CasinoShare website can take advantage of an attractive sign-up offer
currently on offer and ultimately, enjoy a unique rewards program, which will
be the first of its kind in the online casino industry. CasinoShare.com offers
players trips to land-based casinos (in Las Vegas, Atlantic City, Monte Carlo,
Macau, London & also Casino Cruises). Players will enjoy complimentary
accommodation in some of the best casino hotels in the world. Additionally,
CasinoShare's rewards team are on hand to provide show tickets, dinner, golf
and spa reservations.

ENDS

For further information please contact:

Melissa Ross

Lyceum Media

Melissa@LyceumMedia.com

+44 (0)207 953 4026

About PlayShare.com

PlayShare.com is the driving force behind the brands PokerShare.com,
CasinoShare.com and MonkeyShare.net. PlayShare PLC is a UK company and
the owner of GamShare Ltd, a Gibraltar-based gaming operator, licensed in
Kahnawake, Canada.

About PokerShare.com

Poker Share is the first poker site in the world to offer its players the
opportunity to share in its success, through the Poker Share Trust. The trust
has the ultimate benefit of 40% ownership of PokerShare.com. It receives
cash every month which is used to reward players through the Poker Share
Trust Loyalty Store. What's more, if PokerShare.com floats on the stock
exchange or is bought by another company, the players are rewarded.

## iGAMING EVENTS

Pacific Congress on I-Gaming
Online Gaming & Gambling Summit
2007
BetMarkets
Gambit on Innovation
Asian Casinos Executive Summit
2007
Casino Affiliate Convention
IGCE 2007 - Cannes
Gaming Investor
GIOSE

## PRESS RELEASE

**21-02-07**
Bill Mummery Takes on New Role in
Private Sector
Head of E-Gaming at Isle of Man DTI
Takes up New Opportunity in the Private
Sector

**15-02-07**
GemScope: First Personalized
Mobile Scratch Card Launches
WinOne launches GemScope at 3GSM
World Congress, Barcelona

**15-02-07**
5th European Casino Affiliate
Convention Held May 3-5
CAC2007 Amsterdam is expected to be
larger than any previous year



Depending on the total number of share points accumulated, players will receive cash from the Poker Share Trust.

About CasinoShare.com

CasinoShare.com is owned and operated by GamShare Ltd and is powered by Isle of Man based Microgaming.

PokerShare.com and CasinoShare.com are operated by Playit Ownit Ltd and licensed by the Kahnawake Gaming Commission through its parent company, GamShare Ltd. Both GamShare Ltd and Playit Ownit Ltd are based in Gibraltar.



# WIPO CASES FOR « LA SOCIETE DES BAINS DE MER »

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| 1 | D2000-1315 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Britannia Finance | monacocasinos.com montecarlocasinos.net thecasinomontecarlo.com themontecarlocasino.com | Transfer |
| 2 | D2000-1316 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Thomas Proud | casinodemonaco.com | Transfer |
| 3 | D2000-1317 | Société des Bains de Mer et du Cercle des Etrangers à Monaco | Internet Marketing Associates | casinomonaco.com | Transfer |
| 4 | D2000-1318 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Martini BT | casino-monaco.com | Complaint denied |
| 5 | D2000-1319 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Joaquin Edo | casinomonaco.net | Transfer |
| 6 | D2000-1320 | La Société des Bains de Mer | Gest Trading S.R.L. | casino-montecarlo.com | Transfer |

2

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | et du Cercle des Etrangers à Monaco | | | |
| 7 | D2000-1321 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Worldnet Companies inc. | casino-monte-carlo.net | Transfer |
| 8 | D2000-1322 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Extenet World Inc. | montecarlo-casino.net montecarlo-casino.org | Transfer |
| 9 | D2000-1323 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | I. Bancorp Europe | casinosmontecarlo.com c-montecarlocasino.com monte-carlo-casino.com montecarlo-casino.com montecarlocasino.net montecarlocasino.org | Transfer |
| 10 | D2000-1324 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Iggi Networks Media Group | casinodemonaco.net casinoofmonaco.com | Transfer |
| 11 | D2000-1325 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Integroweb (Bahamas) Ltd. | casino-of-monaco.com casino-of-montecarlo.com | Transfer |
| 12 | D2000-1326 | La Société des Bains de Mer et du Cercle | International Lotteries | casinomontecarlo.com montecarlocasinos.com | Transfer |

3

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | des Etrangers à Monaco | | | |
| 13 | D2000-1327 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | International Lotteries | casinodemontecarlo.com<br>casinomonte-carlo.com<br>casinomontecarlo.net<br>casinomontecarlo.org<br>e-casinomontecarlo.com<br>lecasinodemontecarlo.com<br>lecasinomontecarlo.com<br>lemontecarlocasino.com<br>monte-carlocasino.com<br>montecarlogambling.com | Transfer |
| 14 | D2000-1328 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | International Services Inc. | casinodemontecarlo.net<br>casino-montecarlo.net<br>casinomonte-carlo.net<br>casinomontecarloonline.com<br>casinomonte-carlo.org<br>casinosmontecarlo.net<br>casinosmontecarlo.org<br>ccasinomontecarlo.com<br>e-casinomontecarlo.net<br>casinomontecarlo.net<br>emontecarlocasino.com<br>e-montecarlocasino.net<br>emontecarlocasino.net<br>lemontecarlocasino.net<br>livemonacocasino.com<br>monacogaming.com<br>monacogaming.net<br>monte-carlocasino.net<br>montecarlocasinoonline.com<br>montecarlocasipoonline.net | Transfer |

4

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | | | montecarlogambling.net montecarlogames.com montecarlogames.net montecarlojackpot.com montecarlojackpot.net montecarloonlinecasino.com montecarloonlinecasino.net sexycasinomontecarlo.com sexymontecarlocasino.com sexymontecarlocasino.net webcasinomontecarlo.com | |
| 15 | D2000-1329 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Casino On-Line | monacocasino.com | Transfer |
| 16 | D2000-1330 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Netrider | monaco-casino.com | Transfer |
| 17 | D2000-1331 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | World Casino Company | monacocasino.net | Transfer |
| 18 | D2000-1332 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Global Productions – Domain for Sale | monacogambling.com | Transfer |
| 19 | D2000-1333 | La Société des | Piranha | montecarlocasino.com | Transfer |

5

| Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|
| 20 D 2003-0985 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Internet Billions Domains Inc. | casinomontecarlo.org<br>e-casinomontecarlo.com<br>lecasinodemontecarlo.com<br>monte-carlocasino.com<br>montecarlocasinos.net<br>sexycasinomontecarlo.com<br>sexycasinomontecarlo.net<br>sexymontecarlocasino.com<br>sexymontecarlocasino.net<br>thecasinomontecarlo.com | Transfer |
| 21 D2004-0454 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | BestCreative | montecarlo-casinos.com | Transfer |
| 22 D2004-0415 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Aucun | monte-carlocasinos.net<br>monte-carlogrand.com<br>montecarloroyale.com<br>monte-carlosuncasino.com<br>montecarlosuncasino.com<br>suncasino-montecarlo.com<br>suncasino-montecarlo.com | Transfer |
| 23 D2005-0225 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Montecarlo Development, LLC. | montecarlocasinoandsportsbook.com | Transfer |
| 24 D2005-0338 | La Société des | Montecarlo | montecarlo-onlinecasino.com | Transfer |

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| | | Bains de Mer et du Cercle des Etrangers à Monaco | Online Casino (MOC) | | |
| 25 | D2005-0339 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Netsymmetrics | online-casinos-montecarlo.com online-casino-montecarlo.com | Transfer |
| 26 | D2005-0403 | | | casinobestmontecarlo.com | Terminated : amicable transfer |
| 27 | D2005-0404 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Integrity Ltd. | luckymontecarlocasino.com | Transfer |
| 28 | D2005-0439 | | | montecarlohotelandcasino.com | Terminated : amicable transfer |
| 29 | D2005-0440 | | | montecarlocasinohotel.com montecarlocasinovegas.com | Terminated : amicable transfer |
| 30 | D2005-0526 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | LaPorte Holdings, LLC | montecarloresoitandcasino.com | Transfer |
| 31 | D2005-0527 | La Société des Bains de Mer et du Cercle des Etrangers | Domain Active Pty. Ltd | montecarloresortcasino.com | Transfer |

7

| | Case number | Complainant | Respondent | Domain names | Decision |
|---|---|---|---|---|---|
| 32 | D2005-1342 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Corzil Holding | montecarlograndcasino.com grandcasinomontecarlo.com | Transfer |
| 33 | D2005-1343 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Michael Ditursi | montecarlointernationalcasino.com | Transfer |
| 34 | D2006-0289 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Empire Online Ltd | monacogoldcasino.com | Transfer |
| 35 | D2006-1245 | La Société des Bains de Mer et du Cercle des Etrangers à Monaco | Mark Bolet | monaconetcasino.com | Transfer |

Grand Monaco

Page 1 sur 4

A member of the PlayShare Group





Big Wins, More Action!

| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate

Customer Support | Live Help









# G3 REWARDS CLUB

Back to All promotions

At Grand Monaco, you can be confident you are playing in a world class casino with world class service. Below you will find some of the benefits we offer our players.

**Benefits**

**How to become a member**

**How to earn rewards**

**Redeem your rewards**

**Special Bonuses**

**Points Expiration**

## The Benefits

You receive many valuable benefits including:



- **FREE membership**
- Automatic point earnings and cash back services
- Belong to the Grand Gaming Group
- Earn valuable G3 Points for our Cash Back Rewards program
- Tiered slot bonus rewards
- Earn comps, cash, and offers based on play
- Weekly G3 Point multiplier days
- Exclusive personalized promotions and invitations
- It's simple but rewarding!

Back to top

## How to become a member

Membership to the G3 Players Club is FREE and given to all Grand Monaco players for registering a real player account.

Your membership account number = Your real casino account number

Your membership password = Your real casino password

Back to top

Grand Monaco

## How to earn G3 Cash Back rewards

- After registering and making your first purchase at Grand Monaco, your membership includes 2,000 G3 Points for free.
- A further 5,000 FREE points are yours by making ANY first webwallet purchase of $50 or more.
- Additional G3 Points are earned every time you make a bet.
- The more you play, the faster you earn G3 Points.
- Various promotions offer G3 Points to players.
- Grand Monaco rewards slot players with additional Bonus G3 Points based on the Slot Tier Level achieved each month.

**Points calculation**

G3 Points may be redeemed in units of 5,000 where 5,000 points = $5.00 Casino Bonus credits.

| Amount Wagered | Points Earned | Games |
| --- | --- | --- |
| $1 | 1 point | Slots, Keno, Scratch Games |
| $3 | 1 point | ALL other games |

## How to redeem your G3 points

Grand Monaco delivers world class service, so we made it easy for players to get their well deserved rewards – fast.

**Redeem your G3 Points easily:**

1. Players can redeem G3 Points into Casino Bonus Credits at any time by following these easy steps:



Click on any of the G3 Rewards Club links in the casino software

 

G3 Points are redeemed and deposited in the form of Bonus Credits into your casino bonus account. You can use these credits in the casino or cash them out in accordance with the bonus system requirements.

**Back to top**

## Special bonuses

**1. Monthly slot bonuses**

At Grand Monaco we have something extra special for our slot players:

- You qualify for additional MONTHLY bonuses depending on your Slot Bonus Status Level determined from the previous month's slot play.
- This bonus level and additional bonus points are recalculated every month based on the previous month's slot wagering activity. See chart below.

**Slots monthly bonus levels**

| Level | Monthly Slot | Additional Bonus |
| --- | --- | --- |

| Member | Wagering | |
|---|---|---|
| Member | 0 – $5,000 | - |
| Silver | $5,001– $25,000 | 10% |
| Gold | $25,001– $50,000 | 15% |
| Platinum | $50,001 – $75,000 | 20% |
| Diamond | $75,001 and up | 25% |

## How it works:

| Month | Amount Wagered | Additional bonus player qualifies for: | Additional Bonus G3 Points + Base G3Points: |
|---|---|---|---|
| 1 | $50,000 | Gold Level – 15% | + 50,000 pts |
| 2 | $25,000 | Silver Level – 10% | 15% bonus x 25,000 = 3,750 + 25,000 pts |
| 3 | $5,000 | No bonus Level | 10% bonus x 5,000 = 500 + 5,000 pts |
| 4 | $15,000 | Silver Level – 10% | No bonus added + 15,000 pts |

(Remember: $1 slot wagered = 1 point)

## Explanation:

- A Player wagers a total of $50,000 on Slots in Month 1.
- The Player will qualify for additional Slot Bonus in Month 2 based on the $50,000 wagered in month 1.
- The Level qualified for is **Gold** Level ,which earns an additional 15% bonus on SLOTS play in Month 2.
- If the player wagers $25,000 on Slots in Month 2, then he gets a slot bonus of 3,750 ($25,000 x 15%).
- This slot bonus is added automatically in his Bonus Account at the end of Month 2.

### 2. Other regular bonuses

For ALL players, the G3 Rewards Club offers the following special privileges:

- Regular purchase match offers
- Regular mailings with special offers
- Birthday bonus offers
- Special banking services
- Higher bonus offers
- Gifts and other very special treatments
- Casino tournament invitations
- Discretionary bonuses by casino management

All purchase match offers require players to use our "Claim your Bonus" redemption process. A player can claim a bonus ANY time after receiving an invitation. All free money credits are automatically deposited into the player's casino Bonus Account in accordance with the specific promotion terms and after the offer requirements have been met and bonus claimed.

## Points expiry

G3 Points expire after 6 calendar months of being issued.

Back to top



Home| Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

  

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.





| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate





# HOW TO WITHDRAW

Well Done. You're a winner and now we promise to process your cash-in as quickly as possible.

To make a withdrawal follow the steps:

- Login to your Grand Monaco account
- Click on the Bank button
- Click on the Withdrawal button
- Enter the amount you wish to withdraw in the box.

You can now check the status of your withdrawals at any time by clicking on the Cashcheck icon in the casino software.



Please note that the minimum withdrawal amount is $50.00.

You can reverse a withdrawal (or portion there-of) back to your gaming account within 24 hours after you've requested your original withdrawal. Simply click the REVERSE WITHDRAWAL TAB in the casino software. Your withdrawal is sent to our processing department after the 24 hour reverse withdrawal period has elapsed. You are notified by Email once your Cash Out Request has been completed and the funds have been transferred to you.

It is our policy to refund withdrawals to the same account or mechanism that the original purchase was made, up to the value of your original deposits. However, not all purchase mechanisms facilitate refunds of cash withdrawals and in such cases balances will be paid to the payment option of YOUR choice (see Withdrawal Options).

Please note: When a customer makes their first cash-in, a large withdrawal or changes to payment options, Grand Monaco reserves the right to use security measures to ensure you are the rightful recipient of the funds. This is for casino player protection and may require you to send documentation (utility bills, copy of ID, Copy of credit card used to effect purchases). We may ask you to sign a list of your previous purchases to your Grand Monaco Account. Again, these measures protect your money and your privacy, but may result in small delays of receiving your money. We apologize for any inconvenience this may cause and will make every attempt to keep the process short.

Should you have any queries about the status of your cash out, please contact one of our Customer Support agents.

  

Home| Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

*Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group*
*Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the*
*land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.*



A member of the PlayShare Group



| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate

Customer Support | Live Help



# INSTALLING THE SOFTWARE

How do I download the free casino software?
What do I do once the download is complete?
Where did I download the file to?
What is the installation file called?
What are the minimum system requirements?

## How do I download the free casino software?

Click on any "Download" button that appears on every page. This will start
the process explained on the download page you arrive at.

## What do I do once the download is complete?

The File Download dialogue box will launch and guide you through the
installation process. Follow the prompts by clicking "Next >" when requested
and the casino software will install.

If you are using Firefox or a browser other than Microsoft Internet Explorer,
then the setup file would have been downloaded to the location that you
selected. To install the Grand Monaco software, double-click on the setup file
you downloaded. The Install Wizard will guide you through the installation
process. Follow the prompts by clicking "Next >" when requested and the
casino software will install.

## Where did I download the file to?

The default location is to your desktop. If you saved the casino software to an
alternative location and cannot find it, simply follow these instructions: Click
on 'Start'/ 'Find'/ 'Find files or folders'. Type GrandMonaco_0Game_W3.exe in
the 'Name' field, and click on 'Find now'. Remember to search by using the
'Local hard drives' option. Once you have found the casino software, double-
click to begin the installation.

Back to top

## What is the installation file called?

GrandMonaco_0Game_W3.exe

Back to top

## What are the minimum system requirements?

Pentium II 333 Mhz

32 Bit operating system Windows 95/98/2000/NT/ME/XP

32 MB RAM

25 MB available hard drive space

Internet connection

**Back to top**

 

Home | Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

   

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

A member of the PlayShare Group




| Home | Getting Started | Promotions | G3 Rewards Club | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate          Customer Support | Live Help



## OPENING OFFER



### Opening Offer with FREE Casino Kit

At Grand Monaco, we believe in exceeding your expectations. Not only do we have one of the most competitive Opening Offers around, but we also give our new players a free Casino Kit designed to help you win big with more action at a world-class casino.

Read more about our industry leading casino offers below.



### Claim your Opening Offer Bonus and Casino Kit

Come back to this page once you have made your first deposit and met the 1x wagering requirements. Enter your name, e-mail address and Real Account number and submit.

**Your Name**

**Your E-mail Address**

**Real Acct. Number**
e.g. vgmr00095764

[ Reset ]   [ Submit ]

**Very Important:**

By claiming the Opening Offer, you agree to the terms and conditions. The Opening Offer is provided to first time players to enhance the gaming experience with increased gaming time. Attempts to take advantage of bonuses beyond this spirit may be deemed as promotion abuse.

If you have any questions please contact casino support.

## Opening Match Bonus Offer

**100% Slot Match Bonus up to $150 FREE**

**OR**

**100% Casino Game Match Bonus up to $75 FREE**

**Download our FREE software,
register an account, and make a Deposit**

step **1**



**Choose your Bonus by
wagering your deposit once
(1 X) on the games of your choice**

step **2**

  

Slots Only        Casino Games

**Claim your Opening Offer
We match your deposit by 100% up to:**

step **3**

**$150 in FREE bonus credits if your
deposit was wagered on slots only**

**OR**

**$75 in FREE bonus credits if your deposit was
wagered on all other casino games**

The opening offer bonus is credited to your bonus account in less than 4
hours from the time you've met the conditions and claimed your offer.

**Remember:**

- Our conditions require you to wager the original purchase one time to
determine whether you are accepting the slot or games offer.
- Cashing in prior to receiving your 100% bonus match credits forfeits
the free credits.
- If you wager on a mix of slots and casino games, then you have
accepted the casino game offer of up to $75 Free.
- After receiving your opening offer free credits, you may not cash-in
until you have met the minimum bets and wagering requirements.

**Click here** to see the Opening Offer Terms & Conditions detail.

## Free Casino Kit 

**The Casino Kit includes:**

1.  FREE 2,000 G3 Points for the G3 Rewards Club
2.  FREE Membership into the G3 Rewards Club - No Registration
Required!
3.  FREE Subscription to our monthly newsletter - *Grand News*
4.  FREE Web Wallet Bonus!
5.  FREE $5,000 Progressive Jackpot Reward!

Grand Monaco offers all new purchasing players the chance to try world-class gaming with a world-class welcome!

**Click here to find out more about our Free Casino Kit**



**Back to top**

 

Home| Promotions | G3 Rewards Club | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

   

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

# www.pokergrandmonaco.org

This page is parked free, courtesy of GoDaddy.com


Go Daddy
Make a .com
name with us!®



$1.99* to $9
.com Domains
Now, with any new
domain purchased

FREE with every
domain name:
► NEW! Hosting
  with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:
[.com ▾] [GO]

Advanced Search

*Plus ICANN fee of 25 cents
per domain name year.

## Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour
Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday
homes in Europe
www.somerville.co.uk

**Salona-Yachts France**
Importateur exclusif France-Monaco Salona yachts
Performance Cruisers
www.salona-france.com

**Nice Riviera Hotel 3***
Nice Center From 130 € Available in March!
www.horse21.net -

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable
areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712
007
www.poker-shop.co.uk

**Classic- Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC - €150/€170
b&b
www.hoteldemonaco.com

**Hotel Monte Carlo**
Comparez les prix des hôtels des promotions et dernière
minute
VoyagerMoinsCher.com/Hotel

**Formula 1 Tickets**
Buy your tickets to the glamorous Formula 1 GP of monaco
here!
www.F1ticketinfo

**Local Poker Tournaments**
40,000 listings of live poker games tournaments and players
near you.
FindPokerPal.com

Not what you're looking for?
[          ] [Search]

Related Searches:
⊠ Kareemt Monaco
⊠ Monaco History
⊠ Fontvielle Monaco
⊠ Monaco Vacation
⊠ Corporate in Monaco
⊠ Relocation Monaco

Visit GoDaddy.com for the
best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## The world's largest hostname provider!*

From $3.19/mo!

FREE Setup!
No Annual Commitment!
99.9% uptime!

## FREE extras with each domain!

• Complete Email
• Hosting with
  Web site
• Quick Blog
• And more!


Search for your domain now
[.com ▾] [GO!]

Go Daddy logo
DE GAULLE FLEURANCE & ASSOCIES - L

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

GoDaddy.com is the world's No. 1 ICANN-accredited domain name register for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2006
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopokerclub.com

This page is parked free, courtesy of GoDaddy.com



_____    [ Search ]

### Related Searches

Karament Monaco
Monaco History
Fontvielle Monaco
Monaco Vacation
Corporate in Monaco
Relocation Monaco

## Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Nice Riviera Hotel 3***
Nice Centers From 130 € Available in March!
www.horse21.net

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Exclusive Riviera Estates**
Specialist Agency For Luxury Estates Along The French Riviera
www.eliteresidentialestates.com

**Monaco 2007**
Balcony Views, Value For Money, Reputable company
www.GrandPrixAdventures.com

**Monaco Immobilier**
Magazine spécialisé en Immobilier de Prestige sur la Côte D'Azur
www.lux-residence.com

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bemf1.com

**Poker gratuit en ligne**
Défiez des experts du monde entier un tournoi gratuit - pas de mise!
www.europoker.net



$1⁹⁹* for a .com Domains
Now, with any non-domain purchase!

FREE with every domain name:
► NEW! Hosting with Web Builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:

_____ .com  [ GO ]

Advanced Search    [ICANN ACCREDITED]

*Plus ICANN fee of 25 cents per domain name year.


**Fast, Reliable, Secure Web Hosting**

► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
  Flexible plans as
  low as $3.19/mo!
  Learn more...

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

www.grandmonacopokerclub.com Coming Soon!

Page 2 sur 2

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005

Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

www.grandmonacopoker.org coming soon!

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

# www.grandmonacopoker.net
This page is parked free, courtesy of GoDaddy.com



Go Daddy.com
Make a .com name with us!

Not what you're looking for?
[ Search ]

**Related Searches:**
- Karement Monaco
- Monaco History
- Fontvielle Monaco
- Monaco Vacation
- Relocation Monaco
- Monaco Grand Prix

Visit GoDaddy.com for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Sponsored Links

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer Insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**Free Texas Hold'em**
$10,000 in cash prizes. No buy-in. Free online poker tournaments!
www.ChipVault.com

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horse21.net

**Prestige Monaco Property**
Search dozens of luxury apartments homes, villas in desirable areas.
www.prestigeproperty.co.uk/Monaco

**Poker Gifts UK Specialist**
Huge variety, plain, numbered or personalised. Call 08708 712 007
www.poker-shop.co.uk

**Classic Hotel de Monaco**
Boutique Hotel, luxury, perfect location , 3 min MC – €150/€170 b&b
www.hoteldemonaco.com

**Poker Source Online Forum**
Discuss or chat about poker Over 600 members and growing!
www.pokersourceonline.com

**Poker Tournament Manager**
Clock and management tool for running poker tournaments.
www.pokertournamentmanager.com

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

$1.99* .com
Domains
Now, with any new domain purchase!
FREE with every domain name:
- NEW! Hosting with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

Find a domain name now:
[ .com ] [ GO ]
Advanced Search ICANN
*Plus ICANN fee of 25 cents per domain name year.

Fast, Reliable, Secure
Web Hosting
- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!
Flexible plans as low as $3.19/mo!
Learn more...

Get your own online store – in minutes.
No technical expertise required and no set-up fees. From $7.99/month!
Go Daddy

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

www.grand-monaco-poker.com coming soon!

# www.grand-monaco-poker.com
This page is parked free, courtesy of GoDaddy.com



Go Daddy.com
Make a .com
name with us!®

**Not what you're looking for?**

[ Search ]

**Related Searches:**
► Real Estate Monaco
► Monaco Grand Prix
► Metropole Hotel Monaco
► Monaco GP
► Monaco F1
► Realtor Monaco

Visit GoDaddy.com for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

$1.99* for 1st year Domains
Now, with any non-domain purchase!
FREE with every domain name:
► NEW! Hosting with Web builder
► NEW! Quick Blog
► Complete Email
► AND MORE!

Find a domain name now:
[                ] .com [GO]
Advanced Search   ICANN ACCREDITED
*Plus ICANN fee of 25 cents per domain name year.

## Sponsored Links

**Salona-Yachts France**
Importateur exclusif France-Monaco Des Voiliers Salona Yacht
www.salona-france.com

**Lance Burton Tickets**
Incredible Seats & Great Prices - Fast, Easy & Secure Online Ordering
www.LasVegasTickets.com

**Monte Carlo Resort**
SideStep Searches Dozens of Sites at Once for Deals in Las Vegas
www.SideStep.com

**Réserver Hôtel**
Comparez les prix des hôtels des promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**Munich Hotel Discounts**
Save up to 75% on Munich hotels. Pay at check-in. No booking fees.
www.priceline-europe.com

**Home Monte Carlo**
Choose from over 10,000 properties: Book direct with owner & save money
www.holidaylettings.co.uk/

**World Class Poker Tips**
Learn from the Coach who exposes the "Mathematician's Fallacy".
www.BaccaratTraining.com

**Secrets From Poker Pros**
Learn How to Dominate Online Poker and Win Thousands of Dollars Daily!
www.sitngowin.com

**Metropole Hotel Monaco**
5 Star Luxury & Service Metropole Hotel Monaco
www.ihw.com/HotelMetropole

**Hotel Monaco**
Find Low Rates, Hotel Information & More. Compare Prices Online & Save!
www.SmarterTravel.com



Fast, Reliable, Secure
Web Hosting
► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support
► And MUCH More!
Flexible plans as low as $3.19/mo!
Learn more...



Build a Web site in minutes with WebSite Tonight®
Point & Click – it's that easy!
• From $3.99/month!
• Includes FREE Hosting & Email

Go Daddy.com

## Popular Searches

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Personal Finances**
Investments
Student Loans

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Computers**
Laptops
Software Training

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Health Care**
Vitamins
Contact Lenses

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Shopping**
Gifts
Flowers

| Work from Home | High Speed Internet | Laser Eye Surgery | DVD Rental |
| Personal Loans | DSL | Cosmetic Surgery | Apparel |
| Jobs | Data Recovery | Diet | Books |

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.

www.pokergrandmonaco.net coming soon!

# www.pokergrandmonaco.net
This page is parked free, courtesy of GoDaddy.com


Go Daddy
Make a .com
name with us!®

Not what you're looking for? [Search]


$1.99* for 1yr
.com Domains
Now, with any non-domain purchase!
FREE with every domain name:
▶ NEW! Hosting with Web Builder
▶ NEW! Quick Blog
▶ Complete Email
▶ AND MORE!

Find a domain name now:
[            ] .com [GO]
Advanced Search          ICANN

*Plus ICANN fee of 25 cents per domain name year.


Fast, Reliable, Secure
Web Hosting
▶ 99.9% Guaranteed Uptime
▶ No Setup Fee or Annual Commitment
▶ Generous Storage & Bandwidth
▶ Free, Expert 24/7 Support
▶ And MUCH More!
Flexible plans as low as $3.19/mo!
Learn more...


Life Online™ with BOB PARSONS
Live every Wednesday at 7 pm (PT)/10 pm (ET).

## Sponsored Links

**Sylvia Beautiful Escort**
classe, raffinement, reçoit à Nice Monaco, Cannes, Geneva sur RDV
www.dsblonde.com

**Monaco Grand Prix**
Deluxe Tours to Monaco GP Monaco GP Specialist Tour Company
www.teammonaco.com

**Overseas Home Insurance**
Somerville offer insurance for both Permanent & Holiday homes in Europe
www.somerville.co.uk

**UK Poker Equipment**
Specialist in corporate and home requirements. Call 08708 712 007
www.poker-shop.co.uk

**Univers Hotel 3***
Nice Center From 70 € Available in March!
www.horsa21.net

**Hotel Monte Carlo**
Comparez les prix des hôtels de promotions et dernière minute
VoyagerMoinsCher.com/Hotel

**F1 Paddock Club**
For access to Drivers, the Pit Lane and the finest hospitality for VIPs
www.bamf1.com

**F1tickets Monaco**
Visit the most famous GP of the world. Buy your tickets online!
www.F1ticket.info

**Hotels in Monaco**
Book your hotel in Monaco online. All hotels with special offers.
www.bookings.fr

**Résidence Eza Vista**
Côte d'Azur à prix bas ! Du studio au T3, vue mer 8km Monaco
www.sejoursdusud.com

### Related Searches:
▶ Kerement Monaco
▶ Fontvieille Monaco
▶ Monaco Vacation
▶ Monaco Grand Prix
▶ Corporate in Monaco
▶ Monaco Historique

Visit GoDaddy.com for the best values on:
Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products
AND MORE!
See product catalog

## Popular Searches

Travel
Airline
Car Rental
Hotels
Cruises
Vacations

Real Estate
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

Personal Finances
Investments
Student Loans
Work from Home
Personal Loans
Jobs

Financial Planning
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

Insurance
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

Computers
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

E Commerce
VoIP
Broadband
Domain Names
Web Hosting
Web Design

Business
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

Health Care
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

Lifestyle
Fitness
Dating
Singles
Education
Degrees

Legal Help
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

Shopping
Gifts
Flowers
DVD Rental
Apparel
Books

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.