UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

                                        **Case No. 07 Civ 4802**

                    Plaintiff,


            vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK) LTD.,
LUCAN TOH, MAXWELL WRIGHT,
HILSTEAD LTD.,


                    Defendants.


---

### AFFIDAVIT OF ELLEN GEORGINA HUGHES-JONES

---

I, ELLEN GEORGINA HUGHES-JONES of 3 Lincoln's Inn Fields, London WC2A 3AA
MAKE OATH and say as follows:-

1.      I am a trainee solicitor in the firm of Bristows, a firm of English solicitors which is
        acting as agent for the Plaintiff's solicitors, Quinn Emanuel. I am over 18 years of
        age and am not a party to the action. Save where otherwise indicated, the facts and
        matters set out in this Affidavit are within my knowledge and are true. Where details
        stated below are not within my own knowledge, I will state the source of my
        information and in each case I believe such information to be true.

2.      Upon the instructions of Brian Cordery, a partner of Bristows, I attended 7 Queen
        Street, London W1J 5PB on Tuesday 12 June 2007. This office is shown on the
        records held by UK Companies House to be the registered office of PlayShare PLC,

Grand Monaco Limited and GamShare (UK) Limited, which are three of the Defendants in this Complaint. I exhibit, marked "EGHJ-1", a copy of a print-out from UK Companies House database which shows the registered office of each company to be 7 Queen Street, London W1J 5PB as at 12 June 2007.

3.    At approximately 12 noon I left copies of the following documents for each of PlayShare PLC, Grand Monaco Ltd and GamShare (UK) Ltd with the receptionist at 7 Queen Street:

3.1    Civil Cover Sheet;

3.2    Complaint filed against the Defendants by the Plaintiff;

3.3    Summons dated 6 June 2007;

3.4    Plaintiff's Disclosures pursuant to Rule 7.1;

3.5    Individual Practices of Judge Deborah A. Batts and Magistrate Judge Ronald L. Ellis including USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing, and USDC/SDNY Guidelines for Electronic Case Filing;

3.6    Amended Complaint;

3.7    Amended Summons dated 7 June 2007; and

3.8    Letter to Judge Deborah A. Batts dated 7 June 2007.

A letter of service from Bristows for each company was included with the above documents. A copy of these letters is exhibited hereto as "EGHJ-2".

4.    The receptionist with whom I left the documents referred to above was a Caucasian female in her mid twenties with wavy shoulder-length blonde hair. I recognised her as the same woman who had accepted service of the English High Court proceedings served on PlayShare PLC on 6 June 2007. On that occasion she had provided me with a signed compliment slip acknowledging receipt. A copy of this compliment slip is exhibited hereto as "EGHJ-3". The signature is illegible.

5.    Leaving Court proceedings at the registered office of a UK company is a valid method of service under the Civil Procedure Rules ("CPR") which govern civil litigation in England and Wales. I exhibit as "EGHJ-4" a copy of an extract from the CPR (2007) Part 6, which sets out the relevant rule. Since the documents were served on 12 June 2007, the deemed date of service according to English law is 13 June 2007. The UK's adoption of the Hague Convention does not preclude service by a party's legal representative.

6.    Copies of the documents listed in paragraph 3.1 to 3.8 were sent to Lucan Toh by first class post on 12 June 2007 to his last known residential address according to the details for directors held by UK Companies House. A copy of this extract is exhibited hereto as "EGHJ-5". A letter of service from Bristows was sent to accompany the US proceedings. A copy of this letter is exhibited hereto as "EGHJ-6". Service by first class post on individuals is a valid method of service according to the CPR. This is also shown in exhibit "EGHJ-4".

7.    The deemed date of service of these proceedings on Lucan Toh is 14 June 2007.

SWORN by the said                          )
**ELLEN GEORGINA HUGHES-JONES**  )
At Farrer + Co                             )
This 15th day of June 2007                 )

Before me,

KATRYN EMMA CHATTERS

Solicitor/~~Commissioner for Oaths~~

Farrer & Co
66 Lincoln's Inn Fields,
London WC2A 3LH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

                                        **Case No. 07 Civ 4802**

                    Plaintiff,


            vs.


PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK) LTD.,
LUCAN TOH, MAXWELL WRIGHT,
HILSTEAD LTD.,


                    Defendants.


------------------------------------------------------------

                    **EXHIBIT "EGHJ-1"**

------------------------------------------------------------


This is the exhibit marked "EGHJ-1" referred to in the Affidavit of ELLEN GEORGINA
HUGHES-JONES sworn this ı5      day of June 2007

Before me,   *[signature]*

         KATHRYN CHAMBERS, BARCOR & COLLP

         Solicitor/~~Commissioner for Oaths~~

20801830



Home |        Bookmark site |        Links

About us        Forms        Press Desk        Careers        Contact us        (i) Info and guidance on        T

Login | My Account | My Download | My Order                    Please select                    Pleas

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP

**Name & Registered Office:**
**PLAYSHARE PLC**
**7 QUEEN STREET**
**LONDON**
**W1J 5PB**
**Company No. 05863469**

**Status:** Active
**Date of Incorporation:** 30/06/2006

**Country of Origin:** United Kingdom

**Company Type:** Public Limited Company
**Nature of Business (SIC(03)):**
None Supplied

**Accounting Reference Date:** 31/12
**Last Accounts Made Up To:** (NO ACCOUNTS FILED)
**Next Accounts Due:** 31/07/2007
**Last Return Made Up To:**
**Next Return Due:** 28/07/2007

**Previous Names:**
No previous name information has been recorded over the last 20 years.

**Branch Details**
There are no branches associated with this company.

**Oversea Company Info**
There are no Oversea Details associated with this company.

**System Requirements**

**Return to search page**

Order informatic
**company**

SEARCH FOR ANOTHER CC

**Tell Us**

▸ Are you satisfied v

▸ Have you got a qu

Top

Contact Centre : +44 (0)870 33 33 636  available 08:30 to 18:00 (UK time)  . Email:

enquiries@companies-house.gov.uk

Disclaimer  |  Privacy Statement  |  Acceptable use
statement  |  Use of cookies  |  © Crown Copyright 2003







Home |     Bookmark site |     Links

About us     Forms     Press Desk     Careers     Contact us     (i) Info and guidance on     T

Login | My Account | My Download | 📥 My Order          Please select          Pleas

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP

Name & Registered Office:
**GRAND MONACO LIMITED**
**7 QUEEN STREET**
**MAYFAIR**
**LONDON**
**W1J 5PB**
**Company No. 06139639**

**Status**: Active
**Date of Incorporation**: 06/03/2007

**Country of Origin**: United Kingdom

**Company Type**: Private Limited Company
**Nature of Business (SIC(03))**:
None Supplied

**Accounting Reference Date**: 31/03
**Last Accounts Made Up To**:  (NO ACCOUNTS FILED)
**Next Accounts Due**: 06/01/2009
**Last Return Made Up To**:
**Next Return Due**: 03/04/2008

**Previous Names:**
No previous name information has been recorded over the last 20 years.

**Branch Details**
There are no branches associated with this company.

**Oversea Company Info**
There are no Oversea Details associated with this company.

**System Requirements**

**Return to search page**

Order informati

company

SEARCH FOR ANOTHER CO

**Tell Us**

‣ Are you satisfied v

‣ Have you got a qu

Top

Contact Centre : +44 (0)870 33 33 636  available 08:30 to 18:00 (UK time)     Email:
enquiries@companies-house.gov.uk

Disclaimer  |  Privacy statement  |  Acceptable use
statement  |  Use of cookies  |  © Crown Copyright 2003

  



Home |    Bookmark site |    Links

About us |    Forms |    Press Desk |    Careers |    Contact us |    ⓘ Info and guidance on    🔍 T

Login |  My Account |  My Download  |  ⇔ My Order                Please select                Pleas

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time                                                                    ┆ HELP ┆

Name & Registered Office:
**GAMSHARE (UK) LIMITED**
**7 QUEEN STREET**
**MAYFAIR**
**LONDON**
**W1J 5PB**
**Company No. 05451906**

**Status**: Active                                                      ☐  **Order informati**
**Date of Incorporation**: 13/05/2005
                                                                       **company**
**Country of Origin**: United Kingdom
                                                                       ┆ SEARCH FOR ANOTHER CC ┆
**Company Type**: Private Limited Company
**Nature of Business (SIC(03))**:
9271 - Gambling and betting activities
                                                                       **Tell Us**
**Accounting Reference Date**: 31/05
**Last Accounts Made Up To**:  (NO ACCOUNTS FILED)                      ‣ Are you satisfied v
**Next Accounts Due**: 13/03/2007 OVERDUE
**Last Return Made Up To**: 13/05/2006                                  ‣ Have you got a qu
**Next Return Due**: 10/06/2007

**Last Members List**: 13/05/2006

**Previous Names:**
**Date of change**      **Previous Name**
21/12/2005              TFK INVESTMENTS LIMITED

**Branch Details**
There are no branches associated with this company.

**Oversea Company Info**
There are no Oversea Details associated with this company.

**System Requirements**

**Return to search page**

Top

Contact Centre : +44 (0)870 33 33 636  available 08:30 to 18:00 (UK time)    Email:
enquiries@companies-house.gov.uk

Disclaimer  |  Privacy Statement  |  Acceptable use
statement  |  Use of cookies  |  © Crown Copyright 2003

  

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

                                **Case No. 07 Civ 4802**

                 Plaintiff,


            vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK) LTD.,
LUCAN TOH, MAXWELL WRIGHT,
HILSTEAD LTD.,


                 Defendants.

---

**EXHIBIT "EGHJ-2"**

---


This is the exhibit marked "EGHJ-2" referred to in the Affidavit of ELLEN GEORGINA HUGHES-JONES sworn this    *1 5*    day of June 2007

Before me, *Ullto*

     *KATHYN CHATTERS, GARROE & COLLP*

     Solicitor/~~Commissioner for Oaths~~

20801830

| | |
|---|---|
| 3 Lincoln's Inn Fields<br>London WC2A 3AA | email<br>info@bristows.com |
| telephone<br>+44 (0)20 7400 8000 | website<br>www.bristows.com |
| facsimile<br>+44 (0)20 7400 8050 | DX269 London<br>(Chancery Lane) |

Our ref:    404/BDC/10124 0001

Your ref:

12 June 2007

**PlayShare PLC**
7 Queen Street
London W1J 5PB
**FAO: Managing Director**

# BRISTOWS
### BY HAND

Dear Sirs

**Société des Bains de Mer et du Cercle des Étrangers à Monaco v (1)
PlayShare PLC (2) Grand Monaco Ltd, (3) GamShare (UK) Ltd, (4) Lucan
Toh, (5) Maxwell Wright and (6) Hilstead Ltd
United States District Court, Southern District of New York
Case No. 07 Civ 482**

We are English solicitors acting as agents for Quinn Emanuel of 51 Madison Avenue, 22nd Floor, New York, 10010.

We enclose, by way of service, the following documents:

1.    Civil Cover Sheet;

2.    Complaint filed against you by the above Plaintiff;

3.    Summons dated 6 June 2007;

4.    Plaintiff's Disclosures pursuant to Rule 7.1;

5.    Individual Practices of Judge Deborah A. Batts and Magistrate Judge Ronald L. Ellis;

6.    Amended Complaint;

7.    Amended Summons dated 7 June 2007; and

8.    Letter to Judge Deborah A. Batts dated 7 June 2007.

Yours faithfully

**Bristows**

Encs

3 Lincoln's Inn Fields          email
London WC2A 3AA                 info@bristows.com

telephone                       website
+44 (0)20 7400 8000             www.bristows.com

facsimile                       DX269 London
+44 (0)20 7400 8050             (Chancery Lane)

Our ref:    404/BDC/10124 0001

Your ref:

12 June 2007

# BRISTOWS
BY HAND

**Grand Monaco Ltd**
7 Queen Street
London W1J 5PB
**FAO: Managing Director**

Dear Sirs

**Société des Bains de Mer et du Cercle des Étrangers à Monaco v (1)
PlayShare PLC (2) Grand Monaco Ltd, (3) GamShare (UK) Ltd, (4) Lucan
Toh, (5) Maxwell Wright and (6) Hilstead Ltd
United States District Court, Southern District of New York
Case No. 07 Civ 482**

We are English solicitors acting as agents for Quinn Emanuel of 51 Madison Avenue, 22nd Floor, New York, 10010.

We enclose, by way of service, the following documents:

1.    Civil Cover Sheet;

2.    Complaint filed against you by the above Plaintiff;

3.    Summons dated 6 June 2007;

4.    Plaintiff's Disclosures pursuant to Rule 7.1;

5.    Individual Practices of Judge Deborah A. Batts and Magistrate Judge Ronald L. Ellis;

6.    Amended Complaint;

7.    Amended Summons dated 7 June 2007; and

8.    Letter to Judge Deborah A. Batts dated 7 June 2007.

Yours faithfully

**Bristows**

Encs

| | |
|---|---|
| 3 Lincoln's Inn Fields<br>London WC2A 3AA | email<br>info@bristows.com |
| telephone<br>+44 (0)20 7400 8000 | website<br>www.bristows.com |
| facsimile<br>+44 (0)20 7400 8050 | DX269 London<br>(Chancery Lane) |

Our ref:    404/BDC/10124 0001

Your ref:

12 June 2007

# BRISTOWS

BY HAND

**GamShare (UK) Ltd**
7 Queen Street
London W1J 5PB
**FAO: Managing Director**

Dear Sirs

**Société des Bains de Mer et du Cercle des Étrangers à Monaco v (1)
PlayShare PLC (2) Grand Monaco Ltd, (3) GamShare (UK) Ltd, (4) Lucan
Toh, (5) Maxwell Wright and (6) Hilstead Ltd
United States District Court, Southern District of New York
Case No. 07 Civ 482**

We are English solicitors acting as agents for Quinn Emanuel of 51 Madison
Avenue, 22nd Floor, New York, 10010.

We enclose, by way of service, the following documents:

1.    Civil Cover Sheet;

2.    Complaint filed against you by the above Plaintiff;

3.    Summons dated 6 June 2007;

4.    Plaintiff's Disclosures pursuant to Rule 7.1;

5.    Individual Practices of Judge Deborah A. Batts and Magistrate
      Judge Ronald L. Ellis;

6.    Amended Complaint;

7.    Amended Summons dated 7 June 2007; and

8.    Letter to Judge Deborah A. Batts dated 7 June 2007.

Yours faithfully

**Bristows**

Encs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

                                        **Case No. 07 Civ 4802**

                    Plaintiff,


          vs.


PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK) LTD.,
LUCAN TOH, MAXWELL WRIGHT,
HILSTEAD LTD.,


                    Defendants.


---

**EXHIBIT "EGHJ-3"**

---


This is the exhibit marked "EGHJ-3" referred to in the Affidavit of ELLEN GEORGINA
HUGHES-JONES sworn this      1 5    day of June 2007

Before me,   *[signature]*

          K ATRYN  CHATTERS, FARRER & CO LLP
          Solicitor/Commissioner for Oaths

20801830



Please share docs received and passed to company secretary.

_[signature]_ · 5/6/07

develica

With Compliments

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

                                        **Case No. 07 Civ 4802**

                    Plaintiff,


            vs.


PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK) LTD.,
LUCAN TOH, MAXWELL WRIGHT,
HILSTEAD LTD.,


                    Defendants.


---

**EXHIBIT "EGHJ-4"**

---


This is the exhibit marked "EGHJ-4" referred to in the Affidavit of ELLEN GEORGINA
HUGHES-JONES sworn this  1 5    day of June 2007

Before me, _KATRYN EMMA CHATTON, GAUCER & CO LLP_

            Solicitor/~~Commissioner for Oaths~~

20801830

# SERVICE OF DOCUMENTS

PART 6

## Contents of this Part

**I GENERAL RULES ABOUT SERVICE**

Rule 6.1    Part 6 rules about service apply generally

Rule 6.2    Methods of service – general

Rule 6.3    Who is to serve

Rule 6.4    Personal service

Rule 6.5    Address for service

Rule 6.6    Service of documents on children and patients

Rule 6.7    Deemed service

Rule 6.8    Service by an alternative method

Rule 6.9    Power of court to dispense with service

Rule 6.10   Certificate of service

Rule 6.11   Notification of outcome of postal service by the court

Rule 6.11A  Notice of non-service by bailiff

**II SPECIAL PROVISIONS ABOUT SERVICE OF THE CLAIM FORM**

Rule 6.12   General rules about service subject to special rules about service of claim form

Rule 6.13   Service of claim form by the court – defendant's address for service

Rule 6.14   Certificate of service relating to the claim form

Rule 6.15   Service of claim form by contractually agreed method

Rule 6.16   Service of claim form on agent of principal who is overseas

**III Special provisions about service out of the jurisdiction**

Rule 6.17   Scope of this section

Rule 6.18   Definitions

Rule 6.19   Service out of the jurisdiction where the permission of the court is not required

Rule 6.20   Service out of the jurisdiction where the permission of the court is required

Rule 6.21   Application for permission to serve claim form out of jurisdiction

Rule 6.22   Period for acknowledging service or admitting the claim where the claim form is served out of the jurisdiction under rule 6.19

Rule 6.23   Period for filing a defence where the claim form is served out of the jurisdiction under rule 6.19

Rule 6.24   Method of service – general provisions

Rule 6.25   Service through foreign governments, judicial authorities and British Consular authorities

Rule 6.26   Procedure where service is to be through foreign governments, judicial authorities and British Consular authorities

Rule 6.26A  Service in accordance with the Service Regulation

Rule 6.27   Service of claim form on State where court permits service out of the jurisdiction

SERVICE OF DOCUMENTS

Rule 6.28   Translation of claim form
Rule 6.29   Undertaking to be responsible for expenses of the Foreign and Commonwealth Office
Rule 6.30   Service of documents other than the claim form
Rule 6.31   Proof of service
  **IV   Service of foreign process**
Rule 6.32   Scope and definitions
Rule 6.33   Request for service
Rule 6.34   Method of service
Rule 6.35   After service

## I   GENERAL RULES ABOUT SERVICE

### 6.1   Part 6 rules about service apply generally

The rules in this Part apply to the service of documents, except where –

(a) any other enactment, a rule in another Part, or a practice direction makes a different provision; or

(b) the court orders otherwise.

(For service in possession claims, see Part 55).

### 6.2   Methods of service – general

**(1)** A document may be served by any of the following methods –

(a) personal service, in accordance with rule 6.4;

(b) first class post (or an alternative service which provides for delivery on the next working day);

(c) leaving the document at a place specified in rule 6.5;

(d) through a document exchange in accordance with the relevant practice direction; or

(e) by fax or other means of electronic communication in accordance with the relevant practice direction.

(Rule 6.8 provides for the court to permit service by an alternative method)

**(2)** A company may be served by any method permitted under this Part as an alternative to the methods of service set out in –

(a) section 725 of the Companies Act 1985[1] (service by leaving a document at or posting it to an authorised place);

(b) section 695 of that Act (service on overseas companies); and

(c) section 694A of that Act (service of documents on companies incorporated outside the UK and Gibraltar and having a branch in Great Britain).

### 6.3   Who is to serve

**(1)** The court will serve a document which it has issued or prepared except where –

(a) a rule provides that a party must serve the document in question;

(b) the party on whose behalf the document is to be served notifies the court that he wishes to serve it himself;

(c) a practice direction provides otherwise;

---

[1]   1985 c.6.

(d)  the court orders otherwise; or

(e)  the court has failed to serve and has sent a notice of non-service to the party on whose behalf the document is to be served in accordance with rule 6.11.

**(2)**  Where the court is to serve a document, it is for the court to decide which of the methods of service specified in rule 6.2 is to be used.

**(3)**  Where a party prepares a document which is to be served by the court, that party must file a copy for the court, and for each party to be served.

### 6.4  Personal service

**(1)**  A document to be served may be served personally, except as provided in paragraphs (2) and (2A).

**(2)**  Where a solicitor –

(a)  is authorised to accept service on behalf of a party; and

(b)  has notified the party serving the document in writing that he is so authorised,
    a document must be served on the solicitor, unless personal service is required by an enactment, rule, practice direction or court order.

**(2A)**  In civil proceedings by or against the Crown, as defined in rule 66.1(2), documents required to be served on the Crown may not be served personally.

**(3)**  A document is served personally on an individual by leaving it with that individual.

**(4)**  A document is served personally on a company or other corporation by leaving it with a person holding a senior position within the company or corporation.

    (The service practice direction sets out the meaning of 'senior position')

**(5)**  A document is served personally on a partnership where partners are being sued in the name of their firm by leaving it with –

(a)  a partner; or

(b)  a person who, at the time of service, has the control or management of the partnership business at its principal place of business.

### 6.5  Address for service

**(1)**  Except as provided by Section III of this Part (service out of the jurisdiction) a document must be served within the jurisdiction.

    ('Jurisdiction' is defined in rule 2.3)

**(2)**  A party must give an address for service within the jurisdiction. Such address must include a full postcode, unless the court orders otherwise.

    (Paragraph 2.4 of the Practice Direction to Part 16 contains provision about the content of an address for service).

**(3)**  Where a party –

(a)  does not give the business address of his solicitor as his address for service; and

(b)  resides or carries on business within the jurisdiction,
    he must give his residence or place of business as his address for service.

**(4)**  Any document to be served –

(a) by first class post (or an alternative service which provides for delivery on the next working day);

(b) by leaving it at the place of service;

(c) through a document exchange; or

(d) by fax or by other means of electronic communication,
   must be sent or transmitted to, or left at, the address for service given by the party to be served.

**(5)** Where –

(a) a solicitor is acting for the party to be served; and

(b) the document to be served is not the claim form;
   the party's address for service is the business address of his solicitor.

(Rule 6.13 specifies when the business address of a defendant's solicitor may be the defendant's address for service in relation to the claim form)

**(6)** Where –

(a) no solicitor is acting for the party to be served; and

(b) the party has not given an address for service,
   the document must be sent or transmitted to, or left at, the place shown in the following table.

(Rule 6.2(2) sets out the statutory methods of service on a company)

| Nature of party to be served | Place of service |
| --- | --- |
| Individual | ● Usual or last known residence. |
| Proprietor of a business | ● Usual or last known residence; or<br>● Place of business or last known place of business. |
| Individual who is suing or being sued in the name of a firm | ● Usual or last known residence; or<br>● Principal or last known place of business of the firm. |
| Corporation incorporated in England and Wales other than a company | ● Principal office of the corporation; or<br>● Any place within the jurisdiction where the corporation carries on its activities and which has a real connection with the claim. |
| Company registered in England and Wales | ● Principal office of the company; or<br>● Any place of business of the company within the jurisdiction which has a real connection with the claim. |
| Any other company or corporation | ● Any place within the jurisdiction where the corporation carries on its activities; or<br>● Any place of business of the company within the jurisdiction. |

**(7)** This rule does not apply where an order made by the court under rule 6.8 (service by an alternative method) specifies where the document in question may be served.

(Rule 42.1 provides that if the business address of his solicitor is given that solicitor will be treated as acting for that party).

**(8)** In civil proceedings by or against the Crown, as defined in rule 66.1(2) –

(a) service on the Attorney General must be effected on the Treasury Solicitor;

(b) service on a government department must be effected on the solicitor acting for that department as required by section 18 of the Crown Proceedings Act 1947.

(The practice direction to Part 66 gives the list published under section 17 of that Act of the solicitors acting for the different government departments on whom service is to be effected, and of their addresses).

### 6.6  Service of documents on children and patients

**(1)** The following table shows the person on whom a document must be served if it is a document which would otherwise be served on a child or a patient –

| Type of document | Nature of party | Person to be served |
|---|---|---|
| Claim form | Child who is not also a patient | • One of the child's parents or guardians; or<br>• If there is no parent or guardian, the person with whom the child resides or in whose care the child is. |
| Claim form | Patient | • The person authorised under Part VII of the Mental Health Act 1983[1] to conduct the proceedings in the name of the patient or on his behalf; or<br>• If there is no person so authorised, the person with whom the patient resides or in whose care the patient is. |
| Application for an order appointing a litigation friend, where a child or patient has no litigation friend | Child or patient | See rule 21.8. |
| Any other document | Child or patient | The litigation friend who is conducting proceedings on behalf of the child or patient. |

**(2)** The court may make an order permitting a document to be served on the child or patient, or on some person other than the person specified in the table in this rule.

**(3)** An application for an order under paragraph (2) may be made without notice.

**(4)** The court may order that, although a document has been served on someone other than the person specified in the table, the document is to be treated as if it had been properly served.

**(5)** This rule does not apply where the court has made an order under rule 21.2(3) allowing a child to conduct proceedings without a litigation friend.

(Part 21 contains rules about the appointment of a litigation friend)

### 6.7  Deemed service

**(1)** A document which is served in accordance with these rules or any relevant practice direction shall be deemed to be served on the day shown in the following table –

---

[1]    1983 c.20.

SERVICE OF DOCUMENTS

| Method of service | Deemed day of service |
|---|---|
| First class post (or an alternative service which provides for delivery on the next working day) | The second day after it was posted. |
| Document exchange | The second day after it was left at the document exchange. |
| Delivering the document to or leaving it at a permitted address | The day after it was delivered to or left at the permitted address. |
| Fax | • If it is transmitted on a business day before 4 p.m., on that day; or<br>• In any other case, on the business day after the day on which it is transmitted. |
| Other electronic method | The second day after the day on which it is transmitted. |

**(2)** If a document is served personally –
(a) After 5 p.m., on a business day; or
(b) At any time on a Saturday, Sunday or a Bank Holiday,
  it will be treated as being served on the next business day.

**(3)** In this rule –
'business day' means any day except Saturday, Sunday or a bank holiday; and
'bank holiday' includes Christmas Day and Good Friday.

## 6.8  Service by an alternative method

**(1)** Where it appears to the court that there is a good reason to authorise service by a method not permitted by these Rules, the court may make an order permitting service by an alternative method.

**(2)** An application for an order permitting service by an alternative method –
(a) must be supported by evidence; and
(b) may be made without notice.

**(3)** An order permitting service by an alternative method must specify –
(a) the method of service; and
(b) the date when the document will be deemed to be served.

## 6.9  Power of court to dispense with service

**(1)** The court may dispense with service of a document.

**(2)** An application for an order to dispense with service may be made without notice.

## 6.10  Certificate of service

Where a rule, practice direction or court order requires a certificate of service, the certificate must state the details set out in the following table

| Method of service | Details to be certified |
|---|---|
| Post | Date of posting |
| Personal | Date of personal service |
| Document exchange | Date of delivery to the document exchange |
| Delivery of document to or leaving it at a permitted place | Date when the document was delivered to or left at the permitted place |
| Fax | Date and time of transmission |
| Other electronic means | Date of transmission and the means used |
| Alternative method permitted by the court | As required by the court |

### 6.11 Notification of outcome of postal service by the court

Where –
(a) a document to be served by the court is served by post; and
(b) such document is returned to the court,
the court must send notification to the party who requested service stating that the document has been returned.

### 6.11A Notice of non-service by bailiff

Where –
(a) the court bailiff is to serve a document; and
(b) the bailiff is unable to serve it,
the court must send notification to the party who requested service.

## II  SPECIAL PROVISIONS ABOUT SERVICE OF THE CLAIM FORM

### 6.12 General rules about service subject to special rules about service of claim form

The general rules about service are subject to the special rules about service contained in rules 6.13 to 6.16.

### 6.13 Service of claim form by the court – defendant's address for service

(1) Where a claim form is to be served by the court, the claim form must include the defendant's address for service.

(2) For the purposes of paragraph (1), the defendant's address for service may be the business address of the defendant's solicitor if he is authorised to accept service on the defendant's behalf but not otherwise.

(Rule 6.5 contains general provisions about the address for service)

(Paragraph 2.4 of the Practice Direction to Part 16 contains provision about the content of an address for service).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

                                    Case No. 07 Civ 4802

                    Plaintiff,

           vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK) LTD.,
LUCAN TOH, MAXWELL WRIGHT,
HILSTEAD LTD.,

                    Defendants.

---

### EXHIBIT "EGHJ-5"

---

This is the exhibit marked "EGHJ-5" referred to in the Affidavit of ELLEN GEORGINA
HUGHES-JONES sworn this  *15*  day of June 2007

Before me,  *[signature]*

         KATRIN EMMA CHATTON, PARKER & LOLLP

Solicitor/~~Commissioner for Oaths~~

20801830

 **COMPANY APPOINTMENTS** 

| | |
|---|---|
| **Registered No.:** | 05863469 |
| **Name:** | PLAYSHARE PLC |
| **Address:** | 7 QUEEN STREET |
| | LONDON |
| | W1J 5PB |

**Company Appointments: 5 / Resignations: 4**

**Exclude** Resignations

To view details of other appointments held, click on the appropriate underlined name.

**MORSE, CHRISTOPHER CHARLES**
THE ELMS
MARSHSIDE
CANTERBURY
KENT
CT3 4EE
**Date of Birth:** 01/11/1950
**Company Appointments:** 152

SECRETARY
**Appointed:** 30/06/2006
**Nationality:** BRITISH

**PATERSON BROWN, TIMOTHY**
33 ASHLEY GARDENS
AMBROSDEN AVENUE
LONDON
SW1P 1QE
**Date of Birth:** 27/09/1960
**Company Appointments:** 14

DIRECTOR
**Appointed:** 18/08/2006
**Nationality:** BRITISH

**SANDYS, RODERICK JULIAN FREDERICK**
48 TACHBROOK STREET
LONDON
SW1V 2NA
**Date of Birth:** 15/09/1977
**Company Appointments:** 9

DIRECTOR
**Appointed:** 30/06/2006
**Nationality:** BRITISH

**SMEDLEY, STEPHEN**
NO 1 THE MEADOWS
ALCAIDESA
CADIZ
11300
SPAIN
FOREIGN
**Date of Birth:** 28/01/1975
**Company Appointments:** 1

DIRECTOR
**Appointed:** 30/01/2007
**Nationality:** BRITISH

**WRIGHT, MAXWELL GEORGE**
25 BROCKHILL ROAD
HYTHE
KENT

DIRECTOR
**Appointed:** 02/10/2006
**Nationality:** BRITISH

Companies House Direct

CT21 4AE
**Date of Birth:** 21/03/1979
**Company Appointments:** 8

**SWIFT INCORPORATIONS LIMITED**
1 MITCHELL LANE
BRISTOL
BS1 6BU

**Company Appointments:** more than 1000
Click <u>HERE</u> for a full count of this persons appointments.

SECRETARY
**Appointed:** 30/06/2006
**Resigned:** 30/06/2006
**Nationality:** BRITISH

**FORSYTH, ROBERT PAUL EDWARD**
344 GARDINERS ROAD,
HAREWOOD
CHRISTCHURCH
NEW ZEALAND
**Date of Birth:** 23/01/1980
**Company Appointments:** 1

DIRECTOR
**Appointed:** 19/07/2006
**Resigned:** 30/01/2007
**Nationality:** NEW ZEALAND

**FORSYTH, STEPHEN ANDREW**
PO BOX 42127
ABU DHABI
UNTED ARAB EMIRATES
FOREIGN
**Date of Birth:** 26/05/1950
**Company Appointments:** 17

DIRECTOR
**Appointed:** 18/08/2006
**Resigned:** 16/11/2006
**Nationality:** BRITISH



**TOH, LUCAN MICHAEL**
FLAT 32
64 BUCKINGHAM GATE
LONDON
SW1E 6AR
**Date of Birth:** 14/02/1980
**Company Appointments:** 3

DIRECTOR
**Appointed:** 30/06/2006
**Resigned:** 20/11/2006
**Nationality:** IRISH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

                              **Case No. 07 Civ 4802**

                Plaintiff,


          vs.


PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK) LTD.,
LUCAN TOH, MAXWELL WRIGHT,
HILSTEAD LTD.,


                Defendants.


---

**EXHIBIT "EGHJ-6"**

---


This is the exhibit marked "EGHJ-6" referred to in the Affidavit of ELLEN GEORGINA HUGHES-JONES sworn this   15   day of June 2007

Before me, _KATRIN EMMA CHATTERIS, GARNER & CO LLP_

Solicitor/~~Commissioner for Oaths~~

20801830

3 Lincoln's Inn Fields
London WC2A 3AA

telephone
+44 (0)20 7400 8000

facsimile
+44 (0)20 7400 8050

email
info@bristows.com

website
www.bristows.com

DX269 London
(Chancery Lane)

Our ref:    404/BDC/10124 0001

Your ref:

12 June 2007

# BRISTOWS

Lucan Toh
Flat 32, 64 Buckingham Gate
London SW1E 6AR

<u>BY FIRST CLASS POST</u>

Dear Sir

**Société des Bains de Mer et du Cercle des Étrangers à Monaco v (1) PlayShare PLC (2) Grand Monaco Ltd, (3) GamShare (UK) Ltd, (4) Lucan Toh, (5) Maxwell Wright and (6) Hilstead Ltd**
**United States District Court, Southern District of New York**
**Case No. 07 Civ 4802**

We are English solicitors acting as agents for Quinn Emanuel of 51 Madison Avenue, 22nd Floor, New York, 10010.

We enclose, by way of service, the following documents:

1.    Civil Cover Sheet;

2.    Complaint filed against you by the above Plaintiff;

3.    Summons dated 6 June 2007;

4.    Plaintiff's Disclosures pursuant to Rule 7.1;

5.    Individual Practices of Judge Deborah A. Batts and Magistrate Judge Ronald L. Ellis;

6.    Amended Complaint;

7.    Amended Summons dated 7 June 2007; and

8.    Letter to Judge Deborah A. Batts dated 7 June 2007.

You will note that your address contained in the proceedings detailed above is the address as set out in the Response to ICANN Complaint D2007-0249 by the Respondents dated 27 April 2007.  We are, however, sending this letter and

enclosures to your residential address as obtained from the most recent UK Companies House records.

Yours faithfully

*Bristows*

**Bristows**

Encs