BATTS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

                Plaintiff,

    vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 Civ. 4802 (DAB)

**STIPULATION AND ORDER**

[USDC SDNY DOCUMENT ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 7/09/07]

       WHEREAS, Plaintiff contends that Defendants PlayShare PLC, Grand Monaco Ltd. and GamShare (UK) Ltd. were served with Plaintiff's Amended Complaint, filed June 7, 2007, on June 13, 2007;

       WHEREAS, Plaintiff contends that Defendant Hilstead Ltd. was served with Plaintiff's said Amended Complaint on June 15, 2007;

       WHEREAS, Plaintiff contends that Defendant Lucan Toh's was served with Plaintiff's said Amended Complaint on June 14, 2007;

       WHEREAS, Defendant Maxwell Wright has not yet been served with Plaintiff's Amended Complaint; and

       WHEREAS the undersigned counsel for Defendants has agreed to accept service for all named Defendants;

       IT IS HEREBY STIPULATED AND AGREED between Plaintiff, through its attorneys, Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their attorneys, White

7/5/2007 3:25 PM (2K)
NEWYORK 6185227 v1 [6185227_1.DOC]

& Case LLP, and subject to approval by the Court, that the time for all Defendants to answer or otherwise respond to Plaintiff's Amended Complaint shall be due on or before July 23, 2007. No prior request for an extension related to Plaintiff's Amended Complaint has been requested.

DATED: July 5, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Robert L. Raskopf (RR-5022)
Lori E. Weiss (LW-7866)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

ATTORNEYS FOR PLAINTIFF
SOCIÉTÉ DES BAINS DE MER ET DU CERCLE DES ETRANGERS À MONACO

*Of Counsel:*

George R. Hedges
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (212) 443-3000
Fax: (212) 443-3100

WHITE & CASE LLP

By: _____
Jonathan Moskin (JM-9814)
1155 Avenue of the Americas
New York, New York 10036
Tel: (212)-819-8200
Fax: (212)-354-8113

ATTORNEYS FOR DEFENDANTS
PLAYSHARE PLC, GRAND MONACO LTD., GAMSHARE (UK) LTD., LUCAN TOH, MAXWELL WRIGHT, HILSTEAD LTD.

*Of Counsel:*

Adam Turkel
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036

New York, New York

July 6, 2007

SO ORDERED:

*Deborah A. Batts*

Hon. Deborah A. Batts
United States District Judge