UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOCIETE DES BAINS DE MER ET DU             :
CERCLE DES ETRANGERS A MONACO,   :

                              Plaintiff, :      07 Civ. 4802 (DAB) (RLE)

  vs.
                                       :       **RULE 7.1 DISCLOSURE**

PLAYSHARE PLC, GRAND MONACO LTD.,   :          **STATEMENT**
GAMSHARE (UK) LTD., LUCAN TOH,
MAXWELL WRIGHT, HILSTEAD LTD.,       :

                              Defendants. :
------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. Rule 7.1, defendants, PlayShare PLC, "Grand Monaco Ltd.", Gamshare (UK) Ltd., and Hillstead Ltd., state that they have no other parent corporation(s), and no publicly traded corporation owns 10% or more of their stock..

Dated: New York, New York
       July  23, 2007

WHITE & CASE LLP

Jonathan E. Moskin (JM 9814)
Adam M. Turkel
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

Attorneys For Defendants.