UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SOCIETE DES BAINS DE MER ET DU :
CERCLE DES ETRANGERS A MONACO, :

                     Plaintiff, :    Case No. 07 Civ. 4802(DAB)(RLE)

vs.

                                :

PLAYSHARE PLC, GRAND MONACO LTD., :    **NOTICE OF MOTION**
GAMESHARE (UK) LTD., LUCAN TOH,
MAXWELL WRIGHT, HILSTEAD LTD., :

                   Defendants. :
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum in Support of Motion to Dismiss, the annexed Declaration of Maxwell Wright, sworn to July 20, 2007, and all of the pleadings and proceedings had herein, Defendants PlayShare PLC, "Grand Monaco Ltd.", Gameshare (UK) Ltd., Lucan Toh, Maxwell Wright and Hillstead Ltd., by their attorneys, White & Case LLP, hereby move before the Honorable Deborah A. Batts, United States District Judge, at the U.S. Courthouse, 500 Pearl St., Room 2510, New York, NY 10007, for an Order dismissing Plaintiff's Complaint in its entirety pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction over any of the defendants, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York  
      July 23, 2007

WHITE & CASE LLP

Jonathan E. Moskin (JM 9814)  
Adam M. Turkel  
WHITE & CASE LLP  
1155 Avenue of the Americas  
New York, NY 10036  
(212) 819-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2007, I served a copy of **NOTICE OF MOTION** on the attorneys for the Plaintiff, as designated below, by ECF Filing as follows:

>Robert L. Raskopf
>Alan Blum
>Lori E. Weiss
>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010

>s\Jonathan Moskin
>Jonathan E. Moskin
>WHITE & CASE LLP
>1155 Avenue of the Americas
>New York, New York 10036