**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2007, I served a copy of **DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** on the attorneys for the Plaintiff, as designated below, by ECF Filing as follows:

>Robert L. Raskopf
>Alan Blum
>Lori E. Weiss
>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
>51 Madison Avenue, 22nd Floor
>New York, NY 10010

>s\Jonathan Moskin
>Jonathan E. Moskin
>WHITE & CASE LLP
>1155 Avenue of the Americas
>New York, New York 10036