BATTS, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

        Plaintiff,

vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 Civ. 4802 (DAB)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, subject to approval by the Court, that Plaintiff shall oppose or otherwise respond to Defendants' Motion to Dismiss, filed July 23, 2007, on or before August 24, 2007. The time for Defendants to reply or otherwise respond shall be on or before September 10, 2007. No prior

request for an extension related to Defendants' Motion to Dismiss has been requested.

DATED: August 8, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ _____
Robert L. Raskopf (RR-5022)
Lori E. Weiss (LW-7866)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

ATTORNEYS FOR PLAINTIFF
SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO

Of Counsel:

George R. Hedges
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (212) 443-3000
Fax: (212) 443-3100

WHITE & CASE LLP

By: /s/ _____
Jonathan Moskin (JM-9814)
1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200
Fax: (212)-354-8113

ATTORNEYS FOR DEFENDANTS
PLAYSHARE PLC, GRAND MONACO
LTD., GAMSHARE (UK) LTD., LUCAN
TOH, MAXWELL WRIGHT, HILSTEAD
LTD.

Of Counsel:

Adam Turkel
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036

New York, New York

_____, 2007

SO ORDERED:

/s/ Deborah A. Batts
Hon. Deborah A. Batts
United States District Judge

August 9, 2007

2