UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

    Plaintiff,

vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,

    Defendants.

------------------------------x

Case No. 07 Civ. 4802 (DAB) (RLE)

ECF Filing

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2007, I served a copy of Plaintiff's **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**, as well as two supporting affidavits and their accompanying exhibits, on the attorneys for the Defendants, as designated below, by ECF Filing as follows:

    Jonathan E. Moskin
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, New York 10036

    /s/ Lori E. Weiss
    Lori E. Weiss
    QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010

11210/2202673.1