# EXHIBIT # 9



# GRAND MONACO

A member of the PlayShare Group

Bookmark this site | Become an Affiliate

**Home | Getting Started | Promotions | Grand Club Monaco | Cashier | About Us | Help**

TOTAL JACKPOT
PROGRESSIVES
**$3,878,319.93**

*Big Wins, More Action!*

Customer Support | Live Help

**CHOOSE YOUR BONUS**

**$150 FREE**
Slot Only Bonus

OR

**$75 FREE**
Casino Games Bonus
Tell me more

DOWNLOAD CASINO

24/7 SUPPORT
**LIVE HELP**
INSTANT CHAT

**INSTANT PLAY**
NO DOWNLOAD

## Games

**Our Games**

**New Games**

**Progressive Jackpot Slots and Games**

Grand Monaco is the biggest online casino on the net with almost **300** of the latest online casino games from which to choose!

You're sure to find a favorite casino game from Las Vegas, Atlantic City, or Monaco in our selection, so pour yourself a drink, pull up a seat, and get ready for a Grand Monaco winning experience.

## Our Games

| | |
|---|---|
| **Video Slots** | 68 |
| **Reel Slots** | 103 |
| **Table games and other** | 41 |

### Video Slots

- Avalon Video Slot
- Big Kahuna
- Big Top
- Bush Telegraph Video Slot

Grand Monaco

Page 2 of 2

| | |
|---|---|
| Video Poker/Power Poker | 45 |
| Progressive Slots and Games | 19 |
| **Total Games** | **276** |





DOWNLOAD CASINO
CLICK HERE

- Cabin Fever
- Carnaval
- Cashanova Video Slot
- Cashville Video Slot
- Chain Mail Video Slot
- Chameleons Video Slot
- Crazy Chameleons
- Dino Might Video Slot
- Dog Father Video Slot
- DogFather Video Slot
- Elementals
- Flying Circus Video Slot
- Genies Gems






SPAM    PURCHASE WITH    VISA    ukash    PERCENTAGE PAYOUT REVIEWED BY INDEPENDENT AUDITORS    KAHNAWAKE GAMING COMMISSION    OVER 18 ONLY

PLAYSHARE group    Powered by microgaming

Home | Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe | Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

Grand Monaco is a Hillstead Limited, Gibraltar site – now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

# EXHIBIT # 10

Grand Monaco

Page 1 of 10



A member of the PlayShare Group

Home | Getting Started | Promotions | Grand Club Monaco | Cashier | About Us | Help
Bookmark this site | Become an Affiliate

Customer Support | Live Help

TOTAL JACKPOT
PROGRESSIVES
$3,878,323.13

Big Wins, More Action!

CHOOSE YOUR BONUS
$150 FREE
Slot Only Bonus
OR
$75 FREE
Casino Games Bonus
Tell me more

DOWNLOAD
CASINO

24/7 SUPPORT
LIVE HELP
INSTANT CHAT

INSTANT PLAY
NO DOWNLOAD

## Download

Thank you for choosing to download our free Casino Software, we're extremely excited to be hosting you at our casino and look forward to extending you a warm welcome a world-class experience. Please follow the instructions below to help guide you through download and installation process.

**Should your download not have started by now, please click here.**
**For Instant play (no download required!), click here now.**

## Download Instructions:

**Internet Explorer**
**Firefox Users**

## Internet Explorer

1.  In a few seconds you will see a File Download dialogue box open that looks similar to this:

Grand Monaco



**File Download - Security Warning**

**Do you want to run or save this file?**

Name: GrandMonaco_DGame_W3.exe
Type: Application, 3.70 MB
From: localhost

[Run]   [Save]   [Cancel]

While files from the Internet can be useful, this file type can potentially harm your computer. If you do not trust the source, do not run or save this software. What's the risk?

2.  Please click on the **Run** button (this means that the file will be downloaded and then executed)

3.  The next screen you will see is a security warning that looks like the one below:



**Internet Explorer - Security Warning**

The publisher could not be verified. Are you sure you want to run this software?

Name: GrandMonaco_DGame_W3.exe
Publisher: **Unknown Publisher**

[Run]   [Don't Run]

This file does not have a valid digital signature that verifies its publisher. You should only run software from publishers you trust. How can I decide what software to run?

4.  Please do not be alarmed, our software is completely safe and presents no threat to your machine or your security. Please click on the **Run** button to continue the process and you will see the following:

Grand Monaco

**Grand Monaco**

**Initializing Wise Installation Wizard...**

5.  The Wise Installation Wizard prepares the software to be properly installed on your computer. This is followed by:




**End User Licence Agreement**

Please agree to the following license agreement:

END USER LICENCE AGREEMENT

1. Licence

1.1. You are licensed to download and use the Microgaming front-end software (the "software") to play Microgaming games at sites that are licensed to use Microgaming software. You may also copy the software to this purpose. This licence is granted subject to all of the terms and conditions in this End User Licence. Please read them carefully.

2. Restrictions

2.1. All rights in the software are reserved, and you may use

☑ I have read and agree to the terms of the license agreement

Copyright © Microgaming 2006

[ Next > ]    [ Cancel ]

6.  Please review the END USER LICENCE AGREEMENT and check the box once you have and click the **Next.**

Grand Monaco



7.  It is recommended that you leave the defaults on this screen and click the **Install** button.



8.  Once you clicked the **Install** button, the installing progress bar will appear, which shows you status of your installation.

Grand Monaco



9. If you left the default options selected before you clicked the **Install** button, the casino will automatically launch.

10. Should you experience any problems during the download and installation process, please don't hesitate to contact us at **tech@grandmonacosupport.com**

Back to top

## Firefox Download Instructions

1. In a few seconds you will see a Download dialogue box open that looks similar to the below diagram:

Grand Monaco



2. Please click the **OK** button to initiate the download.



Grand Monaco

3.  Once the download is complete, as in the picture above, please click on the **Open** link alongside the downloaded file.



4.  Please do not be alarmed, our software is completely safe and presents no threat to your machine or your security. Please click on the **OK** button to continue the process and you will see the following:

5.  The Wise Installation Wizard prepares the software to be properly installed on your computer. This is followed by:

Grand Monaco





6.  Please review the END USER LICENCE AGREEMENT and check the box
    once you have and click the **Next.**

Grand Monaco

7.  It is recommended that you leave the defaults on this screen and click the **Install** button.



8.  Once you have clicked the **Install** button, the installing progress bar will appear, which shows you the status of your installation.



9.  If you left the default options selected before you clicked the **Install** button, the casino will install automatically.

10. If you experience any problems during the download and installation process, please let us know immediately by contacting us at **tech@grandmonacosupport.com**

6/6/2007

**Back to top**





Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

Grand Monaco is a Hillstead Limited, Gibraltar site – now a member of the PlayShare group
**Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.**

# EXHIBIT # 11



## Registering Your Account

- **How do I register at Grand Monaco?**
- **What if security settings are attempting to block my connection?**
- **What is the minimum amount of gaming credits that I may purchase?**
- **I want to play for free but I am asked for a credit card - why?**
- **I forgot my password**
- **Can I play for free?**

## How do I register at Grand Monaco?

Once the casino software is installed and the casino's main screen is visible, click on the "Connect" button and then click on the "Register Now" button. Please enter your details, and make sure to exclude any punctuation in the fields. Select either 'Real for $, £ or €' or 'Free as a Guest' as your Player type. It's a good idea to record your password - you will need it later. Remember that your password is case-sensitive and must be entered the same way each time you log in. See below if your security settings are asking to block your connection.

Grand Monaco

Back to top

## What if security settings are attempting to block my connection?

During the installation and connection process, some security settings like Norton, McAfee and PC- cillin may attempt to block a file called CasinoGame.exe. You need to allow this file to connect in order to play our software. Selecting "Always allow this connection" does not put your computer at risk so please select "Always allow this connection" as in the example below. If you have any questions, please contact our 24 hour player support by clicking on Live Chat and our casino support agents will be happy to assist you.

Back to top

## What is the minimum amount of gaming credits that I may purchase?

In order to start playing for real money online, you need to make a minimum deposit of $20, £20, or €20.

Back to top

## I want to play for free but I am asked for a credit card – why?

You may have opened a Real Account instead of a Guest Account. Please contact support so that we can open a guest account for you.

Back to top

## I forgot my password.

Please contact our casino **Customer Support**. Remember to have your casino account details ready to help the customer support agent when they ask for them.

Back to top

## Can I play for free?

Yes - Open a Guest Account and we give you $1,000 virtual credits to play. Once these expire, you are welcome to open a Real Account and play with real credits.

**Back to top**








Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.



# EXHIBIT # 12



A member of the PlayShare Group

**Home | Getting Started | Promotions | Grand Club Monaco | Cashier | About Us | Help**

Bookmark this site | Become an Affiliate

TOTAL JACKPOT
PROGRESSIVES
**$3,869,835.37**

*Big Wins, More Action!*

Customer Support | Live Help

CHOOSE YOUR BONUS
**$150 FREE** Slot Only Bonus
OR
**$75 FREE** Casino Games Bonus
Tell me more

DOWNLOAD CASINO

24/7 SUPPORT
LIVE HELP
INSTANT CHAT

INSTANT PLAY
NO DOWNLOAD

## Logging In

**How do I login to the Casino?**

**What is my password/account number?**

## How do I login to the Casino?

Open the Grand Monaco software. Once the casino software interface is open, click on the "Connect" button at the bottom of your screen. A gray box will then appear and you where you need to enter your Account Number and password as directed (or register for a real account if you do not have one).

Please note: your password is case-sensitive and has to be entered the same way each time you log in. Should you have any questions, please contact the **Customer Support.**

## What is my password/account number?

If you should forget either your password or your account number, simply contact **Customer Support** for assistance. Remember to have your personal details handy, as they will be requested.

Grand Monaco



Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
**Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.**

# EXHIBIT # 13

Grand Monaco



A member of the PlayShare Group

**GRAND MONACO**

Home | Getting Started | Promotions | Grand Club Monaco | Cashier | About Us | Help

Bookmark this site | Become an Affiliate

Big Wins, More Action!

TOTAL JACKPOT PROGRESSIVES
**$4,908,907.31**

Customer Support | Live Help

CHOOSE YOUR BONUS

**$150 FREE**
Slot Only Bonus

OR

**$75 FREE**
Casino Games Bonus
Tell me more

DOWNLOAD **CASINO**

24/7 SUPPORT **LIVE HELP** INSTANT CHAT

**INSTANT PLAY** NO DOWNLOAD

## Contact Us

We are here to help – all day and night, every day of the year, at your service; to exceed your expectations. Your casino experience is our number one priority! Contact us in several convenient ways:

### Contact us by E-mail:

| | |
|---|---|
| General Questions: | support@grandmonacosupport.com |
| Technical Support: | tech@grandmonacosupport.com |
| Accounts Questions: | accounts@grandmonacosupport.com |
| Promotions: | promotions@grandmonacosupport.com |
| G3 Rewards Club: | rewards@g3rewardsclub.com |
| General Marketing: | marketing@grandmonacosupport.com |
| Affiliate Marketing: | affiliates@g3partner.com |

### Contact us toll-free by telephone:

| | |
|---|---|
| United States: | 1-888-214-1951 |
| Canada: | 1-888-214-1951 |
| United Kingdom: | 0800-051-6701 |
| France: | 0800-911-326 |
| Germany: | 0800-1818-174 |
| Switzerland: | 0800-564-175 |
| Belgium: | 0800-72-575 |

Grand Monaco

## Other Countries (international call rates apply)

+1-888-214-1951

## Contact us toll-free by fax:

United States:      1-888-214-1952
Canada:             1-888-214-1952

## Other Countries (international call rates apply)

+1-888-214-1952

Customers from all other countries can reach us through our other convenient methods such as **e-mail** and **live help**.









Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map

Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
**Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.**

# EXHIBIT # 14



Grand Monaco

Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map





Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.

# EXHIBIT # 15



Grand Monaco

Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map







Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
**Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the**
**land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.**

# EXHIBIT # 16

A member of the PlayShare Group



# GRAND MONACO

**TOTAL JACKPOT
PROGRESSIVES**
$4,898,731.48

*Big Wins, More Action!*

| Home | Getting Started | Promotions | Grand Club Monaco | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate

Customer Support | Live









# My Casino Email

We hope you're not missing Grand Monaco's entertainment-filled promotions, newsletters and competitions that we send you. Make sure you are included in our offers by having your email settings accept our email in your box:

1. Pick your email host AND/OR spam filters you have installed from the list below.
2. Follow the simple instructions.

| | | |
|---|---|---|
| **Gmail** | **AOL** | **Hotmail or MSN** |
| **McAfee Spamkiller** | **MailShield** | **Spam Inspector** |
| **Cloudmark SpamNet** | **Mailblocks** | **Oddpost** |
| **Spameater Pro** | **SpamButcher** | **Spam Sleuth** |
| **Spam Interceptor** | **SpamPal** | **Yahoo! Mail** |

## Gmail

Make sure you've added your friends' email addresses to your Contacts list. Gmail always delivers messages from your contacts.

- Click on the Contacts link in the left hand menu in your Gmail mailbox
- Click on the Create Contact link on the contacts page that opens (its at the top of the page, next to the dropdown)
- Enter our support details on the page that opens:
  - Name: Grand Monaco Support
  - Primary E-mail: **support@grandmonacosupport.com**
- Click save
- Click on the "Back to Contacts" link on the top of the page
- Click on the Create Contact link on the contacts page that opens again
- Enter our promotions details on the page that opens
  - Name: Grand Monaco Support
  - Primary E-mail : **frank@grandmonaconews.com**
- Click save and your done

If a message from Grand Monaco is delivered to your Spam folder,

- Select the mail from us (click the checkbox next to the message)
- Click the 'Not Spam' button and the e-mail will be moved to your inbox
  - Alternatively, open the e-mail and you'll also see the 'Not Spam' button at the top of the messages you've opened. Clicking on it moves the message to your Inbox

**Back to top**

## AOL

- Logon to your AOL mailbox
- Go to Spam Controls

In version 9.0:

- Open an e-mail from Grand Monaco
- Select the Add Address button to add us to your "People I Know" list

**Back to top**

## Hotmail or MSN

- Logon to your Hotmail mailbox
- Select Options, on the main menu tabs, followed by Junk E-Mail Protection and then Safe List.
- Type in our domains GrandMonacoSupport and GrandMonacoPromotions.com clicking 'Add' between each one to add our domains to your Safe List.
- Should you see one of our e-mails in your Junk Folder, select the e-mail and press the 'This is not Junk Mail' button. This makes sure that e-mail from us does not get routed to the Junk Mail folder again

**Back to top**

## Yahoo! Mail

- Logon to your Yahoo! Mailbox
- Click on Options on the top right after you logon
- Select Filters
- Click Add button on the screen that you arrive at
- In the first entry field called "Filter Name" give the filter a name (e.g. Grand Monaco)
- Moving on the the 'From header:' dropdown that appears next
  - Select the "Contains" option from the dropdown
  - In the text field on the same line (next to that dropdown menu),

enter the **GrandMonaco** and leave the "match case" check box unticked
- o Leave all the other options unchanged and move to the "Then…" part of the rule
- The next step is to tell the rule where to put the e-mail matching this rule
  - o In the dropdown next to the label "Move the message to:", select inbox (this means that the e-mail from us gets move to your Inbox
- Click the "Add Filter" button and the rule is created
- If you notice an e-mail from Grand Monaco in your "bulk" folder, open the e-mail and click on the "Not Spam" above the header of the message

**Back to top**

## McAfee Spamkiller

- Click Friends from the sidebar
- Click Add
- Type in the **support@grandmonacosupport.com**
- Click OK
- Please repeat the process to add **frank@grandmonaconews.com**

**Back to top**

## MailShield

- Click Friends on the toolbar
- Click Add
- Enter **support@grandmonacosupport.com**
- Click OK
- Please repeat the process to add **frank@grandmonaconews.com**

**Back to top**

## Spam Inspector

- Select Spam Inspector followed by 'Manage Friends List' (you can do this from inside Spam Inspector toolbar or from the Outlook menu)
- Make sure Email is selected under 'Add a New Friend' and add **support@grandmonacosupport.com**
- Click the >> button
- Click Close
- Please repeat the process to add **frank@grandmonaconews.com**

Back to top

## Cloudmark SpamNet

- Select Cloudmark, Options in the Cloudmark SpamNet toolbar within Outlook
- Click Advanced
- Go to the Whitelist tab
- Click the Add button
- Enter **support@grandmonacosupport.com**
- Click OK
- Click OK
- Click Yes
- Please repeat the process to add **frank@grandmonaconews.com**

Back to top

## Mailblocks

- Click the Addresses tab
- Click New
- Enter **support@grandmonacosupport.com**
- Make sure 'Accept Mail From This Address' is selected under Receiving Options
- Uncheck 'Display in People Picker' in Other options
- Click Submit
- Click OK
- Please repeat the process to add **frank@grandmonaconews.com**

Back to top

## Oddpost

- Select the 'Probably Spam' folder
- If you see that one of our e-mails was incorrectly filtered, please select it and click 'Move to Inbox and Mark as Not Spam' button

Back to top

## Spameater Pro

- Select Filters from the sidemenu
- Select Approved Senders tab

- Click Add Filter
- Enter **support@grandmonacosupport.com** under Address
- Choose 'Full Email Address' under Address Type
- Select Email Domain
- Click OK
- Please repeat the process to add **frank@grandmonaconews.com**


**Back to top**

## SpamButcher

- Click the Configure button
- Move to the Known Senders tab
- Click Add below 'Known Good Senders and Recipients'
- Enter **support@grandmonacosupport.com**
- Click OK
- Click OK
- Please repeat the process to add **frank@grandmonaconews.com**


**Back to top**

## Spam Sleuth

- Select File, followed by Configure
- Move to the Friends category
- Make sure "Active" is checked
- Enter **support@grandmonacosupport.com** on a line by itself in the entry field
- Click OK
- Please repeat the process to add **frank@grandmonaconews.com**


**Back to top**

## Spam Interceptor

- Follow the Trusted link under Authentication Lists
- Enter **support@grandmonacosupport.com**
- Click Add
- Please repeat the process to add **frank@grandmonaconews.com**


**Back to top**

## SpamPal

- Right-click the SpamPal icon in the system tray (beside the clock, bottom right of your screen)
- Select 'Add to Whitelist' from the menu
- Enter **support@grandmonacosupport.com**
- Click Add
- Please repeat the process to add **frank@grandmaconews.com**




Home| Promotions | Grand Club Monaco | Cashier | About Us | Contact Us | Games | Winners | Affiliate Program
Getting Started | Spam Policy | Privacy Policy | Subscribe/Unsubscribe | Disclaimer | Flash Casino
Terms and Conditions | Responsible Gaming | Transaction History | Site Map





Grand Monaco is a Hillstead Limited, Gibraltar site - now a member of the PlayShare group
**Grand Monaco is in NO way associated with the Principality of Monaco, nor ANY of the
land-based casino operations located in that jurisdiction. Grand Monaco is an independent operation.**

# EXHIBIT # 17



22 August 2007

Home    About    Promotions    News    Affiliates    Contact Us    Casino    Poker

## About Us
## PLAY SHARE

We are proud to present PlayShare, the parent company which operates CasinoShare.com and PokerShare.com.

PlayShare PLC is a UK public company which has offices in 5 countries across 3 continents, ensuring unrivalled service to all players.

PlayShare has been created in order to develop our growing family of unique and highly successful gaming sites. It will also serve to create a clear focal point for our partners, customers and investors.

The PlayShare group of companies is licensed and regulated by the Kahnawake Gaming Commission.

**Thank you for visiting PlayShare.com.**

**Enjoy yourself and good luck!**

CasinoShare.com consists of over 300 games and is powered by state-of-the-art software from Microgaming, the leading casino software-provider in the world. With 24hr support, convenient payment and withdrawal options, and a wide selection of games - you can rest assured that you are entering a world-class Casino and Poker experience with industry-leading standards.

We're committed to providing you with the best online experience. Your comments and suggestions are always welcome, so please contact us if you have any questions.



Join CASINOSHARE.com
Click here

About PlayShare.com



Join **POKER**SHARE.com
Click here

OVER 18 ONLY

microgaming

KAHNAWAKE GAMING COMMISSION

PAYOUT AND RNG REVIEWED BY INDEPENDENT AUDITORS

CLICK2PAY

SECURED BY THAWTE

Copyright © 2006 GamShare Limited. All Rights Reserved.



17 August 2007

Home    About    Promotions    News    Affiliates    Contact Us    Casino    Poker

## Latest News
## PLAY SHARE

**PlayShare has launched**

We are proud to present PlayShare, the parent company which operates CasinoShare and PokerShare.

PlayShare PLC is a UK public company which has offices in 5 continents across 3 continents, ensuring unrivalled service to all players.

PlayShare has been created in order to develop our growing family of unique and highly successful gaming sites. It will also serve to create a clear focal point for our partners, customers and investors.

The PlayShare group of companies is licensed and regulated by the Kahnawake Gaming Commission. Our cutting-edge software is provided by industry leaders, Microgaming.

**The new CasinoShare.com site is live!**

The velvet parted, and there before us was the best-looking, slinkiest and most accessible Casino site we'd ever seen. It was called CasinoShare.com. And it was good.

At last – a site to match our software for aesthetics, functionality and sheer intuitiveness.



**Playshare Rewards**

Coming soon to a PlayShare site near you...

PlayShare.com | News

Page 2 of 2





**Join POKERSHARE.com**
**Click here**

An innovative rewards program with the most creative loyalty program in the industry.

We admit, the PlayShare Loyalty Program has one glaring fault: We forgot the limit. The borders of this Loyalty Program are unmanned, you decide where to go. We'll take you there.



↤ CLICK TO PAY

PAYOUT AND RNG REVIEWED BY INDEPENDENT AUDITORS

KAHNAWAKE GAMING COMMISSION

microgaming

OVER (18) ONLY



SECURED BY THAWTE

Copyright © 2006 GameShare Limited. All Rights Reserved.

8/17/2007

17 August 2007

| Home | About | Promotions | News | Affiliates | Contact Us | | Casino | Poker |

## Contact Us
### PLAY SHARE

Your email address:

Message subject:

Message:



Join **CASINO**SHARE.com
Click here

Join **POKER**SHARE.com
Click here

PAYOUT AND RNG REVIEWED
BY INDEPENDENT AUDITORS

KAHNAWAKE
GAMING COMMISSION

M microgaming

OVER 118 ONLY

VERIFIED BY
THAWTE

ha CLICK 2 PAY

Copyright © 2006 GamShare Limited. All Rights Reserved.

# EXHIBIT # 18

20 August 2007

| Home | About Us | Reasons to Join | Join Now | News | Contact Us | PlayShare | Casino | Poker |

Forgot Password

username

## Welcome to Playshare
## The most advanced system in the game!

Welcome to the new Playshare Affiliate Program for CasinoShare.com and PokerShare.com - the most unique and exciting Online Casino and Poker Room. The Playshare Group distinguishes itself through industry leading software, a unique rewards program, and friendly, 24/7 helpdesk support.

We consider our affiliates to be the foundation of our business and we therefore work with each individual affiliate to ensure we achieve our respective goals together.

Take a look around and give our new system a try - we have some exciting features that we think you'll appreciate. Let us know what you think of our live game play tracking and campaign statistics.

If you'd like to chat please drop us a line and we'll give you a call. We pride ourselves on flexibility and personal attention.

- Prompt Payments
- Personal Service
- Customised Retention
- 24/7 Support
- Campaign Driven Reports
- Live Gameplay Data

- Website Banners
- Offline Bonus Codes
- Tracker-embedded CD's
- Personalised Cards
- Email Marketing

POKER CASINO .com .com JOIN NOW!

Welcome to Playshare Affiliates

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

➔ CLICK2PAY

PAYOUT AND RNG REVIEWED
BY INDEPENDENT AUDITORS

KAHNAWAKE
GAMING COMMISSION

microgaming

OVER (18) ONLY

SECURED BY
THAWTE

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006.
Copyright 2006 Naden Limited. All Rights Reserved.

20 August 2007

username    PlayShare    Casino    Poker
            Forgot Password

**Home    About Us    Reasons to Join    Join Now    News    Contact Us**



- Prompt Payments
- Personal Service
- Customised Retention
- 24/7 Support
- Campaign Driven Reports
- Live Gameplay Data

- Website Banners
- Offline Bonus Codes
- Tracker-embedded CD's
- Personalised Cards
- Email Marketing

## Playshare News
## What's new at Playshare Affiliates?

**PlayShare has launched**

We are proud to present PlayShare, the parent company which operates CasinoShare and PokerShare.

PlayShare PLC is a UK public company which has offices in 5 countries across 3 continents, ensuring unrivalled service to all players.

PlayShare has been created in order to develop our growing family of unique and highly successful gaming sites. It will also serve to create a clear focal point for our partners, customers and investors.

The PlayShare group of companies is licensed and regulated by the Kahnawake Gaming Commission. Our cutting-edge software is provided by industry leaders, Microgaming.

**The new CasinoShare.com site is live!**

The velvet parted, and there before us was the best-looking, slinkiest and most accessible Casino site we'd ever seen. It was called CasinoShare.com. And it was good.

At last – a site to match our software for aesthetics, functionality and sheer intuitiveness.

**Playshare Rewards**

Coming soon to a PlayShare site near you.

An innovative rewards program with the most creative loyalty program in the industry.

We admit, the PlayShare Loyalty Program has one glaring fault: We forgot the limit. The borders of this Loyalty Program are unmanned, you decide where to go. We'll take you there.

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

     OVER (18) ONLY

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006. Copyright 2006 Naden Limited. All Rights Reserved.

Home    About Us    Reasons to Join    Join Now    News    Contact Us    Join Now    PlayShare    Casino    Poker

Forgot Password

username

# Affiliate Commission Rates
## How much do you earn?

**Payment Plan - Percentage Revenue (PRP)**

Receive a monthly payment based on the revenue of your referrals.

**If you want long-term revenue, this is for you!**

You start earning commission on a monthly basis as soon as you refer players to us. We provide a growing wide range of innovative marketing tools to help you advertise. Each marketing item you use (e.g. banner or text link) will contain your embedded Affiliate ID. This tracks the players you refer along with a range of information such as visits, downloads, guests, etc.

Affiliates earn commission on a revenue share basis. This means that you earn between 25-35% of your players net revenue for the lifetime of the player and your commission tier is calculated by the total net revenue of all your players on a monthly basis.

**Revenue Share Payment Structure**

| | Revenue commission |
|---|---|
| Net revenue from all your players | |
| Of players up to $10,000 | 25% |
| Of players from $10,001 to $20,000 | 30% |
| Of players over $20,000 | 35% |

- Prompt Payments
- Personal Service
- Customised Retention
- 24/7 Support
- Campaign Driven Reports
- Live Gameplay Data

- Website Banners
- Offline Bonus Codes
- Tracker-embedded CD's
- Personalised Cards
- Email Marketing

POKER .com    CASINO .com

JOIN NOW!

Playshare Affiliates | Commission Rates

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

CLICK2PAY    PAYOUT AND RNG REVIEWED BY INDEPENDENT AUDITORS    KAHNAWAKE GAMING COMMISSION    microgaming    OVER (18) ONLY

SECURED BY THAWTE

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006.
Copyright 2006 Naden Limited. All Rights Reserved.

Home    About Us    Reasons to Join    Join Now    News    Contact Us    **PlayShare    Casino    Poker**

**Forgot Password**

username

# Marketing
## Let's work together

The Playshare affiliate team is on hand to help and support affiliates. Call your affiliate manager and discuss your marketing strategy. Let's find a way to improve your results and get your campaigns working effectively.

## What type of marketing tools will be available to me?

A growing range of tools are available to affiliates. These currently include:

1. Website banners and various creatives
2. Campaign bonus codes
3. Customizable landing pages
4. Tracker-embedded CDs
5. Personalised business cards with bonus codes
6. Email Marketing
7. Reviews

## Where can I find these tools?

Once you have created your account, you can access the marketing section using the main navigation menu. For offline promotions and marketing material, contact your affiliate manager and discuss your requirements.

- Prompt Payments
- Personal Service
- Customised Retention
- 24/7 Support
- Campaign Driven Reports
- Live Gameplay Data

- Website Banners
- Offline Bonus Codes
- Tracker-embedded CD's
- Personalised Cards
- Email Marketing

JOIN NOW!

POKER SHARE.com    CASINO SHARE.com

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

CLICK2PAY

PAYOUT AND RNG REVIEWED BY INDEPENDENT AUDITORS

KAHNAWAKE GAMING COMMISSION

microgaming     OVER 18 ONLY

SECURED BY: THAWTE

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006.

Copyright 2006 Naden Limited. All Rights Reserved.

22 August 2007

8/21/2007

**Home    About Us    Reasons to Join    Join Now    News    Contact Us    PlayShare    Casino    Poker**

**Forgot Password**



username

# Playshare Registration
# Get Started Today!

Get started today with our leading affiliate program. Your personal Playshare affiliate manager will ensure you
have everything you need to help you in your business.
* - mandatory

### Personal Details:

User Name                              *

First Name                             *

Last Name                              *

Date of Birth    1    Jan    1990    *

Language    English    *

Email Address                          *

Other Contact Details                       Preferred

Playshare Affiliates Registration | Join Now



Phone

Mobile

Fax

Preferred time        0am – 0pm

Main URL    http://        *

Other URL's

☑ Send me the newsletter

☑] I agree to the terms and conditions

**Company & Address Details:**

Company

Position

Address        *

Playshare Affiliates Registration | Join Now

Page 3 of 3

**Payment Type:**

City _____ *

Country   United States of America   *

State   Alabama   *

ZIP code _____ *

Payment Type   Please select...   *

[ Apply for Playshare Partnership ]

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

PAYOUT AND RNG REVIEWED
BY INDEPENDENT AUDITORS

ℳ microgaming

OVER 18 ONLY

SECURED BY
THAWTE

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006.
Copyright 2006 Naden Limited. All Rights Reserved.

20 August 2007

**Home     About Us     Reasons to Join     Join Now     News     Contact Us**

**PlayShare     Casino     Poker**

**Forgot Password**

username



- Prompt Payments
- Personal Service
- Customised Retention
- 24/7 Support
- Campaign Driven Reports
- Live Gameplay Data

- Website Banners
- Offline Bonus Codes
- Tracker-embedded CD's
- Personalised Cards
- Email Marketing

# Contact Us
## Let's have a chat

Please feel free to contact us with any queries you have with regards to the program, comments about the site, the information displayed here or simply to keep in touch.

Should you have a general query relating to how affiliate programs work, how our program can generate income for you, or a question about the brands or associations we have with industry partners, then please send an email to one of our affiliate managers:

**Lawrence**
lawrence@playshare.com

**Jon-Jon**
jon-jon@playshare.com

Playshare Affiliates | Contact Us

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

PAYOUT AND RNG REVIEWED
BY INDEPENDENT AUDITORS

KAHNAWAKE
GAMING COMMISSION

microgaming

OVER (18) ONLY

SECURED BY
THAWTE

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006.
Copyright 2006 Naden Limited. All Rights Reserved.