# EXHIBIT # 19

Playshare Affiliates | About Us

20 August 2007

| Home | About Us | Reasons to Join | Join Now | News | Contact Us | | PlayShare | Casino | Poker |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Forgot Password | | |

username

- Prompt Payments
- Personal Service
- Customised Retention
- 24/7 Support
- Campaign Driven Reports
- Live Gameplay Data

- Website Banners
- Offline Bonus Codes
- Tracker-embedded CD's
- Personalised Cards
- Email Marketing

## About Playshare Affiliates
## Read more about our company

### What is Playshare?

PlayShare PLC is a UK Public Company that owns and operates CasinoShare.com and PokerShare.com.

PlayShare has offices in 5 countries across 3 continents, ensuring unrivalled service to players and partners alike.

PlayShare is licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited.

All gaming products are powered by Microgaming – the best in the business. We are committed to providing a trustworthy and secure gaming environment for all our customers.

### Affiliate Support

We are committed to supporting our partners' every need, through:

- Our state-of-the-art affiliate website
- Accurate statistics and reporting
- Experienced retention team
- Prompt payments

Playshare Affiliates | About Us

We know the importance of 24/7 support and we know how important your time is. Our support team is ready to answer your emails 24 hours a day, 7 days a week. Contact us to discuss any queries you may have or to provide feedback on our software.

**Playshare Philosophy**

The philosophy of PlayShare.com is simple;

**REWARDS! REWARDS! REWARDS!**

**You** are the most important part of our business; Let us be the most important part of yours.

**Most Unique Rewards Program**

- PlayShare points can be cashed in for trips to casinos round the world
- Wherever you want to go – Las Vegas, Atlantic City, Monte Carlo, London, Macau, Casino Cruises - let us Comp you there
- The Rewards team are on hand to upgrade customers and help them with show tickets, dinner reservations, spa trips and tours
- A truly personal service for players and affiliates – want a reward we are not already offering? - just ask one of our team

**The Playshare Goal**

To be a Top 5 gaming company within 2 years by building the strongest and most rewarding affiliate relationships in the industry.

- We will deliver the best affiliate experience in the industry, with unrivalled personal service, leading software and support.
- We will offer the best gaming software available with a single wallet across all PlayShare brands
- A unified affiliate website to deliver detailed statistics, perfect tracking and flexible reports
- Unmatched player retention - we know that acquiring players is only

Playshare Affiliates | About Us

the first step - keeping these players happy means more revenue for everyone

- Daring to be different - just take a look at the results of our New York Gas Stunt, the renaming of US towns and Mikey the poker playing monkey

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

H4 CLICK2PAY    PAYOUT AND RNG REVIEWED BY INDEPENDENT AUDITORS    KAHNAWAKE GAMING COMMISSION    microgaming    OVER (18) ONLY    SERVICED BY THAWTE

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006.
Copyright 2006 Naden Limited. All Rights Reserved.

# EXHIBIT # 20

G3partner Casino Affiliate Program - join today

read site in:

# G3partner

a grand gaming group company

home | our program | casinos | go to | marketing tools | login | contact us | questions

join now | bookmark site!

NEW PLAYERS GET
NEW IMPROVED
FREE CASINO KIT

GRAND MONACO
BIG WINS, MORE ACTION

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best – your players will come back for more action time and again.

Our players play in:

UK
Pounds

US
Dollar

Euros

Canadian
Dollar

Get
$500 to

THE GLOBAL DRIVE
Hundreds of cash prizes

GUARANTEED!

:: click here to register ::

## Welcome to G3 Partner.com – one step closer to your lifetime income opportunity!

Some benefits include:

- **Up to 35% revenue share**
  Industry leading revenue share model, with incentives

- **Valued Player and VIP bonuses up to $950**
  Earn up to $1,150 CPA

- **No negative carry overs**
  No risk – all the rewards

- more benefits click here -

**Current Events**

G3partner Casino Affiliate Program - join today

Page 2 of 3





G3partner is a global online affiliate business. We are committed to meeting with our partners face to face, so we attend various conferences around the world the Bahamas to Amsterdam and Las Vegas to Toronto - we make every effort to know you and your business needs and are more than willing to meet and discuss ways to improve.

***Our next event is CAC Amsterdam 2007 - to be there be in touch - we might even sponsor your whole trip! And, we are giving away free conference passes - let us know if you want one! Click here for more info***

We were in full force at CAP Euro in January, and in the UK for a week to spend time with each and every one of our affiliates that attended.

G3 recently attended the **Casino Affiliate Convention** and the **GPWA** conference in Las Vegas. These events are networking platforms for all affiliates to allow for the interaction that this industry demands. We were surpized at the fantastic turnout and had a wonderful time meeting with nearly every affiliate there...

We look forward to meeting our partners at the next event – click here for more info

**What's New...**

The recent acquisition of G3 Partner by PlayShare Plc fits firmly within their vision to become one of the **top 5 gaming operators within two years.** The two programs will merge to become one by January 2007. The best aspects of each will be incorporated into one of the most dynamic and progressive progam platforms ever launched. Join PlayShare Affiliates today and have two further products to promote – CasinoShare and PokerShare .

**Grand Monaco** is the biggest and most experienced Microgaming casino on the internet. Grand Monaco has more games – over 300! Interactive and loose slots, super fast blackjack and the friendliest gaming environment supported in several languages – perfect for promoting to international markets.

**Why join the G3Partner Program?**

For all new affiliates

Join now - **click here**

**Testimonials**

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". Steve

"Yes, we still love you, and **YES**, we trust you implicitly!! You've been in this game long enough to know what we want, and what it takes, and we know that :)". Cindy

"I am really looking forward to working with you again Jon-Jon". Rick

G3partner Casino Affiliate Program - join today

G3Partner offers a program that focuses on making profit through a philosophy of partnership. Our business model is built with honest and fair industry leading best practices. We provide a revenue generating platform so you can market our gaming products to your clients and earn maximum profits with confidence – read more....

ANTI SPAM

PRIVACY POLICY



Casino Payout & RNG reviewed by Independent Auditors



KAHNAWAKE GAMING COMMISSION



GPWA Accredited Partner

(w) microgaming

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

# G3partner

a grand gaming group company

**home | our program | casinos | go to | marketing tools | login | contact us | questions**

read site in: 

join now | bookmark site



NEW PLAYERS GET

## NEW IMPROVED
## FREE CASINO KIT

GRAND MONACO

*BIG WINS, MORE ACTION*

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**

UK Pounds    US Dollar    Euros    Canadian Dollar

## Program Benefits

### Why join the G3Partner Program?

G3Partner offers a program focusing on making profit through a philosophy of partnership. Our business model is built with honest and fair industry leading practices. We provide a revenue generating platform so you can market our gaming products to your clients and earn maximum profits with confidence.

G3Partner is a Grand Gaming Group company operated by businessmen backed with a professional track record in serving customers, and ensuring a satisfying and rewarding gaming experience. Our casino player values are high because we use modern marketing methods to ensure your efforts create returns. We believe in exceeding our customer's expectations and not just satisfying them and our approach to business keeps players active for longer periods of time – to your benefit!

G3Partner is headed by Jon-Jon Keegan, a well-known industry expert in the area of casino affiliate marketing. He has built G3 Partner with his track record of honesty, transparency and results. He is dedicated to deliver maximum results and superior service. His team goes the extra mile to ensure your success - fast query turnaround, efficient business services, tailor-made marketing packages, exciting promotions, and an industry leading revenue structure. His 14 years of affiliate and business experience means he knows your needs and requirements. His understanding helps you to build a business from scratch with his personal quest to secure you maximum income.

### Only the best software – Microgaming

microgaming

Microgaming is the undisputed industry leader in online gambling and poker software. It is the most profitable platform to earn revenue off – as confirmed by a poll of affiliates on CasinoAffiliatePrograms.com (see poll here)

Microgaming has consistently invested more, developed more and delivered more online gaming innovation than anyone else – visit their site to learn more

### Simple Payout Formula with "No Hidden Costs"

The payout formula is based on percentage before profit – a more attractive and profitable calculation than the majority of our competitors...

**The calculation works like this:**

The **Gross Gaming Revenue** derived from a player win/loss

**Free credits and bonuses**

Free money given to the players

**Progressive jackpot contributions**

These are deductions for the money paid into the progressive jackpot pool – this only applies if your players wager on a progressive game

**Charge backs**

Occasionally a player will dispute a credit card charge and banks will reverse the purchase and return the funds back to the cardholder. In this case the amount of the reversed charges are deducted prior to calculating your earning. Historically, these reversals are less than 2%.



THE **GLOBAL DRIVE**
Hundreds of cash prizes

Get **$500** to

**GUARANTEED!**

more info - click here

For all new affiliates

join now - click here

### Testimonials

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES**, we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**



The above calculation determines **Net Gaming Revenue** from which we calculate your earnings.

**Timely monthly payments**

G3 Partner is a global business dedicated to affiliates from various countries so we set up a wide range of payment mechanisms accessible for your country. We try to get your payments out quickly to ensure you receive your hard earned revenue on time – usually in less than 10 working days from month end.

We pay using the following mechanisms:

- **NETeller**
- **Pay Spark**
- **MoneyBookers**
- **Check:** Up to 6 weeks depending on location, but normally within 21 days
- **ACH (American Banks only):** Usually 3-5 working days. Due to increased security procedures, affiliates that have not previously used ACH payments will be subject to additional verification checks. Therefore, please allow between 5 and 7 working days if you have not received an ACH refund from us previously.
- **Courier Checks and Wires:** Usually 3-5 working days from date of processing, and these attract a fee of $50

**Dedicated Affiliate Manager**

We assign you a professional affiliate manager to assist with your online promotional and website requirements. Marketing programs, website design, SEO information, and online tactics are all part of the tools we use to help grow your business.

Further, G3 Partner can assist in training you and your personnel – please feel free to contact us so we may provide resource to grow the knowledge base for your to succeed.

If you have special requirements or promotions to convert your traffic or casino customers then let us help you with your marketing program. These may include material like special slot banners or a web page ad for a unique game or promotion. Our designers are standing by to meet your requests.

**State of the Art Tracking & Statistics**

G3partner Casino Affiliate Program - join today

We use Microgaming software to power our casino. This makes it easy to guarantee you are provided with the best tracking and reporting system available. We regularly update our product offering and launch new features based on YOUR feedback. Microgaming is the largest provider of online casino software in the world, so YOU get the benefit of groundbreaking developments and industry experience.





Casino Payout & RNG
reviewed by
Independent Auditors



ANTI SPAM

PRIVACY POLICY

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

# G3partner

a grand gaming group company

read site in:

home | our program | casinos | go to | marketing tools | login | contact us | questions

Join now | bookmark site



**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**

UK Pounds   US Dollar   Euros   Canadian Dollar

## Revenue Options

We offer three powerful earning programs to fit your operating needs:

1.  **Revenue Share Program with minimum guarantee**
2.  **3 Step CPA Program**
3.  **Hybrid CPA + Revenue Share Program**

We offer new affiliates a 30% revenue share as the entry level** and the opportunity to reach 35% revenue share fast. Few Microgaming casino affiliate programs provide their partners with 30% revenue share to start, but we believe in rewarding your efforts from the beginning of our relationship. In addition to the core programs, we offer selected affiliates the ability to join our 2nd Tier program which allows revenue earning from a 2nd tier of affiliates that you introduce to our program.

We also offer a CPA revenue program allowing you to earn huge payments from each player. You earn a base payment of $50 to $200 per qualified player, plus you qualify for two additional payments when your players reach target profit levels. In total, you earn up to $1,150 from each player you acquire!

As an additional incentive, we provide bonus competitions on a regular basis tailored to give you an extra boost – rewards for performance!

On the occasion when a player win causes your monthly earnings to drop below zero, G3Partner does not carry this negative over until the next month. Rather, we absorb the cost after the end of the month which allows you to begin earning positively from day one the following month. This saves you thousands of dollars in earning costs. If you have a big winner, then the casino carries the risk for you.

The G3Partner is designed so you can have confidence of huge earnings for life.

Revenue Share is the default for all new webmasters. Inclusion into the CPA or Hybrid Program is at the discretion of G3 Partner and on request.

### Revenue Share Program

The Revenue Share Program is the most profitable and gives you maximum earnings power from your players over the long term – this is the professional's choice proven to earn more than the CPA or Hybrid programs.

**Pays:** 30% for 3 months**

**Description:** Revenue Share allows you to build up an ongoing income over time as your customer base grows. Revenue Share commissions are paid for the lifetime value of the player, so you receive earnings for life on the net revenue of your players.

| Commission levels | Net Revenue level | Payout |
| --- | --- | --- |
| 25% | Up to $15,000 | Up to $3,750 |
| 30% | $15,001 - $30,000 | Up to $9,000 |
| 35% | $30,001 + | $10,500 + |

**Downsides:** NONE – this is your best option. If you bring in one player who generates $2,000 in Net Gross Revenue, then you earn $600 from that player.

** 3 Months at 30%: you retain a minimum 30% net revenue share for your first 3 months. Thereafter, your revenue share is based on the standard commission structure dependent on your performance on a monthly basis.

### 3 Step CPA Program

Earn up to **$1,150 CPA**

A guaranteed payment for qualifying players ensures you receive above market profits for your efforts.

CPA is defined as Cost per Acquisition and we pay you a set amount per player based on the total number of qualified players sent in a month. The rate increases per player as you acquire more players in a month. Importantly, we make two additional payments for each player who reaches the definition of valued player and VIP Player. To prevent fraud and potential abuse of this program, a qualified player is a player that deposits



THE GLOBAL DRIVE
Hundreds of cash prizes
Get
$500 to
GUARANTEED!
more info - click here

For all new affiliates

join now - click here

### Testimonials

"As someone who promoted Referback in the days that J-J was Affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES**, we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**




and wagers $75.

**Pays:** Ranges from $50 to $200, with $950 in bonuses

**Conditions:** Players must deposit and wager a minimum amount.

**Description:** This CPA program is ideal for webmasters who prefer to be paid upfront for the value of a player. However, we make two more payments for players who reach target value levels we call a Valued Player bonus and a VIP bonuses. These two additional payments allow you to earn a total of $1,150 CPA per player!

| Players per month: | CPA per player | VP bonus | VIP bonus |
|---|---|---|---|
| 1 – 2 | $50 | $350 | $600 |
| 3 – 15 | $75 | $350 | $600 |
| 16 - 50 | $100 | $350 | $600 |
| 51 - 99 | $150 | $350 | $600 |
| 100 + | $200 | $350 | $600 |

A **Valued Player (VP)** is defined as a customer that generates $5,000 or more in Net Revenue for the casino over his lifetime. You will be paid this bonus in the month that a player reaches this worth level.

A **Very Important Player (VIP)** is defined as a customer that generates $50,000 or more in Net Revenue for the casino over his lifetime. You will be paid this bonus in the month that a player reaches this worth level.

The Valued Player and VIP bonuses are only available to affiliates that bring a minimum of one qualified player in the month a bonus CPA payment level is reached. However, we will review this rule on a case by case basis and consider your arguments of a "bad acquisition month" on its merits. This translates to – we want to be reasonable with our terms and conditions.

**Downside:** You earn a once off payment for your players and do not earn residual income for your efforts. Also, if players only deposit $75, then this player does not qualify for the CPA program. This downside is offset by immediate payments in the month of acquisition plus you are greatly rewarded when your players reach Valued or VIP status bonus levels making your earnings increase substantially!

Should you wish to be included in the CPA Program please send a mail to support@g3partner.com with your request.

Case 1:07-cv-04802-DAB-RLE    Document 15-4    Filed 08/24/2007    Page 15 of 128

## Hybrid Program

This program combines the benefits of our two core programs, so you can experience the best of the revenue share and CPA profits. In this program you receive a once off payment for qualified purchasing players of $30, and also earn a 20% Revenue Share for the life of each player

**Pays:** $30 CPA and lifetime revenue share of 20% of net revenue

**Conditions:** Qualified players must deposit and wager a minimum of $75 to be eligible for CPA and revenue share

**Description:** If you want your efforts to be rewarded with the benefits of CPA and revenue share then our hybrid program is your choice. Once a player purchases and wagers the minimum $75 then you receive a $30 payment, plus your player is qualified to earn you 20% net revenue for the life of the player. This program may fit your operating model by giving you larger cash flow earlier in the player life to assist with offsetting your marketing and promotion costs.

**Negatives:** Similar downside to our standard CPA program, and provides a lower net revenue share which means you may earn less than our standard revenue share program.

Should you wish to be included in the Hybrid Program please send a mail to support@g3partner.com with your request.

## The Exclusive 2nd Tier Program

An exclusive program by request approval only, this program is for affiliates who are seasoned brokers, or in the business of recruiting other affiliates. This group of marketers knows how to attract and acquire other affiliates and we reward you with a 2nd tier benefit in the G3Partner program. If you believe you belong in this elite group of marketers to receive our 2nd tier benefit, then contact us to discuss your inclusion.

Affiliate brokering is a separate business to marketing casinos and our approach is therefore different to that of our competitors. Our 2nd tier program adds value to your efforts by paying you a broker fee in the form of additional revenue share. The 2nd Tier Program includes sharing data and success beyond the 1st Tier of our standard G3 Revenue Share Program. By recommending the G3Partner Program to other affiliates, you are rewarded for leveraging the efforts of affiliates on your 2nd tier.

G3partner Casino Affiliate Program - join today

Should you wish to inquire about our 2nd tier program, please email us at
support@G3partner.com



 *microgaming*

Casino Payout & RNG
reviewed by
**Independent Auditors**



**KAHNAWAKE**
GAMING COMMISSION


eCOGRA Accredited Partner

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions


**ANTI SPAM**  **PRIVACY POLICY**

# G3partner

a grand gaming group company

**home | our program | casinos | go to | marketing tools | login | contact us | questions**

read site in: 

join now | bookmark site!



**NEW PLAYERS GET**

**NEW IMPROVED**

**FREE CASINO KIT**

GRAND MONACO

*BIG WINS, MORE ACTION*

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**

 
UK Pounds  US Dollar

 
Euros  Canadian Dollar

## Company Info

### The G3Partner team

When you meet and speak with our team, you will understand our desire to assist you in developing your business - we walk the talk. Our operating philosophy is founded on 3 key principles – Partner business focus, Partner resources, and Partner integrity.

**Partner Business Focus**

Our multi-talented team has years of affiliate experience across various industries. Most of our personnel have operated their own business so we feel and appreciate the needs of the entrepreneur. This makes us perfect partners help build your business and generate solid monthly profits. G3 Partner is not your average "make money with us" affiliate program – We know how to drive results so you will be successful – we are your committed partner.

**Partner Resources**

We are capable of addressing queries about banner insertions and html queries, specialized techniques in site optimization, and marketing techniques for casinos and poker rooms. If you browse though our site, you will notice that information is available with quick and easy access without logging in. We try to make your life simpler, better and more efficient so you can spend more time concentrating on building your business - and making money. We are here to help – we are here for you.

**Partner Integrity**

Our industry requires trust in the true sense of a partnership. Our reports and approach to business rely on transparency. We know most affiliates are skeptical when they join a program. However, our seasoned team is well-known for honesty and integrity. We enjoy reviewers and auditors because they provide feedback that only makes us better. We need you to be comfortable with our team and program so you know we do what we



**THE GLOBAL DRIVE**
Hundreds of cash prizes

Get **$500 to**

**GUARANTEED!**

more info - **click here**

say. Join our program and experience the comfortable feeling of partners who care about your success.

G3Partner is a company that focuses on affiliate operations. Most importantly, we concentrate on building relationships. We know people make things happen and it takes people to get things done. We pride ourselves on delivering partner results from focus, powerful resources and integrity.

**Casino Payout & RNG**
reviewed by
**Independent Auditors**

Independent auditors provide industry-focused services for public and private clients in order to build public trust and enhance value through the application of what they call Connected Thinking.

The auditors are committed to serving as a force for integrity, good sense and wise solutions to the problems facing businesses and the capital markets today. Transparency and good standards of corporate governance — both in their clients' businesses and in their own — are central to their ability to achieve those objectives. And they aim to continue to achieve them from a position of strength as the undisputed leader of their profession.

Click here to read more about the company and why we utilize them as strategic partners.

**KAHNAWAKE**
GAMING COMMISSION

The Kahnawake Gaming Commission, established on 10 June 1996 pursuant to the provisions of the Kahnawake Gaming Law, MCR No. 26 / 1996-97, is presently comprised of three members appointed by the Mohawk Council of Kahnawake: Alan Goodleaf (Chairperson), Mike Delisle Jr. and Iris Rice.

The Commission is empowered to regulate and control gaming and gaming related activities conducted within and from the Mohawk Territory of Kahnawake in accordance with the highest principles of honesty and integrity.

The Regulations are designed to ensure that all interactive gaming and gaming related activities conducted within or from the Mohawk Territory of Kahnawake satisfies three basic principles:

For all new affiliates

Join now - **click here**

- **Testimonials**

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". Steve

"Yes, we still love you, and **YES**, we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". Cindy

"I am really looking forward to working with you again Jon-Jon". Rick

G3partner Casino Affiliate Program - join today

1. That only suitable persons and entities are permitted to operate within Kahnawake;
2. That the games offered are fair to the player; and
3. That winners are paid.

Click here to read more about the company and why the we chose them as the jurisdiction within which to hold our license.



ANTI SPAM



PRIVACY POLICY



Casino Payout & RNG reviewed by
Independent Auditors



KAHNAWAKE GAMING COMMISSION



GPWA Accredited Partner

microgaming

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

read site in:

# G3partner

a grand gaming group company

home | our program | casinos | go to | marketing tools | login | contact us | questions

join now | bookmark site



**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**

UK Pounds | US Dollar | Euros | Canadian Dollar

Get $500 to

€ £

THE GLOBAL DRIVE
Hundreds of cash prizes

GUARANTEED!

NEW PLAYERS GET
NEW IMPROVED
FREE CASINO KIT

## Affiliate Promotions

G3Partner is an affiliate program looking to enrich webtrepreneurs. To do so we offer exciting signup bonuses to new active affiliates, and great promotions for our current partners.

### The GLOBAL Drive - guaranteed cash!

Offered through June 30, 2007

**Easy Bonuses - All the time**

When we launched last year we gave away over **80 prizes ranging from $150 to $1770** for a total of over **$20 000!** This year - we are giving aware FAR MORE - it could easily be over **€ $ £ 100 000!**

We are starting at **€ $ £ 500** per person that brings in more than 5 accounts over the 3 month period, and it all goes up FAST from there - up to **€ $ £ 5000, guaranteed!**

Take a look at the Guaranteed Global incentive table:

G3partner Casino Affiliate Program - join today



THE **GLOBAL DRIVE**
Hundreds of cash prizes

Get

**$500** to

**GUARANTEED!**

more info - click here

## For all new affiliates

Join now - click here

## Testimonials

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES**, we trust you implicitly!! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**

| Acquired players* by June, 30 2007 | Number of Bonuses | YOUR GUARANTEED PAYMENT† |
|---|---|---|
| 5 to 15 | Unlimited | € $ £ 500 |
| 16 to 25 | Unlimited | € $ £ 1,000 |
| 26 to 40 | Unlimited | € $ £ 2,000 |
| 41 to 60 | Unlimited | € $ £ 3,000 |
| 60 + | Unlimited | € $ £ 5,000 |

## How it works:

**Scenario 1:** Month 1 – 6 players, Month 2 – 3 players, Month 3 – 8 players. We will sum month 1 and month 3 to 14 players and you will receive **a € $ £ 1000 bonus!**

**Scenario 2:** Month 1 – 12 players, Month 2 – 20 players, Month 3 – 8 players. We will sum month 1 and 2 to 32 and you will receive a **€ $ £ 2,000 bonus!**

**Scenario 3:** Month 1 – 15 players (ggr – 10 000), Month 2 – 12 players (ggr – 12 000), Month 3 – 25 players (ggr – 5000). We will sum all three months to 52, and you will receive **€ $ £ 3,000 bonus**, due to the fact that the ggr is greater in month 2, and the accounts greater in month 3.

## Do I get my bonus paid in € $ £?

How we determine this is based on the majority of your accounts. If you bring in more EURO accounts than DOLLAR accounts, your bonus will be in EUROS should the gross gaming revenue also be in EUROS.

Our aim is to fairly reward as many of our partner marketers as possible, and not make contests limited to a small group of affiliates – particularly now. We try to design incentives based around performance and ability, and reward handsomely for effort! The European and Eastern Markets are massive and untapped – we are here to kick you into gear by assisting wherever we can!

## *Conditions:

Players are deemed acquired once they have purchased € $ £ 50, and wagered € $ £ 250. Each month requires an improvement over the previous month (s) either in number of accounts or Gross Gaming Revenue. We will use March 2007 as a base month from which to improve from.

**CAC Amsterdam 2007**

G3partner Casino Affiliate Program - join today



We are all heading to Amsterdam and are really looking forward to meeting up with our valued partners again. We will be giving away tickets to affiliates that are going so, for a conference pass, please email Cherylann@playshare.com – with CAC pass in the subject line.

**$150 Guarantee re-launched**

Back, and always rewarding you :)

We know that affiliates are always working and are not in control of what happens with each player specifically, particularly when there is only a handful. We recognize your efforts and reward you, even if your earnings are negative. All affiliates that send a minimum of 3 qualified players a month will never earn less than $150.

A qualified player is defined as someone who has purchased 50 and wagered 250 currency units.





Casino Payout & RNG
reviewed by
**Independent Auditors**





**ANTI SPAM**    **PRIVACY POLICY**

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

G3partner Casino Affiliate Program - join today

# G3partner

a grand gaming group company

home | our program | casinos | go to | marketing tools | login | contact us | questions

join now | bookmark site



**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best – your players will come back for more action time and again.

**Our players play in:**

  

UK Pounds   US Dollar   Euros   Canadian Dollar

## FAQ

### Is there a minimum I need to earn prior to receive commission?

Yes, we require minimum earnings of $100 in a month to distribute payment, so if your earnings are below this level then we carry them over to next month. Most programs' revenue share start at 20%, but at G3Partner you earn a full 30% of player net revenue from day one for a minimum of 3 months.

### How do I Register?

To register as a G3Partner affiliate just complete the form here, and our advanced software provides you with all the tools you need to start earning money. Our approval process takes a day or so to complete. If you register over a weekend, then your approval may only happen on Monday.

### Who should I contact if I need assistance?

You can contact your dedicated Affiliate Manager who can assist you with promotional tools, G3Partner data, developing your advertising campaigns, building a casino portal or any other questions you have while promoting the casinos in the G3Partner program. Upon being approved you are assigned a manager to look after all aspects of your account.

### Is Microgaming software the best?

Don't take our word for it, your industry peers say Microgaming Software makes them the most money. The results below are an industry poll taken on Casino Affiliate Programs – over 60% of affiliates proclaimed Microgaming is their most profitable platform – so take comfort that you are partnering with the best!

THE **GLOBAL DRIVE**
Hundreds of cash prizes

Get
**$500** to

**GUARANTEED!**

more info - **click here**

**View Poll Results:** Which casino software is most profitable for you each month?

| Software | Votes | Percent |
|---|---|---|
| Microgaming | **34** | 60.71% |
| Playtech | **9** | 16.07% |
| RTG | **3** | 5.36% |
| Cryptologic | **2** | 3.57% |
| Parlay | **1** | 1.79% |
| Net Entertainment | **0** | 0% |
| Chartwell | **0** | 0% |
| Odds On | **2** | 3.57% |
| Boss Media | **0** | 0% |
| iGlobalMedia | **2** | 3.57% |
| ASI | **0** | 0% |
| Random Logic | **0** | 0% |
| Casinova | **1** | 1.79% |
| Proprietary software | **2** | 3.57% |

Voters: **56.**

For all new affiliates

Join now - **click here**

## Testimonials

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES**, we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**

### Are there any hidden costs?

There are no hidden costs, no hidden royalties or money deducted from your earnings. We have a small administration charge for special services such as issuing checks and wire transfers. The only other costs shared are purchase chargebacks, and progressive jackpot contribution costs, and player comps or bonuses.

Our definition of Net Revenue is Gross Gaming Revenue – Player Comps – Chargebacks – Progressive contributions. This is the Net Revenue calculation to determine your monthly earnings.

### Are the stats provided by G3Partner reliable?

Yes – the stats are real-time and trustworthy. We provide you data using our proprietary reporting system developed for accuracy and reliability. We take pride in making data transparent to our affiliate partners.

### Are there any restrictions on who can advertise G3Partner.com?

Everyone is welcome to advertise our casinos and send traffic with the following exceptions:
a) websites targeting minors,
b) websites featuring obscene pornography, racial hatred, violence or inappropriate material by us.



**Do you allow email marketing campaigns?**

YES – however we have a ZERO tolerance spamming policy – (Unsolicited Bulk Email). If you have genuine opt in customer lists or email traffic, then you will be successful at marketing our casino. However, we suggest you read our anti-spam policy to ensure you do not violate our terms.

**How much can I earn as an affiliate or Webmaster?**

The sky is the limit! You can earn a huge sums based on the success of your marketing campaigns. The revenue models offered allow for building substantial income. The online casino affiliate industry is known for producing above average affiliate income. Many of our active affiliates earn $5,000 per month.

A poll on Casino Affiliate Programs shows the following results. Note these results are from webmasters who responded to the poll – basically 45% of all (199) respondents earn over $5000 a month!

**View Poll Results:** How much a month do you make as a Casino Affiliate?

| | | |
|---|---|---|
| $0 - $500 | **46** | 23.12% |
| $501 - $2,000 | **36** | 18.09% |
| $2,001 - $5,000 | **27** | 13.57% |
| $5,001 - $10,000 | **32** | 16.08% |
| $10,001 - $20,000 | **22** | 11.06% |
| $20,001 - $50,000 | **16** | 8.04% |
| $50,001 - $100,000 | **10** | 5.03% |
| $100,001 + | **10** | 5.03% |

Voters: **199.**

**Are you a trustworthy group and will you pay me?**

YES ... please read our company information. We have years of affiliate experience and we always pay our Webmasters on time. G3 Partner is headed by Jon-Jon Keegan, a well respected and trusted affiliate professional. He has been working with affiliates entrepreneurs more than any other affiliate program manager in this industry.

Your stats are easily accessed so you have instant information about your earnings. We pay affiliates no later than the 15th day of the following month directly to your Neteller account. Alternatively, we can EFT/wire your payment to your bank account for a nominal fee. There are other payment options – please enquire at support@g3partner.com

## Can I use direct marketing or advertise your casinos in Print?

YES. If you have experience in snail mail, pamphlet distribution or direct marketing then you should market to your strengths. We can design brochures to your specifications and provide CDs for targeted snail mail lists. Please **contact us** for more details.





Casino Payout & RNG
reviewed by
**Independent Auditors**




**KAHNAWAKE**
GAMING COMMISSION



GPWA Accredited Partner

微 microgaming

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

# G3 partner

a grand gaming group company

read site in: 

home | our program | casinos | go to | marketing tools | login | contact us | questions

join now | bookmark site

## New Games

This month we have three awesome new games in our Casino! big money to be won, and no doubt, having fun playing is even more fun when you WIN!

The **Hitman** has arrived- and you could make a killing!

Check out our 3 new games JUST LAUNCHED... and our killer new games promotion!

**NEW PLAYERS GET**

**NEW IMPROVED**

**FREE CASINO KIT**

GRAND MONACO

*BIG WINS, MORE ACTION*

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**







GRANDMONACO

# HITMAN

© 2004 Eidos Interactive Ltd. Hitman is a trademark of Eidos Interactive Ltd. All rights reserved.

Meet Agent 47, aka **Hitman**, Mission: A License to Kill and Thrill. Don't let his cool, hard exterior fool you, because beneath it all is the mind of a deadly assassin. This 15 line video slot is filled with intrigue and mystery, bound to keep you on high alert. With Expanding Wilds (where possibilities to win never cease) a bonus feature and 18

UK Pounds | US Dollar | Euros | Canadian Dollar

Free Spins (at a 2x multiplier), this game certainly packs a punch.



**Cash 'n' Curry** is a traditional Amusement with Prizes (AWP) machine, with nudge and hold functionality. It has a typical lapper style feature board with sub-features that the Player can collect on, when landing on them. It also features a "Coolant" level that lets the Player move around the lapper board.





As the name suggests, **Double Double Bonus Multi-Hand Power Poker** is double the money and double the fun. Apart from the typical Video Poker hands, Double Double Bonus Multi-Hand Power Poker offers the player an extra five "4 of a Kind" win combinations. What more could



## For all new affiliates

join now - **click here**

### Testimonials

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES**, we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**



G3partner Casino Affiliate Program - join today

Page 3 of 3

ANTI SPAM

PRIVACY POLICY

Casino Payout & RNG
reviewed by:
Independent Auditors


KAHNAWAKE
GAMING COMMISSION


eCOGRA
eCPM Accredited Partner

one ask for in a Power Poker?


microgaming

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

6/6/2007

# G3partner

a grand gaming group company

read site in: 

home | our program | casinos | go to | marketing tools | login | contact us | questions

join now | bookmark site



NEW PLAYERS GET

NEW IMPROVED
FREE CASINO KIT

GRAND MONACO
BIG WINS. MORE ACTION

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**



UK Pounds    US Dollar    Euros    Canadian Dollar

## Contact Us

Please feel free to contact us with any queries you have with regards to the program, comments about the site, the information displayed here or simply to keep in touch.

Should you have a general query relating to how affiliate programs work, how our program can generate income for you, or a question about the brands or associations we have with industry partners, then please send an email to:

support@g3partner.com

Other contact details are:

For reporting SPAM spamreport@g3partner.com

We have a zero tolerance stance on SPAM - we do not allow any of our partners or affiliates to conduct spam campaigns or send unsolicited emails. Please read our full spam policy here

For querying payments admin@g3partner.com

At G3partner, we pride ourselves on administering and reporting earnings accurately and efficiently.  As such, we provide timely payments every month ensuring your earnings arrive quickly.

G3partner Casino Affiliate Program - join today



THE **GLOBAL DRIVE**
Hundreds of cash prizes

Get
**$500** to

**GUARANTEED!**

more info - **click here**

For all new affiliates

join now - **click here**

## Testimonials

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". Steve

"Yes, we still love you, and **YES**, we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**



G3partner Casino Affiliate Program - join today



ANTI SPAM    PRIVACY POLICY

Casino Payout & RNG
reviewed by
Independent Auditors

KAHNAWAKE
GAMING COMMISSION

eCOGRA
eCOGRA Accredited Partner

 microgaming

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

# EXHIBIT # 21

# G3partner

ja grand gaming group company

**NEW PLAYERS GET**

## NEW IMPROVED
## FREE CASINO KIT



GRAND MONACO
*BIG WINS, MORE ACTION*

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**

UK Pounds | US Dollar | Euros | Canadian Dollar

**THE GLOBAL DRIVE**
Hundreds of cash prizes

Get
**$500** to

**GUARANTEED!**

## PRESS RELEASES

Press releases are a great way of adding unique content to your sites. It shows that you actively market the casino industry which lends credibility to your site. Please feel free to copy and use these reviews as content on your sites!

**PlayShare PLC acquires the Grand Gaming Group and G3 Partner Affiliate Program**

## PlayShare PLC acquires Grand Gaming Group

**Opportunity: noun, plural - ties**

1. an appropriate or favourable time or occasion
2. a situation or condition favorable for attainment of a goal
3. a good position, chance, or prospect, as for advancement or success

On the 1st of November, 2006, **PlayShare PLC** acquired the Grand Gaming Group, which comprises Grand Monaco Casino and the G3 Partner affiliate program. Hailed in gaming circles as the two most watched groups, the merger is in line with the ambitions of PlayShare to be one of the top 5 gaming companies within the next two years.

A massive opportunity exists, for all affiliates, to take advantage of the growth that this will provide to the individual casinos and the group as a whole.

more info - **click here**

For all new affiliates

**Testimonials**

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"**Yes**, we still love you, and **YES**, we trust you implicitly!! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**



The merger has already created a bigger and stronger team to support the requirements of both players and affiliates alike, and now provides you with five world-class products to promote – http://www.pokershare.com/, http://www.casinoshare.com/, http://www.grandmonaco.com/, http://www.deutschesgrandmonaco.com/ and http://www.casinograndmonaco.com/. And there are more to come in the future!

Even bigger news for affiliates is the reunion of two of the most experienced affiliate managers in the industry – a relationship that goes back more than 6 years. Lawrence Wilson and Jon-Jon Keegan have worked closely together in the past and are extremely excited about making a massive success of this new casino group. Add to that their resident poker expert, Ahsan Shah, and you have an all-star affiliate team, capable of extracting the best of both the brands and the affiliates.

**What to do?**

Head on over to the PlayShare Affiliates site where you will be warmly welcomed by either Ahsan or Lawrence. Ahsan has been involved in this industry for over two years and those of you who know him will agree that he is a fantastic guy to work with, and is classed as our resident poker genius...

**What to expect?**

Over the next two months we will be merging the best aspects of each program, and developing more features to produce one integrated, well-oiled machine. Our aim is to launch a combined product by mid-January 2007, in time for CapEuro 2007. Here we will be able to personally meet and discuss our bright futures together.

Further to our already strong presence in the European market, we will soon be expanding into the Eastern and Spanish markets.

**Grand Monaco accepts US players**

**10/12/2006:**
The PlayShare Group is proud to announce that their Casinos will continue to accept USA casino players.



The only restriction being that certain states may be excluded due to their current laws governing their inhabitants. More to follow shortly...

**G3 Partner offers unique launch promotion**

Easy to reach targets and lots of rewarding bonuses explains the huge influx of webmasters getting ready to take advantage of the latest and biggest Microgaming casino to be launched – ever!

GrandMonaco.com offers more than 300 games - making it the only casino to offer every possible slot, progressive and table game available from Microgaming.

Over 40 bonuses ranging from $125 to $600 making the bounty over $12, 000 in cash!

There is more though – an unlimited cash bonus starting at $1, 500!

Acquire 50 or more qualified purchasing players by September 30, 2006 and you earn the $1,500+ reward bonus. Once you fulfill the required 50 player level, each player thereafter earns you an additional reward in addition to the $1,500 reward – unlimited. For example, you acquire 80 players who each purchase $75 then we pay you a $2,400 bonus reward!

Also – all new affiliates will receive 30% commission from when they sign up for a minimum of three full months – that means up to 4 months at 30%!

**Grand Monaco Casino -- the biggest Microgaming casino launched -- ever!**

In a bold move by the industry's most experienced operators, the biggest Microgaming casino - http://www.grandmonaco.com/ -- was launched on the 25th of July 2006, with over 300 games!

No other Microgaming operator has more experience than Grand Monaco. Over 35 years in exceeding player expectations, knowing exactly how they would like to treated and spoilt with prizes, winnings, bonuses and endless promotions.

The casino manager, *Frank Thompson*, had the following to say:

*"We are a new online casino, but our management team is made up of seasoned online and land-based casino veterans with more than 35 years combined experience! Besides, it is not the age of the casino that counts; it's the quality of the service and relationships we have with our customers.*

*In essence – we are proud to offer one of the largest online casinos in the world with over 250 games. Our mission is to redefine, build, and grow an unparalleled world class casino experience – nothing short of exceeding your expectations."*

Frank is obsessed with players and how they experience gambling online. His attention to detail is unsurpassed, as is his commitment to player security, service, trust and privacy. He knows online casinos like the back of his hand making him the perfect man to look after our players.

http://www.grandmonaco.com/ is all about winning, huge progressive payouts and the best slot and table game experience on the net.

The easiest way to play is with a fantastic **$150 free to all new players.** Grand Monaco is giving away a 100% match bonus as well as a free casino kit – for a limited time only, so hurry and claim it now!





Casino Payout & RNG
reviewed by
**Independent Auditors**

**ANTI SPAM**

**PRIVACY POLICY**

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

# EXHIBIT # 22

# G3partner

a grand gaming group company

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**



UK        US      Euros   Canadian
Pounds  Dollar           Dollar

## Newsletters

Here we post and archive the newsletters sent to our partners to make sure you are kept up to date with the latest (and past) information on the G3 Program and our clients.

### July Newsletter

**Casino History | Review Content | Casino Banners | New Partner Promo | G note**

Dear Affiliate

Welcome to the first G3partner newsletter, and the start of a rewarding relationship.

We may have already met in the past, online or at a conference, and I am sincerely looking forward to having the opportunity to meet you in the future and build on a relationship started, or continued, here.

Most newsletters will contain new banners, unique and new content, information about upcoming conferences and tips regarding SEO, marketing and general industry issues. I welcome any and all input from you so please send me requests on what you would like to see in the newsletter in the future.

To kick off with your best marketing efforts you will be rewarded with an above-average revenue share for at least 3 months and, depending on the date you joined you could be at that level for close to 4 months.

For anyone that is completely new to this industry, please feel free to email me directly and I will try to lead you through the industry as best I can.

Newsletter



more info - **click here**

For all new affiliates

join now - **click here**

### Testimonials

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES**, we trust you implicitly!! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**



### Casino History

www.GrandMonaco.com is our flagship casino and will definitely astound you. Grand Monaco is building on 35 years of casino experience that started in land based casinos, and has grown since the beginning of online gambling.

Harrah's and MGM, Fortune Group and Belle Rock are some of the many operations that have been built with the executives behind the Grand Gaming Group. Customer satisfaction and fulfillment of player expectations is deeply imprinted in all the staff.

Click here to read what Frank Thompson, the casino manager, has to say.

### Review Content

We make it easy to ad content about our casinos to your site. Below is a sample of a casino review, with more on the G3 Partner site here

Here is an example of what you can use on your site:

Boasting over 250 download and more than 100 flash games, Grand Monaco – the biggest casino on the web - is a lot more than just a casino.

In addition to the widest selection of slots games on the web, the casino features poker, blackjack, baccarat, keno, craps, roulette and 14 Progressives Jackpots totaling over $1,2million!

Pampering your players with daily cash bonuses and fun-filled promotions, Grand Monaco Casino keeps them coming back again and again. And that means a high affiliate percentage for you.

Your players are supported in English, French, Spanish or German and can deposit in US and Canadian dollars, Euros or Sterling, using a wide selection of payment options including Neteller and Click2Pay.

A member of the Grand Gaming Group, Grand Monaco Casino utilizes the latest Viper Software from Microgaming and offers 24/7 online and toll-free telephone support.

### Casino Banners

Newsletter

Please login to the banner page to pick up more of these fantastic banners and reel those players in! Don't forget to include a review with each banner to make it more powerful and increase your conversions.



## New Partner Promo

Easy to achieve, easy to win and an unlimited bonus amount for bunches of players!

Over 40 bonuses for our affiliates ranging from $125 to $600 making the bounty over $12, 000 in cash!

There is more though - an unlimited cash bonus starting at $1, 500!

Acquire 50 or more qualified purchasing players by September 30, 2006 and you earn the $1,500+ reward bonus. Once you fulfill the required 50 player level, each player thereafter earns you an additional reward in addition to the $1,500 reward – unlimited. For example, you acquire 80 players who each purchase $75 then we pay you a $2,400 bonus reward*!

Also – all new affiliates will receive 30% commission from when they sign up for a

minimum of three full months – that means up to 4 months at 30%!

**G note**

Interesting information about the industry:

Casino gamblers are more likely than non-gamblers to have increased their savings and decreased their debt over the past year.
Majorities of both groups, however, indicate that their personal financial situations remained about the same in 2005 as compared to 2004. When asked about statements that best describe their current situation, non-gamblers are more likely to report that they are just living from one day to the next, while gamblers are more likely to report that they are putting away money for the future.
**Info courtesy of Harrah's 2006 Survey**

*Nothing can stop the man with the right mental attitude from achieving his goal; nothing on earth can help the man with the wrong mental attitude.*
W.W. Ziege

Remember to visit www.G3partner.com regularly to keep up to date with the latest developments and news from the G3 team.

All the best

Jon-Jon Keegan
Affiliate Director

Casino Payout & RNG
reviewed by
**Independant Auditors**



**ANTI SPAM**

**PRIVACY POLICY**



**KAHNAWAKE**
**GAMING COMMISSION**



*GPWA Accredited Partner*



*microgaming*

casinos | go to | marketing tools | contact us | questions

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

# G3partner

a grand gaming group company

**home** | **our program** | **casinos** | **go to** | **marketing tools** | **login** | **contact us** | **questions**

join now | bookmark site

read site in:





**NEW PLAYERS GET**

**NEW IMPROVED FREE CASINO KIT**

**GRAND MONACO**

*BIG WINS, MORE ACTION*

**Grand Monaco**
Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**

UK Pounds   US Dollar   Euros   Canadian Dollar

## Newsletters

Here we post and archive the newsletters sent to our partners to make sure you are kept up to date with the latest (and past) information on the G3 Program and our clients.

Previous Newsletter

## August Newsletter

New games banners | New Team Member | Las Vegas | Payments | Using the site

Dear Affiliate

What a launch! August is almost over and I have a ton of things to tell you and give you, from the promotion leader board through to the best way to use our site – and a couple of new banners thrown in :)

Thank you – the response to Grand Monaco has been amazing, and the results unbelievable. We are exceeding the targets we set, by far, and this is a direct result of your work – which is heading for a handsome reward – check out the leader board further down to see if you are in the running for a bonus end-September!

### Affiliate Promotion

A quick explanation of the promotion

The $12000 giveaway:

Bring in 3 to 50 players and stand a very good chance of receiving **more than one bonus** ranging from **$125 to $600**

There are too many people to list so we are showing the Top 5 Partners in each category

| Category | Partner | Tickets | Minimum Prize | Potential Prize |
|---|---|---|---|---|
| 3 – 9 | Sheryl T | 6 | $ 125 | $ 900 |
| | Tony S | 6 | $ 125 | $ 900 |
| | Norio F | 6 | $ 125 | $ 900 |
| | Karen G | 7 | $ 125 | $ 1050 |
| | Morten S | 7 | $ 125 | $ 1050 |
| 10 – 20 | Mike K | 15 | $ 250 | $ 2400 |
| | Guy M | 16 | $ 250 | $ 2400 |
| | Robin M | 16 | $ 250 | $ 2400 |
| | Dom H | 16 | $ 250 | $ 2400 |
| | Richard J | 19 | $ 250 | $ 2400 |
| 21 – 30 | Duanne S | 23 | $ 375 | $ 3600 |
| | Penny L | 23 | $ 375 | $ 3600 |
| | Gene H | 25 | $ 375 | $ 3600 |
| | Ben O | 27 | $ 375 | $ 3600 |
| | Riaan J | 30 | $ 375 | $ 3600 |
| 31 – 50 | Little D | 34 | $ 500 | $ 3000 |
| | Vadim C | 42 | $ 500 | $ 3000 |
| | Lori B | 43 | $ 500 | $ 3000 |
| | Carolyn G | 52 | $ 500 | $ 3000 |
| | Denise M | 53 | $ 500 | $ 3000 |

Note: Partners will be judged first on both quantity and quality of players prior to issuing final tickets come end September

**The unlimited giveaway:**

Bring in more than 50 qualifying players and you will earn a minimum of **$1500**

more info - click here

For all new affiliates

join now - click here

## Testimonials

"As someone who promoted Referback in the days that J-J was affiliate manager, I can assure you that you will **receive** nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES,** we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**





| Partner | Players |
|---|---|
| Denise M | 38 |
| Vadim C | 24 |
| Little D | 23 |
| Penny L | 22 |
| Carolyn G | 21 |

Well done to everyone in each segment so far – there are plenty more players out there for you to move up into the next levels – keep it up – the quality is great and looking better every day!

**New Games Banners and Content**

With the launch of the new games on Wednesday the 29 th of August we are on top of keeping you up to date with the latest creative and content. Click here to view the latest information about the new games and the text you can use to promote them, or mouse over casino in the menu and click on new games.

Please login to the banner page to pick up more of these fantastic banners and reel those players in! Don't forget to include a review with each banner to make it more powerful and increase your conversions.



```
<a href="http://g3.grandmonaco.com/href.g3?
         mi=66&al=10003">
<img src="http://g3.grandmonaco.com/src.g3?mi=66&al=10003"
         border="0"></a>
```



```
<a href="http://g3.grandmonaco.com/href.g3?
mi=67&ai=10003">
<img src="http://g3.grandmonaco.com/src.g3?mi=67&ai=10003"
border="0"></a>
```



```
<a href="http://g3.grandmonaco.com/href.g3?
mi=69&ai=10003">
<img src="http://g3.grandmonaco.com/src.g3?mi=69&ai=10003"
border="0"></a>
```

**New Team Member**



Natalie Viviers has decided to take the plunge into our world - friendships, results and performance to mention but a little... She is joining the team full time from September 1 and will bring a wide range of experience to G3 Partner. She is as vibrant and dedicated as we could ask for and I am certain you will not be disappointed in her willingness to go the extra mile for you.

I am sure you will join me in giving her a big warm welcome into the industry! Her email addy is Natalie@g3partner.com

**Las Vegas 2006**

This will be a year to remember on so many levels...

Both Natalie and I will be more than willing to meet with you, so please get in touch – if we don't get ahold of you first. We will be there from Monday the 11th through to the evening of the 17th – plenty of time to catch up and discuss business, have a drink and win lots at the casinos.

Email me here and email Natalie here

**Payments and the $150 guarantee**

Payments went relatively smoothly last month and we paid out before the 15th which is great. We will be paying out earlier this month – aiming for by the 10th, and then September payments by the end of the first week of the month.

The $150 guarantee is intended as an insurance policy against low or negative earnings, and is only available to those affiliates on the revenue share model. Should your earnings fall below $150 or you are negative for the month, and you have brought in at least 3 qualifying players, we will increase your earnings to $150 – this will make sure you are always rewarded for performance!

**How to use the G3 site and what to look forward to**

The initial aim of the site is to create the most simple to use and easy to navigate site with information being updated regularly – basically to make your life as easy as possible. This is why we have made everything except marketing material and reports available wherever you are on the site.

I suggest that you visit these pages regularly as we spend time updating them to provide you with fresh and unique content to use on your sites:

http://www.g3partner.com/new-games.aspx

http://www.g3partner.com/press-releases.aspx

http://www.g3partner.com/casino-promotions.aspx

The menu will change to allow for "pre-login navigation" – this means that when you click on either a specific report or marketing tool, once you login you will be directed to the page you first selected – simple and more efficient.

**G Note**

Non-gamblers are more likely to rate themselves as "Beginners" when it comes to investment decisions, while casino gamblers are more likely to indicate that they have intermediate or advanced investment skills. More non-gamblers than gamblers are interested in putting their money into the safest place, while gamblers show more interest in increasing the value of their holdings. Across the board, gamblers have more confidence than non-gamblers in their financial planning and decisions.
**Info courtesy of Harrah's 2006 survey**

Be in touch, I will be :)

Jon-Jon Keegan
Affiliate Director



**KAHNAWAKE**
GAMING COMMISSION



G3WA Accredited Partner



 microgaming

Casino Payout & RNG
reviewed by
**Independent Auditors**

**ANTI SPAM**

**PRIVACY POLICY**

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

G3partner Casino Affiliate Program - join today

# G3partner

a grand gaming group company

home | our program | casinos | go to | marketing tools | login | contact us | questions

read site in: 

join now | bookmark site

**Grand Monaco**

Big Wins, More Action! Grand Monaco offers more games and more ways to win! Capturing the full casino magic is what they do best - your players will come back for more action time and again.

**Our players play in:**



UK Pounds   US Dollar   Euros   Canadian Dollar

**NEW PLAYERS GET**
**NEW IMPROVED**
**FREE CASINO KIT**

GRAND MONACO
*BIG WINS, MORE ACTION*

## Newsletters

Here we post and archive the newsletters sent to our partners to make sure you are kept up to date with the latest (and past) information on the G3 Program and our clients.

**Newsletter - February 2007**
What a ride the last month has been... a quick update on payments and then the important bits!

## Payments

Thanks to everyone for being patient regarding payments, and enduring the hassles that most processors have been forced through over the last month. We are doing our best and getting money to everyone. It is important though to update your details to a payment method that is acceptable.

## PAYMENT METHODS PER REGION

**United States**

ACH

Click2Pay - Existing accounts

Cheques

Wires

**Rest of the World**

Neteller

Moneybookers

Click2Pay

Cheques

Wires

Previous Newsletter

Coming soon- Ecopay                    Coming soon- Ecopay

## Coming Soon - Free Spins, Regular Monthly Bonuses!

Finally - it is here, not just one improvement, but three that can be broadcast across the globe!

We are combining Free Spins and Free Cash to give you a signup and conversion bonus that will be directed at both new and existing players. It will be a fantastic tool for acquiring players and convincing others that downloading and playing at either CasinoShare or Grand Monaco will be their best bet yet.

That's not all though - we will be giving away a regular monthly bonus of 50% back on losses as well!

Even more will be happening during the month of March - players will thank their stars for being a part of both Grand Monaco and CasinoShare.

## New Team Member - Cherylann Smith



Please join me in welcoming Cherylann to the PlayShare Group! Many of you will have already experienced her bubbly and vibrant personality and her willingness to assist wherever possible. She has settled in very quickly and has already made a huge difference to our operation - great to have her on board!

Should you need updates on payments then please be in touch with Cherylann on cherylann@playshare.com

She will also be running the forum / EZ board competitions and be providing special service too these specifically.

## European Market



For all new affiliates

join now - **click here**

### Testimonials

"As someone who promoted Referback in the days that J-3 was affiliate manager, I can assure you that you will receive nothing less than the best from him". **Steve**

"Yes, we still love you, and **YES**, we trust you implicitly! You've been in this game long enough to know what we want, and what it takes, and we know that :)". **Cindy**

"I am really looking forward to working with you again Jon-Jon". **Rick**



The Grand Monaco French and German casinos are very strong in Europe, and if you search and take a look around these two markets you will notice the same.

There are solid reasons for this, of course:

Well respected and friendly support
Loyal players of high value
Fantastic retention and well targeted, regular promotions
Full French and German Casino builds, and support
**Over 20% better than average conversion and profit ratio - according to Microgaming**

Under the current environment, it makes complete sense for you to push to the UK, France and German markets! We will do everything we can to assist you.

## German Market

Poker stories from Roland, our German Expert (roland@playshare.com)

Last week, there was the first German Poker convention in Munich. There were workshops, info stands and a WSOP qualifier tournament. Over 20 000 people attended. On the first day, the police arrived to investigate illegal gambling because they apparently received an anonymous tip. They checked the identities of all the players and then left.

In Vienna, Poker Royale should open their doors soon. Poker Royale is a Poker Casino on 22,000 square meters (72,000 square feet) with 90 tables. It will be the biggest of this kind. Casino Austria is saying they organize illegal gambling, because their only trading license is for card games, but poker is gambling. Poker Royale will be in direct competition the Casino Baden, operated by Casino Austria. By the way, Casino Austria is the only holder of a gaming license in Austria.

As you can see, Europe is also full of controversy.

G3partner Casino Affiliate Program - join today

## CASINO UPDATE

I know this is a bit late to advertise and we will be quicker going forward, but here you are anyway!

**Players can get lucky this month:**





It's the month when romance is in the air, and players will just LOVE our big cash giveaways!
We will be running extra special slot and blackjack tournaments throughout the month of February where players can play against opponents and share in cash prizes to the value of **$20,000!**

## HOW IT WORKS:

You automatically get entered when you purchase and wager between Thursday to Monday for the month of February following games:

Slot Games - Secret Admirer, Ladies Nite, Flower Power, Lucky Charmer, Rings and Roses, Cashanova and All Gold Series Table Games.
Tournament winners will be determined by the highest wagerers on ANY of these games.

The more you wager, the better your chances to win the first prize of $500! We will publish the top wagerers every Friday for players to see who their opponents are to beat for the $500 Grand Prize.

http://www.g3partner.com/newsletters.aspx

The first 39 slot tournament winners will receive $2,800 in weekly prizes, and 29 blackjack winners will receive $2,200 in weekly cash prizes. That's a total of $5,000 EVERY week.

## Change of Email Addresses

With the pending merger of G3 Partner and PlayShare Affiliates, contact details are changing. Please try to use the @playshare.com addy when communicating with us, as we are in the process of phasing the G3 Partner email accounts out.

## The Team:

Jon-Jon Keegan        Jon-Jon@playshare.com

Lawrence Wilson       Lawrence@playshare.com

Cherylann Smith       Cherylann@playshare.com

### French Department

Anne Kadance          Anne@playshare.com

Roland Luthi          Roland@playshare.com

## Wrap up

You will notice that we are pushing content for the French and German markets, and are ready and willing to translate pages on your sites and offer assistance where possible.

Also, we will be moving into Japanese and Chinese very soon, so if you need these pages translated in anticipation, then please let us know and we will get your pages to you as soon as possible.

Don't forget - we are striving to become one of the top 5 operators in 2 years - we are on the right track and really exciting events are on their

way. Keep a look out for the upcoming affiliate promotion!

All the best

**The PlayShare Team**

**Lawrence, Jon-Jon, Anne, Cherylann and Roland**

**Newsletter: Special Announcement - January 2007**
Announcement – Change to Neteller policy

Due to a recent announcement by Neteller, US Neteller members are no longer able to transfer funds to or from any online gambling operations.

Even though players can no longer deposit or withdraw funds using Neteller, their casino accounts are not affected and all balances are still available.

We are currently making announcements to all our US players and, ironically, this will actually benefit the majority of your players. To incentivize the opening of accounts, Grand Monaco, CasinoSHARE and PokerSHARE will be providing free bonuses to the majority of players. You will more than likely gain an increase in play and more activity.

For future deposits and withdrawals we have a wide range of other methods available and recommend Click2Pay, Payspark and Instadebit, among others. These are well established, convenient, fast and safe ways for you and your players to continue enjoying their experience with us.

I would suggest that you update any references to US players and announce the change to the Neteller policy on your sites.

<u>Neteller is still available for players outside of the US.</u>

**<u>US Affiliates using Neteller</u>**

Please be advised that we are no longer able to transfer your Affiliate Payments via Neteller. The above will also apply to you so you are encouraged to open accounts and change your details on G3 / PlayShare Affiliates.

Kindest regards,

G3partner Casino Affiliate Program - join today

Jon-Jon Keegan

# Newsletter and Marketing Report – December 2006

December Newsletter and Marketing Report

**Dear Affiliate**

Seasons Greetings to you and your family from all of us at here at G3 Partner and PlayShare – may you have a wonderful time over the festive season and launch into the new year in the best of spirits. We are all looking forward to another amazing and prosperous new year with you.

**Important:** You need to please check your account details on G3, and ensure that all your information is 100% correct. When we merge PlayShare and G3 we will more than likely use the information on g3 as your default profile. Please make sure that you have your correct postal address listed, a contact number and make sure your date of birth is correct too!

**CAP Euro and the 25th**

We will be at this event in full force and are looking forward to finally meeting some affiliates that we have not seen in a long time, and others we have not yet met. This is the best time to talk business, seal a deal and relax in our backyard – let us entertain you!

**Agenda**

**25th, 6pm**
The PlayShare Dinner and Night out with our valued affiliates – if you would like to join us and be a bit spoilt and pampered then let us know as soon as possible to book your place.

**26th PlayShare booth at the CAP Euro Exhibition**

**All day**
Join us an exciting event (too secret to mention before the day) where you can challenge other affilates in the exhibition hall. Win awesome prizes, such as the new ZUNES!

**3pm to 6pm**
Beers and "(secret) Semi-Finals" Join us for drinks at the PlayShare stand during the Affilate Series of Poker, and chill with us and watch the action on our big screen – a first for any Gaming Exhibition.

**4pm (secret) Semi-Final**
Watch the winners of the earlier heats battle it out for the latest in personal audio gadgets and other awesome prizes!

**27th**
All day events and activity at the PlayShare Stand

**3pm to 6pm**
Drinks time at the PlayShare stand – join us for a few pints or mixers to get you oiled for the evening events, and watch ASOP from the PlayShare Blimp Cam

**4pm**
**Beers, and the Finals**
Join us when the final wrestling matches get under way, and see who has the guts to last longest!

**Marketing Report**

The below banners are the most popular across the G3 network, and are generating the most conversions in order from the most popular first. Thereafter you will find the latest game banners too.

***US Dollar Market***

G3partner Casino Affiliate Program - join today




**German Euro Market**



**UK Pound Market**



**French Euro Market**



**New Game Banners**

G3partner Casino Affiliate Program - join today

With the latest games launched a short while ago – now would be the best time to take a look at the fantastic banners that we are serving up to entice your players to Grand Monaco Casino!



There are lots more banners in our extensive library. Please login to your account and take a

All the best, and chat next year!

Jon-Jon, Lawrence, Anne, Roland and Ahsan

**Newsletter – November 2006**

**New games | Are you new? | Banners | CAPEuro | Payments**

Hello Affiliate

What an October.

One thing is for sure – you have surprised us – we have experienced amazing growth and your involvement in our success as a business will continue to be well rewarded!

More content for your sites in the form of new games will be published on G3 shortly.

**Pharaoh's Tomb:**



The latest new video slot with an Egyptian theme on a big 5 reel, 20 pay-line machine that has a second screen feature.

**Flying Circus Video Slot:**



A brand new 5 reel 20 pay-line video slot **Flying Circus**, bringing players great opportunities to win big and earn **Free Spins!**

**Dog Father Video Slot:**



If you're a fan of programs like The Sopranos or The Godfather get on down to **Grand Monaco** and gamble on the canine criminal crew aboard our fun new 5 reel, 20 pay-line video slot **DOG FATHER.**

**10 Play All Aces VP:**

If you are among the many video poker fans who like fast play and serious jackpots on multi-hand action, the latest arrival is for you - it's a 10 Play Power Poker with big jackpots that pay up to $ 200 000.00.

**Double Exposure Multi Hand Blackjack:**

The latest addition is an up-to-the-minute, multi-hand version of an already popular single hand game. **DOUBLE EXPOSURE MULTI-HAND BLACKJACK** offers the possibility of high percentage payouts to the skilled and fortunate player, and is presented on the latest Viper software platform with a wealth of player assists that include auto play.

**3 Card Poker Gold Volume (Multi-Hand & Single Hand):**

Poker fans have a choice of single or multi-hand versions of Grand Monaco's latest new game release.

G3 will strive to get as much game and unique content to you as soon as possible - if you have any requirements that are not available on the site please feel free to ask, we

will do our best.

## Are you New?

Whether you are new, or have been in this market for years, we are here to assist in producing the most valuable and profitable product for you. You will be amazed at what we can accomplish together, as our experience and thinking can provide solutions in nearly all areas!

The G3 site is evolving into what we originally set out to do – provide fresh content regularly and to make it as accessible as possible. Our "no more than three clicks" policy will soon be realized, with banners and all marketing material being available on the front end, and the only reason for logging in being to check reports and stats.

## Banners

We have uploaded another 50+ banners (US, and more French, German and UK), and yes, we will make is easier to search for banners shortly - by size and game as well. The majority of these new banners are game specific, such as below. Head over to the marketing section and take a look.



## CAP Euro in January

IGaming and CasinoAffiliatePrograms have partnered up to bring you this exciting, interactive 3 day event in London, UK. CAP Euro is specifically designed to bring together the top affiliate minds in the internet gaming industry through intense networking and education.

I will be there to meet and congratulate all our valued partners for doing an amazing job of introducing Grand Monaco to the world, earning massive commissions and trusting us in talking on a solid and profitable brand. I will reward you well, and am looking forward to catching up with each partner personally - please let me know about your attendance, where and between which dates you will be staying on jon@g3partner.com.

## Payments

We are getting better, and will surprise you next month! We will be striving to get payments out by the 3rd working day at the latest.

## G-note:

The median household income of casino gamblers (in the US) is almost **$8,000 higher** than the national median. Casino players are more likely than non-gamblers to have pursued education beyond high school, and to hold a white collar job. The median age and gender profile of gamblers is almost identical to the national adult population. **Info courtesy of Harrah's 2006 Survey**

Remember to visit www.G3partner.com regularly to keep up to date with the latest developments and news from the G3 team.

All the best

Jon-Jon Keegan
Affiliate Director



Casino Payout & RNG
reviewed by
**Independent Auditors**







© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions

Case 1:07-cv-04802-DAB-RLE     Document 15-4     Filed 08/24/2007     Page 62 of 128

# EXHIBIT # 23

PlayShare Group | Affiliates

| Home | About | News & Promotions | Poker School | Banking | Help | Contact us | Casino | Poker |

**DOWNLOAD POKER NOW**
CLICK HERE

**PLAY FLASH POKER**
NO DOWNLOAD REQUIRED

## ABOUT US
## PLAY POKER ONLINE

PokerShare.com is the first poker site in the world to offer its players the opportunity to share in its success. We're the most generous poker site in the world and we just can't stop rewarding our players.

We'll happily tell you about our leading software, our fantastic 24/7 helpdesk and our huge promotions, but we think you'll be more interested to hear that we're just plain crazy about rewarding you.

The more you play, the more you earn - Our unique reward programme allows you to earn Share Points for your play on PokerShare.com, these can be exchanged for tournament entry or used in one of our other exciting promotions.

We're committed to providing you with the best online poker experience. Your comments and suggestions are always welcome, so please don't hesitate to contact us at support@pokershare.com.

- **Licensing**

  PokerShare is operated by GamShare Limited and licensed by the Kahnawake Gaming Commission.

- **Software**

  PokerShare has teamed up with Microgaming, the leader in interactive gaming systems since 1994. Our software incorporates cutting edge technology and rich interface features to bring you the best online poker games.

- **Safe and Secure**

  Our safety measures ensure the trust and security of our customers. We have 128-bit encryption through Thawte Security to ensure your information remains confidential and is not shared or sold to third parties. For more

Play Poker Online - Pokershare.com

information on PokerShare security please contact us.

Our security team has taken the highest possible precautions to ensure that our system is dependable, verifiable, and fair to all users.

- **24/7 Support**

We know the importance of 24/7 support and we know how important your time is. At PokerShare our support team is ready to answer your emails 24 hours a day, 7 days a week. Simply visit the contact us page to tell us about any queries you may have.







MICROGAMING    OVER (18) ONLY    SECURED BY THAWTE



CLICK&PAY    PAYOUT AND RNG REVIEWED BY INDEPENDENT AUDITORS    KAHNAWAKE GAMING COMMISSION

Copyright © 2006 GamShare Limited. All Rights Reserved.

PlayShare Group | Affiliates

23 August 2007

Home    About    Promotions    News    Casino Games    Banking    Support

Casino    Poker

**DOWNLOAD CASINO**

**FLASH CASINO**

## ABOUT US
## CASINO SHARE

CasinoShare.com is an exciting new online casino powered by state-of-the-art software from Microgaming, the leading casino software-provider in the world.

There are over 300 games to choose from at CasinoShare, with some of the biggest progressive jackpots to be found on the net! In addition, we also offer a fantastic range of promotions designed to suit all players. To find out more about our current promotions, click here.

With 24hr support, convenient payment and withdrawal options, and a wide selection of games - you can rest assured that you are entering a world-class casino that offers a truly exceptional experience.

We're committed to providing you with the best online casino experience, your comments and suggestions are always welcome, so please contact us if you have any questions.

### Licensing

CasinoShare.com is licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. GamShare Limited is based in Gibraltar.

### Safe and Secure

We're committed to providing a trustworthy and secure gaming environment for our customers. For more information on CasinoShare.com security please click here.

### Fair Payouts

Monthly reports are published by CasinoShare.com and are reviewed by Independent Auditors to ensure fairness and transparency. Click here to see the reports.

About CasinoShare.com

Thank you for visiting CasinoShare.com! Good Luck!

## 24/7 Support

We know the importance of 24/7 support and we know how important your time is. At CasinoShare.com our support team is ready to answer your emails 24 hours a day, 7 days a week. Contact us to discuss any queries you may have or to provide feedback on our software.

SECURED BY
THAWTE

microgaming

OVER 18 ONLY

KAHNAWAKE
GAMING COMMISSION

PAYOUT AND RNG REVIEWED
BY INDEPENDENT AUDITORS

PLAY SHARE.PAY

Copyright © 2006 PlayShare Limited. All Rights Reserved.

# EXHIBIT # 24

Hillstead Limited



**HILSTEAD**

Home | Information | Philosophy | Subsidiaries | Contact Details

## Welcome to Hilstead

At Hilstead we believe that delivering a secure, high-quality e-cash solution is essential to customer satisfaction. Your safety and security on the Internet is important to us, and we strive to create a friendly, easy to use environment for your financial transactions.

When you enter your credit card details on one of our affiliate websites, the confidentiality of your data is protected by comprehensive security mechanisms. All transaction information transmitted by Hilstead on the Internet is safeguarded by secure encryption techniques, based on the highest level of security practices.

Hilstead allows you to transact on the Internet with maximum security and ease. Should you experience anything less than you expect from Hilstead, please read the **information link**, or **contact us**, and we will do our best to resolve the issue in an amicable, efficient, and safe manner.

Hillstead Ltd is a subsidiary of Grand Monaco.

Home | Information | Philosophy | Subsidiaries | Contact Details

http://www.hilstead.com/

8/21/2007

Hillstead Limited



# HILSTEAD

Home | Information | Philosophy | Subsidiaries | Contact Details

## Subsidiaries

HILSTEAD.com is supported by the following subsidiary:
**www.grandmonaco.com**.

Home | Information | Philosophy | Subsidiaries | Contact Details

8/21/2007

Hillstead Limited



## Information

### F.A.Q.s

Q: How will the transactions appear on bank statements?

A: The transaction will appear on bank statements in USD and will have a billing descriptor of "www.hilstead.com" or "www.proccyber.com".

Q: How do I query a transaction that appears on my bank statement?

A: Please send an email to info@hilstead.com.

Q: What other mechanisms are available to make purchases?

A: Various popular virtual wallets, depending on what the particular online merchant accepts.

Q: Is my transaction safe?

A: We employ state-of-the-art firewall technology and 128-bit encryption throughout. All of our systems are hosted in high-security environments. Your information is completely safe.

## General Information

We accept transactions in all major currencies.

## Account Deposits

You may deposit money into your e-cash account with a major credit card including Visa and Master Card. All credit card transactions are processed through HILSTEAD.com; Hillstead Limited, Gibraltar, a subsidiary of the **GrandMonaco.com** casino. These transactions will appear on your credit card statement in US Dollars, with the billing descriptor "www.HILSTEAD.com ", or "www.proccyber.com".

## Disclaimer

All the information appearing on these pages is provided without a representation or warranty whatsoever, whether expressed or implied and no liability pertaining thereto will attach to HILSTEAD.com.

HILSTEAD.com accepts no liability whatsoever for any loss whether direct, indirect or consequential arising from information provided on these pages or any actions and/or transactions resulting from there.

By utilising the HILSTEAD.com service, you are deemed to having agreed to this disclaimer.

Home | Information | Philosophy | Subsidiaries | Contact Details

# EXHIBIT # 25



 

## WHOIS RESULTS

# Online Meetings
## Made Easy

GoToMeeting

RESOUI
SERVIC

Access
PC fr
Anywl

| Do another WHOIS lookup | Backorder this name |

**Is the domain name you want below?**
We'll help you find a great alternative. ░░░

 **Choose r.Protect to hide the contact information below from public view**





Pitney Bowes

mail
Digital Postage Met

Click Here

Online Me
Made

The data contained in GoDaddy.com, Inc.'s WhoIs database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Max Wright
Suite 2B, Centre Plaza, Main Street
Gibraltar, 1
Gibraltar

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: HILSTEAD.COM
Created on: 06-May-06
Expires on: 06-May-08
Last Updated on: 06-May-07

Administrative Contact:
Wright, Max sean@biija.com
Suite 2B, Centre Plaza, Main Street
Gibraltar, 1
Gibraltar
11111 Fax --

Technical Contact:
Wright, Max sean@biija.com
Suite 2B, Centre Plaza, Main Street
Gibraltar, 1
Gibraltar
11111 Fax --

Domain servers in listed order:
PARK13.SECURESERVER.NET
PARK14.SECURESERVER.NET

---

| Do another WHOIS lookup | Backorder this name |

**NOTE:** Private Domain Registration is available for .com, .net, .org, .biz, .tv, .cc,
.info and .mobi domain names only.

# EXHIBIT # 26

| SEARCH BLOG | | FLAG BLOG | Next Blog»
Create Blog | Sign In

# POKERSHARE.COM BLOG

WELCOME TO THE POKER SHARE BLOG. YOUR SOURCE FOR ALL SORTS OF INFORMATION ABOUT POKER SHARE ONLINE POKER AND POKERSHARE.COM'S ONLINE POKER PLAY. CONTAINS LINKS TO CURRENT PROMOTIONS, LATEST POKER SHARE NEWS, AND INFORMATION ABOUT THEIR AFFILIATE PROGRAM.



**TUESDAY, MAY 30, 2006**

## Pokershare.com and Casinoshare.com Give away 8000 gallons of FREE Gasoline!

Pokershare.com and Casinoshare.com Add Fuel to Fire by giving away 8000 gallons of FREE Gasoline!

NEW YORK, New York -- (PRESS RELEASE) -- PokerShare.com and their newly launched CasinoShare.com gave away over 8 thousand gallons of gasoline this morning to hundreds of New Yorkers excited to be apart of this generous offer. The line up in what on-site traffic officers called the longest gas line in New York City this decade spanned over ten blocks backing up to the Brooklyn Bridge. From 6AM EST this morning, the Westside Highway Mobil station at the corner of Canal St. & West Side HWY offered up to $40 in free unleaded gasoline compliments of the online poker and casino group.

PokerShare's "deal" was designed to help New Yorkers enjoy their Memorial Day Weekend without having to fret about the high price of gasoline. Several morning shows and radio personalities interacted and interviewed the drivers who were clearly not only happy with their free gas, but with their 15 seconds of fame. The PokerShare team and gas station management team were all suited up, and supporting the PokerShare Pump Girls, who filled the tanks of eager New Yorkers.

With only 6 pumps in service and cars backed up during morning rush hour, NYPD eventually had to shut the party down! Lucan Toh, CEO of PokerShare.com and CasinoShare.com said, "It's a travesty that with gas prices so high in America, someone like PokerShare

**ABOUT ME**

**POKER GUY**

VIEW MY COMPLETE PROFILE

**RSS Feeds**



**PREVIOUS POSTS**

PokerShare.com is live and re-launched!

PokerShare.com is open for business!

Letter from Max Wright to PokerShare.com users

PokerShare and Excapsa Resolve Dispute

PokerShare.com to fold?

PokerShare.com Closes Doors to N.

who wants to give back and give away free gas gets shut down hours early with thousands of gallons waiting to be given out. But PokerShare is about giving back to the people who support it, so we'll be back." New Yorkers who had heard about the event through flyers, radio and TV promotions, and word of mouth came from as far away as South Jersey.

Even off-duty police officers and city officials came to the station to get their share of gas. "I left work to fill up - this is just too good to be true, when is the last time you got gas for FREE," said one customer. PokerShare.com and their newly launched CasinoShare.com hope that everyone involved will have a better Memorial Day Weekend because of the event. PokerShare.com hoped that the event could run a full five hours, but are already planning their next "PokerShare City", where they will once again help relieve the price of the pump.
The most generous site on the Web plans to choose their next city via a poll on the PokerShare.com

### About PokerShare.com
The Poker Share Trust has the ultimate benefit of 40% ownership of PokerShare.com. It receives cash every month which it returns to the players, through its unique Share Point Loyalty Programme. If PokerShare.com floats on the stock exchange or is bought by another company, players will receive cash based on the number of Share Points they have. PokerShare.com is operated by Playit Ownit Limited and licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. Both GamShare Limited and Playit Ownit Limited are based in Gibraltar. PokerShare.com is powered by, Sweden based, Tain AB, the largest online poker network in Europe.

POSTED BY POKER GUY AT 6:19 AM

0 COMMENTS:

POST A COMMENT

<< Home

America; Excapsa...

But are there any takers?

100% FIRST TIME DEPOSIT BONUS - PLAY IT // OWN IT

Online poker game wants name in local town

TOWN OFFERED $100K FOR NAME CHANGE







# EXHIBIT # 27




**PUBLIC OR PRIVATE, YOU DECIDE.**
ADOBE™ ACROBAT® 8 lets you password protect and permanently
delete any sensitive information to help your business flow.
learn more

# Entrepreneur.com

# Top 10 Successful Marketing Stunts

Ever wonder just how far some companies will go to get noticed? See how 10 companies succeeded--and five failed
miserably--when it came to making some noise.
By Geoff Williams  |  July 20, 2006

URL: http://www.entrepreneur.com/marketing/marketingideas/article159484.html

It's kind of like dating--that's the bad news. There's a lot of effort involved, and sometimes, there's some humiliation. But
when you're an entrepreneur competing for the affections of the world, there's always a new heart and mind to try to win
over because attracting customers never ends. So it's no wonder you want to try to bring in a ton of them at once by pulling
off a marketing stunt.

The good news is, marketing stunts often work. Throughout history, entrepreneurs have tried to be creative about how they
inform the public of their product. In 1903, for instance, newspaper publisher Henri Desgrange started a new bicycle road
race as a temporary publicity stunt to promote his newspaper, never imagining that the Tour de France would be going
strong more than 100 years later. The Miss America Pageant was created in 1921 as a clever way to attract business and
tourists to Atlantic City. The Pillsbury Bake-Off, which was launched in 1949, was intended to be a one-time event, but it's
become an annual event for the baking company.

But history is also littered with tales of marketing stunts that ran amok. According to a 1926 Associated Press article, for
instance, there was a candy company in Berlin that tried dropping foil-wrapped chocolates on its citizens to advertise their
services. But police had to step in after they received complaints of bruises and of children's Sunday school suits being
ruined; they had numerous gripes from bald-headed men who were getting splattered with the sweet treats. In 1976, several
airlines launched an ill-conceived marketing stunt and began giving away free drinks to coach passengers in order to
convince people to fly. It was apparently popular with the public, but passengers weren't the only ones getting hammered:
So were the companies' bottom lines as passengers drank up their profits.

In the spirit of helping you learn from other business's successes and failures, we offer our list of 10 marketing stunts that
exceeded expectations--and five that badly flopped.

## 10 Marketing Stunts Done Right
**Company:** Taco Bell Corp.
**Year of the Stunt:** 1996

**The Stunt:** In the morning, an ad appeared in *The New York Times* with a headline that read: "Taco Bell Buys the Liberty
Bell." The ad copy explained that Taco Bell was "pleased to announce that we have agreed to purchase the Liberty Bell, one
of our country's most historic treasures. It will now be called the 'Taco Liberty Bell' and will still be accessible to the
American public for viewing. While some may find this controversial, we hope our move will prompt other corporations to
take similar action to do their part to reduce the country's debt." It sounded logical, if distasteful. In another press release,
Taco Bell helpfully explained that people had been "adopting" highways for years and that purchasing a national treasure
was just a way of furthering that idea.

**What Happened Next:** Thousands of people called in their complaints to the home of the Liberty Bell, the National Historic
Park in Philadelphia, but by noon, Taco Bell admitted what many suspected, since the day was, after all, April 1. The
Taco Bell ad was an April Fool's joke, and the media and public ate it up (no pun intended). More than 650 print media
outlets and 400 broadcast outlets covered the prank, reaching more than 70 million Americans, according to Taco Bell's
marketing department. The company's revenue increased by $500,000 that day, and by $600,000 more the following day,

Case 1:07-cv-04802-DAB-RLE   Document 15-4   Filed 08/24/2007   Page 83 of 128

compared to the previous week's sales. Even then-White House spokesperson Mike McCurry, when asked about the Taco Liberty Bell, got inspired to reveal that the Lincoln Memorial had been sold and would from now on be known as the Ford Lincoln Mercury Memorial.

**Lesson Learned:** It can pay to have a sense of humor about your business.

## Company: ProShade
**Year of the Stunt:** 2006

**The Stunt:** ProShade is a company that makes a 3-in-1 gadget that combines a visor, sunglasses and a lanyard--which is a cord and a hook that allows you to carry something on them, like keys or a pocketknife or what have you. Proshade made an intriguing offer to the National Park Service earlier this year when they proposed to give $4 million to Mount Rushmore in exchange for getting to put a logo visor on each of the presidents' heads. The company explained in a news release, "The National Park Service needs more support in preserving Mount Rushmore. There's a dearth of funding in the budget to provide the national landmark with the facelift it needs. If they accept, we'd like this to go toward preservation efforts-including a much-needed pressurized wash."

**What Happened Next:** Although the National Park Service didn't take them up on their offer and despite the fact that any decent journalist knew they were being taken, the company received a fair amount of publicity for their outlandish offer. One writer for *Adweek* summed it up best in a column about ProShade's concern for Mount Rushmore when he said, "This obviously smacks of a blatant publicity stunt, as I can't conceive of anyone agreeing to this offer (especially at such a low price). But I'll write about it, anyway."

**Lesson Learned:** Journalists are human, too--they love a good story. Give it to them, and they just may take you up on writing about it.

## Company: GoldenPalace.com
**Year of the Stunt:** 2004

**The Stunt:** Because they're legally restricted from advertising in traditional media, online casino GoldenPalace.com, based in the Caribbean, has devised many marketing stunts to grab the public's attention, from paying people to tattoo their logo on body parts to--earlier this year--purchasing William Shatner's kidney stone for $25,000, so they could auction it off for charity. But their most famous marketing stunt took place a few years back when they bought a partially eaten grilled cheese sandwich for $28,000. But it wasn't just any sandwich: It looked like the likeness of the Virgin Mary had been burned into the bread.

**What Happened Next:** The casino received worldwide attention for their purchase, getting media exposure in everything from *USA Today* to the BBC to China Daily. CNN, FOX and MSNBC all covered it, as did the evening news networks. The casino likely saw the $28,000 as a bargain, considering that not only did it buy them a lot of media exposure, they were able to milk it for quite awhile. They later generated a few more headlines for buying the pan that the revered grilled cheese sandwich was cooked on, they still sell T-shirts emblazoned with the image of the Virgin Mary grilled cheese sandwich, and they took the blessed food on a world tour, displaying it in places like the Hard Rock Café in Las Vegas. They even organized the Goldenpalace.com World Grilled Cheese Eating Championship in early 2005, in which world competitive eaters came to Venice, California, to eat as many grilled cheese sandwiches as possible--and to win $10,000.

**Lesson Learned:** Even the most outlandish marketing stunts--including those involving the often-dicey topic of religion--can work to a company's advantage. The important thing to remember is that the marketing stunt should fit into the character of the business. You could definitely argue that any marketing stunt in the name of charity is only going to make an online gambling casino look better, especially when it's located on an island outside the United States' reach. And if the public's expectations of your business are low to begin with, it's harder for a marketing stunt to blow up in your face.

## Company: Burger King
**Year of the Stunt:** 1998

**The Stunt:** Obviously inspired by the good folks at Taco Bell, Burger King put out an ad in *USA Today*, stating that they'd re-engineered their most famous sandwich in order to benefit 32 million Americans, and now they were ready to present . . . the Left-Handed Whopper. They offered details of how the sandwich had been designed to fit more comfortably in the left hand, including rotating the condiments and redistributing the weight of the toppings.

**What Happened Next:** This one didn't go over quite as well as they'd hoped, since some of those 32 million Americans came into the restaurant and were annoyed to discover they couldn't actually order the Left-Handed Whopper. Still, there

Case 1:07-cv-04802-DAB-RLE    Document 15-4    Filed 08/24/2007    Page 84 of 128

was no real backlash when the restaurant chain admitted it had been an April Fool's stunt, and since the ad brought in customers, including many who requested that they receive a right-handed burger, it should be called a success.

**Lesson Learned:** No harm in being inspired by successful marketing stunts that have come before, as long as you provide your own twist. The newspaper ad on April Fool's Day had already been done, but otherwise, it was a creative gag. Certainly, Burger King was encouraged by the prank: They've continued to have a sense of humor when it comes to their marketing, their latest gag being the website, www.subservientchicken.com, which was unleashed on the internet without much fanfare--only a few friends of people who worked for Burger King's ad agency were told about it--allowing word-of-mouth to spread and customers to discover it for themselves. For those of you who haven't heard of it, it's a video of somebody in a chicken suit who will fulfill (almost) any command you type in for it. In the past several months, the site has received nearly 20 million hits, and web surfers spend an average of six minutes playing the game. Seems it never hurts to have a sense of humor.

## Company: SonicYoga.com
**Year of the Stunt:** 2002

**The Stunt:** Soon after launching his Manhattan-based yoga school in 2001, owner Jonathan Fields teamed up with Adelphi University to run the first-ever study on determining how many calories yoga burns. Knowing that the idea had media appeal--in fact, Fields also owns a marketing firm called Creative Vibe which he started in 2003--he sent a note to several top fitness magazine editors in New York City, explaining the concept of the study and offering an exclusive to whatever editor reached him first and agreed to do a story on the study. Within a week, *Self* magazine committed--and even asked to be in the study.

**What Happened Next:** After the article was written, an editor at *Self* called Fields and mentioned that it was a shame the studio didn't have a yoga instruction video to go with the article. Fields instinctively said, "Oh, we do have a video. It's in post-production, and it'll be out by the publication date." He quickly made up a name for the video and a price so the editor could add that information to the article, then he hung up and turned to his partner and said, "We need to make a yoga video very quickly." They put together a video, which sold out after the magazine hit the shelves. Since then, they've made four more videos.

**Lesson Learned:** There's something to be said for thinking big and on the fly. Fields could have been extremely embarrassed had he not been able to quickly produce a workout video that actually was generally well reviewed. And certainly another lesson to take away from this is that when you're small, teaming up with big names--Adelphi University, *Self* magazine--can make you seem bigger to the public than you really are. But maybe the best lesson is to emulate Fields' confidence. As Fields puts it, "If you want to be in the news, make news. You don't need connections, you don't need a publicist, but you do need to think way outside the box." Having said that, Fields cautions, "Even in the throes of wild creativity, there's a sound business reason, beyond publicity, to do what you want people to notice. Integrity is paramount."

## Company: D.C. Comics
**Year of the Stunt:** 1993

**The Stunt:** Whether we're talking art or not, D.C. Comics is--yes--a business, generating approximately $40 billion in revenue each year. So it's not surprising that many people felt that releasing a comic book called *The Death of Superman* was a marketing stunt, given that nobody with half a brain really, truly thought this company was going to stop producing its most popular title, a hit since the Superman character was born in 1938. (According to a recent estimate published in *Entertainment Weekly*, since that time, Superman has generated some $4 billion in revenue.)

**What Happened Next:** The news media covered this development extensively, not quite as if a head of state had passed away, but seriously enough, and the comic book featuring his death sold out on the first day. As more issues were published, they kept selling out. In fact, millions of readers purchased not just *The Death of Superman* issue but numerous others that followed, including *Funeral for a Friend* and eventually--who would have guessed?--*The Return of Superman*.

**Lesson Learned:** If you have a popular product but feel that sales are stagnant or your customers' excitement toward the brand is weaning, it may not be a bad idea to tinker with it. "Well, not so fast," you're probably thinking. "Jump into a time machine and see how people felt about New Coke in 1985." But that wasn't a marketing stunt--it was a colossal business mistake that offered numerous marketing challenges, which Coke eventually conquered, by reverting back to its original formula. Businesses revamp their products all the time, whether it's coming out with a "new and improved" formula that truly is new and improved (unlike Coca-Cola's 1985 misfire). But more often than not, instead of replacing the product, companies now just add new varieties to their line. What Superman and other beloved brands can teach us is that if you can create some drama around your product--and tug at your consumers' emotions--you may just find that your potential for bringing in a profit is, well, super.

**Company:** Maui Beverages
**Year of the Stunt:** 2005

**The Stunt:** Because Maui Beverages isn't very well known, their PR department suggested something splashy to let people know how fun this company was. First, they changed the founding executive titles--from Chief Executive Officer to Chief Entertainment Officer--and the Chief Technology Officer to Chief Tasting Officer--giving their company a more lighthearted appeal. Then they set out to prove that they really *were* fun. Maui Beverages' PR company sent the founders, Mark Mahoney and Al Williams, to be hosts at an annual conference of food and beverage trade writers. They threw a huge party with a Jimmy Buffett-type "Caribbean island" theme and gave out lots of free sunglasses--as well as free samples of their product.

**What Happened Next:** Sure enough, after the title changes and the party, the company started getting a lot of positive press, which is directly affecting their bottom line: Their annual sales have gone from $6 million in 2004 to a projected $10 million by the end of this year.

**Lesson Learned:** A marketing stunt doesn't have to be something that nobody's ever done before, but you should "keep it fresh and exciting," says founder Mahoney. Maui Beverages wasn't the first company to throw a party--or to throw it for a group of people who could help get the word out about them. But what they did was creative and a much better strategy than hoping your company's silent and under-the-radar personality will somehow get people to notice you anyway.

**Company:** Del Monte Foods
**Year of the Stunt:** 2006

**The Stunt:** This ongoing stunt is part of a larger trend called advertainment--pure entertainment wrapped around a product with hopes of convincing consumers to purchase said product. Del Monte is currently airing a reality show for cats on Animal Planet. They've put up a Meow Mix Housewith webcams for people to look in and watch these cats in one room--from 10 shelters around the country--where they hang out and have various visitors (think *Big Brother*, but for felines). Every Friday, on Animal Planet, Meow Mix announces which cat has been "voted out," but in this case, that means being put up for adoption and receiving a year's supply of Meow Mix.

**What Happened Next:** So far, so good. Meow Mix's marketing director has been doing tons of interviews, and the brand is being associated with a worthy cause: cat adoption.

**The Lesson:** If you're going to look for inspiration for a marketing idea, why not borrow from popular culture?

**Company:** Half.com
**Year of the Stunt:** 1999

**The Stunt:** Half.com, a retail website known for having sharply discounted items, paid Halfway, Oregon, to adopt the name Half.com for their town for a year. In exchange, Halfway received $100,000, 20 new computers for the local school and other financial subsidies.

**What Happened Next:** The media picked up on it, Half.com became very well known, and in 2000, five months after the IPO, eBay bought the company for $300 million. Halfway, Oregon, was a little less fortunate. According to Halfway, Oregon's official website, "Half.com made many promises. Some of which were honored and others not."

**The Lesson:** Creativity works, and you can apparently talk anyone into anything, if you show them the money. It also helped that Halfway, Oregon, felt it was a winning situation for them, too, beyond the monetary reward: They were the first dotcom town in the nation--though not the first community to change their name to a brand name. That distinction goes to Truth or Consequences, New Mexico, which changed its name from Hot Springs in 1950, when radio personality Ralph Edwards was hosting a popular radio show called "Truth or Consequences." He'd said he wished a town loved the show enough to rename itself after the program--and if one would, he'd air a live program from the community. Hot Springs, anxious to shed its name, anyway, since people confused it with the town in Arkansas, jumped at the chance.

**Companies:** PokerShare.comand CasinoShare.com
**Year of the Stunt:** 2006

**The Stunt:** Another casino, unable to advertise in traditional media; another amazing marketing stunt. Over Memorial Day weekend this year, with gas prices hovering around $3 a gallon, PokerShare.com and its newly launched CasinoShare.com gave away more than 8,000 gallons of gasoline to hundreds of New Yorkers. In a long, snaking line of traffic, New Yorkers

Case 1:07-cv-04802-DAB-RLE    Document 15-4    Filed 08/24/2007    Page 86 of 128

lined up to receive $40 of free gas while free food was distributed and music blared.

**What Happened Next:** Before the morning rush hour had ended, the New York City Police Department shut down the stunt because the lines were wrecking havoc with traffic flow. Many people--including off-duty police officers and government officials--left empty-handed. But PokerShare.com and CasinoShare.com could hardly call their efforts a failure. The free gas stunt, conceived by Popular Culture PR, was popular enough to be held again in Los Angeles several weeks later.

**Lesson Learned:** Generosity is a selling point in a marketing stunt, but you have to tap into human nature and, if possible, current events. If the same company had given away $40 in PokerShare.com gift certificates, it's likely the media wouldn't even have noticed since coupon giveaways aren't exactly a breaking news item. And if PokerShare had handed out $40 in cash to just anybody on the street, they might have warranted a story from some local media outlet but, save a mugging or mobs, probably not generated a mention on the national evening news. But free gas when the headlines these days are all about the rising price of gas? This marketing gimmick wasn't just covered by the evening news, but also by Fox News, *The New York Times*, the *Washington Post* and other media outlets, reaching more than 9 million people.

## Company: Snapple
**Year of the Stunt:** June 2005

**The Stunt:** Snapple attempted to erect the world's largest popsicle, made of frozen Snapple juice, twenty-five feet tall and weighing 17.5 tons.

**What Went Wrong:** It melted. As a crane pulled the frozen treat into an upright position in Times Square in New York City, someone at Snapple made the decision to abruptly call the whole thing off--it was very clear that something was wrong. With the temperature at eighty degrees, the popsicle was melting fast, sending a flood of kiwi-strawberry-flavored fluid pouring onto the streets of downtown Manhattan and forcing innocent bystanders to flee from the sticky, sugary mess, according to the Associated Press. (Apparently, Snapple executives understood that the snack would melt but not as fast as what happened that day.) Firefighters then closed off several streets and used hoses to wash away the melted gunk.

**Lesson Learned:** It's pretty obvious, isn't it? Stunts take planning--a lot of it--and not taking even the smallest detail, such as the weather, into account can really trip you up. That may explain why Snapple's more recent stunts have been slightly more safe: When the New York City-based marketing company, EMCI, contacted them to be the sole sponsor on a Boston radio station for six weeks, in effect giving listeners ad-free radio, or at least less ad clutter, Snapple snapped at the idea.

## Company: JMP Creative
**Year of the Stunt:** 1990

**The Stunt:** Jim McCafferty, a magician turned marketer, was trying to promote his marketing startup business and decided to pull something worthy of Houdini to advertise his new venture. As the opening act for a concert, McCafferty allowed himself to be put in a straightjacket and then enclosed in a welded-shut steel cage and hoisted by a crane to the height of 300 feet. He was supposed to escape from the jacket and cage in two minutes and secure himself to a harness before a timer released the cage and allowed it to crash to the ground.

**What Happened Next:** While he escaped his straight jacket relatively quickly, the cage malfunctioned and he was trapped inside with less than a minute to go. Struggling with the cage, he scrambled onto its roof with 10 seconds to spare. But before he could attach himself to the harness, his time ran out and the cage dropped, plunging 60 feet before Jim clicked himself onto the harness, just seconds before the cage smashed into the ground. The crowd, thinking this was part of the act, loved it. Meanwhile, McCafferty was placed on a stretcher and carried to an ambulance, suffering from first- and second-degree rope burns. Before he was taken away, he asked one of his guests, a potential client, what he thought of the act. "I love the illusion of drama," the guy said, apparently not realizing how close Jim came to dying. "I truly didn't believe you were going to make it. And that fall, it was brilliant. It scared the daylights out of everyone." McCafferty didn't miss a beat: "Yeah, but just imagine what I can do for your brand."

**The Lesson:** In many ways, McCafferty's stunt did work--he has a multimillion dollar marketing business today--but we can't in good conscience say this stunt was a success. Marketing stunts are a game of chance, and if something can't go wrong, it's probably not much of a stunt. But gamble with the company, not yourself. No entrepreneur should ever risk his or her life.

## Company: Vodafone
**Year of the Stunt:** 2002

**The Stunt:** At a rugby match between New Zealand and Australia, two streakers interrupted the game, wearing nothing but

the Vodafone logo.

**What Happened Next:** The police got involved, arresting the streakers before the game was over. Sure, there was a lot of attention and publicity from the media, and if you feel that even bad publicity is good publicity, then consider exposing your company by having somebody expose themselves. Just know that Grahame Maher, one of the CEOs of Vodafone, an international telecommunications company, was forced to apologize for encouraging these two guys to streak through the game--and thus break the law. The company also ended up donating $30,000 pounds to a nonprofit campaign aimed at reducing sports injuries.

**The Lesson:** If you have to break a law to pull off your marketing stunt, it's probably not a good idea. In fact, it's not a bad idea to consider the law even if you *aren't* breaking it. Paramount Pictures learned that the hard way earlier this year when it teamed up with the *Los Angeles Times* to rig 4,500 randomly selected newspaper boxes around the city. Unwitting customers paid for the paper and opened the rack, unaware that the *Mission: Impossible* theme song was about to start playing. It sounds harmless enough, but the machinery that played the music had red wires stuck out of it and looked like an explosive device. A bomb squad was called in at one location and actually blew up a newsrack before learning what was really going on.

## Company: Sony
**Year of the Stunt:** 2005

**The Stunt:** Sony had graffiti artists design--and spray paint--various pictures of their PlayStation Portable at several locations around New York City.

**What Happened Next:** Many people hated the look of the ads--after all, who wants graffiti in a city--and others saw it as a blatant attempt to be cool, or to get cheap labor from struggling teenagers. An online petition was started with comments like, "Stop cynically exploiting graffiti artists." Another declared, "I will never buy a Sony product again."

**The Lesson:** If you don't have street cred, really examine whether you have any chance of getting any. If something about your company or brand doesn't have it, it might be worth living with that.

## Company: Pontiac
**Year of the Stunt:** 2004

**The Stunt:** If you haven't already heard, Oprah Winfrey gave away a Pontiac to each member of her studio audience--her entire audience--for free one day.

**What Happened Next:** Sure, the audience members were thrilled and the marketing stunt made news in all corners of the world. But advertising experts have argued that the real winner of this marketing stunt was Oprah--not the car manufacturer. Who actually today remembers that the car given away was a Pontiac G6 sedan--or even that it was a Pontiac? Everybody was applauding Oprah Winfrey for her generosity, but not Pontiac, which had come up with the idea for the giveaway. And there was some bad publicity, too: The winners were upset when they had to pay a huge tax bill for their gift. And for those who did pay attention and try to buy a Pontiac G6 in the immediate media aftermath, the new sedan wasn't yet available at many dealerships.

**The Lesson:** There's plenty to chew on, but certainly one lesson is that while it can be useful to partner with a bigger entity than yourself--see SonicYoga.com--if you partner with somebody really big, every time you're in the same room, you might find that you're not getting any time in the spotlight and you've simply become a prop.

---

*Geoff Williams is a freelance writer in Loveland, Ohio.*

Copyright © 2007 Entrepreneur.com, Inc. All rights reserved. Privacy Policy

# EXHIBIT # 28

Online Gambling Company Fuel Promo A Success



# Online-Casinos

## Only The Best In Online Gaming.

**CLICK HERE**

**$250 FREE***

Everything You Need
To Know About Gambling

Home

**Get Started:**
Beginners Guide
About

**Play a Casino:**
Top Picks
Casino Reviews
Casino Directory

**Gambling Tools:**
Blackjack Strategy
Jackpot Tracker
Poker Odds
Blackjack Better
Video Poker Trainer
Roulette Trainer

**News and Features:**
Latest News
Gambling Articles
Newsletter
News Archive

**Players Resources:**
Best Bonuses
Best Payouts
Biggest Jackpots

**Online Gambling Fuel Promo A Success**

**Published:** Saturday, May 27, 2006 Online-Casinos.com

ONLINE GAMBLING COMPANY FUEL PROMO A SUCCESS

**New Yorkers queue for free fuel from online gambling company**

**PokerShare.com**, the online gambling company that offers players shares, and their newly launched **CasinoShare.com** gave away over 8 thousand gallons of gasoline this week to hundreds of New Yorkers in the know.

The promotion resulted in what traffic officers reportedly called the longest gas line in New York City this decade, spanning over ten blocks and backing up to the Brooklyn Bridge.

From 6 a.m. the Westside Highway Mobil station at the corner of Canal St. & West Side HWY offered each motorist up to $40 in free unleaded gasoline compliments of the online poker and casino group. PokerShare's generosity was "...designed to help New Yorkers enjoy their Memorial Day Weekend without having to fret about the high price of gasoline".....and of course publicise the gaming facilities!

Several morning shows and radio personalities interacted and interviewed the drivers who were clearly not only happy with their free gas, but with their 15 seconds of fame. The PokerShare team and gas station management team were all suited up, and supporting the PokerShare Pump Girls, who filled the tanks of eager motorists. With only 6 pumps in service and cars backed up during morning rush hour, NYPD eventually had to stop the promotion.

# Online Gambling Company Fuel Promo A Success

Tournaments

**Free Games:**
Play Now

**Rules and Strategies:**
Blackjack
Slots
Video Poker
Roulette
Baccarat
Sic Bo
Keno
Craps

**More Channels**
Poker

Lucan Toh, CEO of PokerShare.com and CasinoShare.com wasn't happy about the shutdown and said, "It's a travesty that with gas prices so high in America, someone like PokerShare who wants to give back and give away free gas gets shut down hours early with thousands of gallons waiting to be given out."

New Yorkers who had heard about the event through flyers, radio and TV promotions, and word of mouth came from as far away as South Jersey. Even off-duty police officers and city officials came to the station to get their share of gas. "I left work to fill up – this is just too good to be true, when is the last time you got gas for free," said one customer.

PokerShare management plan to repeat the promo in other cities which will be selected through a players' poll on their website - attracting more traffic, for sure.

PokerShare.com is operated by Playit Ownit Limited and licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. Both GamShare Limited and Playit Ownit Limited are based in Gibraltar. PokerShare.com is powered by Swedish software provider Tain AB, a major online poker network in Europe.



Thu. 09-08-2007

Printer friendly option

Send this Article to a Friend

Copyright 2007 Online Casinos - Charity - Contact
Other Online Casino Gambling Sites of Interest
More Sites

# EXHIBIT # 29



# PokerShare.com presents
# CHIMP VS. CHUMP

MONKEY .net

## Mikey the Monkey* Speaks Out

Chimp with attitude

This Resource is Not Available ( Inactive )



Welcome to MonkeyShare.net, the home of Mikey the PokerShare monkey. Things are getting hairy - Mikey is swinging poker to new heights.

On the rebound from his recent cruel rejection by the WSOP Man, Mikey will be using these pages to get even on those who've wronged him, to give you all the latest news on World of Poker and more, including exclusives on the high life, the homeyz, and even the Hellmuth.

The search for a more open-minded poker tournament, which accepts primate competitors, continues.

Get your share of Mikey. email Updates




| Home |
| Bio |
| Photos |
| Press |
| Video |
| Contact |


CASINO SHARE .com


POKER SHARE .com

This Resource is Not Available ( Inactive )



Welcome to MonkeyShare.net, the home of Mikey the PokerShare monkey. Things are getting hairy - Mikey is swinging poker to new heights.

On the rebound from his recent cruel rejection by the WSOP Man, Mikey will be using these pages to get even on those who've wronged him, to give you all the latest news on World of Poker and more, including exclusives on the high life, the honeyz, and even the Halmuth

The search for a more open-minded poker tournament, which accepts primate competitors, continues

Get your Share of Mikey Email Updates

Leave your name and email address to receive FREE updates on Mikey's progress and give him the support he needs to bounce back from his painful WSOP rejection.

If Mikey is accepted to and wins another tournament, he wants to share his winnings with all of his fans and supporters, so why not show your support and share in his success.

As well as outshining the opposition on his way to the top of the fame tree and talking about his training for the WSOP, our banana loving chimp is trying to raise awareness for animal education and preservation and you will no doubt be cropping up again soon, on a TV near you!

*Remember: Chimps are apes, not monkeys

Poker Share | Casino Share

Copyright 2006 Playshare, Limited. All rights reserved



MONKEY

.net

Home
Bio
Photos
Press
Video
Contact

## PokerShare.com presents
# CHIMP VS. CHUMP







# Mikey the Monkey* Speaks Out
### Chimp with Attitude

MonkeyShare.net presented by PokerShare.com

MonkeyShare.net presented by PokerShare.com



who've wronged him, to give you all the latest news on World of Poker and more, including exclusives on the high life, the honeeyz, and even the Hellmuth.

The search for a more open-minded poker tournament, which accepts primate competitors, continues.

## Get your $hare of Mikey Email Updates

Leave your name and email address to receive FREE updates on Mikey's progress and give him the support he needs to bounce back from his painful WSOP rejection.

If Mikey is accepted to and wins another tournament, he wants to share his winnings with all of his fans and supporters, so why not show your support and share in his success.

8/8/2007

Poker Share | Casino

MonkeyShare.net presented by PokerShare.com

Share

Create Blog | Sign In

| SEARCH BLOG| | FLAG BLOG | Next Blog»

# MIKEY THE MONKEY*

### I DO BAD THINGS TO GOOD PEOPLE

SUBSCRIBE TO MY BLOG!



📌 ➕ Add to Google | | MY AOL

FRIDAY, JULY 28, 2006

## Ooo I got what it takes

### Leavin' on a Jet Plane

Mikey the PokerShare.com Monkey packs his bags and leaves his Maryland home (on a jet plane.) He don't know when he'll be back again, and frankly, he don't much care:

After all, he's going to **Vegas**, baby. Yeah… Let the good times roll…

Bigger than Trump, Murdoch and Martha Stewart combined

Mikey's onslaught on the world's media has begun; He's going to be a great big shining star. Oh yah.

### Remember my Name

Being the proud owner of opposable big toes, adjusting to the limelight has been easy for Mikey: Incredibly, he is actually able to sign **four** autographs simultaneously.

Celebrities would kill for these skills.

### You ain't seen the best of me yet

Mikey would like to take this opportunity to apologize both to his fans and supporters, humans and primates, as his

ABOUT ME

MICHAEL CHIMPSKI

VIEW MY COMPLETE PROFILE

EATING SOME CHIPS

# Mikey the Monkey*: Ooo I got what it takes



performance on Good Morning America was clearly not up to the high standard of poker he usually sets himself. We would like to offer the following explanation on his behalf:

Earlier that day, our hairy friend's strict poker regime was rudely interrupted by **Bertha,** an orang-utan, challenging him to a game of Omaha Hi-Lo.

Whilst Mikey is principally a Hold 'em-trained ape, he never can turn down a challenge from bigger, uglier primates (Phil Hellmuth Jr. being a case in point.)

Bertha busted him out of a wad of cash (including his stash from the Black-Eyed Peas gig he did – read more about this here.) Having bottled up his frustration for hours, and having lost his bankroll to a primate that looks like an extra from "Space Odyssey", Mikey went on tilt. Unfortunately for him, this happened in front of the cameras, with the eyes and hopes of a nation on him.

## I got more in me and you can set it free

In conclusion, we offer the following explanations for Mikey's below-par poker (on this occasion):

(a) The Bertha thing, obviously. Who, if they're being totally honest, has never had this happen to them?

(b) Seeing the Good Morning America Presenter dealing cards with a flagrant disregard for the rules of any game of poker known to man (or monkey).

## Give me time I'll make you forget the rest

Finally, on behalf of the chimp himself, we'd like to say the following...

Your continued support for Mikey's trail-blazing journey to the World Series of Poker is appreciated.

**BLOG ARCHIVE**

▼ 06 (23)

▼ Dec (1)

Mikey Vs. Bill Filmaff – The Ultimate Head-to-Head...

► Oct (6)

► Sep (6)

► Aug (6)

► Jul (4)


Poker
Blogs
TopSite


ePOKER .com
PLAY NOW!

**MIKEY FANCLUB**

Mikey the Monkey*: Ooo I got what it takes

**POSTED BY MICHAEL CHIMPSKI AT 28.7.06**

**LABELS: FUNNY, GAMBLING, GOOD MORNING AMERICA, HUMOR, LAUGHS, MIKEY THE MONKEY, MONKEY REJECTED FROM WSOP, OMAHA HI-LO, POKERSHARE, SATIRE**



Honeeyz, form an orderly queue.

## 1 COMMENTS:

Julie said...

Oooo I bet you do baby. I have seen you play and your much better then that. Beat the best... and leave the rest.

9/15/2006 6:28 PM

Post a Comment

Newer Post          Home          Older Post

Subscribe to: Post Comments (Atom)

**GET AUTOMATIC MIKEY UPDATES**

Add to Google | MY AOL

MY Yahoo! | Bloglines

Click above to add Mikey's blog to your Google Homepage, AOL, MyYahoo, or the orange icon for other ways you can be the first to know each time Mikey has something new to say.

**MONKEY LOVE**

Mikey the Monkey*: Ooo I got what it takes



So what if she *is* my cousin?

**DOYLE BRUNSON QUOTE I**

I don't know why I got the hang of it so easily, as opposed to most people. Within a week, I was the best player in all the hold'em games. It was just a natural thing for me.

**DOYLE BRUNSON QUOTE II**

People today who play in all the big fancy cardrooms don't understand what it was like back in those days to be a poker player with all the problems we had.

Mikey the Monkey* : Ooo I got what it takes





sitemeter

**CHIMP-FRIENDLY BLOGS**

easy cure
hella hold'em
MattahFahtu
nick 'the cloud' cantwell
red-headed April
sheverb
trippy jax
uWannaBet?





Mikey the Monkey*: Ooo I got what it takes



*N.B. - CHIMPS ARE APES, NOT MONKEYS.

| SEARCH BLOG | FLAG BLOG | Next Blog»

# MIKEY THE MONKEY*

### I DO BAD THINGS TO GOOD PEOPLE

**WEDNESDAY, AUGUST 23, 2006**

## WSOP Champion Jamie Gold Gets Sued

### News Just In

WSOP monkey champion Jamie M. Gold is being sued for half his $12 million prize. Jamie got within inches of massive wealth, and was just about to jack in his job too, but now the briefcase full of cash is under lock and key again at the Rio. Jamie won't see a dime of his prize until this baloney lawsuit is thrown out.

The World Series of Poker may have refused Mikey the PokerShare.com Monkey permission to play in the WSOP Main Event, but that doesn't mean he's so bitter and twisted he doesn't know a blatantly phoney publicity stunt when he sees one.

"This kind of thing just makes me sick" said the PokerShare.com Chimp earlier today.

"I'm totally shocked the depths that some humans will stoop to, and for what? A bit of cheap marketing? A few bucks? I tell you, you'd never catch me and my buddies at PokerShare.com doing anything as low as this."

Speaking to his adoring public this morning, Mikey reiterated his total support for the WSOP winner, and soon to be bankrupt Gold. Ever since this messy lawsuit thing started, Mikey's trainer has had to make absolutely sure no-

**SUBSCRIBE TO MY BLOG!**

Add to Google | MY AOL



**ABOUT ME**

**MICHAEL CHIMPSKI**

**VIEW MY COMPLETE PROFILE**

**EATING SOME CHIPS**

Mikey the Monkey*: WSOP Champion Jamie Gold Gets Sued

one mentions Bruce Crispin Leyser around him: whenever Mikey hears the name of the guy who's suing Jamie Gold for his hard-earned poker millions, he jumps up and down violently and throws stuff around.

In order to help Jamie feel better during what must be a very difficult time, Mikey has suggested they both get back to what they know and love best. Not blonde models, in this case –

"How about a Head-to-Head Hold 'em Tourney old school, head to head - no rebuys, no limit... old school, Jamie... the way it was supposed to be played."

Mikey has also issued a challenge to poker tournaments worldwide:

"Your decision to ban ape and monkey players is unconstitutional. In addition, it's a real drag for me and my chimp buddies. I'll say it again: Let me play... Or the Hellmuth gets it..."

**POSTED BY MICHAEL CHIMPSKI AT 23.8.06**

**LABELS: BRUCE CRISPIN LEYSER, JAMIE GOLD, LAUGHS, MONKEY REJECTED FROM WSOP, POKER, POKER HUMOR, POKER SATIRE, POKERSHARE, SATIRE, WORLD SERIES OF POKER, WSOP LAWSUIT**

# 1 COMMENTS:

Anonymous said...

Gosh don't let Davepokerplayer get a hold of this one!

9/15/2006 7:02 PM

Post a Comment





**BLOG ARCHIVE**

▼ 06 (23)

▼ Dec (1)

Mikey Vs. Bill Filmaff - The Ultimate Head-to-Head...

► Oct (6)

► Sep (6)

► Aug (6)

► Jul (4)

Poker Blogs TopSite

**MIKEY FANCLUB**

Mikey the Monkey*: WSOP Champion Jamie Gold Gets Sued



Honeeyz, form an orderly queue.

Newer Post    Home    Older Post

Subscribe to: Post Comments (Atom)

## GET AUTOMATIC MIKEY UPDATES

Add to Go gle | Blughines | MYAOL

MY Yahoo!

Click above to add Mikey's blog to your Google Homepage, AOL, MyYahoo, or the orange icon for other ways you can be the first to know each time Mikey has something new to say.

## MONKEY LOVE

Mikey the Monkey*: WSOP Champion Jamie Gold Gets Sued



So what if she *is* my cousin?

**DOYLE BRUNSON QUOTE I**

I don't know why I got the hang of it so easily, as opposed to most people. Within a week, I was the best player in all the hold'em games. It was just a natural thing for me.

**DOYLE BRUNSON QUOTE II**

People today who play in all the big fancy cardrooms don't understand what it was like back in those days to be a poker player with all the problems we had.

Mikey the Monkey*: WSOP Champion Jamie Gold Gets Sued



sitemeter

**CHIMP-FRIENDLY BLOGS**

easy cure
hella hold'em
MattahFahtu
nick 'the cloud' cantwell
red-headed April
sheverb
trippy jax
uWannaBet?







Mikey the Monkey*: WSOP Champion Jamie Gold Gets Sued



*N.B. - CHIMPS ARE APES, NOT MONKEYS.

8/23/2007

# EXHIBIT # 30

# Casino City
Your Guide to the Casino Entertainment

players search | advanced search

**Language Support:**
English

**Your Location:**
New York

> edit your preferences

Home
Casinos
Poker
Bingo
Skill Games
Backgammon
Lotteries
Sportsbooks
Betting Exchanges
Weekly Newsletter
Online Gaming News
Gaming Software
Gaming Site Owners
Gaming Jurisdictions

## PokerShare.com Still All-In With Mikey the Poker Playing Chimp

3 Aug 2006

**PRESS RELEASE**

**August 3, 2006 (Las Vegas, NV) –**
PokerShare.com and Mikey the chimp have not given up on their mission to earn Mikey his retirement money from poker tournament winnings. Despite Jeffrey Pollock, Vice President of Harrah's Entertainment's statement to the press Thursday, July 27, 2006 saying Mikey would not be allowed into the World Series of Poker, PokerShare.com will search hard to find another poker tournament that will let Mikey play.

"Mikey will overcome this rejection into the WSOP 2006 and keep practicing until another poker tournament picks him up. We will sponsor him in whatever tournament will accept him because we know a chimp can beat a chump," says Max Wright, PokerShare.com Poker Room Manager.

**Trainor Sheds Tears**

With appearances on Good Morning America, Inside Edition, CBS, FOX News, and others, Mikey, the brainiest baboon around has made an impact on the hearts of America, and had thousands rooting for him to earn the retirement money it would take to keep him living with his trainer, owner, and mother, Jucie Harrison. When Harrison heard the sad news Thursday evening, before the first day of the World Series of Poker main event, she broke into tears.

"Mikey has been training for months and really had had a shot at winning money to live with me for the rest of his life. I can't believe they won't let him in. I take him everywhere and he is just like a human, and I am his mother, I am his everything," said Harrison.

Professionally trained to recognize colors, shapes, perform on television, and wear a green poker



Bonuses! New games! Gossip! And all the player news you can handle. Sign up NOW!

enter email address

Subscribe

View the current issue

**Related Links**

PokerShare.com Site Details

Ranked online poker sites!

**Related News**

Playshare acquires Grand Gaming Group

Playshare.com announces it is restricting play from some U.S. states

Tribeca Tables withdraws from certain territories

visor and sunglasses, Mikey was prepared to play with the best poker players in the world.

**Pro Reactions to Chimp Rejection**

Not only the trainer and sentimental citizens felt the wrath of the disappointing decision. Professional poker players were also upset, saying they were looking forward to playing against Mikey.

Pro player Marcel Luske enjoyed playing against Mikey in the MonkeyShare.net press conference at the Palms on July 27, 2006.

"Mikey played quite a few good hands. After looking at his cards, he knew he didn't want to bet because he had a bad hand. Playing against Mikey was certainly interesting, he was well behaved and the game was a lot more civil than other games I have played in my poker career" said Luske.

Marcel Luske was the star performer at the Bluff Rocks Party on Sunday night at the Hard Rock Café. His dazzling debut performance showed he has more in his repertoire than simply poker.

**No More Monkeying Around**

Mikey and his PokerShare.com sponsors are making a statement and not monkeying around, as he tries to find another tournament that will allow him to play. With the positive responses Mikey has received from poker players and poker fans alike, odds are that tournament executives will be going all-in for this poker-playing chimp.

**New Poker Face**

Mikey the chimp's high profile and army of poker-playing fans, have led PokerShare.com to use Mikey's image and identity as the new face of PokerShare.com.

"Mikey has stolen the show at the 2006 WSOP and he is the perfect marketing vehicle with which we want to brand ourselves. He embodies the brand of PokerShare.com because he is playful, fun, and different. All very positive attributes which contribute to the most generous site on the Web- PokerShare.com and CasinoShare.com Poker Room Manager, Wright.

**ENDS**

**About PokerShare.com (www.PokerShare.com)**

The Poker Share Trust has the ultimate benefit of 40% ownership of PokerShare.com. It receives cash every month which it returns to the players, through its unique Share Point Loyalty Programme. If PokerShare.com floats on the stock exchange or is bought by another company, players will receive cash based on the number of Share Points they have.





PokerShare.com Still All-In With Mikey the Poker Playing Chimp - Online Casino City

PokerShare.com is operated by Playit Ownit Limited and licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. Both GamShare Limited and Playit Ownit Limited are based in Gibraltar. PokerShare.com is powered by, Sweden based, Tain AB, the largest online poker network in Europe.

**How The Concept Works**

When you play on PokerShare.com, you earn Frequent Player Points (FPP) which can be used for betting and entering tournaments. For every FPP you earn, you get a Share Point for free.

Your Share Points give you exclusive access to the Poker Share Trust, allowing you to buy merchandise from T-Shirts to cars, entry to land based tournaments around the world or just cold hard cash. The more you play, the more Share Points you earn. The Share Point Total will always be recorded, whether you choose to redeem your points or not. Share Points are important because this is the ultimate measure of loyalty for the Poker Share Trust, the more points you have, the more benefit you receive.

**About Mikey**

Mikey is a chimp who loves life in the limelight! Like his human counterparts and other exotic animals in show business, Mikey has several years allotted to earn money for his retirement fund.

He has been professionally trained to recognize the colors and shapes of suits and numbers on playing cards and perform on television.His favorite move is going "all in" but don't tell his competition.

Appearances in Vogue and the Black Eyed Peas CD cover are only a few highlights of Mikey's illustrious career in show business.

For more information on Mikey please go to: http://www.monkeyshare.net/Home.aspx.

About Us  |  Feedback  |  Advertising  |  Publications  |  Land Casinos

Casino City is an independent directory and information service not affiliated with any casino. Warning: You must ensure you meet all age and other regulatory requirements before entering a casino or placing a wager. There are hundreds of jurisdictions in the world with Internet access and hundreds of different games and gambling opportunities available on the Internet. Do not assume that Internet gaming sites are in compliance with the rules and regulations of every jurisdiction from which they accept players. YOU are responsible for determining if it is legal for YOU to play any particular game or place any particular wager under the laws of the jurisdiction where you are located.

Copyright © 1995-2007 Casino City, Inc. or its affiliates. Terms of Use | Privacy Policy

# EXHIBIT # 31



## PokerShare.com Sponsors Mikey The Chimp At The WSOP

By News Release

July 21, 2006 (LONDON, UK & LAS VEGAS, USA) –
– Yes, the rumors are true. PokerShare.com is sponsoring Mikey the Chimp at the 2006 World Series of Poker. There will be a press conference at 2:00pm (PST) on Thursday, July 27, 2006 at the Palms Hotel, 'Real World' suite. Mikey and his trainers will be available for comments regarding Mikey's professional poker training for the WSOP and on Chimpanzee's cognitive abilities.

"Everyone has heard about the intelligence of primates and Mikey is one of the smartest around. PokerShare.com is confident that our purchase of a seat to the World Series of Poker will get put to good use by Mikey," says, Lucan M. Toh, CEO of PokerShare.com.

HAIRY SITUATION FINDING A POKER-PLAYING MONKEY?

There are very few primates that have the cognitive ability of Mikey. "After a gruelling search across North America," says Lucan Toh, CEO of PokerShare.com, "we have spent our efforts on one lucky chimp." Mikey has been professionally trained to recognize the colors and shapes of suits and numbers. His favorite move is going "all in" but don't tell his competition. His website, WWW.MONKEYSHARE.NET will show video

footage of this chimp practicing his "all in" moves with his trainers.

## BANANAS OR CHIPS?

With spectators going bananas for this animated chimp, Mikey will be playing for chips! He wants cold hard cash for his retirement, which has become a more serious problem for show business animals. After chimps perform for several years, they must retire, and like humans, live off of their earnings for the rest of their lives. Mikey's trainers are available to comment on Mikey's retirement plan and where he hopes to retire, should he win the 2006 WSOP.

## MIKEY CHALLENGES MEDIA TO HEAD'S UP MATCH!

After his press conference at the Palms, Mikey will also challenge a journalist to a live poker match. Journalists and producers will receive a banana split and share in cold Bannarama Vodka Blended's at the press conference.

## CHIMP OR CHUMP?

Mikey the chimp will be sending all of his losing opponents BACK to next year's World Series of Poker (WSOP), compliments of Pokershare.com. That's right, Pokershare.com will sponsor his losing victims to get right back up after defeat, and play again for free in the 2007 World Series of Poker!

-END-

About PokerShare.com (www.PokerShare.com)

The Poker Share Trust has the ultimate benefit of 40% ownership of PokerShare.com. It receives cash every month which it returns to the players, through its unique Share Point Loyalty Programme. If PokerShare.com floats on the stock exchange or is bought by another company, players will receive cash based on the number of Share Points they

have.

PokerShare.com is operated by Playit Ownit Limited and licensed by the Kahnawake Gaming Commission through its parent company, GamShare Limited. Both GamShare Limited and Playit Ownit Limited are based in Gibraltar. PokerShare.com is powered by, Sweden based, Tain AB, the largest online poker network in Europe.

How The Concept Works

When you play on PokerShare.com, you earn Frequent Player Points (FPP) which can be used for betting and entering tournaments. For every FPP you earn, you get a Share Point for free.

Your Share Points give you exclusive access to the Poker Share Trust, allowing you to buy merchandise from T-Shirts to cars, entry to land based tournaments around the world or just cold hard cash. The more you play, the more Share Points you earn. The Share Point Total will always be recorded, whether you choose to redeem your points or not. Share Points are important because this is the ultimate measure of loyalty for the Poker Share Trust, the more points you have, the more benefit you receive.

About Mikey

Mikey is a chimp who loves life in the limelight! Like his human counterparts and other exotic animals in show business, Mikey has several years allotted to earn money for his retirement fund. He has been professionally trained to recognize the colors and shapes of suits and numbers on playing cards and perform on television. His favorite move is going 'all in' but don't tell his competition. Appearances in Vogue and the Black Eyed Peas CD cover are only a few highlights of Mikey's illustrious career in show business.

Case 1:07-cv-04802-DAB-RLE     Document 15-4     Filed 08/24/2007     Page 117 of 128

For more information on Mikey and to track his progress at the WSOP, please go to: http://www.monkeyshare.net/Home.aspx. Mikey will be available for interviews and photos.


Please contact:

Melissa Ross

Lyceum Media

+44 (0) 207 953 4026

+44 (0) 795 085 5887 (mobile)

Melissa@lyceummedia.com

**Home     Print     Email Article        Newsletter**




Copyright OnlineCasinoNews.com

Online Casino News.com provides online gamblers with information on online casino gambling, sports betting tips, wining casino tips, internet c odds, matchups, results, editorial and much, much more... We also have an industry insider's section including Internet gaming press releases and gaming industry news.

Online Casino News : PokerShare's Monkey Business At WSOP



GOLDEN CASINO .COM
100% MATCH BONUS
DAILY REWARDS
GREAT GAMES
VISIT CASINO

Home | Translation | Search

Top Stories
Sports
Industry News
Tips/Promotions
Reviews
Extras



## PokerShare's Monkey Business At WSOP

By Andrew B



PokerShare.com is to sponsor Mikey the Chimp in what is the most bizarre marketing coup of this year's World School of Poker (WSOP) main event.

There will be a press conference at 2:00pm (PST) on Thursday, July 27, 2006 at the Palms Hotel, where Mikey and his trainers will be available for comments regarding his training for the tournament and his cognitive abilities.

Lucan M. Toh, CEO of PokerShare.com, said, 'Everyone has heard about the intelligence of primates and Mikey is one of the smartest around. PokerShare.com is confident that our purchase of a

Online Casino News : PokerShare's Monkey Business At WSOP

 

seat to the World Series of Poker will get put to good use by Mikey."

The chimpanzee has been professionally trained to recognize the colours and shapes of suits and numbers and apparently his favourite move is going 'all in', but don't tell his competition.

Mikey was found in a nationwide search and has been touted as the best non-human player in the world. However PokerShare have promised that they will pay for anyone who's knocked out by Mikey this year to return at next year's World Series main event.

His website, www.monkeyshare.net will show video footage of Mikey practicing for the tournament.

Home    Print    Email Article    Newsletter



Online Casino News : PokerShare's Monkey Business At WSOP





Publish Fresh Content

Copyright OnlineCasinoNews.com

Online Casino News.com provides online gamblers with information on online casino gambling, sports betting tips, wining casino tips, Internet casino reviews, sports odds, matchups, results, editorial and much, much more... We also have an industry insider's section including Internet gaming press releases, a calendar of events and gaming industry news.

# EXHIBIT # 32

8/9/2007

ABC News

SEARCH

Top Videos
i-CAUGHT
Extreme Video
Archives
Talk Back
U.S.
Politics
Bob Woodruff Reports
World
Brian Ross: The Blotter
Money & Business
Technology & Science
Health
Entertainment
Amanda Congdon
GMA
GMA Concert Series
World News with Charles Gibson
20/20
John Stossel's 'Myths'
Primetime
Nightline
This Week
ABC News Audio



**Top Videos Playlist**

Small Liquid: Deadly Results
08/06/2007

Vampires vs. Werewolf
08/07/2007

Primetime Webcast: Love and Murder
08/07/2007

i-CAUGHT Webcast: Sekou Smackdown
08/07/2007

i-CAUGHT Webcast: Wanna Be a Producer?
08/07/2007

Premium Videos from World News and GMA

Watch Live TV, Get the breaking news and updates 24 hours a day

NOW PLAYING

GOOD MORNING AMERICA

0:36/2:27    GO BIG

**Video: Saving Chimp Kneel Riker to Hold 'Em**
Meet the Chimp who will play for real money at this 2006 World Series of Huge.

Small Liquid: Deadly Results
Vampires vs. Werewolf
Primetime Webcast: Love and Murder
i-CAUGHT Webcast: Sekou Smackdown
i-CAUGHT Webcast: Wanna Be a Producer?



Westlaw.

NewsRoom

7/22/06 ABCGMA (No Page)

7/22/06 ABC GOOD MORNING AM. (Pg. Unavail. Online)
2006 WLNR 12684849

ABC GOOD MORNING AMERICA
Copyright 2006 inewsnetwork Inc. 2006

July 22, 2006

Good Morning America 2006-07-22 08:00:00

National

ABC

10 ABC

Good Morning America

2006-07-22

08:00:00

Announcer: This morning, the border. How will an all-out ground battle affect resolution?

> A city on edge. Phoenix police call for help in capturing two serial killers believed to be responsible for at least 11 murders and dozens of attacks.

> And vacation in a war zone. While Israel and Lebanon stand to lose millions in tourist dollars, we'll tell you why some bargain travelers are not letting them ruin their trip. Captions paid for by ABC, inc.

announcer: Now, from times square, anchors bill weir and kate snow.

> Good morning.

July 22nd, a lot of news this morning. We begin with the latest developments out of the middle east. Israel has amassed tanks and troops on the border with Lebanon in preparation for a possible ground invasion. The israeli army said it attacked more than 150 targets in Lebanon in the last 24 hours.

secretary of state condoleezza rice heads to that region tomorrow to try to broker a peace deal there. She ruled out a quick cease-fire. She called it a false promise. U.N. Secretary-general kofi annan say there are thousands of refugees, mostly children. He's worried about a major humanitarian disaster. We'll have a live update.

also, news for millions of americans heading out to the beach, there have been

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

wich. Ah, but for the finishing touch... A 'j' for joanna. Wait, stand back... Incredible... (Announcer) ' jif uses the finest peanuts to make a rich, peanuttier peanut butter., Now, who can I share this with? Grandpa... How about you? (Announcer) choosy moms and grandpas choose jif. Spray 'n wash dual power works like no other pre-treater. Can it even remove this stain the first time? Those strawberries are no match for spray 'n wash dual power. Let's make it even worse with wine! And put it to the test! There's potent oxy action here... Powerful stain fighters here... They have to be separated until they combine to start removing stains even before they go into the wash. That's unbelievable! Spray 'n wash dual power removes tough stains the first time. Guaranteed. C

> Well, the popularity of poker has surged in recent years. In fact everybody and their monkey thinks they can play this game. Well, as proof. Pokershare.Com paid $10,000 to buy mikey a seat in the world series of poker this year. We'll play a few hands in a few moments, but first, here's the rest of 'the news you missed.'

Our friend, joey chestnut was back in the news this week. The winner of our coney island winer sprint set a world record knocking back 28 hamburgers in two minutes. And if he wants fry with that. Bobu's steak house as a 9.5-incher. They're pretty excited.

workers were excited. They got on google and searched the different sizes.

down the road in Indiana, fair-goers enjoyed the annual chicken pull. The person who's chicken can drag a hub cap the furthest. Wins $5. From poultry to fish. Scott pulled a strong one out of this lake in Texas.

it took a long time to get it in. Turned out to be almost an amazon-like piranah.

and an 8-year-old shot two holes in one.

and tyler took up waterskiing. Impressive, because he doesn't know how to swim, because he's two.

good job, honey.

watch out for the fish.

hadn't seen anything like it.

and we're just getting warmed up.

as mentioned, **mikey** the **chimp** is here and his trainer, judy. Good to see you. We're in the middle of a game of Texas

Hold'em. Let's see what you got.

mikey is very handsy, just like kate snow.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

pick up your cards and look at them.

oh, he wants to bet.

he hasn't even seen his cards yet.

you can't get without seeing your cards. Pick up your cards, let's look.

now, mikey is literally going to have a seat at the world series of poker.

yes, he is.

spock pokershare.Com.

so he's seen what he has. Now is he going to bet? Would you like to start the betting.

okay. Bet.

oh, it's a bad hand.

snow, are you in on this? He's betting 300.

four.

I'm in.

all right. Let's flip the river. Let's see what you got. What have you got, mikey. Ron's our dealer here today.

I got nothing.

he's got one pair.

you and I got an ace.

he's got a pair.

mikey wins with a pair of 3s.

mikey wins.

take your chips. Take them.

take your chips.

they're all yours.

we don't want to give our money away.

I think generally, that's discouraging.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

don't do that in vegas, man.

mikey, he's taking everybody's chips. And is he playing for real money or bananas.

yes, he's playing for real money. The pot is $10 million.

and you taught him to recognize face cards.

yes.

did you actually see that pair.

mikey, high five, buddy.

what he does the rest of the night in vegas.

what happens in vegas, stays in vegas.

good luck to you, brother.

we'll be right back.

he's destroyed all of the piles.

I got into biking and got... A pain reliever ! For sore legs. Then my wife taught me yoga... So I got another for headaches. Every new pain, a different pain reliever. But now advil .Is my every pain reliever. It works on all my pains, .Wherever they are. I'm all advil. Do you think this is the best coffee in the world? (Announcer) flights to venice to try the coffee: $0. Flights tostanbul, kona and seattle to try the coffee: $0. Now this is the best. The pie is great too. Best in the world. (Announcer) traveling for any reason at a: Priceless. Use your mastercard, and you could win 500 # roundtrip tickets anywhere in the world to share with anyone A

> You

> You know, I'm going all in. I'm in. What do you got? You in?

look at him looking at your banana.

mikey, you in?

are you in?

you know, it's the steely resolve. It's psychological warfare.

oh!

whoa.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

he wants the banana.

here, you can have it. You can have it. By all means.

go ahead, take the banana. Go ahead.

> Good morning.

It's time to take a look at the various sports highlights and check in with our friends at espn.

good morning, America. I'm stan varrett.

yankees and blue jays battling. Yankees down 2-0. Four on for a-rod. His 2000th hit, 24th homer of the season. Things not so good, bottom four, blue jays up three. 18 on the season. Jays win it 7-3. 128 on the season. Jays win it 7-1. Tour de France, stage 18. Fresh off his dramatic stage 17 victory. Floyd landis stays with the pack. He'll remain third placeover all. Final stretch of the phase, it's it's matteo winning the 18th stretch.

british open, tiger woods on the prowl. He started the day at 5 under. 67 on Thursday. Par 5, 5th, third shot for tiger, within inches of the cup. He would birdie and get to 6 under. Par 4, 14. Second shot from 205 yards away. With a 4 iron. He said he just wanted to get it close. But the result was better than close. An eagle 2 for woods. He's a leader heading into the weekend at 12 under par. Phil mickelson eight shots back. And you can see the third round of the british open, Saturday, 9:00 a.M. Eastern time. 6:00 a.m. Pacific time. And the final round, Sunday at 8:00 a.M. Eastern. On ABC.

> We sure do hope you stay tuned to ABC news throughout the day. Have a wonderful Saturday. Captions by vitac rful Saturday. Captions by vitac

---- INDEX REFERENCES ----

COMPANY: ABC INC

NEWS SUBJECT:  (Legal (1LE33); Police (1PO98); Judicial (1JU36); United Nations (1UN54); Government (1GO80); World Organizations (1IN77))

INDUSTRY:  (Regional Web Presences (1RE47); Gen Y Entertainment (1GE14); Retail Banking Services (1RE38); Gen Y TV (1GE33); Banking (1BA20); Financial Services (1FI37); TV Infrastructure (1TV69); Holiday Products & Services (1HO76); Internet Regulatory (1IN49); TV (1TV19); Wireless Equipment (1WI69); Credit, Debit & Value Cards (1CR28); Entertainment (1EN08); Phone Towers (1PH67); Resorts (1RE44); Electronics (1EL16); Internet (1IN27); Science & Engineering (1SC33); Electro-Magnetic Risk (1EL64); Telecom (1TE27); Electromagnetism (1EL95); Real Estate (1RE57))

REGION:  (Lebanon (1LE68); North America (1NO39); Texas (1TE14); Gulf States (1GU47); New York (1NE72); Iraq (1IR87); Israel (1IS16); Arab States (1AR46);

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Americas (1AM92); Mediterranean (1ME20); Middle East (1MI23); USA (1US73); Florida (1FL79))

Language:  EN

OTHER INDEXING:  (ABC; ABC NEWS; ABC INC; AMERICA; DEPARTMENT OF; FBI; GOOD; GOOD MORNING AMERICA; NEW YORK TIMES; OHIO; PENNSYLVANIA; RON; TARGET; TODAY; UN) (Adopt; Ah; Announcer; Bch; Blows; Bob; Bobu; Bush; Cap; Captions; Estoy; Eyes; Fellow; Fresh; George W. Bush; Imagine; Impressive; Incredible; Jessica; Kevin; Ladies; Louis; Phil; Salt; Scott; Till; Tom; Upbeat; Utility; Wu; Yg)

Word Count: 7605
7/22/06 ABCGMA (No Page)
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.