# EXHIBIT A - 1



A member of the PlayShare Group

# GRAND MONACO

TOTAL JACKPOT
PROGRESSIVES
$4,912,457.40

Big Wins, More Action!

| Home | Getting Started | Promotions | Grand Club Monaco | Cashier | About Us | Help |

Bookmark this site | Become an Affiliate          Customer Support | Live Help

CHOOSE YOUR BONUS

**$150 FREE**
Slot Only Bonus

OR

**$75 FREE**
Casino Games Bonus
Tell me more

DOWNLOAD
CASINO

24/7 SUPPORT
LIVE HELP
INSTANT CHAT

INSTANT PLAY
NO DOWNLOAD

## Registering Your Account

- How do I register at Grand Monaco?
- What if security settings are attempting to block my connection?
- What is the minimum amount of gaming credits that I may purchase?
- I want to play for free but I am asked for a credit card - why?
- I forgot my password
- Can I play for free?

### How do I register at Grand Monaco?

Once the casino software is installed and the casino's main screen is visible, click on the "Connect" button and then click on the "Register Now" button. Please enter your details, and make sure to exclude any punctuation in the fields. Select either 'Real for $, £ or €' or 'Free as a Guest' as your Player type. It's a good idea to record your password - you will need it later. Remember that your password is case-sensitive and must be entered the same way each time you log in. See below if your security settings are asking to block your connection.

Back to top

### What if security settings are attempting to block my connection?

During the installation and connection process, some security settings like Norton, McAfee and PC- cillin may attempt to block a file called CasinoGame.exe. You need to allow this file to connect in order to play our software. Selecting "Always allow this connection" does not put your computer at risk so please select "Always allow this connection" as in the example below. If you have any questions, please contact our 24 hour player support by clicking on Live Chat and our casino support agents will be happy to assist you.









