# EXHIBIT A - 2











