# EXHIBIT B

Case 1:07-cv-04802-DAB-RLE    Document 16-4    Filed 08/24/2007    Page 1 of 6



# [1E3-0E44CED5-B41E] ***SPAM*** Account deposit issues

**From: Grand Monaco Accounts** (accounts@grandmonacosupport.com)
**Sent:** Thu 8/02/07 11:30 AM
**To:**

Hi there Shawn

Thank you for contacting Grand Monaco Support.

Purchasing and withdrawing at our casino has become a bit more challenging since the passing of the Port Bill. Unfortunately we can only offer the payment options that you see on our banking section.

Kindly note the only reliable options for our US market at present is Quick Tender (see www.quicktender.com) and Prepaid VISA cards (e.g. NETspend or AllaccessGift cards). The reason your bank card does not work may be due to the card issuer or the processor used. Certain bank cards do however accept from time-to-time.

We trust that we have been of assistance and wish you a fantastic day further.

Should you require any further assistance, please do not hesitate to contact us on one of the relevant numbers listed below. We are available 24/7,365 days a year for your convenience.

Warm regards

Lester
Casino Support
Grand Monaco Casino
Big Wins, More Action!

---------------------------------------------------------------
GRAND MONACO ONLINE CASINO
---------------------------------------------------------------

United States      :1-888-214-1951
Canada             :1-888-214-1951
United Kingdom  :0-800-051-6701
France               :0-800-911-326

Other Countries (international call rates apply)
+1-888-214-1951

---

**From**: Joe Smith
**Sent**: Thu, 02 Aug 2007 17:20:21 +0200
**To**: <accounts@grandmonacosupport.com>
**Subject**: ***SPAM*** Account deposit issues

I have been having trouble depositing funds into my account (Vgmr00551816) and what was wondering what additional steps I can take.

---

Missed the show? Watch videos of the Live Earth Concert on MSN. http://liveearth.msn.com

# EXHIBIT C



