# EXHIBIT F

03 August 2007

Welcome back, Shawn. You last logged in on 02 Aug, 2007. [logout]

**Statistics    Marketing    Campaign Tracking    Account Details**

**PlayShare    Casino    Poker**

## Account Details
### Modify your account details below



| Personal Details: | |
|---|---|
| User Name | jacksonhigher |
| First Name | Shawn |
| Last Name | Leonardi |
| Date of Birth | |
| Language | English |
| | Preferred |
| Email Address | |
| Other Contact | |
| Phone | |
| Mobile | |

Playshare Affiliates | Account Details

Fax

Preferred Time    0am – 0pm

Main URL

Other URLs

☑ Send me the newsletter

☑ I agree to the terms and conditions

Password

**Company & Address Details:**

Company

Position

Address

City    New York

Country    United States of America

State    New York



Playshare Affiliates | Account Details

Page 3 of 3

**Payment Type:**

ZIP

Payment Type: | Cheque ▼

Account Holder | Shawn Leonardi

Physical Address

Save changes

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions



Licensed and regulated by the Kahnawake Gaming Commission Gamshare Limited, incorporated under the laws of Gibraltar 2006.
Copyright 2006 GamShare Limited. All Rights Reserved.

