# EXHIBIT G

 Windows Live™ Hotmail

# PlayShare Affiliate Approval Pending

From: **PlayShare Affiliates** (affiliates@playshare.com)
Sent: Thu 8/02/07 10:32 AM
To: Shawn

Dear Shawn

Thank you for signing up for inclusion in the PlayShare Affiliate program – you are one step closer to being included in our family of Affiliates, and to be a part of fantastic promotions and bonus incentives.

Once you have read through this mail please visit the Promotions Page on PlayShare Affiliates. Here you will learn about the latest competitions so as to prepare yourself in anticipation of approval.

It can take up to 72 hours for you to be approved as we have to review your websites and verify your information. You will be sent an approval or denial mail once we have completed this process. This mail will include all the information you require to become a fully fledged partner in our program.

Please feel free to submit further information to affiliates@playshare.com should you feel you have not disclosed enough for a speedy verification, such as additional website urls and contact information. It is important for us to be able to communicate and be in touch on at least a monthly basis.

There will be more information with regards to the program in the Approval Mail.

Looking forward to building a successful and rewarding relationship.

Kind regards,

Lawrence Wilson
Affiliate Manager

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---




Windows Live™ Hotmail

# Your Account Application Has Been Approved

From: **PlayShare Affiliates** (affiliates@playshare.com)
Sent: Thu 8/02/07 10:35 AM
To: jacksorhigher

Dear jacksorhigher,

**** Your username is **jacksorhigher** ****
**** To set your password and verify your details, please go to
http://www.playshareaffiliates.com/partner/firstlogin.aspx?afk=VQgesdLu ****

Congratulations on being approved as a PlayShare Affiliate! We know the process takes a little longer than some other affiliate programs out there, but we believe in assessing all of our potential affiliates as thoroughly as we possibly can beforehand.

The reason for this is beneficial to you, as you can now confidently market our products with the knowledge that your marketing methods have been deemed to be well-suited to generating revenue from the online gaming industry.

So what now? To get started in as little time as possible, simply follow these easy steps:

1. If you haven't already done so, set your password and verify your details by going to http://www.playshareaffiliates.com/partner/firstlogin.aspx?afk=VQgesdLu
2. Once you're logged in to http://www.playshareaffiliates.com, click on the Marketing tab. Here you will be able to download banners, mailers and other interactive marketing materials designed specifically to convert your traffic quickly and effectively.

    *NOTE: If you wish to track a specific campaign, use our awesome Campaign Tracking feature. Before you download creative, simply click on the Campaign Tracking tab and create a custom campaign.*
3. Add the tagged creative code to your website or mailer code, and you're ready to GO!

If you need any assistance, please feel free to contact **Lawrence Wilson**, who is now your dedicated affiliate manager. You can contact your affiliate manager via the following e-mail address - lawrence.wilson@playshare.com.

Your affiliate manager's sole responsibility is you - they live for your performance and satisfaction and will do whatever it takes to ensure you are well looked after. If you need any marketing advice, custom creative or anything else that will improve your marketing effectiveness, contact your affiliate manager at your convenience.

Welcome to our family. We look forward to a long-lasting mutually beneficial relationship with you.

Kind regards,
Lawrence Wilson
Affiliate Manager
PlayShare Affiliates
http://www.playshareaffiliates.com

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

Windows Live Hotmail Print Message

Page 2 of 2



**EXHIBIT I**

Windows Live™ Hotmail

## G3 Partner Approval Pending

From: **Support | G3 Partner.com** (support@g3partner.com)
Sent: Thu 8/02/07 11:01 AM
To: Shawn

Dear Shawn

Thank you for signing up for inclusion in the G3 Partner program – you are one step closer to being included in our family of Affiliates, and to be a part of fantastic promotions and bonus incentives.

Once you have read through this mail please visit the Promotions Page on G3 Partner. Here you will learn about the latest competitions so as to prepare yourself in anticipation of approval.

It can take up to 72 hours for you to be approved as we have to review your websites and verify your information. You will be sent an approval or denial mail once we have completed this process. This mail will include all the information you require to become a fully fledged partner in our program.

Please feel free to submit further information to support@g3partner.com should you feel you have not disclosed enough for a speedy verification, such as additional website urls and contact information. It is important for us to be able to communicate and be in touch on at least a monthly basis.

There will be more information with regards to the program in the Approval Mail.

Looking forward to building a successful and rewarding relationship.

Kind regards,

Jon-Jon Keegan
Affiliate Director