# EXHIBIT J

 Windows Live™ Hotmail

## Account Approved, welcome Partner

From: **Support | G3 Partner.com** (support@g3partner.com)
Sent: Fri 8/03/07 5:12 AM
To: jacksorhigher

Welcome Partner

Your username is: **jacksorhigher**

Welcome, and congratulations for being accepted as a G3 Partner! Please read through this entire mail as it contains important information you need to know.

Our goal now is to assist you in earning a handsome income off www.GrandMonaco.com, and to build a strong player base from which to earn revenue share for years to come.

You need to click on the following link to verify your details and to choose a password for the G3 Partner site: http://www.g3partner.com/partner/firstlogin.aspx?afk=xYOxlzht

**Your affiliate tag is: 10834**

**Your referral link for Grand Monaco US is:**
http://g3.grandmonaco.com/href.g3?ai=10834

**Your referral link for Grand Monaco UK is:**
http://g3.grandmonacocasino.co.uk/href.g3?ai=10834

**Your referral link for Grand Monaco DE is:**
http://g3.deutschesgrandmonaco.com/href.g3?ai=10834

**Your referral link for Grand Monaco FR is:**
http://g3.grandmonaco.com/fr/href.g3?ai=10834

**Your referral link for G3 Partner is:**
http://ads.g3partner.com/href.g3?ai=10834

To be a part of the 2nd tier program please email support@g3partner.com with your request.

Your account was approved by Jon-Jon Keegan who is now your dedicated affiliate manager.

Your Manager's sole responsibility is you - they live for your performance and satisfaction and will do whatever it takes to ensure you are well looked after. Please feel free to be in contact with Jon-Jon on jon-jon@g3partner.com at your convenience. You will receive an email in due course from your manager introducing him/herself to you.

To access marketing materials such as banners and emails please visit:

http://www.g3partner.com/partner/media.aspx

Here you will be able to download banners, emails and a load of interactive marketing material designed specifically to convert your traffic quickly and effectively.

You will achieve the best conversions when you add a banner with a review of the casino. This is also aimed at you achieving better Search Engine results as text is king for the robots.

Welcome to our family, and we look forward to rewarding relationship for years to come.

Kind regards,

Jon-Jon Keegan
Affiliate Director