# EXHIBIT K - 1




















G3partner Casino Affiliate Program - join today

http://www.g3partner.com/partner/media.aspx?mt=Any&bn=1&ln=1&cr=1&mk=Any&ps=30

8/3/2007