# EXHIBIT K - 2









```
<a href="http://g3.grandmonaco.com/href.g3?mi=586&ai=10834" >
<img src="http://g3.grandmonaco.com/src.g3?mi=586&ai=10834"
border="0" width="468" height="60" ></a>
```

Copy code

```
<a href="http://g3.grandmonaco.com/href.g3?mi=585&ai=10834" >
<img src="http://g3.grandmonaco.com/src.g3?mi=585&ai=10834"
border="0" width="125" height="125" ></a>
```

Copy code








Case 1:07-cv-04802-DAB-RLE    Document 16-11    Filed 08/24/2007    Page 9 of 9



Page 16 of 24

G3partner Casino Affiliate Program - join today

http://www.g3partner.com/partner/media.aspx?mt=Any&bn=1&ln=1&cr=1&mk=Any&ps=30

8/3/2007