# EXHIBIT K - 3













G3partner Casino Affiliate Program - join today





```
<a href="http://g3.grandmonaco.com/href.g3?mi=569&ai=10834">
<img src="http://g3.grandmonaco.com/src.g3?mi=569&ai=10834"
border="0" width="728" height="90"></a>
```

Copy code

```
<a href="http://g3.grandmonaco.com/href.g3?mi=568&ai=10834">
<img src="http://g3.grandmonaco.com/src.g3?mi=568&ai=10834"
border="0" width="468" height="60"></a>
```

Copy code

1 2 3

Next Page >
Last Page >>






Casino Payout & RNG reviewed by Independent Auditors

ANTI SPAM | PRIVACY POLICY

© G3 Partner 2006 | home | our program | casinos | go to | marketing tools | contact us | questions