# EXHIBIT L



# Important Update

From: **News | PlayShare** (news@playshare.com)
Sent: Fri 8/03/07 7:19 AM
To:

**CasinoShare | New Welcome Bonus**          **3 August 2007**

Dear Shawn,

CasinoShare has launched a new Welcome Bonus! Replacing the old offer is a **100% Match Bonus up to $/€/£100 PLUS 50 Free Spins** on the popular Hitman slot.

Click here to see the promotion details.

We have released a small range of new banners, with more to come soon. They are available on the PlayShare Affiliates website, if you want us to serve the banners for you. If you prefer to serve them yourself, take your pick from one of the banners below and save them directly your PC:

If you have any questions, or special requests, please contact your affiliate manager.

**The PlayShare Affiliates Team**
Lawrence, Jon-Jon, Anne, Cherylann, Roland and Simone