UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOCIÉTÉ DES BAINS DE MER ET DU  :
CERCLE DES ETRANGERS À
MONACO,                          :

                Plaintiff,     :

        vs.                     :

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)       :
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,           :

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.  07 Civ. 4802 (DAB)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel

for the parties, and subject to the approval of the Court, that further to the Stipulation and Order

of this Court dated August 9, 2007 extending to August 24, 2007 Plaintiff's time to oppose

Defendants' pending motion to dismiss, and extending Defendants' time to reply thereto to

September 10, 2007, Defendants' time to submit their reply in further support of their said

motion to dismiss shall be extended an additional two days to September 12, 2007.  One prior

request for an extension of time was granted with respect to this motion to dismiss, by the same

order of this Court dated August 9, 2007.

DATED: September 7, 2007

QUINN EMANUEL URQUHART OLIVER    WHITE & CASE LLP
& HEDGES, LLP

By: _____        By: _____
Robert L. Raskopf (RR-5022)          Jonathan Moskin (JM-9814)
Lori E. Weiss (LW-7866)              1155 Avenue of the Americas
51 Madison Avenue, 22nd Floor        New York, New York 10036
New York, New York 10010             Tel: (212)-819-8200
Tel: (212) 849-7000                  Fax: (212)-354-8113
Fax: (212) 849-7100

ATTORNEYS FOR PLAINTIFF              ATTORNEYS FOR DEFENDANTS
SOCIÉTÉ DES BAINS DE MER ET DU      PLAYSHARE PLC, GRAND MONACO
CERCLE DES ETRANGERS À              LTD., GAMSHARE (UK) LTD., LUCAN
MONACO                              TOH, MAXWELL WRIGHT, HILSTEAD
                                    LTD.

*Of Counsel*:                       *Of Counsel*:

George R. Hedges                    E. Michelle Dean
QUINN EMANUEL URQUHART              WHITE & CASE LLP
OLIVER & HEDGES, LLP                1155 Avenue of the Americas
865 S. Figueroa Street, 10th Floor  New York, New York 10036
Los Angeles, CA 90017
Tel: (212) 443-3000
Fax: (212) 443-3100

New York, New York

_____, 2007                  **SO ORDERED:**

                                    _____
                                    Hon. Deborah A. Batts
                                    United States District Judge

                                    9/7/07

2