ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIÉTÉ DES BAINS DE MER ET DU :
CERCLE DES ETRANGERS À
MONACO,                        :

           Plaintiff,        :       Case No. 07 Civ. 4802 (DAB)

vs.                            :

PLAYSHARE PLC, GRAND           :
MONACO LTD., GAMSHARE (UK)
LTD., LUCAN TOH, MAXWELL       :
WRIGHT, HILSTEAD LTD.,         :

           Defendants.

------------------------------x

## STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and subject to the approval of the Court, that further to the Stipulation and Order of this Court dated August 9, 2007 extending to August 24, 2007 Plaintiff's time to oppose Defendants' pending motion to dismiss, and extending Defendants' time to reply thereto to September 10, 2007, Defendants' time to submit their reply in further support of their said motion to dismiss shall be extended an additional two days to September 12, 2007. One prior request for an extension of time was granted with respect to this motion to dismiss, by the same order of this Court dated August 9, 2007.

ORIGINAL

DATED: September 7, 2007

| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | WHITE & CASE LLP |
|---|---|
| By: _____ | By: _____ |
| Robert L. Raskopf (RR-5022) | Jonathan Moskin (JM-9814) |
| Lori E. Weiss (LW-7866) | 1155 Avenue of the Americas |
| 51 Madison Avenue, 22nd Floor | New York, New York 10036 |
| New York, New York 10010 | Tel: (212)-819-8200 |
| Tel: (212) 849-7000 | Fax: (212)-354-8113 |
| Fax: (212) 849-7100 | |
| ATTORNEYS FOR PLAINTIFF SOCIÉTÉ DES BAINS DE MER ET DU CERCLE DES ETRANGERS À MONACO | ATTORNEYS FOR DEFENDANTS PLAYSHARE PLC, GRAND MONACO LTD., GAMSHARE (UK) LTD., LUCAN TOH, MAXWELL WRIGHT, HILSTEAD LTD. |
| *Of Counsel*: | *Of Counsel*: |
| George R. Hedges | E. Michelle Dean |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | WHITE & CASE LLP |
| 865 S. Figueroa Street, 10th Floor | 1155 Avenue of the Americas |
| Los Angeles, CA 90017 | New York, New York 10036 |
| Tel: (212) 443-3000 | |
| Fax: (212) 443-3100 | |

New York, New York

___9/10_____, 2007

SO ORDERED:

_Deborah A. Batts_
Hon. Deborah A. Batts
United States District Judge