# EXHIBIT A

Casper 2.0 ( Customer: GrandMonaco)

File  Views  Favorite Tasks  Common Tasks  All Tasks  Bookmarks  IE Favorites  Options  Help

**Account No:** Vgm00051816 (35862)  Casino: Grand Mondial Casino (778)  Type: Real Player  Currency: US Dollar  Locked: No  Sign-In Name: (none)
**Name:** Leonardi, Shawn  Category: (none)  Player Group: No  Charge Backs: No  Days Registered: 41 days  MPV Alias: (not activated)
**Email:** jacksorbetter@hotmail.com  Priority Notes: No  VIP: No  Derived Language: English  Tot Bal:  Bonus:  Loyalty:  Refresh

**Search Criteria**

Date range between: 01 January 2007 and 10 September 2007

Click here to add another search parameter

| DateTime | Brand | Account | Transaction No. | Status | Currency | Amount | Expiry Year | Expiry Month | Card Holder | Address 1 | City | State | Country | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007/07/31 04:31 PM | VISA | 4168875080211778 | 414447 | Reject | US Dollar | 100.00 | 2007 | 11 | Shawn Leonardi | 1601 Third Ave | New York | NY-New York | United State... | 10128 |

100.00

Admin: Admin (Logged on Customer: GrandMonaco)