# EXHIBIT B

11 September 2007                                                                              username

|   |   |   |   |   |   | PlayShare | Casino |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Home** | **About Us** | **Reasons to Join** | **Join Now** | **News** | **Contact Us** | **Forgot Password** | |



## About Playshare Affiliates
*Read more about our company*

### What is Playshare?

PlayShare PLC is a UK Public Company that owns and operates CasinoShare.com and PokerShare.com.

PlayShare has offices in 5 countries across 3 continents, ensuring service to players and partners alike.

PlayShare is licensed by the Kahnawake Gaming Commission throu subsidiary company, GamShare Limited.

All gaming products are powered by Microgaming - the best in the We are committed to providing a trustworthy and secure gaming environment for all our customers.

### Affiliate Support

We are committed to supporting our partners' every need, through

- Our state-of-the-art affiliate website
- Accurate statistics and reporting
- Experienced retention team
- Prompt payments

We know the importance of 24/7 support and we know how impor time is. Our support team is ready to answer your emails 24 hours days a week. Contact us to discuss any queries you may have or t feedback on our software.

### Playshare Philosophy

The philosophy of PlayShare.com is simple;

**REWARDS! REWARDS! REWARDS!**

**You** are the most important part of our business; Let us be the m important part of yours.

- Prompt Payments
- Personal Service
- Customised Retention
- 24/7 Support
- Campaign Driven Reports
- Live Gameplay Data

- Website Banners
- Offline Bonus Codes
- Tracker-embedded CD's
- Personalised Cards
- Email Marketing

### Most Unique Rewards Program

- PlayShare points can be cashed in for trips to casinos round
- Wherever you want to go - Las Vegas, Atlantic City, Monte ( London, Macau, Casino Cruises - let us Comp you there
- The Rewards team are on hand to upgrade customers and h with show tickets, dinner reservations, spa trips and tours
- A truly personal service for players and affiliates - want a re are not already offering? - just ask one of our team

### The Playshare Goal

To be a Top 5 gaming company within 2 years by building the stro most rewarding affiliate relationships in the industry.

- We will deliver the best affiliate experience in the industry, unrivalled personal service, leading software and support.

- We will offer the best gaming software available with a sing across all PlayShare brands

- A unified affiliate website to deliver detailed statistics, perfe and flexible reports

- Unmatched player retention - we know that acquiring player the first step - keeping these players happy means more re everyone

- Daring to be different - just take a look at the results of our Gas Stunt, the renaming of US towns and Mikey the poker p monkey

Home | About Us | Join Playshare Affiliates | Latest News | Contact Us | Terms and Conditions

    

Licensed and regulated by the Kahnawake Gaming Commission Naden Limited, incorporated under the laws of Gibraltar 2006. Copyright 2006 Naden Limited. All Rights Reserved.