UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIÉTÉ DES BAINS DE MER ET DU
CERCLE DES ETRANGERS À
MONACO,

          Plaintiff,

    vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,

          Defendants.

------------------------------x

Case No. 07 Civ. 4802 (DAB)

**STIPULATION AND ORDER**

WHEREAS, a Defendant was first served in this action on June 13, 2007;

WHEREAS, Defendants appeared in this action on July 5, 2007;

WHEREAS, Defendants filed a Motion to Dismiss for lack of personal jurisdiction on July 23, 2007, but such motion has not been fully briefed and argued;

WHEREAS, an initial conference has not yet been scheduled;

WHEREAS, the parties are in disagreement whether, pursuant to the Federal Rules of Civil Procedure 16(b) and 26(f), an initial scheduling order would be required by October 3, 2007 (90 days from Defendants' appearance as Plaintiff contends) or October 22, 2007 (120 days from the date of service of the Complaint, as Defendants contend), and the parties would be required to meet and confer twenty-one days prior thereto (whichever date is correct);

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, through its Attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, and Defendants, through their Attorneys White

& Case LLP, and subject to approval by the Court, that the parties shall not be required to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) until 10 days after the Court has ruled on Defendants' pending Motion to Dismiss unless otherwise ordered by the Court.

DATED: September 7, 2007

| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | WHITE & CASE LLP |
| By: _____<br>Robert L. Raskopf (RR-5022)<br>Lori E. Weiss (LW-7866)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100 | By: _____<br>Jonathan Moskin (JM-9814)<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212)-819-8200<br>Fax: (212)-354-8113 |
| ATTORNEYS FOR PLAINTIFF SOCIÉTÉ DES BAINS DE MER ET DU CERCLE DES ETRANGERS À MONACO | ATTORNEYS FOR DEFENDANTS PLAYSHARE PLC, GRAND MONACO LTD., GAMSHARE (UK) LTD., LUCAN TOH, MAXWELL WRIGHT, HILSTEAD LTD. |
| *Of Counsel:* | *Of Counsel:* |
| George R. Hedges<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (212) 443-3000<br>Fax: (212) 443-3100 | E. Michelle Dean<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212)-819-8200<br>Fax: (212)-354-8113 |

New York, New York

September 13, 2007

SO ORDERED:

_____
Hon. Deborah A. Batts    9/13/07
United States District Judge