quinn emanuel trial lawyers | new york
51 Madison Avenue, 22nd Floor, New York, New York 10010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

WRITER'S DIRECT DIAL NO.
(212) 849-7185

WRITER'S INTERNET ADDRESS
robertraskopf@quinnemanuel.com

October 16, 2007



RECEIVED
OCT 16 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

**VIA HAND DELIVERY**

Judge Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

Re:  *Société des Bains de Mer et du Cercle des Etrangers à Monaco v. PlayShare PLC, et al.*,
     Case No. 07 Civ. 4802 (DAB)

Dear Judge Batts:

We represent Plaintiff Société des Bains de Mer et du Cercle des Etrangers à Monaco ("SBM") in the above-referenced matter. We write concerning the Affidavit of Shawn Leonardi, a Senior Associate at the investigative firm Duff & Phelps LLC ("D&P"), sworn to on August 23, 2007, submitted in support of SBM's opposition to Defendants' Motion to Dismiss. Briefing on Defendants' Motion to Dismiss concluded on September 12, 2007. For the reasons set forth below, we respectfully submit this application requesting leave to correct Mr. Leonardi's prior affidavit.

GRANTED
/DAB/

It has recently come to our attention that Mr. Leonardi's affidavit contains an inaccurate statement of fact. Specifically, Mr. Leonardi stated in his affidavit that D&P's internet connection and server, through which he contacted and interacted with Defendants' Grand Monaco Casino website, are based in New York. (Affidavit of Shawn Leonardi, sworn to August 23, 2007, at ¶ 4.) Mr. Leonardi was informed by a representative in D&P's IT department that the firm's New York office has a New York-based internet connection and server, and he believed this fact to be true at the time he submitted this affidavit. However, Mr. Leonardi has since been informed by his IT department that this is not accurate.

quinn emanuel urquhart oliver & hedges, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
10/22/07

The requested change to Mr. Leonardi's affidavit has no bearing on the jurisdictional issues before this Court, as it is the location of an individual accessing Defendants' website, not the location of the individual's server, that is relevant to the issue of jurisdiction. However, we consider the accuracy and veracity of representations made to the Court to be of the utmost importance. Accordingly, we respectfully submit this application requesting leave to correct Mr. Leonardi's affidavit through the submission of a corrective affidavit, clarifying the inaccurate statement set forth above.

Respectfully submitted,

Robert L. Raskopf

cc:   Jonathan E. Moskin, Esq.