UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

         Plaintiff,

   vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,

         Defendants.

------------------------------x

Case No. 07 Civ. 4802 (DAB) (RLE)

**CORRECTIVE AFFIDAVIT OF SHAWN LEONARDI**

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

SHAWN LEONARDI, being duly sworn, deposes and says:

    1.    I am a Senior Associate at Duff & Phelps LLC ("D&P"), an investigative firm, where I have been employed since May 2005. I submitted an affidavit in support of Plaintiff Société des Bains de Mer et du Cercle des Etrangers à Monaco's opposition to Defendants' Motion to Dismiss, sworn to on August 23, 2007. I have knowledge of the matters set forth herein and could testify competently to these matters if called as a witness.

    2.    Prior to submitting my affidavit, I was informed by a representative from D&P's IT Department that the internet connection and server for D&P's New York office, which is located at 55 East 52nd Street, 31st Floor, New York, New York 10055, are based in New York. I included this fact in Paragraph 4 of my affidavit. I have since been informed that this information is not accurate.

3. All of the contact I had with the Grand Monaco Casino, which included downloading and installing the Grand Monaco Casino software, opening a Guest and Real Account, and communicating with customer service via email, instant chat, and telephone, was conducted physically from within New York. In addition, my correspondence with the G3 Partner and PlayShare Affiliate Programs were also done while I was physically within New York.

_____
Shawn Leonardi

Sworn to and subscribed
this 12 day of October, 2007.

_____
Notary Public

Sylvia Leung 31-4785816
Notary Public, State of New York
Qualified in New York County
Commission Expires May 31, 2011