UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A
MONACO,

            Plaintiff,

   vs.

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,

            Defendants.

------------------------------x

Case No. 07 Civ. 4802 (DAB) (RLE)

ECF Filing

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2007, I served a copy of Plaintiff's **CORRECTIVE AFFIDAVIT OF SHAWN LEONARDI** on the attorneys for the Defendants, as designated below, by ECF Filing as follows:

        Jonathan E. Moskin
        WHITE & CASE LLP
        1155 Avenue of the Americas
        New York, New York 10036

        _/s/ Robert L. Raskopf_____
        Robert L. Raskopf
        QUINN EMANUEL URQUHART
        OLIVER & HEDGES, LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010

11210/2264693.1