BATTS.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 13, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SOCIÉTÉ DES BAINS DE MER ET DU  :
CERCLE DES ETRANGERS À
MONACO,                         :
                                        Case No. 07 Civ. 4802 (DAB)
         Plaintiff,        :

   vs.                          :

PLAYSHARE PLC, GRAND
MONACO LTD., GAMSHARE (UK)      :
LTD., LUCAN TOH, MAXWELL
WRIGHT, HILSTEAD LTD.,          :

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## STIPULATION AND ORDER

WHEREAS, on June 6, 2007, Société Des Bains De Mer Et Du Cercle Des Etrangers A Monaco ("SBM") commenced this action against Defendants PlayShare PLC, Grand Monaco Ltd., GamShare (UK) Ltd., Hilstead Ltd., Lucan Toh and Maxwell Wright (collectively, "Defendants"), alleging, *inter alia*, infringement of its claimed rights in the trademark "Casino de Monaco" as a result of Defendants use of the name "Grand Monaco Casino" and their registration and use of various domain names specified in the Complaint incorporating the words "Grand Monaco" (the "Monaco Domain Names");

WHEREAS, on June 19, 2007, Defendants PlayShare PLC, Lucan Toh, and Maxwell Wright filed an action in the District Court of Arizona against SBM challenging a decision dated May 25, 2007, and transmitted on or about June 11, 2007, by the World Intellectual Property Organization concerning Defendants' ownership and use of the Monaco Domain Names (the "Arizona Action"), and SBM has moved to transfer said action to this Court;

WHEREAS, on July 23, 2007, Defendants moved to dismiss this action for lack of personal jurisdiction, and the Arizona Action, including SBM's motion to transfer, is now stayed pending the outcome of the pending motion to dismiss;

WHEREAS, SBM has commenced proceedings in the United Kingdom, France and Germany, pursuant to the laws of those respective jurisdictions, against PlayShare and others seeking substantially the same relief sought in this action;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and subject to the approval of the Court, that:

1. Plaintiff SBM hereby submits the attached Second Amended Complaint, which includes an amendment to the caption with respect to Defendant Hillstead Ltd. (formerly named as "Hilstead Ltd."), the amendments having been made by agreement between the parties, as permitted by Fed. R. Civ. P. 15(a).

2. Defendants Playshare PLC, Grand Monaco Ltd., GamShare (UK) Ltd. and Hillstead Ltd. hereby waive any jurisdictional objections and consent to the personal jurisdiction of this Court.

3. Defendants Lucan Toh and Maxwell Wright hereby waive any jurisdictional objections and consent to the personal jurisdiction of this Court, subject to the understanding and condition that SBM shall not require either Mr. Toh, who resides in the United Arab Emirates, or Mr. Wright, who resides in South Africa, to travel to or appear in this jurisdiction to provide testimony or other responses to discovery, and provided further that without otherwise limiting

2

SBM's right to obtain discovery from either individual, the parties will agree on a mutually acceptable location, including without limitation London, for such purposes.

DATED: February 8, 2008

| QUINN EMANUEL URQUHART & HEDGES, LLP | WHITE & CASE LLP |
|---|---|
| By: /s/ Robert L. Raskopf (RR-5022) Lori E. Weiss (LW-7866) 51 Madison Avenue, 22nd Floor New York, New York 10010 Tel: (212) 849-7000 Fax: (212) 849-7100 | By: /s/ Jonathan Moskin (JM-9814) 1155 Avenue of the Americas New York, New York 10036 Tel: (212)-819-8200 Fax: (212)-354-8113 |
| ATTORNEYS FOR PLAINTIFF SOCIÉTÉ DES BAINS DE MER ET DU CERCLE DES ETRANGERS À MONACO | ATTORNEYS FOR DEFENDANTS PLAYSHARE PLC, GRAND MONACO LTD., GAMSHARE (UK) LTD., LUCAN TOH, MAXWELL WRIGHT, HILSTEAD LTD. |
| *Of Counsel:* | *Of Counsel:* |
| George R. Hedges QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP 865 S. Figueroa Street, 10th Floor Los Angeles, CA 90017 Tel: (212) 443-3000 Fax: (212) 443-3100 | E. Michelle Dean WHITE & CASE LLP 1155 Avenue of the Americas New York, New York 10036 |

New York, New York

February 11, 2008

SO ORDERED:

*Deborah A. Batts*
Hon. Deborah A. Batts
United States District Judge

3