**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

2/21/08

RECEIVED
FEB 2 0 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

February 12, 2008

BY HAND

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Attn: Clerk of Court

Re: Societe Des Bains De Mer Et Du Cercle Des Estrangers A Monaco v.
Playshare PLC 07 Civ. 4802 (DAB)

    We have been informed by Judge Batts' clerk that we need to formally withdraw the Motion to Dismiss for Lack of Jurisdiction, Document No. 8, which was filed on 7/23/07. I am kindly requesting to have this removed from the docket.

] GRANTED
/DAB/

Thank you for your attention to this matter. If you have any questions, I can be reached at (212) 819-2614.

MEMO ENDORSED

Respectfully,

Na'eem Conway

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
2/21/08

ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUDAPEST  DRESDEN  DÜSSELDORF  FRANKFURT  HAMBURG
HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW  MUNICH
NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SAO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

no save date (document not saved) (2K)
[Document2]