# EXHIBIT C

PRINCIPAUTE DE MONACO

MINISTERE D'ETAT

DIRECTION DE L'EXPANSION ECONOMIQUE

MARQUES

DE FABRIQUE, DE COMMERCE OU DE SERVICE

CERTIFICAT D'IDENTITE DE MARQUE

*Le soussigné certifie que la marque ci-annexée a été déposée le 01/07/2002 suivant procès-verbal de dépôt n° 23610 par la société anonyme monégasque :.*

**SOCIETE DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO**
Enseigne "SBM", Place du Casino
98000 MONACO
Principauté de Monaco

*qu'elle a été enregistrée le 30/09/2002 sous le numéro 02.23234*

*Fait à Monaco, le 14 avril 2003*

P/Le Directeur
L'Adjoint au Directeur




*Translated from the French*

PRINCIPALITY OF MONACO

MINISTRY OF STATE

DEPARTMENT OF ECONOMIC EXPANSION

TRADEMARKS

OF BRAND, TRADE OR SERVICE
CERTIFICATE OF TRADEMARK IDENTITY

The undersigned certifies that the appended trademark was filed on July 1, 2002 pursuant to record of filing N° 23610 by:

Joint-stock company ["Société Anonyme"] DES BAINS DE MER ET DU CERCLE DES ETRANGERS A MONACO
Place du Casino
98000 Monaco

Principality of Monaco

And that the trademark was registered on September 30, 2002, with number 02.23234

Signed in Monaco, on January 13, 2003

[Seal]

[Seal] Principality of Monaco, Department of Economic Expansion

pp. The Director
Assistant to the Director
[a signature]
Marie Pierre GRAMAGLIA