UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SOCIETE DES BAINS DE MER ET
DU CERCLE DES ETRANGERS
A MONACO v. PLAYSHARE
PLC ET AL.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 4802 (AB)(RLE)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*

DISCOVERY DISPUTE PER
APRIL 29, 2008 LETTERS OF PARTIES

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
          APR 30, 2008

Deborah A. Batts
United States District Judge