UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A MONACO,
                      Plaintiff,

            -against-

PLAYSHARE PLC, GRAND MONACO LTD.,
GAMSHARE (UK) LTD., LUCAN TOH,
MAXWELL WRIGHT, HILSTEAD LTD.,
                      Defendants.
------------------------------------------X
PLAYSHARE PLC, LUCAN TOH,
MAX WRIGHT,
                      Plaintiffs,

            -against-

SOCIETE DES BAINS DE MER ET DU
CERCLE DES ETRANGERS A MONACO,
                      Defendant.
------------------------------------------X

07 Civ. 4802 (DAB)
ORDER

08 Civ. 2778 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    Rule 42 of the Federal Rules of Civil Procedure states that,

"If actions before the court involve a common question of law or

fact, the court may...(2) consolidate the actions; or (3) issue any

other orders to avoid unnecessary cost or delay."  Fed. R. Civ. P.

42.

    A Complaint was filed under docket number 07 Civ. 4802 by

Societe des Bains de Mer et du Cercle des Etrangers a Monaco

("SBM") on June 6, 2007, alleging infringement of its claimed

rights in the trademark "Casino de Monaco" as the result of

Defendants use of various domain names ("Monaco domain names").  An

Amended Complaint was filed on June 7, 2007, and on July 23, 2007

1

the Defendants moved to dismiss challenging jurisdiction.  Prior to

the court's disposition of that motion, the Parties entered into a

stipulation waiving jurisdictional objections and consenting to

personal jurisdiction in this Court.  (07 Civ. 4802, Dkt. No. 28,

Feb. 13, 2008.)  Plaintiffs in that action filed a Second Amended

Complaint the following day.

     Some Defendants in the action maintained at 07 Civ. 4802 are

Plaintiffs in a separate action originally filed in Arizona on June

19, 2007, challenging a decision by the World Intellectual Property

Organization (WIPO) addressing Playshare PLC's ownership and use of

the Monaco domain names.  That action was transferred to this Court

and docketed as 08 Civ. 2778.  The Court finds that this second

action involves a common questions of law and fact making

consolidation of the two actions appropriate to promote judicial

efficiency and to avoid unnecessary cost and delay.

     Counsel for SBM (Plaintiff in 07 Civ. 4802, and Defendant in

08 Civ. 2778) argues that "the Arizona Complaint should be deemed

dismissed following consolidation of the New York and Arizona

Actions...to enable the Court and the parties to move forward with

clarity."  (Raskopf Ltr. of Jun. 2, 2008.)  However, that same

counsel had previously represented by letter to this Court that

"[t]he Parties agree that consolidation of the New York and Arizona

Actions is appropriate because of the substantial similarity of the

facts and legal issues shared by both proceedings."  (Raskopf Ltr.

of Nov. 30, 2007 at 3.)   Counsel for Playshare PLC submits that the

Arizona action must be "preserved as a timely <u>de novo</u> appeal of the

WIPO arbitration considering the subject domain names."   (Moskin

Ltr. May 14, 2008 at 1.)

The Court agrees that consolidation is appropriate.   The

following actions are HEREBY consolidated for all purposes:

> Societe Des Bains De Mer et du Cercle Des Etrangers a Monaco v.
> Playshare PLC et al. (07 Civ. 4802)(DAB)

> Playshare PLC et al. v. Societe Des Bains De Mer et du Cercle Des
> Etrangers a Monaco (08 Civ. 2778) (DAB)

The caption of these consolidated actions shall be "In re Casino de

Monaco Trademark Litigation" and the files of these consolidated

actions shall be maintained under Docket Number 07 Civ. 4802.

Counsel for Playshare PLC et al., SHALL FILE an AMENDED ANSWER

AND COUNTERCLAIMS, incorporating all claims made in the Arizona

action, within ten (10) days of the date of this ORDER.   Counsel for

SBM SHALL Move or Answer with respect to the Counterclaims within

twenty (20) days of the filing of the Amended Answer.

SO ORDERED.

Dated:    New York, New York

June 24, 2008

Deborah A. Batts
United States District Judge

3