UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE CASINO DE MONACO
TRADEMARK LITIGATION

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 4802 DAB(RLE)

-----------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
DISCOVERY DISPUTE PURSUANT TO DEFS JULY 30, 2008 LETTER.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____
All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
July 30, 2008

*Deborah A. Batts*
United States District Judge