USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCIETE DES BAIN DE MER ET DU CERCLES DES ESTRANGERS A MONACO,

           Plaintiff,

- against -

PLAYSHARE, P.L.C., et al.,

           Defendants.

ORDER

07 Civ.4802 (DAB) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

PLEASE TAKE NOTICE THAT A TELEPHONIC GENERAL PRETRIAL CONFERENCE IN THE ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR AUGUST 13, AT 2:30 P.M., BEFORE THE HONORABLE RONALD L. ELLIS, UNITED STATES MAGISTRATE JUDGE.

The scheduling of this telephone conference will enable the parties to discuss the status of the pending action. On the morning of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this request, if you need further information, direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 4th day of Augustt 2008**
New York, New York

*Ronald Ellis* (signature)

The Honorable Ronald L. Ellis
United States Magistrate Judge