USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-08

quinn emanuel

WRITER'S DIRECT DIAL NO.
(212) 849-7185

WRITER'S INTERNET ADDRESS
robertraskopf@quinnemanuel.com

August 7, 2008

**VIA HAND DELIVERY**

Honorable Ronald L. Ellis
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1970
New York, NY 10007

Re: *In re CASINO DE MONACO Trademark Litigation*, Case No. 07 Civ. 4802 (DAB)(RLE)

Dear Judge Ellis:

I write concerning the telephonic conference scheduled for August 13, 2008, at 2:30 p.m. before Your Honor in the above-referenced proceeding. Due to a previously scheduled hearing, I am unable to participate in a conference on August 13. Accordingly, I respectfully request that the conference be adjourned. With the exception of August 15, 21-22, I am available any other day the weeks of August 11 and 18. Otherwise, I am available after September 2. In addition to my request for an adjournment, I respectfully submit that the parties may benefit from appearing before Your Honor in light of the various discovery issues raised by both sides.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Robert L. Raskopf

cc: Jonathan Moskin, Esq.
    Michelle Dean, Esq.
    Lori E. Weiss, Esq.

*Handwritten order:* Telephonic conferen[ce] adjourned. Parties will appear before Judge Ellis on 8/21/08 at 12pm in Courtroom #18D.

**SO ORDERED**

Ronald Ellis  8-11-08

**MAGISTRATE JUDGE RONALD L. ELLIS**

11210/2596232.1