```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-29-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCIETE DES BAINS DE MER ET DU CERCLES
DES ETRANGER A MONACO,

                           Plaintiff,

            - against -

PLAYSHARE P.L.C., et al.,

                          Defendants.

ORDER

07 Civ. 4802 (DAB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on August 21, 2008, at which the Parties presented arguments on the relevance of certain categories of documents, without reference to specific requests,

**THIS COURT FINDS** that

1.    Documents relating to Defendants' corporate structure **ARE NOT RELEVANT.**

2.    Documents relating to the Grand Monaco Casino Software and Microgaming **ARE NOT RELEVANT.**

3.    Documents concerning the rebranding of the Grand Monaco Casino website **ARE RELEVANT.** Defendants must serve any outstanding documents by **September 4, 2008.**

4.    Documents relating to Defendants' customers and target consumer groups is **ARE RELEVANT.**

5.    Documents relating to the revenues to date and projected future revenues and business plans **ARE RELEVANT.** To the extent that Defendants have no

responsive documents, they must serve an affidavit attesting to such from a person with direct knowledge by **September 4, 2008.**

6. Documents relating to Defendants' affiliate programs **ARE NOT RELEVANT.**

7. Documents relating to the purchase of Gamshare **ARE RELEVANT.**

8. Documents relating to Defendants' assets, revenues and operating costs **ARE RELEVANT.** Information related to Defendants' profit is relevant, therefore information which allows Plaintiff to determine for themselves the profit is relevant.

9. Documents relating to the territories in which Defendants offer services or goods **ARE NOT RELEVANT.**

10. Documents relating to Defendants' online casinos **ARE NOT RELEVANT.**

**IT IS HEREBY ORDERED** that Plaintiff shall serve by **September 5, 2008,** a list of all individuals for whom they are asserting attorney-client privilege.

**IT IS FURTHER ORDERED** that a telephonic conference will be held before the Court on **September 15, 2008, at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the Parties shall appear for a subsequent conference before the Court on **September 23, 2008, at 10:00 a.m.**

**SO ORDERED this 29th day of August 2008**
**New York, New York**

*Ronald Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge

2